# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: _____ ) |
| KATHY BOOCKVAR, , et al. | ) ) |
| Defendants. | ) ) |

## DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Donald J. Trump for President, Inc. makes the following disclosure:

1. *Is the party a non-governmental corporate party?*

    __X__ YES          ____ NO

2. *If the answer to Number 1 is "yes", list any parent corporation or state that there is no such corporation:*

    None

3. *If the answer to Number 1 is "yes", list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.*

    None

13864835v1

The undersigned party understands that per Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                                      Respectfully submitted,

Date:  November 9, 2020        */s/ Ronald L. Hicks, Jr.*
                                      Ronald L. Hicks, Jr. (PA 49520)
                                        rhicks@porterwright.com
                                      Carolyn B. McGee, Esq. (PA 208815)
                                        CMcGee@porterwright.com

Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 235-4500
Facsimile:  (412) 335-4510

and

Linda A. Kerns (PA 84495)
linda@lindakernslaw.com
Law Offices of Linda A. Kerns, LLC
1420 Locust Street, Suite 200
Philadelphia, PA 19102

*Counsel for Plaintiffs*