UNITED STATES DISTRICT COURT
MIDDLEDISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Donald J. Trump for President, Inc, et al.** : | |
| : | Case No. 4:20-cv-02078-MWB |
| **Plaintiffs,** : | |
| : | |
| **v.** : | |
| : | |
| **Kathy Boockvar, in her capacity as Secretary** : | |
| **of the Commonwealth of Pennsylvania, et al.** : | |
| : | |
| **Defendants.** | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant, Delaware County Board of Elections in this action.

Dated: November 9, 2020    /s/ *Timothy D. Katsiff*
Timothy D. Katsiff (PA 75490)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: 215-665-8500
Fax: 215-864-8999
katsifft@ballardspahr.com

Attorney for Delaware County Board of Elections

## CERTIFICATE OF SERVICE

I, Timothy D. Katsiff, hereby certify that, a true and correct copy of the foregoing Entry of Appearance was served upon all counsel of record via the Court's electronic filing system.

Dated: November 9, 2020 /s/ *Timothy D. Katsiff*
Timothy D. Katsiff

DMEAST #42384207 v1