UNITED STATES DISTRICT COURT

MIDDLEDISTRICT OF PENNSYLVANIA

Donald J. Trump for President,           :
Inc., et.al.,                            :
        Plaintiffs,                 :
                                      :
       v.                          :     CASE NO. 4:20-CV-02078-MWB
                                      :
Kathy Boockvar, in her capacity as
Secretary Of the Commonwealth
of Pennsylvania, et.al.                   :
                                      :
       Defendants.         :

## **ENTRY OF APPEARANCE**

Kindly enter the appearance of Virginia S. Scott, Esquire on behalf of Respondent Allegheny

County Board of Elections, only relative to the above-referenced matter.

Respectfully submitted,

Date: November 10, 2020

_/s/ Virginia Scott_
Virginia Scott
Assistant County Solicitor
PA ID # 61647
ALLEGHENY COUNTY LAW DEPARTMENT
Firm No. 057
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1173
vscott@alleghenycounty.us

## CERTIFICATE OF SERVICE

I, Virginia S. Scott, Esq., hereby certify that, a true and correct copy of the foregoing Entry of Appearance was served upon all counsel of record via the Court's electronic filing system.

Date: November 10, 2020                     */s/ Virginia Scott*
                                            Virginia Scott