**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT:

**<u>PETITION</u>**

      I <u> Terence M. Grugan </u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:               Ballard Spahr LLP

                                      1735 Market Street, 51st Floor

                                      Philadelphia, PA 19103

         Office Telephone:  215-864-8320

      I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Pennsylvania – 2009

United States District Court for the Eastern District of Pennsylvania - 2011

Third Circuit Court of Appeals / Ninth Circuit Court of Appeals

My attorney Identification number is:   <u> 307211 </u>

| FOR COURT USE ONLY |
| --- |
| <u>      </u> GENERAL ADMISSION: |
| GRANTED BY THE COURT:   _____   Date:   _____ |
| <u>      </u> SPECIAL ADMISSION: |
| GRANTED BY THE COURT:   _____   Date:   _____ |

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

___None._____

_____

_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

__None._____

I do _____ do not ___X___, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

_____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

____X____ Special Admission (specify by a check which rule) under

LR 83.8.2.1 ___X___, LR 83.8.2.2 _____, LR 83.8.2.3 _____, or LR 83.8.2.4 _____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am a member of the bar of the Commonwealth of Pennsylvania in good standing and have been admitted

to practice in the United States District Court for the Eastern District of Pennsylvania, the Third Circuit

Court of Appeals and the Ninth Circuit Court of Appeals and am a member in good standing of each.

I am not subject to any pending disciplinary proceedings in any jurisdiction and seek leave of the court

to be admitted to practice in this Court for the purpose of this particular case. Defendant, Delaware

County has requested that I represent it in this matter. I am familiar with the underlying facts giving

rise to the above captioned matter. My admission pro hac vice in this matter will serve the interests of

Defendant and will also facilitate the efficient litigation of this matter.

NAME THE PARTY YOU REPRESENT:

Delaware County Board of Elections

If special admission is requested for a particular case, please list case number and caption:

Case #            20-cv-02078-MWB

Caption #         Donald J. Trump for President, Inc. et al. v. Kathy Boockvar, in her capacity as
                  Secretary of the Commonwealth of Pennsylvania, et al.

I understand that:

1)      If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a
        letter from a superior stating the agency with which I am employed and the duties
        performed which qualify me for admission under those sections.

2)      If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no
        sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each
        proceeding in which he or she appears, have associate counsel who is generally admitted
        under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered
        of record and upon whom all pleadings, motions, notices, and other papers may be served
        in accordance with any statute or applicable rule. The attendance of any such associate
        counsel upon the hearing of any motion or the taking of any testimony shall be sufficient
        appearance for the party or parties represented by such associate counsel. Either the
        specially admitted attorney or associate counsel must be fully prepared to participate in any
        hearings, arguments, conferences and trials. (See LR 83.9)

        If special admission is requested for a particular case, please list the name, address,
        telephone number and bar identification number of associate counsel to be entered of
        record in the case:

        Timothy D. Katsiff, Esquire

        Ballard Spahr LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103,
        215-864-8301

        Bar ID No. 75490

3)      If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the
        Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of

the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

/s/ Terence M. Grugan
PETITIONER

307211 - Pennsylvania
(Bar Identification Number and State where admitted)

November 10, 2020
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER     Terence M. Grugan

**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**CODE OF PROFESSIONAL CONDUCT**

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1.      The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2.      I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3.      I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4.      Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5.      I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6.      I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7.      Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8.       will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9.      Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:


/s/ Terence M. Grugan
Signature

DMEAST #42387222 v1

**CERTIFICATE OF SERVICE**

I, Terence M. Grugan, hereby certify that a true and correct copy of the foregoing Petition for Admission was filed and served upon all counsel of record via the Court's Electronic Case Filing system.

Date: November 10, 2020

 /s/ Terence M. Grugan_____