IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., LAWRENCE ROBERTS, and DAVID JOHN HENRY,** <br> Plaintiffs <br><br> v. <br><br> **KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania,** *et al.*, <br> Defendants | No. 4:20-CV-2078-MWB <br><br> *Complaint Filed 11/9/20* <br><br> **Electronically Filed** |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendant Kathy Boockvar in the above-captioned matter.

                                           By:   */s/ Karen M. Romano*
                                                          KAREN M. ROMANO
                                                           Chief Deputy Attorney General
                                                           Chief, Litigation Section
                                                           Pa. Bar # 88848

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: (717) 787-2717
kromano@attorneygeneral.gov

DATE:  November 10, 2020

## CERTIFICATE OF SERVICE

I, Karen M. Romano, Chief Deputy Attorney General, do hereby certify that I caused the foregoing **Entry of Appearance**, to be filed with the United States District Court for the Middle District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Karen M. Romano*

KAREN M. ROMANO
Chief Deputy Attorney General

DATE:  November 10, 2020