IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., LAWRENCE ROBERTS, and DAVID JOHN HENRY,**<br>　　　　　　　　　　　**Plaintiffs**<br><br>　　　　　v.<br><br>**KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania,** *et al.,*<br>　　　　　　　　　　　**Defendants** | No. 4:20-CV-2078-MWB<br><br>*Complaint Filed 11/9/20*<br><br>**Electronically Filed** |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendant Kathy Boockvar in the above-captioned matter.

　　　　　　　　　　　　　　　　　By:　*/s/ Stephen Moniak*
　　　　　　　　　　　　　　　　　　　　STEPHEN MONIAK
　　　　　　　　　　　　　　　　　　　　Senior Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Pa. Bar # 80035

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: (717) 705-2277
smoniak@attorneygeneral.gov

DATE:  November 10, 2020

## CERTIFICATE OF SERVICE

I, Stephen Moniak, Senior Deputy Attorney General, do hereby certify that I caused the foregoing **Entry of Appearance**, to be filed with the United States District Court for the Middle District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Stephen Moniak*

STEPHEN MONIAK
Senior Deputy Attorney General

DATE:  November 10, 2020