IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., LAWRENCE ROBERTS, and DAVID JOHN HENRY,**<br>Plaintiffs<br><br>v.<br><br>**KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania,** *et al.,*<br>Defendants | No. 4:20-CV-2078-MWB<br><br>*Complaint Filed 11/9/20*<br><br>**Electronically Filed** |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendant Kathy Boockvar in the above-captioned matter.

             By: */s/ Nicole J. Boland*
                NICOLE J. BOLAND
                Deputy Attorney General
                Pa. Bar # 314061

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: (717) 783-3146
nboland@attorneygeneral.gov

DATE:  November 10, 2020

## CERTIFICATE OF SERVICE

I, Nicole J. Boland, Deputy Attorney General, do hereby certify that I caused the foregoing **Entry of Appearance**, to be filed with the United States District Court for the Middle District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Nicole J. Boland*

NICOLE J. BOLAND
Deputy Attorney General

DATE:  November 10, 2020