UNITED STATES DISTRICT COURT
MIDDLEDISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donald J. Trump for President, Inc., et.al., | : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NO. 4:20-CV-02078-MWB |
| Kathy Boockvar, in her capacity as Secretary Of the Commonwealth of Pennsylvania, et.al. | : : : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

Kindly enter the appearance of Andrew F. Szefi, Esquire on behalf of Respondent Allegheny County Board of Elections, only relative to the above-referenced matter.

                 Respectfully submitted,

Date: November 10, 2020       */s/ Andrew F. Szefi*
                 Andrew F. Szefi
                 Allegheny County Solicitor
                 PA ID # 83747
                 ALLEGHENY COUNTY LAW DEPARTMENT
                 Firm No. 057
                 300 Fort Pitt Commons Building
                 445 Fort Pitt Boulevard
                 Pittsburgh, PA 15219
                 (412) 350-1108
                 Andrew.Szefi@alleghenycounty.us

## CERTIFICATE OF SERVICE

I, Andrew F. Szefi, Esq., hereby certify that, a true and correct copy of the foregoing Entry of Appearance was served upon all counsel of record via the Court's electronic filing system.

Date: November 10, 2020               */s/ Andrew F. Szefi*
                                      Andrew F. Szefi