UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT:

## PETITION

I  Elizabeth Wingfield  hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:          Ballard Spahr LLP

                               1735 Market Street, 51st Floor

                               Philadelphia, PA 19103

      Office Telephone:        215-864-8128

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania – 2017

United States District Court for the Eastern District of Pennsylvania - 2019

My attorney Identification number is:   324277

| FOR COURT USE ONLY | | | |
|---|---|---|---|
| _____ GENERAL ADMISSION: | | | |
| GRANTED BY THE COURT: | _____ | Date: | _____ |
| __X__ SPECIAL ADMISSION: | | | |
| GRANTED BY THE COURT: | *s/ Matthew W. Brann* <br> United States District Judge | Date: | 11/10/2020 |

DMEAST #42394576 v1