UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT:

## PETITION

I____Edward D. Rogers____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:         Ballard Spahr LLP

                              1735 Market Street, 51st Floor

                              Philadelphia, PA 19103

       Office Telephone:      215-864-8144

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York State – April 1992

U.S. Court of Appeals 3d Circuit – June 1993

Supreme Court of Pennsylvania – December 1993

Eastern District of Pennsylvania – June 1994

State of New Jersey – December 1994

District of New Jersey – December 1994

U.S. Court of Appeals, 1st Circuit – August 2001

U.S. Court of Appeals, 5th Circuit – November 2002

Southern District of New York – March 2006

U.S. Court of Appeals, 2d Circuit – January 2015

My attorney Identification number is: __69337__

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT: *s/ Matthew W. Brann*    Date: 11/10/2020
                      United States District Judge