UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT:

## PETITION

I  Terence M. Grugan  , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

| | |
|---|---|
| My office address is: | Ballard Spahr LLP |
| | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103 |
| Office Telephone: | 215-864-8320 |

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Pennsylvania – 2009

United States District Court for the Eastern District of Pennsylvania - 2011

Third Circuit Court of Appeals / Ninth Circuit Court of Appeals

My attorney Identification number is:   307211

---

FOR COURT USE ONLY

_____  GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__  SPECIAL ADMISSION:

GRANTED BY THE COURT:  *s/ Matthew W. Brann*     Date: 11/10/2020
~~United States District Judge~~