IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; LAWRENCE ROBERTS; and DAVID JOHN HENRY, | : : : : |
| Plaintiffs, | : : |
| v. | : NO. 4:20-CV-2078 |
| | : |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; ALLEGHENY COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS; and PHILADELPHIA COUNTY BOARD OF ELECTIONS, | : JUDGE BRANN : : : : : : : : : : : : : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Secretary of the Commonwealth Kathy Boockvar in the above-referenced matter.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
John B. Dempsey (PA 88017)
jdempsety@mbklaw.com

Attorney for Defendant, Secretary of the Commonwealth of Pennsylvania Kathy Boockvar

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date:  November 9, 2020

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record who have appeared in this action via the Court's ECF system on this 10th day of November 2020.

/s/ Daniel T. Brier
Daniel T. Brier