IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR PRESIDENT, :
INC.; LAWRENCE ROBERTS; and    :
DAVID JOHN HENRY,              :
                               :
         Plaintiffs,        :
                               :
v.                             :   NO. 4:20-CV-2078
                               :
KATHY BOOCKVAR, in her capacity :   JUDGE BRANN
as Secretary of the Commonwealth of :
Pennsylvania; ALLEGHENY COUNTY :
BOARD OF ELECTIONS; CENTRE     :
COUNTY BOARD OF ELECTIONS;     :
CHESTER COUNTY BOARD OF        :
ELECTIONS; DELAWARE COUNTY     :
BOARD OF ELECTIONS;            :
MONTGOMERY COUNTY BOARD OF :
ELECTIONS; NORTHAMPTON         :
COUNTY BOARD OF ELECTIONS; and :
PHILADELPHIA COUNTY BOARD OF :
ELECTIONS,                     :
                               :
         Defendants.        :

### ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Secretary of the Commonwealth Kathy Boockvar in the above-referenced matter.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
John B. Dempsey (PA 88017)
jdempsety@mbklaw.com

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Attorney for Defendant, Secretary of the Commonwealth of Pennsylvania Kathy Boockvar

Date:  November 9, 2020

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record who have appeared in this action via the Court's ECF system on this 10th day of November 2020.

/s/ Daniel T. Brier
Daniel T. Brier