IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; LAWRENCE ROBERTS; and DAVID JOHN HENRY | ) ) ) ) ) | CIVIL ACTION |
| | ) | No. 4:20-cv-02078-MWB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; ALLEGHENY COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS; and PHILADELPHIA COUNTY BOARD OF ELECTIONS; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for: Centre County Board of Elections.

Respectfully submitted,
Babst, Calland, Clements and Zomnir, P.C.


By:   */s/ Elizabeth (Betsy) A. Dupuis*
Elizabeth (Betsy) A. Dupuis (PA ID No. 80149)
330 Innovation Blvd., Suite 302
State College, PA 16803
bdupuis@babstcalland.com
Phone (814) 867-8055
Fax (814) 867 8051
Firm PA ID No. 812

Counsel for Centre County Board of Elections

Date: November 10, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November 2020, a copy of the foregoing Appearance of Counsel was served via the court's electronic filing system upon all counsel of record.

*/s/ Elizabeth (Betsy) A. Dupuis*