IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC. et. al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, et. al., <br><br> Defendants. | NO. 4:20-cv-02078-MWB |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance in this case as counsel for Philadelphia County Board of Elections, Montgomery County Board of Elections and Allegheny County Board of Elections in the above referenced matter.

Dated: November 10, 2020

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:  */s/ Mark A. Aronchick*
 Mark A. Aronchick
 (Pa. I.D. No. 20261)
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
Email: maronchick@hangley.com

*Attorney for Defendants Philadelphia County Board of Elections, Montgomery County Board of Elections and Allegheny County Board of Elections*

## **CERTIFICATE OF SERVICE**

I, Mark A. Aronchick, certify that on the 10th day of November, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

*/s/ Mark A. Aronchick*
Mark A. Aronchick
