# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC. et. al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, et. al., <br><br> Defendants. | NO. 4:20-cv-02078-MWB |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance in this case as counsel for Philadelphia County Board of Elections, Montgomery County Board of Elections and Allegheny County Board of Elections in the above referenced matter.

                               HANGLEY ARONCHICK SEGAL
                               PUDLIN & SCHILLER

Dated: November 10, 2020      By:   */s/ Christina C. Matthias*
                                                 Christina C. Matthias (I.D. No. 326864)
                                                 One Logan Square, 27th Floor
                                                 Philadelphia, PA 19103
                                                 (215) 568-6200

                                                 *Attorney for Defendants Philadelphia*
                                                 *County Board of Elections, Montgomery*
                                                 *County Board of Elections and Allegheny*
                                                 *County Board of Elections*

## CERTIFICATE OF SERVICE

I Cristina Matthias hereby certify that on the 10th day of November, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

                                                           /s/ Christina C. Matthias
                                                          Christina C. Matthias