# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | No. 4:20-CV-02078 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 10th day of November 2020, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **November 10, 2020 at 3:00 p.m.**

2. Counsel for Plaintiffs shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device; however, in light of current circumstances necessitated by the COVID-19 virus pandemic afflicting our nation, which compel counsel to work outside

of their offices, I will permit such telephonic conference calls to be made by cellular phone if that is the only means of telephonic communication for counsel.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge