**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al*., | : |
| | : |
| | : |
| | :   NO. 4:20-cv-02078-MWB |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : |
| | : |
| | : |
| | : |
| Defendants. | : |
| | : |

## JOINDER OF THE BOARDS OF ELECTIONS OF ALLEGHENY, MONTGOMERY, AND PHILADELPHIA COUNTIES IN MOTION TO TRANSFER

Defendants Allegheny County Board of Elections, Montgomery County Board of Elections, and Philadelphia County Board of Elections join in the Motion to Transfer of Secretary of the Commonwealth Kathy Boockvar (ECF No. 25), and respectfully request that this matter proceed in the Harrisburg division of this Court.  Like the Secretary, the County Boards of Elections are fully occupied with a range of post-election tasks.  To the extent it is necessary for County officials and witnesses to travel to in-person proceedings in this matter, travel from the Pittsburgh and Philadelphia areas will be significantly less time consuming if the proceedings are held in Harrisburg.

Respectfully submitted,

Dated: November 10, 2020

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:    */s/ Michele D. Hangley*
       Mark A. Aronchick
       Michele D. Hangley
       Robert A. Wiygul
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone:  (215) 568-6200
Email:  mhangley@hangley.com

*Attorney for Defendants Philadelphia*
*County Board of Elections, Montgomery*
*County Board of Elections and Allegheny*
*County Board of Elections*

## **<u>CERTIFICATE OF SERVICE</u>**

I, Michele D. Hangley, certify that on the 10th day of November, 2020, a copy of the

foregoing Joinder was served by ECF filing on all counsel.

*/s/ Michele D. Hangley*
Michele D. Hangley