# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; LAWRENCE ROBERTS; and DAVID JOHN HENRY; <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; ALLEGHENY COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS; and PHILADELPHIA COUNTY BOARD OF ELECTIONS, <br><br> Defendants. | CIVIL ACTION <br><br><br><br> No. 4:20-CV-02078 |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Clifford B. Levine, Alex M. Lacey, Kyle J. Semroc and the law firm of Dentons Cohen & Grigsby P.C., on behalf of the Democratic National Committee in the above matter.

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

By: <u>Clifford B. Levine</u>
    Clifford B. Levine
    Pa. Id. No. 33507
    Alex M. Lacey
    Pa. Id. No. 313538

Kyle J. Semroc<br>
Pa. Id. No. 326107<br>
625 Liberty Avenue<br>
Pittsburgh, PA  15222-3152<br>
(412) 297-4900

On behalf of Democratic National Committee

Dated: November 10, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020, I caused the foregoing to be electronically filed and to be served on counsel of record for Plaintiffs and Defendants listed on the docket via the Court's ECF system.

/s/ Clifford B. Levine