# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR
PRESIDENT, INC.; LAWRENCE
ROBERTS; and DAVID JOHN
HENRY;

        Plaintiffs,

        v.

KATHY BOOCKVAR, in her capacity
as Secretary of the Commonwealth of
Pennsylvania; ALLEGHENY
COUNTY BOARD OF ELECTIONS;
CENTRE COUNTY BOARD OF
ELECTIONS; CHESTER COUNTY
BOARD OF ELECTIONS;
DELAWARE COUNTY BOARD OF
ELECTIONS; MONTGOMERY
COUNTY BOARD OF ELECTIONS;
NORTHAMPTON COUNTY BOARD
OF ELECTIONS; and
PHILADELPHIA COUNTY BOARD
OF ELECTIONS;

        Defendants.

Civil Action

No.: 4:20-cv-02078-MWB

## MOTION TO INTERVENE BY NON-PARTIES NAACP—
## PENNSYLVANIA STATE CONFERENCE, BLACK POLITICAL
## EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA,
## LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, JOHN AYENI,
## LUCIA GAJDA, STEPHANIE HIGGINS, MERIL LARA, RICARDO
## MORALES, NATALIE PRICE, TIM STEVENS, AND TAYLOR STOVER
## FOR LEAVE TO FILE A RESPONSIVE PLEADING ON THE SAME
## SCHEDULE AS DEFENDANTS

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the National Association for the Advancement of Colored People-Pennsylvania State Conference ("NAACP-PSC"), Black Political Empowerment Project ("BPEP"), Common Cause Pennsylvania, and League of Women Voters of Pennsylvania ("the League") (together, the "organizational Applicants"), and Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Constance Powers, Natalie Price, Tim Stevens, and Taylor Stover (together, the "individual Applicants") (collectively, "Applicants"), respectfully move to intervene in this case and become Defendants.

Applicants seek intervention as of right under Rule 24(a)(2) or, alternatively, permissive intervention under Rule 24(b)(1)(b). This motion is based upon the Memorandum filed herewith as Exhibit 1.

WHEREFORE, Applicants respectfully request that this Court grant its motion to intervene as of right, or in the alternative, grant a permissive injunction, and grant leave to file a pleading on the date upon which Defendants must file a pleading in response to the Complaint.

Dated: November 10, 2020                          Respectfully submitted,

Witold J. Walczak (PA No. 62976)          */s/            Witold J. Walczak*
Marian K. Schneider (PA No. 50337)         Mary M. McKenzie (PA No. 47434)*
AMERICAN CIVIL LIBERTIES UNION OF          Benjamin D. Geffen (PA No. 310134)*
PENNSYLVANIA                               Claudia De Palma (PA No. 320136)
P.O. Box 23058                             PUBLIC INTEREST LAW CENTER

Pittsburgh, PA 15222
Telephone: (412) 681-7736
vwalczak@aclupa.org
mschneider@aclupa.org

Sophia Lin Lakin*
Adriel I. Cepeda Derieux*
Ihaab Syed*
Dale Ho*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
slakin@aclu.org
acepedaderieux@aclu.org
ISyed@aclu.org
dho@aclu.org

Sarah Brannon*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: (202) 210-7287
sbrannon@aclu.org

1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Telephone: (215) 627-7100
mmckenzie@pubintlaw.org
bgeffen@pubintlaw.org
cdepalma@pubintlaw.org

Shankar Duraiswamy*
David M. Zionts*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
SDuraiswamy@cov.com
DZionts@cov.com

Rani Gupta*
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
RGupta@cov.com

Ezra Rosenberg*
Jon Greenbaum*
Kristen Clarke*
LAWYERS COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
erosenberg@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
kclarke@lawyerscommittee.org

* *Pro hac vice* application forthcoming

*Counsel for Proposed Intervenor-Defendants, NAACP-PSC, Black Political Empowerment Project, Common Cause Pennsylvania, League of Women Voters of Pennsylvania; Joseph Ayeni, Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Natalie Price, Tim Stevens, and Taylor Stover*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing memorandum of law in support of motion to intervene was filed electronically and served on Plaintiffs' counsel of record via the ECF system of the U.S. District Court for the Middle District of Pennsylvania; and via e-mail on counsel for defendants.

Dated: November 10, 2020

/s/   *Witold J. Walczak*