# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; LAWRENCE ROBERTS; and DAVID JOHN HENRY;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; ALLEGHENY COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS; and PHILADELPHIA COUNTY BOARD OF ELECTIONS;<br><br>　　　　　Defendants. | Civil Action<br><br>No.: 4:20-cv-02078-MWB |

**[PROPOSED] ORDER ON MOTION TO INTERVENE BY NON-PARTIES NAACP—PENNSYLVANIA STATE CONFERENCE, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, JOHN AYENI, LUCIA GAJDA, STEPHANIE HIGGINS, MERIL LARA, RICARDO MORALES, NATALIE PRICE, TIM STEVENS, AND TAYLOR STOVER FOR LEAVE TO FILE A RESPONSIVE PLEADING ON THE SAME SCHEDULE AS DEFENDANTS**

The proposed Defendant-Intervenors having filed a motion to intervene, and the parties having had an opportunity to respond to that motion, the motion is:

\_\_\_\_\_ Granted.

\_\_\_\_\_ Denied.

Dated _____, 2020.

                                              _____