My name is Meril Lara and I hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I currently live in Philadelphia County, Pennsylvania. My current address is 7136 Oakland St, Philadelphia, PA 19149.

4. I am a registered voter at my current address. I have been registered to vote and a regular voter for over 8 years now.

5. I am 26 years old and identify as Hispanic.

6. In the November 2020 general election, I originally completed and mailed to election officials in my county a mail ballot on approximately October 22 or 23, 2020.

7. This ballot was cancelled or rejected because I failed to place it inside the secrecy envelope.

8. I learned that this ballot was rejected because I received an email from elections officials stating that my ballot was missing a second envelope. I tried calling the number provided in the email a few times but didn't get through to anyone.

9. Worried that my vote would not be counted, on Election Day, I went to my local polling place at the Solis Cohen School at 7001 Horrocks Street, Philadelphia, PA 19149. I completed a provisional ballot there.

10. Later, I saw on the Pennsylvania ballot tracking website that the status of my original ballot was updated to "cancelled."

11. I would be upset if my ballot were invalidated. I am a U.S. citizen. I pay taxes. A denial of my vote would tell me that I'm not an equal citizen of the United States, that my voice doesn't matter. My vote should and must be counted.

Case 4:20-cv-02078-MWB   Document 31-10   Filed 11/10/20   Page 2 of 3

The statements made in this Declaration are true and correct to the best of my knowledge, information, and belief.  I understand that false statements made herein are subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Executed on November 8, 2020 in Philadelphia, Pennsylvania.

_____
Meril Lara