My name is Taylor Stover and I hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I currently live in Philadelphia County, Pennsylvania. My current address is: 8106 Germantown Ave, Philadelphia, PA 19118.

4. I am a registered voter at my current address.

5. I am 26 years old and African American; I have been voting since 2012.

6. In the November 2020 general election, I originally completed and returned to election officials in my county a mail ballot on approximately October 10, 2020.

7. This ballot was cancelled because the county "could not obtain" my required signature, even though I believe I had correctly signed my ballot.

8. I learned that this ballot was rejected because I received a call from Joe's Volunteer Squad on Halloween night alerting me to the defect and I then noticed an email dated October 30, 2020, from Philadelphia County explaining that there was a problem with my signature.

9. After learning that my first ballot was not accepted, I became hysterical. It was incredibly upsetting that my ballot may not be counted. The next morning, on November 1, I went to the satellite election office set up at Roxborough High School at 9:30am. I was the first in line. I showed the worker there my ID, gave them my last four digits of my SSN, and they called the county clerk's office to confirm my eligibility, who cancelled my old ballot and authorized the worker to give me a replacement ballot, which I filled out and submitted.

10. It would undermine my fundamental right to vote if my ballot were invalidated. This is the most consequential election that I have experienced and I want my ballot to count.

The statements made in this Declaration are true and correct to the best of my knowledge, information, and belief. I understand that false statements made herein are subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Executed on November 5, 2020 in Philadelphia, Pennsylvania.

*Taylor Stover*
Taylor Stover