# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 4:20-cv-02078 |
| Kathy Boockvar; *et al,* | ) ) | |
| Defendants. | ) | Judge Matthew W. Brann |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Defendant, Northampton County Board of Elections, in the above-captioned matter. Papers may be served at the address set forth below.

**OFFICE OF THE SOLICITOR**

*/s/ Brian J. Taylor*
Brian J. Taylor, Assistant Solicitor
Attorney ID No. 66601
County of Northampton
669 Washington Street
Easton, Pennsylvania 18042
(P) (610) 829 – 6350
(F) (610) 559 – 3001
btaylor@northamptoncounty.org

Dated: November 10, 2020