# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | No. 4:20-CV-02078 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 10th day of November 2020, **IT IS HEREBY ORDERED** that, following a telephonic status conference call with counsel of record, the schedule for briefing, argument, and hearing in this matter is set forth as follows:

1. Plaintiffs shall file their motion seeking injunctive relief by **5:00 p.m. Thursday, November 12, 2020**.

2. Defendants shall file their motion(s) to dismiss by **5:00 p.m. Thursday, November 12, 2020**.

3. Plaintiffs shall file their response to any motions to dismiss by **12:00 p.m. Sunday, November 15, 2020**.

4. Defendants shall file their reply to Plaintiffs' response by **12:00 p.m. Monday, November 16, 2020**.

5. The Court will hold oral argument on **Tuesday, November 17, 2020 at 1:30 p.m** in Courtroom No. 1, Fourth Floor, United States Courthouse and Federal Building, Williamsport, PA 17701.

6. This Court will hold an evidentiary hearing on **Thursday, November 19, 2020 at 10:00 a.m** in Courtroom No. 1, Fourth Floor, United States Courthouse and Federal Building, Williamsport, PA 17701.

7. All parties shall inform my Courtroom Deputy, Janel Rhinehart, of their intent to be present or absent from any hearings. She can be reached at 570-323-9772.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge