IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | No. 4:20-CV-02078 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 10th day of November 2020, **IT IS HEREBY ORDERED** that:

1. Defendant Kathy Boockvar's motion to transfer the action to the Harrisburg Division of the Middle District of Pennsylvania (Doc. 25) is **DENIED**.

2. The motion to join in Defendant Boockvar's motion to transfer, filed by multiple Defendants (Doc. 28), is **DENIED AS MOOT**.

3. Testimony by witnesses, if it becomes necessary, may be provided either in-person or virtually, in order to accommodate those witnesses.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge