# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald J. Trump for President, Inc., Lawrence Roberts, and David John Henry,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, Allegheny County Board of Elections, Centre County Board of Elections, Chester County Board of Elections, Delaware County Board of Elections, Montgomery County Board of Elections, Northampton County Board of Elections, and Philadelphia County Board of Elections,<br><br>    Defendants,<br><br>    v.<br><br>DNC Services Corporation/Democratic National Committee,<br><br>    Proposed Intervenor-Defendant. | No. 4:20-cv-02078-MWB<br>(Judge Matthew W. Brann) |

## [PROPOSED] ORDER GRANTING DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO INTERVENE

Upon consideration of the Motion to Intervene by Proposed Intervenor-Defendant DNC Services Corporation/Democratic National Committee ("DNC") and the Memorandum of Law in support thereof, is hereby ORDERED that the Motion is GRANTED.

2

Dated: _____

                                    _____

                                    Judge Matthew W. Brann

                                    District Court Judge