**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 4:20-cv-02078 |
| Kathy Boockvar; *et al,* | ) ) ) | |
| Defendants. | ) | Judge Matthew W. Brann |

**PRAECIPE FOR ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

    Kindly enter my appearance on behalf of Defendant, Northampton County Board of Elections, in the above-captioned matter. Papers may be served at the address set forth below.

                                      **OFFICE OF THE SOLICITOR**

                                      */s/ Timothy P. Brennan*
                                      Timothy P. Brennan, Assistant Solicitor
                                      Attorney ID No. 66601
                                      County of Northampton
                                      669 Washington Street
                                      Easton, Pennsylvania 18042
                                      (P) (610) 829 – 6350
                                      (F) (610) 559 – 3001
                                      tbrennan@northamptoncounty.org

Dated: November 12, 2020