IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC. et. al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, et. al., <br><br> Defendants. | NO. 4:20-cv-02078-MWB |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance in this case as counsel for Chester County Board of Elections in the above referenced matter.

Dated: November 12, 2020

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:   */s/ Mark A. Aronchick*
Mark A. Aronchick
(Pa. I.D. No. 20261)
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
Email: maronchick@hangley.com

*Attorney for Defendants Philadelphia County Board of Elections, Montgomery County Board of Elections, Allegheny County Board of Elections and Chester County Board of Elections*

**CERTIFICATE OF SERVICE**

I, Mark A. Aronchick, certify that on the 12th day of November, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

                                                */s/ Mark A. Aronchick*
                                                Mark A. Aronchick