UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC. et. al., | : <br> : <br> : <br> : NO. 4:20-cv-02078-MWB <br> : |
| Plaintiffs, | : |
| v. | : |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, et. al., | : <br> : <br> : |
| Defendants. | : |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

  Kindly enter my appearance in this case as counsel for Chester County Board of Elections in the above referenced matter.

            HANGLEY ARONCHICK SEGAL |
            PUDLIN & SCHILLER

Dated: November 12, 2020    By:  */s/ Robert A. Wiygul*
              Robert A. Wiygul
              (Pa. I.D. No. 310760)
            One Logan Square, 27th Floor
            Philadelphia, PA 19103
            (215) 568-6200
            Email: rwiygul@hangley.com

            *Attorney for Defendants Philadelphia*
            *County Board of Elections, Montgomery*
            *County Board of Elections, Allegheny*
            *County Board of Elections and Chester*
            *County Board of Elections*

## **CERTIFICATE OF SERVICE**

I Robert A. Wiygul hereby certify that on the 12th day of November, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

                                                 */s/ Robert A. Wiygul*
                                                 Robert A. Wiygul