UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I __Daniel T. Donovan__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:      Kirkland & Ells LLP

                           1301 Pennsylvania Avenue, N.W.

                           Washington, DC 20004

Office Telephone:     (202) 389-5000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Ohio Bar -- 0067833 (5/16/97)          U.S. District Courts: D.D.C. (9/11/00); N.D. Ohio (4/20/12); W.D. Okla. (2/3/14); S.D. Ohio (11/4/14); D.N.D. (10/21/19)

District of Columbia Bar -- 459680 (9/11/98)

U.S. Supreme Court – 292601 (11/10/14)     U.S. Court of Appeals: D.C. Cir. (7/31/00); 4th Cir. (3/18/08); 6th Cir. (10/26/12); 3d Cir. (10/24/14); 8th Cir. (10/23/20)

My attorney Identification number is: __Ohio Bar No. 0067833__

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*     Date: 11/12/2020
                       United States District Judge