UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I    Virginia Spencer Scott    , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Allegheny County Law Department

   445 Fort Pitt Boulevard, Suite 300

   Pittsburgh, PA 15219

Office Telephone:   (412) 350-1120

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
Pennsylvania State Court - 6/20/1991

United States District Court for the Western District of Pennsylvania - 6/20/1991

Third Circuit Court of Appeals - 2/5/1996

United States Supreme Court - 2014

My attorney Identification number is:   61647

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   _s/ Matthew W. Brann_     Date: 11/12/2020
                        United States District Judge