**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>KATHY BOOCKVAR, ET AL.<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil No. 4:20-cv-02078-MWB<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this_____ day of _____, 2020, upon consideration of the Motion of Intervener, Daniel A. Berger, to join the action as a qualified elector and registered voter with standing, and any response thereto, and for good cause shown, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the proposed opposition to the request for emergency injunctive relief shall be added to the Court's Electronic Docket as an Intervener Complaint.

**BY THE COURT:**

_____

**Matthew W. Brann, Judge**