**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, John B. Hill, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Hangley Aronchick Segal Pudlin & Schiller

One Logan Square, 27th Floor

Philadelphia, PA 19103

Office Telephone: 215-568-6200

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania- 2020, NY - Feb 2017, United States Court of Appeals for the 7th Circuit - 2017

United States District Court of the Eastern District of PA - July 7, 2020

My attorney Identification number is: 328340

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*   Date: 11/12/2020
United States District Judge