UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I **Clifford B. Levine,** hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Dentons Cohen & Grigsby P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Office Telephone: (412) 297-4998

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

*Bar of the Commonwealth of Pennsylvania - 1980*
U.S. District Court for the Western District of Pennsylvania - 1980
U.S. District Court for the Eastern District of Pennsylvania - 2012
Pennsylvania Supreme Court - 1980
United States Supreme Court - 1990
United States Court of Appeals for the Third Circuit - 1983
United States Court of Appeals for the Fifth Circuit - 2005
U.S. District Court Middle District of Pennsylvania, admitted pro hac vice - 2010

My attorney Identification number is: **33507**

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

**X** SPECIAL ADMISSION:

GRANTED BY THE COURT  *s/ Matthew W. Brann*    Date: 11/12/2020
United States District Judge