UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

I, Christina Matthias, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Hangley Aronchick Segal Pudlin & Schiller

One Logan Square, 27th Floor

Philadelphia, PA 19103

Office Telephone: 215-568-6200

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York - April 11, 2016;   Pennsylvania - May 28, 2019

United States District Court for the Eastern District of PA - Nov. 2019, United State Court of Appeals for the Third Circuit - 10/30/2019

My attorney Identification number is: 326864

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*   Date: 11/12/2020
                        United States District Judge