UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

I, John G. Coit, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Hangley Aronchick Segal Pudlin & Schiller

One Logan Square, 27th Floor

Philadelphia, PA 19103

Office Telephone: 215-568-6200

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania - October 24, 2017

United States District Court for the Eastern District of PA - December 1, 2017

My attorney Identification number is: 324409

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*   Date: 11/12/2020
United States District Judge