UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I, **Alex M. Lacey**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     Dentons Cohen & Grigsby P.C.

625 Liberty Avenue

Pittsburgh, PA 15222-3152

Office Telephone:     (412) 297-4642

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. Bar of the Commonwealth of Pennsylvania, admitted 10/22/2012

U.S. District Court for the Western District of Pennsylvania, admitted 12/10/2012

U.S. Court of Appeals for the 3rd Circuit - 9/16/2013

Supreme Court of the U.S. - 3/15/2018

My attorney Identification number is: 313538

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   _s/ Matthew W. Brann_     Date: 11/12/2020
                       United States District Judge