# EXHIBIT A

**UZOMA N. NKWONTA**

**BAR ADMISSIONS**

| Court | Date of Admission | Current Status |
|---|---|---|
| New York | 10/20/2009 (4757134) | Active |
| District of Columbia | 11/5/2010 (975323) | Active |
| U.S. Court of Appeals for the Sixth Circuit | 9/13/2012 | Active |
| U.S. Court of Appeals for the D.C. Circuit | 2/15/2017 (60218) | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 12/27/2018 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 10/28/2019 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 12/19/2019 | Active |
| U.S. District Court for the District of Columbia | 1/10/2011 | Active |
| U.S. District Court for the Eastern District of Michigan | 12/4/2019 | Active |
| U.S. District Court for the Southern District of Texas | 3/14/2011 | Active |
| U.S. Court of Appeals for the Third Circuit | 10/29/2020 | Active |