UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I  Kyle J. Semroc  , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:  Dentons Cohen & Grigsby P.C.

625 Liberty Avenue

Pittsburgh, PA 15222-3152

Office Telephone:  (412) 297-4646

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Bar of the Commonwealth of Pennsylvania, admitted 10/29/18

U.S. District Court for the Western District of Pennsylvania, admitted 12/12/18

U.S. District Court for the Middle District of Pennsylvania, admitted *pro hac vice* 9/17/19

My attorney Identification number is:  326107

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  *s/ Matthew W. Brann*  Date: 11/12/2020
United States District Judge