## John M. Geise Court Admissions

| Court | Bar Number (if any) | Date Admitted | Current Status |
|---|---|---|---|
| New York | 5346101 | 05/15/2015 | Good Standing |
| District of Columbia | 1032700 | 06/06/2016 | Good Standing |
| U.S. Court of Appeals – 10th Circuit | N/A | 05/18/2015 | Good Standing |
| U.S. District Court for the Southern District of New York | N/A | 06/21/2017 | Good Standing |
| U.S. District Court for the Eastern District of New York | N/A | 07/12/2017 | Good Standing |
| U.S. Court of Appeals – 1st Circuit | 1187129 | 12/19/2018 | Good Standing |
| U.S. District Court for the District of Columbia | 1032700 | 06/03/2019 | Good Standing |
| U.S. Court of Appeals – 11th Circuit | N/A | 11/20/2019 | Good Standing |
| U.S. Court of Appeals – 6th Circuit | N/A | 12/16/2019 | Good Standing |
| U.S. Court of Appeals – 9th Circuit | N/A | 7/7/2020 | Good Standing |
| U.S. Court of Appeals – 5th Circuit | N/A | 7/29/2020 | Good Standing |
| U.S. District Court for the Western District of Michigan | N/A | 9/16/2020 | Good Standing |
| U.S. Court of Appeals – 4th Circuit | N/A | 10/5/2020 | Good Standing |