**MARC E. ELIAS - EXHIBIT A**

| Jurisdiction | Date Admitted | Bar Number | Status With Bar Or Court |
|---|---|---|---|
| District of Columbia | 6/30/94 | 442007 | Active |
| U.S. Supreme Court | 2/23/09 | 270360 | Active |
| U.S. Court of Appeals - D.C. Circuit | 1/4/95 | No Bar Number | Active |
| U.S. Court of Appeals - 3rd Circuit | 3/15/2010 | No Bar Number | Active |
| U.S. Court of Appeals - 4th Circuit | 8/19/14 | No Bar Number | Active |
| U.S. Court of Appeals - 5th Circuit | 8/26/11 | No Bar Number | Active |
| U.S. Court of Appeals - 6th Circuit | 2016 | No Bar Number | Active |
| U.S. Court of Appeals - 7th Circuit | 5/8/2020 | No Bar Number | Active |
| U.S. Court of Appeals - 8th Circuit | 10/21/2020 | No Bar Number | Active |
| U.S. Court of Appeals - 9th Circuit | 9/27/16 | No Bar Number | Active |
| U.S. Court of Appeals - 10th Circuit | 6/17/99 | No Bar Number | Active |
| U.S. Court of Appeals - 11th Circuit | 9/26/17 | No Bar Number | Active |
| U.S. District Court for the District of Columbia | 1/9/95 | No Bar Number | Active |
| U.S. District Court for the Northern District of Florida | November 2015 | No Bar Number | Active |
| U.S. District Court for the Eastern District of Michigan | 6/2/95 | No Bar Number | Active |
| U.S. District Court for the Western District of Wisconsin | 5/10/15 | No Bar Number | Active |