**EXHIBIT A**

| Bar | Year of Admission | Name and Address of the Official or Office Maintaining the Bar's Roll |
|---|---|---|
| Court of Appeals of Maryland | 2010 | Clerk's Office<br>Court of Appeals<br>361 Rowe Boulevard<br>Annapolis, MD 21401 |
| District of Columbia Court of Appeals | 2012 | Clerk's Office<br>430 E St NW, Room 115<br>Washington, DC 20001 |
| United States Court of Appeals for the Second Circuit | 2013 | Clerk's Office<br>U. S. Court of Appeals for the Second Circuit<br>40 Centre Street (40 Foley Square),<br>New York, NY 10007 |
| United States Court of Appeals for the Tenth Circuit | 2016 | Clerk's Office<br>Byron White Court House<br>1823 Stout Street<br>Denver, CO 80257 |
| United States Court of Appeals for the Ninth Circuit | 2016 | Clerk's Office<br>James R. Browning United States Courthouse<br>95 Seventh Street<br>San Francisco, CA 94103-1518 |
| United States Court of Appeals for the Seventh Circuit | 2017 | Clerk's Office<br>U.S. Court of Appeals for the Seventh Circuit<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 S. Dearborn Street<br>Room 2722<br>Chicago, IL 60604 |
| United States District Court for the District of Columbia | 2017 | Clerk's Office<br>U.S. District Court for the District of Columbia<br>333 Constitution Avenue, NW<br>Washington, DC 20001 |
| United States Court of Appeals for the Sixth Circuit | 2018 | Clerk's Office<br>Sixth Circuit Court of Appeals<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 |
| Supreme Court of the United States | 2019 | Clerk, Supreme Court of the U. S.<br>ATTN: Admissions Office<br>One First Street, NE<br>Washington, DC 20543 |
| United States Court of Appeals for the District of Columbia Circuit | 2019 | E. Barrett Prettyman<br>U.S. Courthouse and<br>William B. Bryant Annex<br>333 Constitution Avenue, NW |

| | | Washington, DC 20001-2866 |
|---|---|---|
| United States Court of Appeals for the Fifth Circuit | 2020 | Clerk's Office<br>600 S. Maestri Place<br>Suite 115<br>New Orleans, LA 70130 |
| United States Court of Appeals for the Eleventh Circuit | 2020 | Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 |