## EXHIBIT B

On March 26, 2015, the Court of Appeals of Maryland issued an order temporarily suspending me from the practice of law in the State of Maryland.  On May 21, 2015, the Court of Appeals of Maryland issued an order recertifying me as an attorney entitled to practice law in the State of Maryland, retroactive to the date of the original order, March 26, 2015.  The Court's second order explained that "[i]t appear[ed] that the Client Protection Fund of the Bar of Maryland mistakenly certified to the Court [of Appeals] the name of ARI BENJAMIN ASHER HOLTZBLATT as an attorney who was in default in payment of annual assessments."  A copy of the retroactive recertification order is attached.

| | | |
|---|---|---|
| IN THE MATTER OF THE | * | In the |
| CLIENT PROTECTION FUND | * | Court of Appeals |
| OF THE BAR OF MARYLAND | * | of Maryland |

## ORDER

The Court having passed an Order on March 26, 2015 prohibiting from the further practice of law in the State of Maryland certain attorneys who were in default in the payment of annual assessments to the Client Protection Fund of the Bar of Maryland, and

It appearing that the Client Protection Fund of the Bar of Maryland mistakenly certified to the Court the name of ARI BENJAMIN ASHER HOLTZBLATT as an attorney who was in default in payment of annual assessments, it is this 21st day of May, 2015

ORDERED, by the Court of Appeals of Maryland, that the above mentioned attorney be, and he is hereby, recertified as an attorney entitled to practice law in this State retroactive to March 26, 2015, and it is further

ORDERED that the Clerk of this Court shall forward a copy of this Order to the clerks of the Court of Special Appeals, the several circuit courts of the counties and Baltimore City and the Chief Clerk of the District Court.

/s/ Mary Ellen Barbera
Mary Ellen Barbera, Chief Judge

Filed: May 21, 2015

/s/ Bessie M. Decker
Clerk, Court of Appeals of Maryland