| Seth P. Waxman Bar Admissions | | | |
|---|---|---|---|
| Admitted To: | Location | Date of Admission | Bar No. |
| District of Columbia Court of Appeals | Washington, DC | 12/15/1978 | 257337 |
| Supreme Court of the United States | Washington, DC | 10/12/1982 | |
| United States District Court of the District of Columbia | Washington, DC | 3/5/1979 | |
| United States Court of Appeals for the District of Columbia Circuit | Washington, D.C. | 3/26/1979 | |
| United States Court of Appeals for the Federal Circuit | Washington, DC | 10/28/1998 | |
| United States Court of Appeals for the First Circuit | | 2/11/2000 | 70351 |
| United States Court of Appeals for the Second Circuit | | 11/3/1998 | |
| United States Court of Appeals for the Third Circuit | | 5/26/1983 | |
| United States Court of Appeals for the Fourth Circuit | | 2/2/1982 | |
| United States Court of Appeals for the Fifth Circuit | | 9/3/1997 | |
| United States Court of Appeals for the Sixth Circuit | | 10/21/1998 | |
| United States Court of Appeals for the Seventh Circuit | | 10/23/1998 | |
| United States Court of Appeals for the Eighth Circuit | | 10/27/1998 | |
| United States Court of Appeals for the Ninth Circuit | | 5/9/1989 | |
| United States Court of Appeals for the Tenth Circuit | | 10/23/1989 | |
| United States Court of Appeals for the Eleventh Circuit | | 10/23/1989 | |
| | | | |
| United States Court of International Trade | | 8/25/2005 | CIT00689 |
| US District Court for Western District of Michigan | | 10/1/2012 | |
| US District Court for Eastern District of Michigan | | 5/5/1987 | |
| | | | |
| | | | |