UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

    I, John Geise, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:

    Perkins Coie LLP
    700 13th St., NW
    Washington, DC 20005
    Office Telephone 202-654-6200

    I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Please see Attachment A.

My attorney Identification number is: Please see Attachment A.

---

FOR COURT USE ONLY

\_\_\_\_\_ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*   Date: 11/12/2020
                          United States District Judge