UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

I  Uzoma N. Nkwonta  , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Perkins Coie LLP

   700 Thirteenth Street, NW, Suite 800

   Washington, D.C.  20005

Office Telephone:   (202) 654-6200

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached.

My attorney Identification number is:  975323

FOR COURT USE ONLY

_____  GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__  SPECIAL ADMISSION:

GRANTED BY THE COURT   s/ Matthew W. Brann
United States District Judge   Date: 11/12/2020