UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I   Lalitha D. Madduri  , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Perkins Coie LLP

   700 Thirteenth Street, NW, Suite 800

   Washington, D.C. 20005

Office Telephone:   (202) 654-6200

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

   See attached.

My attorney Identification number is:   301236

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*   Date: 11/12/2020
United States District Judge