UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

### PETITION

I, __David Zionts__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __Covington & Burling LLP__

__One CityCenter, 850 Tenth Street, NW__

__Washington, DC 20001__

Office Telephone: __(202) 662-5987__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. **District of Columbia (2010); U.S.D.C., District of Columbia (2015); U.S.C.A., D.C. Circuit (2014);**

U.S.C.A. First (2015), Second (2015), Third (2020), Fourth (2016), Fifth (2019), Sixth (2015),

Seventh (2017), Ninth (2017), 10th (2020) & 11th (2016) Circuits; U.S. Supreme Court (2014)

My attorney Identification number is: __DC No. 995170__

---

**FOR COURT USE ONLY**

[ ] GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

[X] SPECIAL ADMISSION:

GRANTED BY THE COURT   __s/ Matthew W. Brann__   Date: __11/12/2020__
                         United States District Judge