**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT  :


**PETITION**

I_____Shankar Duraiswamy_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address is:    Covington & Burling LLP_____

One CityCenter, 850 Tenth Street, NW_____

Washington, DC 20001_____

Office Telephone:  (202) 662-5273_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
District of Columbia (December 11, 2006); New Jersey (January 13, 2006);_____

United States District Court for the District of Columbia (2006); United States District_____

Court for the District of New Jersey (2005)_____

My attorney Identification number is: DC No. 501702_____

| FOR COURT USE ONLY |
| --- |
| ☐ GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____  Date: _____ |
| ☒ SPECIAL ADMISSION: |
| GRANTED BY THE COURT  *s/ Matthew W. Brann*  Date: 11/12/2020 |
| United States District Judge |