UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

PETITION

I, ___Rani Gupta___, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Covington & Burling LLP

3000 El Camino Real, 5 Palo Alto Square, 10th Floor

Palo Alto, CA 94306-2112

Office Telephone: (650) 632-4727

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. State Bar of California (2014); Northern District of California (2014); Central District of California (2014); Southern District of California (2014); Eastern District of California (2014); U.S. Court of Appeals for the Ninth Circuit (2015)

My attorney Identification number is: CA No. 296346

FOR COURT USE ONLY

[ ] GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

[X] SPECIAL ADMISSION:

GRANTED BY THE COURT  _s/ Matthew W. Brann_  Date: _11/12/2020_
                       United States District Judge