# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 4:20-cv-02078-MWB |
| v. | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | Judge Matthew W. Brann |
| | Electronically Filed |
| Defendants. | |

## **ORDER**

**AND NOW**, this _____ day of November 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Said Motion is **GRANTED**; and
2. Plaintiffs' Complaint is **DISMISSED** with prejudice.

BY THE COURT:

_____
Matthew W. Brann
United States District Judge