IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR )
PRESIDENT, INC., *et al.,* )   No. 4:20-CV-02078
      Plaintiffs, )
  )   Hon. Matthew Brann
    v. )
  )
KATHY BOOCKVAR, *et al.,* )
      Defendants. )

## MOTION OF *AMICI CURIAE* CHARLES DENT, JIM GREENWOOD, *ET AL.,* FOR LEAVE TO FILE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF AND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

    *Amici* respectfully move for leave to file a short brief as *amici curiae* in opposition to Plaintiffs' motion for injunctive relief and in support of Defendants' motion to dismiss. The grounds supporting this motion are set forth below, and the proposed *amici* brief is attached.

    1. *Amici* include Charles W. Dent, Jim Greenwood and others who have served in elected offices and in positions in Republican administrations.[1] Reflecting their experience in supporting the rule of

---

[1] The *amici curiae* are: Charles W. Dent, Jim Greenwood, Christine Todd Whitman, Connie Morella, Stuart Gerson, Carter Phillips, John Bellinger, III, Edward Larson, Alan Charles Raul, Paul Rosenzweig, Robert Shanks, Stanley Twardy, Donald Ayer and Richard Bernstein. A list of the *amici* and their government service is in Appendix A to the *Amici* Brief.

law, *amici* have an interest in seeing that judicial decisions about the election are based on federalism and the Tenth Amendment. *Amici* speak only for themselves personally, and not for any entity or other person.

2. *Amici* respectfully request that the Court consider the arguments in the enclosed, short *amici* brief. The attached *amici* brief would be helpful to the Court. The brief demonstrates that, under the Elections and Electors Clauses, 3 U.S.C. § 5, federalism and the Tenth Amendment, state courts have the power to interpret state election law and to decide controversies concerning challenges to federal election results. The Pennsylvania Supreme Court is currently giving expedited consideration to a challenge by the same lead plaintiff in this Court based on the exact same provisions of the Pennsylvania Election Code concerning observation that the same lead Plaintiff in this case invokes. This Court should defer to the imminent decision of the Pennsylvania Supreme Court. Likewise, the so-called notice-and-cure issues are pending in the Commonwealth Court of Pennsylvania and also very likely to be addressed soon by the Pennsylvania Supreme Court.

3. Given the expedited briefing order entered by this Court on November 10, 2020, *amici* respectfully request leave to file the enclosed

brief. On November 12, 2020, counsel for *amici* gave notice to Plaintiffs and to Defendants of the intent of *amici* to file an *amici* brief. Understandably, the parties have not yet indicated whether they consent or object to this motion. *Amici* are filing now to give Plaintiffs the maximum time under this Court's schedule to address the arguments and the authorities in the enclosed *amici* brief.

## CONCLUSION

The Court should grant *amici curiae* leave to file the enclosed brief in opposition to Plaintiffs' motion for injunctive relief and in support of Defendants' motion to dismiss.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By /s/ James P. DeAngelo
   James P. DeAngelo
   Pa. I.D. No. 62377
   100 Pine Street
   P. O. Box 1166
   Harrisburg, PA 17108-1166
   (717) 237-5470
   jdeangelo@mcneeslaw.com

*Of Counsel*
RICHARD D. BERNSTEIN (*pro hac vice* motion pending)
1875 K Street, N.W.
Washington, D.C. 20006-1238
(202) 303-1000
rbernsteinlaw@gmail.com

NANCY A. TEMPLE (*pro hac vice* motion pending)
Katten & Temple, LLP
209 S. LaSalle Street
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com

Counsel for *Amici Curiae*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing document via the Court's electronic filing system and electronic mail to the following attorneys of record.

