# APPENDIX A

# LIST OF *AMICI CURIAE*

**James C. Greenwood**, Representative of the Eighth Congressional District of Pennsylvania in the United States House of Representatives, 1992-2005; Representative for the 143rd Congressional District of Pennsylvania in the United States House of Representatives, 1981-1986; Chairman of the Subcommittee on Oversight and Investigations; Member of the Pennsylvania Senate for the Tenth District, 1987-1992.

**Charles Wieder Dent**, Representative of the Fifteenth Congressional District of Pennsylvania in the United States House of Representatives, 2005-2018; Chairman of the House Ethics Committee, 2015-2016; Chairman of the House Appropriations Subcommittee on Military Construction, Veterans Affairs and Related Agencies, 2015-2018.

**Christine Todd Whitman**, Administrator, Environmental Protection Agency, 2001–2003; Governor, New Jersey, 1994–2001.

**Connie Morella**, Representative of the Eighth Congressional District of Maryland in the United States House of Representatives, 1987-2003; Permanent Representative from the United States to the Organisation for Economic Co-operation and Development, 2003-2007.

**Carter Phillips**, Assistant to the Solicitor General, 1981–1984.

**Stuart M. Gerson**, Acting Attorney General, 1993; Assistant Attorney General for the Civil Division, 1989–1993; Assistant United States Attorney for the District of Columbia, 1972–1975.

**John Bellinger III**, Legal Adviser to the Department of State, 2005-2009; Senior Associate Counsel to the President and Legal Adviser to the National Security Council, 2001-2005.

**Edward Larson**, Counsel, Office of Educational Research and Improvement, United States Department of Education, 1986-1987; Associate Minority Counsel, Committee on Education and Labor, United

States House of Representatives, 1983-1986.

**Alan Charles Raul**, Associate Counsel to the President, 1986-1988; General Counsel of the Office of Management and Budget, 1988-1989; General Counsel of the United States Department of Agriculture, 1989-1993; Vice Chairman of the Privacy and Civil Liberties Oversight Board, 2006-2008.

**Paul Rosenzweig**, Deputy Assistant Secretary for Policy, Department of Homeland Security, 2005-2009; Office of Independent Counsel, 1998-1999; United States Department of Justice, 1986-1991.

**Robert Shanks**, Deputy Assistant Attorney General, Office of Legal Counsel, 1981-1984.

**Stanley Twardy**, U.S. Attorney for the District of Connecticut, 1985–1991.

**Donald Ayer**, Deputy Attorney General 1989-90; Principal Deputy Solicitor General 1986-88; United States Attorney, E.D. Cal 1982-86; Assistant U.S. Attorney, N.D. Cal 1977- 79.

**Richard Bernstein**, Appointed by the United States Supreme Court to argue in *Cartmell v. Texas*, 529 U.S. 513, 515 (2000); *Montgomery v. Louisiana*, 136 S. Ct. 718, 725 (2016).