IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, </br>　　　Plaintiffs, </br></br>　　v. </br></br>KATHY BOOCKVAR, *et al.*, </br>　　　Defendants. | ) </br>) No. 4:20-CV-02078 </br>) </br>) Hon. Matthew Brann </br>) </br>) </br>) </br>) |

### ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the motion of Charles W. Dent, Jim Greenwood, *et al., Amici Curiae,* for leave to file an *amici* brief in opposition to plaintiffs' motion for injunctive relief and in support of defendants' motion to dismiss, and any response thereto, for good cause shown, it is **ORDERED** that the motion is **GRANTED.**

It is further ordered that the proposed Brief of *Amici* Charles W. Dent, Jim Greenwood, *et al.,* shall be added to the Court's Electronic Docket as the *Amici* Brief of Charles W. Dent, Jim Greenwood, *et al.,* in Opposition to Plaintiffs' Motion for Injunctive Relief and in Support of Defendants' Motion to Dismiss.

BY THE COURT:


_____
Judge Matthew W. Brann