IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC, et al;<br>　　　　Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.,<br>　　　　Defendants. | Civil Action<br><br>No.: 4:20-cv-02078-MWB |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance on behalf of Intervenor Defendants NAACP-Pennsylvania State Conference, Black Political Empowerment Project, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Joseph Ayeni, Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Natalie Price, Tim Stevens, and Taylor Stover.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 12, 2020　　　　　*/s/ Claudia De Palma*
　　　　　　　　　　　　　　　　　　Claudia De Palma (PA No. 320136)
　　　　　　　　　　　　　　　　　　PUBLIC INTEREST LAW CENTER
　　　　　　　　　　　　　　　　　　1500 JFK Blvd., Suite 802
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　Telephone: (267) 546-1313
　　　　　　　　　　　　　　　　　　cdepalma@pubintlaw.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing Entry of Appearance was filed electronically and served on all counsel of record via the ECF system of the U.S. District Court for the Middle District of Pennsylvania.


Dated: November 12, 2020             */s/ Claudia De Palma*
                                     Claudia De Palma