IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 4:20-cv-02078-MWB |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants, | Hon. Matthew W. Brann |
| NAACP-PENNSYLVANIA STATE CONFERENCE, *et al.*, | |
| Intervenor-Defendants, | |
| DNC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE, | |
| Intervenor-Defendant. | |

**MOTION TO DISMISS BY INTERVENOR-DEFENDANTS NAACP-PENNSYLVANIA STATE CONFERENCE, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, JOSEPH AYENI, LUCIA GAJDA, STEPHANIE HIGGINS, MERIL LARA, RICARDO MORALES, NATALIE PRICE, TIM STEVENS, AND TAYLOR STOVER**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the National Association for the Advancement of Colored People-Pennsylvania State Conference, Black Political Empowerment Project, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Joseph Ayeni, Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Natalie Price, Tim Stevens, and Taylor Stover, respectfully move for dismissal of Plaintiffs' Complaint for failure to state a claim upon which relief can be granted.

The reasons supporting Intervenor-Defendants' Motion are set forth in the accompanying supporting memorandum. Pursuant to Local Rule 7.1, a proposed order is also attached.

WHEREFORE, Intervenor-Defendants request that their Motion be granted and that Plaintiffs' Complaint be dismissed for the reasons set forth in the accompanying memorandum and supporting evidence.

Dated: November 12, 2020

Respectfully submitted,

Mary M. McKenzie (PA No. 47434)*
Benjamin D. Geffen (PA No. 310134)*
Claudia De Palma (PA No. 320136)
PUBLIC INTEREST LAW CENTER
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Telephone: (215) 627-7100
mmckenzie@pubintlaw.org
bgeffen@pubintlaw.org
cdepalma@pubintlaw.org

/s/ Witold J. Walczak
Witold J. Walczak (PA No. 62976)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Telephone: (412) 681-7736
vwalczak@aclupa.org

Shankar Duraiswamy
(admitted *pro hac vice*)
David M. Zionts (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
SDuraiswamy@cov.com
DZionts@cov.com

Rani Gupta (admitted *pro hac vice*)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
RGupta@cov.com

Ezra Rosenberg*
Jon Greenbaum (admitted *pro hac vice*)
Kristen Clarke*
LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
erosenberg@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
kclarke@lawyerscommittee.org


* *Pro hac vice* application forthcoming

Marian K. Schneider (PA No. 50337)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
mschneider@aclupa.org

Sophia Lin Lakin*
Adriel I. Cepeda Derieux*
Ihaab Syed*
Dale Ho*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
slakin@aclu.org
acepedaderieux@aclu.org
isyed@aclu.org
dho@aclu.org

Sarah Brannon*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: (202) 210-7287
sbrannon@aclu.org

*Counsel for Intervenor-Defendants NAACP-Pennsylvania State Conference, Black Political Empowerment Project, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Joseph Ayeni, Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Natalie Price, Tim Stevens, and Taylor Stover*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing motion to dismiss was filed electronically and served on Plaintiffs' counsel of record via the ECF system of the U.S. District Court for the Middle District of Pennsylvania; and via e-mail on counsel for defendants.

Dated: November 12, 2020

/s/  *Witold J. Walczak*
Witold J. Walczak

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that pursuant to Local Rule 7.1, counsel for movants sought concurrence from the parties.  Counsel for Plaintiffs advised that they do not concur.  Counsel for other parties had not responded at the time of filing.

Dated: November 12, 2020

/s/  *Witold J. Walczak*
Witold J. Walczak
