## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR
PRESIDENT, INC., *et al.*,

      Plaintiffs,

      v.

KATHY BOOCKVAR, *et al.*,

      Defendants,

NAACP-PENNSYLVANIA STATE
CONFERENCE, *et al.*,

      Intervenor-Defendants,

DNC SERVICES
CORPORATION/DEMOCRATIC
NATIONAL COMMITTEE,

      Intervenor-Defendant.

Civil Action
No. 4:20-cv-02078-MWB

Hon. Matthew W. Brann

**[PROPOSED] ORDER ON MOTION TO DISMISS BY
INTERVENOR-DEFENDANTS NAACP-PENNSYLVANIA STATE
CONFERENCE, BLACK POLITICAL EMPOWERMENT PROJECT,
COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS
OF PENNSYLVANIA, JOSEPH AYENI, LUCIA GAJDA, STEPHANIE
HIGGINS, MERIL LARA, RICARDO MORALES, NATALIE PRICE, TIM
STEVENS, AND TAYLOR STOVER**

Upon consideration of the Motion to Dismiss by Intervenor-Defendants NAACP-Pennsylvania State Conference, Black Political Empowerment Project, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Joseph Ayeni, Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Natalie Price, Tim Stevens, and Taylor Stover and Memorandum of Law in support thereof, it is hereby ORDERED that the Motion is GRANTED.

Dated November ____, 2020.

_____
Hon. Matthew W. Brann
United States District Judge