# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : No. 4:20-cv-02078-MWB |
| Plaintiffs, | : (*filed electronically*) |
| v. | : |
| KATHY BOOCKVAR, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, this ____ day of _____, 2020, in consideration of the Motion for Leave to File Brief as Amicus Curiae ,filed by Movant, the Pennsylvania Senate Republican Caucus, the Motion is hereby granted. Amicus Curiae is hereby granted leave to file its Brief.

By the Court:

_____
Matthew W. Brann, District Judge
*United States District Court*
*for the Middle District of Pennsylvania*