IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br><br>          Defendants. | No. 20-CV-02078-MWB |

**MOTION OF ALLEGHENY COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, MONTGOMERY COUNTY BOARD OF ELECTIONS, AND PHILADELPHIA COUNTY BOARD OF ELECTIONS TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO DISMISS PENDING STATE-COURT RESOLUTION <u>OF STATE-LAW QUESTIONS</u>**

Defendants Allegheny County Board of Elections, Chester County Board of Elections, Montgomery County Board of Elections, and Philadelphia County Board of Elections hereby move for an Order dismissing all claims in the Complaint with prejudice or, in the alternative, dismissing all claims pending a final ruling by the Pennsylvania judiciary on the proper construction of the Pennsylvania Election Code provisions at issue. In support of this motion, Movants rely on the accompanying Memorandum of Law. A proposed form of Order is attached hereto.

Dated: November 12, 2020

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ Mark A. Aronchick
Mark A. Aronchick (I.D. No. 20261)
Michele D. Hangley (I.D. No. 82779)
Robert A. Wiygul (I.D. No. 310760)
John G. Coit (I.D. No. 324409)
Christina C. Matthias (I.D. No. 326864)
John B. Hill (I.D. No. 328340)
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7050
Email: maronchick@hangley.com

Virginia Scott (I.D. No. 61647)
Scott Law Office
Allegheny County Law Department
445 Fort Pitt Commons, Suite 300
Pittsburgh, PA 15219
412-350-1120

*Counsel for Allegheny County Board of Elections, Chester County Board of Elections, Montgomery County Board of Elections, and Philadelphia County Board of Elections*

CITY OF PHILADELPHIA LAW DEPT.
Marcel S. Pratt, City Solicitor
(I.D. No. 307483)*
Benjamin H. Field, Divisional Deputy City Solicitor* (I.D. No. 204569)
1515 Arch Street, 17th Floor
Philadelphia, PA 19102-1595
(215) 683-5444

*Counsel for Allegheny County Board of Elections*

Joshua M. Stein (I.D. No. 90473)*
Montgomery County Solicitor
Montgomery County Solicitor's Office
One Montgomery Plaza, Suite 800
P.O. Box 311
Norristown, PA  19404-0311
(610) 278-3033

*Counsel for Philadelphia County Board of Elections*

*Motions for Special Admission Forthcoming

*Counsel for Montgomery County Board of Elections*