IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br><br>Defendants. | No. 20-CV-02078-MWB |

## ORDER

Upon consideration of the Motion of Allegheny County Board of Elections, Chester County Board of Elections, Montgomery County Board of Elections, and Philadelphia County Board of Elections to Dismiss the Complaint or, in the Alternative, to Dismiss Pending State-Court Resolution of State-Law Questions, and any response thereto, the Court hereby **ORDERS** that the Motion is **GRANTED**. **IT IS HEREBY FURTHER ORDERED** that all of Plaintiffs' claims are **DISMISSED** with prejudice.

BY THE COURT:

_____
Hon. Matthew W. Brann, J.