# Exhibit 1

IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA

DONALD J. TRUMP FOR PRESIDENT, INC.  :
:
v.  : No.: 2020-05627
:
BUCKS COUNTY BOARD OF ELECTIONS  :

### ORDER

AND NOW, this 3rd day of November, 2020, after extensive conferencing with counsel and consideration of Petitioner Donald J. Trump for President, Inc.'s "Petition for Review of Decision by the Bucks County Board of Elections," said Petition is Denied and Dismissed.

BY THE COURT:

_____
GARY B. GILMAN,            J.

N.B. It is your responsibility to notify all interested parties of the above action.

cc:  Joseph W. Pizzo, Esquire
Kenneth Ferris, Esquire
Jessica VanderKam, Esquire
Matthew Hoover, Esquire
Matthew Adler, Esquire

A copy of the attached Order sent via email on 11/4/20

| | |
|---|---|
| Joseph W. Pizzo, Esquire | jpizzo@rudolphclarke.com |
| Kenneth Ferris, Esquire | kferris@ferris-law.com |
| Jessica VanderKam, Esquire | jvanderkam@stuckertyates.com |
| Matthew Hoover, Esquire | mhoover@grimlaw.com |
| Matthew Adler, Esquire | matt.adler@troutman.com |