# Exhibit 3

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
IN THE COURT OF COMMON PLEAS FOR PHILADELPHIA COUNTY
ELECTION COURT- General Election: November 3, 2020

In Re: : ELECTION MATTER

GENERAL ELECTION

NOVEMBER TERM, 2020

PRE-CANVAS

NO. 7501

### ORDER

AND NOW, this 3rd day of November, 2020, in connection with the matter of: November Term 2020 No. 7501 , upon consideration of the:

☑ oral Petition and Argument and any responses thereto ☐ written Petition and Argument and any responses thereto
☐ testimony and evidence presented by the witnesses and Argument; or

IT IS HEREBY ORDERED and DECREED that:

the oral petition of Donald J. Trump for President Inc. to enjoin the Phila. County Board of Elections from releasing and/or posting a list of mail-in ballots that had been cancelled, and afetr oral argument which included the City of Phila. and the PA Democratic Party, and after careful consideration of the legal issues, the petition is denied.

BY THE COURT:

_____ J.
Presiding Election Day Judge

Page 1 of 1

**IMPORTANT NOTICE**

This Order is issued by the Judge assigned by the President Judge of the Court of Common Pleas to decide legal issues which may arise in connection with the above Election. Failure to comply with the terms of this order may result in contempt proceedings and the imposition of criminal or civil penalties. Any interested party should consult an attorney, or rules of court, for additional information regarding the impact of this order and how to request appropriate relief.

Certified copies of this order may be obtained through the Office of Judicial Records, OJR_Civil@courts.phila.gov upon the payment of the required fee. Notes of testimony of the hearing may be requested through the Court Reporters Office, Land Title Building, 100 S. Broad Street, Second Floor, Philadelphia, PA by completing a Request for Transcript form. See www.courts.phila.gov/departments/courtreporters.

The following Parties participated in connection with the above matter:

| Name of Party | Name of Attorney |
| --- | --- |
| Donald J. Trump for President, Inc. | Linda A. Kerns, Esquire |
| City of Phila. | Michael Pfautz, Esquire |
| PA Dems | Stephen Kastenberg, Esquire |