# Exhibit 6

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Canvassing Observation    :
                                 :
Appeal of: Donald J. Trump       :
for President, Inc.              :      No. 1094 C.D. 2020

# ORDER

      AND NOW, November 5, 2020, upon review of arguments contained in briefs submitted by Donald J. Trump for President, Inc. (Appellant), the Philadelphia County Board of Elections, and the Pennsylvania Democratic Party, it is hereby ORDERED that the November 4, 2020 order of the Court of Common Pleas of Philadelphia County (trial court) denying Appellant's oral motion to allow closer observation of the canvassing of ballots is REVERSED. The matter is REMANDED to the trial court to enter an ORDER no later than 10:30 a.m. today, November 5, 2020, effective immediately, requiring that all candidates, watchers, or candidate representatives be permitted to be present for the canvassing process pursuant to 25 P.S. § 2650 and/or 25 P.S. § 3146.8 and be permitted to observe all aspects of the canvassing process within 6 feet, while adhering to all COVID-19 protocols, including, wearing masks and maintaining social distancing. Opinion to follow.

                                 s/Christine Fizzano Cannon
                                 _____
                                 Christine Fizzano Cannon, Judge

Order Exit
11/05/2020