# Exhibit 7

**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: CANVASSING OBSERVATION | : | No. 425 EAL 2020 |
| | : | |
| | : | |
| PETITION OF: CITY OF PHILADELPHIA BOARD OF ELECTIONS | : : : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of November, 2020, the Petition for Allowance of Appeal is **GRANTED** on the following issues:

    1. Whether, as a matter of statutory construction pursuant to Pennsylvania law, the Commonwealth Court erred in reversing the trial court, which concluded that Petitioner City of Philadelphia Board of Elections' regulations regarding observer and representative access complied with applicable Election Code requirements.

    2. Whether the issue raised in Petitioner's petition for allowance of appeal is moot.

    3. If the issue raised in Petitioner's petition for allowance of appeal is moot, does there remain a substantial question that is capable of repetition yet likely to evade review, and, thus, fall within an exception to the mootness doctrine.

    This grant order should not be viewed as a stay on the ongoing processing and counting of ballots.

    The Prothonotary is directed to set an expedited briefing schedule for the parties.

    Chief Justice Saylor and Justice Mundy note their dissent.