# Exhibit 8

1                    IN THE UNITED STATES DISTRICT COURT

2               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

4    DONALD J. TRUMP FOR             :  CIVIL ACTION NUMBER
     PRESIDENT, INC.                 :

5                                 :

        VERSUS                   :

6                                 :

     PHILADELPHIA COUNTY BOARD     :

7    OF ELECTIONS              :  20-5533

8

9                     JAMES A. BYRNE U.S. COURTHOUSE
                      THURSDAY, NOVEMBER 5, 2020
                      COMMENCING AT 5:30 P.M.

10                    PHILADELPHIA, PA 19106

11   _____

            BEFORE THE HONORABLE PAUL S. DIAMOND, J.

12   _____

13      HEARING:  MOTION FOR EMERGENCY INJUNCTION

14

     APPEARANCES:

15

     JEROME MARCUS, ESQUIRE

16   P.O.BOX 212

     MERION STATION, PA 19066

17   JMARCUS@MARCUSLAW.US

18

     COUNSEL FOR PLAINTIFF

19

20        SUZANNE R. WHITE, RPR, FCRR, CM
          OFFICIAL COURT REPORTER

21          2609 U. S. COURTHOUSE
           601 MARKET STREET

22         PHILADELPHIA, PA 19106
           (215)299-7252

23

24

     PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,

25   TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

1           MR. MARCUS:  REPRESENTATIVES OF THE

2     DEMOCRATIC PARTY.

3           THE COURT:  IS THAT TRUE, MS. CLAIBORNE?

4           MS. CLAIBORNE:  NO, YOUR HONOR.  AGAIN,

5     TO THE BEST OF OUR KNOWLEDGE, UNLESS THERE WERE --

6           THE COURT:  "TO THE BEST OF MY KNOWLEDGE"

7     AND "AS FAR AS I KNOW" REALLY WON'T WORK TONIGHT.

8           MS. CLAIBORNE:  NO, YOUR HONOR.  NOT A

9     SINGLE OBSERVER.  TO THE EXTENT THAT AN OBSERVER WAS NOT

10    COMPORTING WITH THE RULES, I BELIEVE THAT AT LEAST ONE

11    INDIVIDUAL WAS REMOVES BECAUSE THEY WERE BEHAVING

12    INAPPROPRIATELY, TO THE EXTENT THAT THEY WEREN'T

13    SOCIALLY DISTANCING OR ANY OTHER ISSUE --

14          THE COURT:  HOW CLOSE ARE THE OBSERVERS

15    GENERALLY ALLOWED TO GET TO THE COUNTERS?

16          MS. CLAIBORNE:  THAT WAS AT ISSUE TODAY.

17    THERE WAS AN ORDER TOO THIS MORNING THAT THEY BE WITHIN

18    SIX FEET.  WE SHUT DOWN ALL OF OUR CANVASSING ACTIVITIES

19    EXCEPT FOR THE FIRST ROW CLOSEST TO THE BARRICADE.  WE

20    MOVED THE BARRICADE UP.  MS. STEPHANIE REID IS HERE TO

21    TESTIFY WE GOT A TAPE MEASURE, WE MEASURED OUT SIX FEET

22    AND THEY WERE ALLOWED TO STAND AT THE BARRICADE.

23          THE COURT:  IT'S OKAY.  I'M NOT A LAND

24    SURVEYOR.  I JUST WANTED TO KNOW.

25          MR. MARCUS, I'LL GRANT YOU, IF THERE WERE

1    A COMPLETELY IRRATIONAL DECISION THAT PEOPLE WHO WERE, I

2    DON'T KNOW, UNDER FIVE FEET OR OVER FIVE FEET AREN'T

3    ALLOWED TO OBSERVE OR PEOPLE OF A CERTAIN RACE OR

4    RELIGION ARE NOT ALLOWED TO OBSERVE, I'D STILL HAVE

5    TROUBLE FIGURING OUT WHAT THE CONSTITUTIONAL INJURY IS,

6    BUT AT LEAST THERE WOULD BE SOME SORT OF A

7    DISCRIMINATION.

8                    THEY'RE SAYING THAT YOUR PEOPLE ARE IN

9    THAT ROOM.  ARE THEY IN THAT ROOM OR NOT?  DOWN.

10                   MR. MARCUS:  DOWN.  THEY ARE NOT BEING

