# Exhibit 9

## IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

### CIVIL DIVISON

| | |
|---|---|
| DELAWARE COUNTY REPUBLICAN EXECUTIVE COMMITTEE | ELECTION LAW NO: |
| 323 West Front Street Media PA, 19063 | |
| V. | |
| DELAWARE COUNTY BOARD OF ELECTIONS 201 West Front Street Media, PA 19063 | |

### ORDER

**AND NOW,** to wit, this _4th_ day of November 2020, upon consideration of Petitioner's Emergency Petition or Relief Seeking Order Granting Access to Canvassing of Official Absentee Ballots and Mail-In Ballots, and the hearing held on November 4, 2020 wherein argument was heard from both Parties, it is hereby **ORDERED** and **DECREED** as follows:

1. Four Observers in total (2 observers from the Republican Party, or affiliated candidates, and 2 observers from the Democratic Party, or affiliated candidates,) are permitted to observe the resolution area at all hours while ballots are being resolved;

2. Two observers (1 representing the Republican Party, or affiliated candidates, and 1 representing the Democratic Party, or affiliated candidates,) are permitted to observe the sorting machine area at all times while the machine is in use. However, all observers shall stand back while the machine is in use due to safety concerns.

3. At two-hour intervals, two observers in total (1 representing the Republican Party, or affiliated candidates, and 1 representing the Democratic party, or affiliated candidates) are permitted to enter the ballot room, to examine the room; however, are not permitted to examine the physical ballots contained within the room, individually. They must be escorted by a member of the Election Board Staff with the time not to exceed five minutes each visit.

4. Any observer may not interference with the process, nor may any observer object to individual ballots.

By the Court:

_____
JUDGE JOHN P. CAPUZZI, SR.