# EXHIBIT 1

EXHIBIT 1

## IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY
## COMMONWEALTH OF PENNSYLVANIA
## CIVIL DIVISION

| | |
|---|---|
| **IN RE: MOTION FOR INJUNCTIVE RELIEF OF NORTHAMPTON COUNTY REPUBLICAN COMMITTEE** | No.: C-48-CV-2020-6915 |

### ORDER OF COURT

**AND NOW**, this 3rd day of November, 2020, upon consideration of the oral motion of the Northampton County Republican Committee to Enjoin the Northampton County Board of Elections from disclosing the identity of cancelled ballots during pre-canvassing, and upon consideration of the arguments presented thereon, it is hereby ordered that the motion for injunctive relief is hereby **DENIED**.

The court reporter shall immediately transcribe the November 3, 2020 hearing in anticipation that the Northampton County Republican Party will file a Notice of Appeal to the Pennsylvania Commonwealth Court.

**BY THE COURT:**

**MICHAEL J. KOURY, JR.,
PRESIDENT JUDGE**