[See Attached Service List]

Dated:   November 12, 2020          /s/ James P. DeAngelo
                                    James P. DeAngelo

## SERVICE LIST:

| | |
|---|---|
| Carolyn B. McGee<br>Ronald L. Hicks, Jr.<br>Porter Wright Morris & Arthur LLP<br>6 PPG Place, Third Fl.<br>Pittsburgh, PA 15222<br>cmcgee@porterwright.com<br>rhicks@porterwright.com<br><br>Linda Ann Kerns<br>Law Offices of Linda Ann Kerns, LLC<br>1420 Locust Street<br>Suite 200<br>Philadelphia, PA 19102<br>linda@lindakernslaw.com<br><br>*Attorneys for Donald J. Trump For President, Inc., Lawrence Roberts, and David John Henry* | Daniel T. Brier<br>Donna Walsh<br>John B. Dempsey<br>Myers Brier & Kelly, LLP<br>425 Spruce Street, Suite 200<br>Scranton, PA 18503<br>dbrier@mbklaw.com<br>dwalsh@mbklaw.com<br>jdempsey@mbklaw.com<br><br>Daniel T Donovan<br>Kirkland & Ellis LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>daniel.donovan@kirkland.com<br><br>Nicole J. Boland<br>Karen Mascio Romano<br>Kelli Neary<br>Stephen Moniak<br>Pennsylvania Office of Attorney General<br>Stawberry Square, 15th Floor<br>Harrisburg, PA 17101<br>nboland@attorneygeneral.gov<br>kromano@attorneygeneral.gov<br>kneary@attorneygeneral.gov<br>smoniak@attorneygeneral.gov<br><br>*Attorneys for Kathy Boockvar* |

Mark A. Aronchick
Michele Hangley
Robery Wiygul
Christina Matthias
Hangley, Aronchick, Segal & Pudlin
1 Logan Square, 27th Floor
Philadelphia, PA 19103
maronchick@hangley.com
mhangley@hangley.com
raw@hangley.com
ccm@hangley.com


Andrew F. Szefi
Virginia Scott
Allegheny County Law Department
445 Fort Pitt Boulevard, Ste 300
Pittsburgh, PA 15219
andrew.szefi@alleghenycounty.us
virginia.scott@alleghenycounty.us

*Attorneys for Allegheny County
Board of Elections, Montgomery
County Board of Elections, and
Philadelphia County Board of
Elections*

Molly E Meacham
Babst, Calland, Clements and
Zomnir, P.C.
603 Stanwix Street, Sixth Floor
Two Gateway Center
Pittsburgh, PA 15222
mmeacham@babstcalland.com

Elizabeth A. Dupuis
Babst Calland
330 Innovation Blvd., Suite 302
State College, PA 16803
bdupuis@babstcalland.com

*Attorneys for Centre County
Board of Elections*

| | |
|---|---|
| Edward D. Rogers<br>Terrence M. Grugan<br>Timothy Katsiff<br>Ballard Spahr LLP<br>Elizabeth Wingfield<br>1735 Market Street, Ste 51st Floor<br>Philadelphia, PA 19103<br>rogerse@ballardspahr.com<br>grugant@ballardspahr.com<br>KatsiffT@ballardspahr.com<br>wingfielde@ballardspahr.com<br><br>*Attorneys for Delaware County Board of Elections* | Brian J. Taylor<br>King Spry Herman Freund & Faul LLC<br>One West Broad Street<br>Suite 700<br>Bethlehem, PA 18018<br>btaylor@kingspry.com<br><br>*Attorneys for Northampton County Board of Elections* |
| Witold J. Walczak<br>American Civil Liberties Union of PA<br>247 Ft. Pitt Blvd., 2d Fl.<br>Pittsburgh, PA 15222<br>vwalczak@aclupa.org<br><br>Jon Greenbaum<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Ste 9th Floor<br>Washington, DC 20005<br>jgreenbaum@lawyerscommittee.org<br><br>*Attorneys for NAACP Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Black Political Empowerment Project, Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Natalie Price, Taylor Stover, Joseph Ayeni, and Tim Stevens* | Clifford B. Levine<br>Cohen & Grigsby, PC<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152<br>412-297-4998<br>clevine@cohenlaw.com<br><br>*Attorneys for the Democratic National Committee* |