11   GIVEN EQUAL ACCESS TO THE ROOM.

12                   YOUR HONOR, I THINK --

13                   THE COURT:  EQUAL ACCESS IS REALLY -- ARE

14   THEY IN THE ROOM?

15                   MR. MARCUS:  THERE ARE NON -- THERE IS A

16   NONZERO NUMBER OF PEOPLE IN THE ROOM.  THEY ARE NOT

17   BEING GIVEN --

18                   THE COURT:  NONZERO NUMBER OF PEOPLE.

19   DON'T KNOW WHAT THAT IS EITHER.

20                   MR. MARCUS:  MAY I RESPECTFULLY MAKE A

21   SUGGESTION, YOUR HONOR?

22                   THE COURT:  SURE.

23                   MR. MARCUS:  THE OTHER SIDE AND WE HAVE

24   WHAT I THINK IS A FACTUAL DISAGREEMENT ABOUT WHAT'S

25   ACTUALLY GOING ON.

1           THE COURT:  I'M ASKING YOU AS A MEMBER OF

2    THE BAR OF THIS COURT, ARE PEOPLE REPRESENTING THE

3    DONALD J. TRUMP FOR PRESIDENT, REPRESENTING THE

4    PLAINTIFF, IN THAT ROOM?

5           MR. MARCUS:  YES.

6           THE COURT:  I'M SORRY, THEN WHAT'S YOUR

7    PROBLEM?

8           MR. MARCUS:  THEY'RE NOT BEING GIVEN

9    EQUAL ACCESS TO THE ROOM.  THEY'RE NOT BEING GIVEN

10   ACCESS TO -- THE FACTUAL REPRESENTATION THAT THEY WERE

11   WITHIN SIX FEET IS NOT ACCURATE, AS MY CLIENT WILL

12   TESTIFY.  THEY CAN'T SEE --

13          THE COURT:  HOW MANY FEET ARE THEY AWAY?

14          MR. MARCUS:  AT ALL TIMES, YOUR HONOR, A

15   DISTANCE GREATER THAN ONE COULD ACTUALLY SEE.  THE

16   DISTANCE VARIED BETWEEN 100 FEET AND 30 FEET.

17          THE COURT:  ONE COULD ACTUALLY SEE WHAT?

18          MR. MARCUS:  WHAT WAS ACTUALLY GOING ON.

19   THE PURPOSE OF HAVING THE OBSERVERS THERE IS SO THAT

20   THEY CAN OBSERVE THE OPENING OF INDIVIDUAL BALLOTS, THE

21   CHECKING OF SIGNATURES, THE SECURITY --

22          THE COURT:  YOU CAN'T SEE FROM 30 FEET IF

23   AN ENVELOPE IS BEING OPENED?  YOU'RE 30 FEET FROM ME

24   RIGHT NOW.

25          MR. MARCUS:  CORRECT.

1           THE COURT:  YOU DON'T THINK I CAN -- AND

2   BELIEVE ME, YOU WOULDN'T WANT ME PILOTING YOUR AIRCRAFT

3   WITH THESE 67-YEAR OLD EYES, BUT I COULD SEE IF YOU WERE

4   OPENING AN ENVELOPE AND LOOKING AT IT?

5           MR. MARCUS:  YOU COULD SEE IF I WAS

6   OPENING AN ENVELOPE.

7           THE COURT:  WHAT MORE DO THEY HAVE TO DO?

8   THEY'RE NOT GOING TO BE ALLOWED TO STAND OVER THEIR

9   SHOULDERS.

10           MR. MARCUS:  NO.  BUT THEY HAVE TO BE

11   GIVEN THE RIGHT TO SEE THE SIGNATURE, TO SEE WHETHER THE

12   SIGNATURE MATCHES THE SIGNATURE IN THE BOOK, TO SEE --

13           THE COURT:  THEY WOULD HAVE TO BE CLOSER

14   THAN SIX FEET TO DO THAT.

15           MR. MARCUS:  THE RULE WAS SIX FEET.  SIX

16   FEET --

17           THE COURT:  I UNDERSTAND.  BUT WE HAVE A

18   VIRUS OUT THERE THAT THERE HAVE TO BE MORE ROOM -- I'M

19   SORRY, THERE WOULD BE LESS ROOM THAN SIX FEET.  I DON'T

20   KNOW IF IT'S SAFE.

21           MS. CLAIBORNE, MR. WIYGUL, AGAIN, I'M NOT

22   A LAND SURVEYOR, I DON'T KNOW THAT I HAVE JURISDICTION

23   TO HEAR THIS.  I JUST DECIDED WE SHOULD HAVE A HEARING

24   BECAUSE IT DOES SEEM TO ME THAT THE WHOLE THING IS GOING

25   TO BE MOOT IF WHAT I READ ON THE INTERNET IS CORRECT,