# EXHIBIT 3

**EXHIBIT 3**

IN THE COURT OF COMMON PLEAS IN AND FOR
THE COUNTY OF MONTGOMERY, PENNSYLVANIA
CIVIL TRIAL DIVISION

- - -

DONALD J. TRUMP FOR PRESIDENT, INC.,   :   NO. 2020-18680
GARRITY FOR PA,                        :
HEIDELBAUGH FOR ATTORNEY GENERAL, INC.,:
REPUBLICAN NATIONAL COMMITTEE,         :
DANIEL J. WISSERT,                     :
                Plaintiffs,            :
                                       :
      vs.                              :
                                       :
MONTGOMERY COUNTY BOARD OF ELECTIONS,  :
                Defendant,             :
        and                            :
                                       :
DEMOCRATIC SERVICES CORPORATION/       :
DEMOCRATIC NATIONAL COMMITTEE,         :
                Intervenor,            :
        and                            :
DEMOCRATIC SERVICES CORPORATION/       :
DEMOCRATIC NATIONAL COMMITTEE,         :
                Pro Hac Vice Attorney, :
        and                            :
UZOMAN N. NKWONTA,                     :
                Pro Hac Vice Attorney. :

- - -

Petition for Review of Decision by
Montgomery County Board of Elections

- - -

Tuesday, November 10, 2020
Commencing at 9:00 a.m.

- - -

Bernadette Black Berardinelli, RDR, CRR, CRC
Official Court Reporter
Taken Remotely Via Videoconference
Montgomery County Courthouse
Norristown, Pennsylvania

- - -

BEFORE:  THE HONORABLE RICHARD P. HAAZ, JUDGE

```
COUNSEL APPEARED AS FOLLOWS:


    JONATHAN S. GOLDSTEIN, ESQUIRE
        for the Plaintiffs

    RAYMOND McGARRY, ESQUIRE
    JOSHUA M. STEIN, ESQUIRE
    MARY KAY BROWN, ESQUIRE
        for Defendant Montgomery County
        Board of Elections


    TIMOTHY FORD, ESQUIRE
        For Montgomery County Democratic
        Committee


    UZOMA NKWONTA, ESQUIRE, PRO HOC VICE INTERVENOR
    MICHAEL R. McDONALD, ESQUIRE
    KAHLIL C. WILLIAMS, ESQUIRE
    COURTNEY ELGERT, ESQUIRE
    JOHN GEISE, ESQUIRE
    STEPHANIE COMMAND, ESQUIRE
        for the Intervenors
        Democratic National Committee


                              - - -
```

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2                      P R O C E E D I N G S

3               (Proceedings were commenced with the

4               Court and Counsel being present.)

5                            - - -

6               (Discussion held off the record.)

7                            - - -

8               THE COURT:  Let's begin.  Let's go on

9     the record.

10              Good morning, everybody.  We are here

11    today for oral argument on the Petition for Review of

12    Decision by Montgomery County Board of Elections, filed

13    by Petitioner Donald J. Trump for President, Inc.  And

14    the author of the petition and present to argue today

15    will be Jonathan Goldstein.  My understanding is that

16    the relief which is being sought by the petitioner is

17    being imposed by the Montgomery County Board of

18    Elections and also by the Intervenor, Democratic

19    National Committee.

20              Before we begin the arguments, would

21    everyone please identify themselves for the record?

22    Why don't we start with Mr. Goldstein, since you are

23    the petitioner?

24              MR. GOLDSTEIN:  Good morning, Your

25    Honor, Jonathan Goldstein on behalf of Donald J. Trump

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     and related parties.

3                    THE COURT:  Good morning to you.

4                    MR. GOLDSTEIN:  Good morning, Your

5     Honor.

6                    THE COURT:  Next is the Board and the

7     County representatives.

8                    MR. McGARRY:  Yes, Your Honor.  Raymond

9     McGarry, on behalf of the Board of Elections.  And with

10    me, Your Honor, is Mary Kay Brown and Joshua Stein.

11                   THE COURT:  Good morning to all of you.

12                   And, Mr. McGarry, you will be arguing

13    solely on behalf of the Board and the County?

14                   MR. McGARRY:  That is correct, Your

15    Honor.

16                   THE COURT:  All right.  On behalf of the

17    DNC.

18                   MR. NKWONTA:  Good morning, Your Honor.

19    Uzoma Nkwonta, on behalf of Intervenor DNC.  With me is

20    Mr. Kahlil Williams, Mr. Michael McDonald, Mr. John

21    Geise, Ms. Courtney Elgert, and Ms. Stephanie Command.

22                   THE COURT:  Good morning to all of you

23    collectively.

24                   And my understanding is Mr. Geise is

25    participating by phone only; there is not a visual

```
 1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2   aspect to his participation.
 3                  And you will be arguing on behalf of the
 4   DNC, you, yourself?
 5                  MR. NKWONTA:  Yes, Your Honor.
 6                  THE COURT:  Well, Mr. Goldstein, are you
 7   prepared to begin your argument?
 8                  MR. GOLDSTEIN:  I am, Your Honor.
 9                  THE COURT:  Please, proceed.
10                  MR. GOLDSTEIN:  Thank you, Your Honor.
11   We're so grateful for the opportunity to be here today
12   with the Court and everybody else.  Before I begin my
13   substantive argument, I should say Mr. McGarry, and
14   Mr. Stein in particular, have been very easy to work
15   with.  We've just been so grateful for the way they've
16   been open with us and enabled this to proceed very
17   smoothly.  I haven't had the opportunity to speak by
18   phone with any of the folks from the DNC, but I trust
19   they will proceed in much the same manner.
20                  You know, in terms of the substantive
21   argument, the mail-in balloting, the ballot counting
22   statute at 25 P.S. 3150.16(a) says in pertinent part:
23   The elector shall then fill out, date, and sign the
24   declaration.
25                  The Court has before it a narrow
```

```
 1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2     question:  Does "fill out" mean anything other than
 3     what its plain language calls for, and do we need to
 4     look anywhere else to understand what "fill out" means?
 5     I submit we do not need to look elsewhere.  The meaning
 6     of the language is self evident.
 7               If a doctor's office hands you a form
 8     and tells you to fill it out, and you hand it back with
 9     blanks, they will tell you, "You didn't fill it out.
10     Go finish it."  Fill it out means just that.
11               Why did the General Assembly want the
12     elector to fill out his address in his own hand?  I
13     contend that the General Assembly believes that seeing
14     the elector write his address in his own hand serves
15     perhaps as a vital anti-fraud function as a part of the
16     declaration.  This contention is as viable a claim as
17     those of the Board and the DNC.  But the real truth is
18     it is speculation on everyone's part, what the General
19     Assembly intended.
20               What is not speculations is that it is
21     axiomatic that the General Assembly never uses an
22     extraneous word.  That is a maxim under Pennsylvania
23     law:  Shall.  Fill out.  Date and sign.
24               Filling out is as much a part as signing
25     or dating.  It was in the view of the General Assembly,
```

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2    and it is their view that prevails here.  It was as

3    much a vital part as either the signing or the dating.

4    We can't just substitute our judgment for that of the

5    General Assembly's incredibly clear language.  "Fill

6    out" means fill out completely.

7              As for the argument that these ballots

8    were to be counted and are unchallengeable as cast,

9    this argument fails on its face.  The DNC admits as

10   much by noting that the Secretary of State gave

11   guidance on how to handle challenges to the County's

12   ballot.  The Secretary is not going to give guidance on

13   a procedure that is illegal.  And the DNC knows this,

14   and the Secretary knows this, and everyone knows this.

15   These ballots can be challenged; otherwise, you can end

16   up with an absurd circumstance.

17              For example, imagine the Board

18   erroneously allowed a dead, non-citizen, convicted

19   felon to cast a ballot.  Would we all sit here

20   powerless to do nothing about it?  "Sorry, no

21   challenges"?  Of course not.  It is misread of the

22   election code to say challenges had to be made to

23   mail-in ballots by the Friday before the election.

24   That's why election is as the DNC contented [sic].

25   That won't work.  Ballots cast in that way, by mail-in

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2    or absentee, or embargoed under 25 P.S. 3146.8(a),

3    which says in pertinent part, The County Boards of

4    Election, upon receipt of an official absentee ballot

5    in such envelopes, shall safely keep the same in sealed

6    or locked containers, until they distribute the same to

7    the appropriate local election districts in a manner

8    prescribed by the Secretary of the Commonwealth.

9            So to contend that we could have

10   challenged them back last Friday is false.  They can't

11   be examined or challenged because they're held, sealed,

12   and locked in containers, by the County Board.

13           Finally, as for Secretary's guidance on

14   what constitutes a sufficiently filled-out declaration,

15   Secretary Boockvar can't issue guidance that changes

16   the statute.  Again, 25 P.S. 3150.16(a) says in

17   pertinent part, The elector shall then fill out, date,

18   and sign the declaration.  It's three independent acts

19   that are required.

20           "Fill out" means fill out.  It has

21   independent meaning from "sign" and from "date."  It is

22   mandatory because the word "shall" is joined in the

23   same sentence with all three required acts.

24   Accordingly, the Board erred, and the ballots go to the

25   subject of this appeal should not be counted.

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2                    Thank you, Your Honor.

3                    THE COURT:  Suppose -- so I am looking

4      at the instructions.  And in one of the instructions --

5      and I will ask this of the County, as to whether these

6      are from the Secretary or they are done locally.  But

7      it says, sign and date the return envelope for the

8      absentee ballots.  It doesn't talk about putting your

9      address on.

10                   But suppose this and other instructions

11     are either ambiguous or faulty.  Is the remedy to

12     invalidate that vote if the Secretary or the local

13     board has given faulty or ambiguous instructions --

14                   MR. GOLDSTEIN:  Yes.

15                   THE COURT:  -- that is relied upon?

16                   MR. GOLDSTEIN:  Yes, that is the remedy.

17     The fact that the County Board committed an error -- it

18     would be like the County Board misstating a deadline

19     that's laid out in statute.  It is a tragedy perhaps.

20     It is an error perhaps, but you can't rewrite a statute

21     with a set of instructions or with guidance from the

22     Government official.

23                   THE COURT:  Both the DNC and the

24     County -- the DNC spent more time in their brief on it

25     than the County did.  But they have suggested and

1         TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2    argued that the new election code has eliminated,

3    either restricted and/or eliminated, the right of third

4    parties to challenge any deficiencies such as you're

5    doing right now.  You didn't file a reply brief.  They

6    only filed their materials yesterday.  What is your

7    reply to that?  You touched upon it.

8              MR. GOLDSTEIN:  Yeah.  So our reply is

9    that they misperceived what is going on.  These

10   challenge procedures are still in the statute.  They're

11   still viable and vital.  And the place where they say a

12   challenge could be made is a place where a challenge

13   cannot be made.  The Friday before the election, those

14   ballots are still locked in a sealed container, so I

15   can't examine them.  I can't challenge them.  And what

16   they propose as a scheme for challenging defies the

17   plain language of the statute, defies the procedures

18   that are in use everywhere in the state.  We have to be

19   able to challenge them in this way or it yields the

20   certain results I've indicated.

21             If the Board had allowed somebody to

22   vote and they couldn't vote and we all knew it, under

23   their scheme, we would just have to allow it because

24   this person applied for something some manner of weeks

25   ago.

                TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

1                   THE COURT:  In your petition, which is
2       right before me -- and I read it several times -- you
3       don't claim that any electors or the Board of the
4       County were guilty of fraud, correct?  That's correct?
5                   MR. GOLDSTEIN:  Your Honor, accusing
6       people of fraud is a pretty big step.  And it is rare
7       that I call somebody a liar, and I am not calling the
8       Board of the DNC or anybody else involved in this a
9       liar.  Everybody is coming to this with good faith.
10      The DNC is coming with good faith.  We're all just
11      trying to get an election done.  We think these were a
12      mistake, but we think they are a fatal mistake, and
13      these ballots ought not be counted.
14                  THE COURT:  I understand.  I am asking
15      you a specific question, and I am looking for a
16      specific answer.  Are you claiming that there is any
17      fraud in connection with these 592 disputed ballots?
18                  MR. GOLDSTEIN:  To my knowledge at
19      present, no.
20                  THE COURT:  Are you claiming that there
21      is any undue or improper influence upon the elector
22      with respect to these 592 ballots?
23                  MR. GOLDSTEIN:  To my knowledge at
24      present, no.

TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

1

2          THE COURT:  Does it make a difference

3    whether a claim of irregularity or technical

4    noncompliance with the election code is made with or

5    without an accompanying claim of fraud or improper

6    influence?

7          MR. GOLDSTEIN:  It does not.  I mean, to

8    claim the technical defects are immaterial, which is in

9    some sense some of the thrust of what the DNC argued,

10   is really to misperceive what is going on in the

11   election code.  The election code is technical.

12          These requirements are all technical.

13   And some of them sit in that code for reasons that are

14   a mystery for all of us.  I mean, I sort of recounted

15   for you my view of why the elector signing in his own

16   hand is material.  The DNC have their reasons for why

17   they think it is material or immaterial.  The fact of

18   the matter is, it is in the code.  The code is itself

19   technical.  Those technicalities are part and parcel of

20   the law and a violation of the results in a ballot that

21   can't be counted.

22          THE COURT:  All right.  I don't have any

23   questions for you.

24          I have a question for generally whoever

25   prepared the stipulation.  So I will ask it of you and

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     then we will go to Mr. McGarry.

3                    So we're looking at the 592 ballots.

4     First of all, do you believe they all should be treated

5     the same?

6                    MR. GOLDSTEIN:  So one of the things

7     that happened as we negotiated the stipulation is, you

8     know, I pointed the DNC and the County to our paper

9     petition, right, where we said that there were defects,

10    facial defects.  And I thought the objections I could

11    make would range from absence of a signature, a date

12    that was wrong, or a missing address.  The other

13    parties to the stipulation thought that I had somehow,

14    in our initial phone call with the Court, limited

15    myself only to addresses.

16                    I don't believe I so limited myself.  I

17    think I am limited by the corners of my petition, and

18    that any of these ballots that have a missing

19    signature, a date that is wrong, or an address that is

20    wrong, would fail on the basis of both the pleading I

21    made and the oral argument that I just made.  They're

22    required to fill out, date, and sign.  And any of those

23    things missing is fatal to that ballot.

24                    THE COURT:  So your answer is that all

25    592 ballots should be invalidated?

TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

1

2            MR. GOLDSTEIN:  Correct.  Yes, Your

3     Honor.

4            THE COURT:  And there should not be a

5     separate analysis for the subsets of different types of

6     irregularities that may exist on some ballots?

7            MR. GOLDSTEIN:  Certainly if the Court

8     is going to deny my motion in its entirety on that

9     basis, I would look for perhaps smaller subsets that

10    the Court might find appropriate to strike.

11            If you were to say, for example, I am

12    not striking these on the basis that an address is

13    missing, I would want the opportunity to strike the

14    ones where the date is missing or wrong or somebody

15    wrote, for example, their birthdate or where the

16    signature is missing or, you know, illegible, things

17    like that.

18            THE COURT:  Okay.  You're raising

19    irregularity with respect to date.  I am looking at

20    your stipulation; specifically, Footnote 1.  And I

21    thought the scope of irregularities was only the

22    address, partial address, placed -- go ahead.

23            MR. GOLDSTEIN:  I am sorry, Your Honor.

24    I didn't mean to talk over you.

25            THE COURT:  Go ahead.

1              TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2                      MR. GOLDSTEIN:  Zoom is challenging.

3                      So, you know, in the interest of getting

4     the stipulation done -- and we had some back and forth

5     e-mails about it -- I said, "Look, I will stipulate to

6     this," you know to what we stipulated to.  But I did

7     reserve the right and I did, I think, in my pleading

8     preserve the ability to challenge, you know, beyond

9     just a missing address.

10                     THE COURT:  Okay.  So I will ask -- I

11    will ask the County.  They're the ones that actually

12    have the ballots in their possession.  Okay.  Is there

13    anything more you wish to add?

14                     MR. GOLDSTEIN:  No, Your Honor.  We're

15    just so grateful for the opportunity to be here with

16    everyone today to discuss this important issue.  Thank

17    you.

18                     THE COURT:  Well, thanks so much.

19                     Mr. McGarry.

20                     MR. McGARRY:  Thank you.

21                     THE COURT:  Before you begin, let me

22    just start off with my questions.  So there are

23    subsets.  There are 592 ballots which have been

24    identified and segregated.  You've identified, of that,

25    509 that have the voter's address preprinted on the

```
 1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2     outer envelope, to the right of the voter's
 3     declaration.  There is a subset:  266 of those people
 4     put their addresses on the front of the envelope, not
 5     on the back, where probably it was indicated.
 6               Does that mean that for the other 243 of
 7     the 509 there's no written address by the elector,
 8     there is just the printed address that the County put
 9     on the envelope?
10               MR. McGARRY:  Your Honor, for that
11     number that you just said, the answer to your question
12     is that in addition to having the printed address,
13     there also is the bar code, Your Honor.  And the bar
14     code scans to the SURE system with a specific
15     identification of the voter involved, which would
16     include their address.  But in terms of handwriting the
17     address on the outer envelope, you are correct.
18               THE COURT:  Thank you.  All right.  Why
19     don't you begin?  I have several questions for you as
20     well.  Why don't you begin with your argument?
21               MR. McGARRY:  Okay.  Thank you, Your
22     Honor.
23               First, as to the scope of the issue
24     before the Court.  Your Honor, we believe that the only
25     issue involved in this appeal relates to the 592
```

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     ballots for which electors did not print some or all of

3     the address information in the spaces provided below

4     the declaration.   This lack of complete address

5     information from this group of ballots was identified

6     to the Montgomery County Republican Committee by Joshua

7     Stein.   Upon presentation of that issue to

8     Mr. Goldstein, counsel for the Republican party raised

9     an objection as to that issue only, as to the address

10    issue only.

11              That objection was overruled.   No

12    objection has ever been raised to the Board with regard

13    to the date or, rather, any other aspect of the

14    declaration; thus, this Court, we believe, lacks

15    jurisdiction to hear any issue related to any other

16    aspect of the declaration other than the issue related

17    to the address.

18              THE COURT:   May I ask you just a

19    question for a moment?   All 592 bear the signatures of

20    the electors; is that correct?

21              MR. McGARRY:   That's my understanding,

22    Your Honor.   Yes.

23              THE COURT:   Okay.

24              MR. McGARRY:   Now, we've just discussed

25    some of the facts.   And, Your Honor, from our

```
 1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2     perspective, this is an issue of statutory
 3     construction.  We believe that the statutory analysis
 4     doesn't end with 3150.16.  It starts there, but it
 5     doesn't end there.  And so we believe that you start
 6     there.  And we would agree that the language of the
 7     statute says, "The elector shall then fill out, date,
 8     and sign the declaration, print it on the outer
 9     envelope."  There is no statutory requirement in this
10     section for the filling out or the printing of the
11     address.  It is just not there.
12               So then the question becomes -- by the
13     way, Your Honor, if the Legislature wanted to require
14     the address, they could have, as is present in that
15     same very section, in Subsection (a)(1), where they do
16     require the printing of an address of a witness who is
17     signing for an elector who is unable to sign the
18     declaration.  So we know the Legislature, if they
19     wanted to require the address, could have required the
20     address.
21               THE COURT:  How do you interpret the
22     language "fill in"?
23               MR. McGARRY:  So that language, Your
24     Honor -- at the time that was developed by the
25     Legislature, there had been no declaration prepared.
```

1            TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     They left to the Legislature -- I was just about to get

3     to that 3150.14(b).  They left to the Secretary of the

4     Commonwealth the obligation and the right to create the

5     form of the declaration.  And they only require two

6     things, Your Honor, in that form of declaration:

7                    One, a statement of elector's

8     qualification;

9                    Two, a statement the elector has not

10    already voted at the election.

11                   Those are the two mandatory requirements

12    of the section of the statute as to what has to be in

13    this declaration.  Both of those things are in the

14    declaration.  And for every one of these 592 ballots,

15    the elector has signed the declaration and dated the

16    declaration.

17                   THE COURT:  May I just stop you for a

18    second?  What is meant by the qualifications of the

19    elector?

20                   MR. McGARRY:  Well, Your Honor, that

21    they are registered to vote.  And as you can see, if

22    you want to take a look at -- we will look at Exhibit B

23    to the stipulation.  There is a statement, an

24    independent statement in the declaration, the second

25    sentence, I believe, Your Honor, that starts, "I am

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     qualified to vote the enclosed ballot."  So there is an

3     independent statement in this declaration that the

4     elector is qualified to vote the enclosed ballot.  So

5     that is in compliance with the statute, that there be a

6     statement of qualification of the voter.

7                    THE COURT:  What are those qualifications?

8                    MR. McGARRY:  That they be registered to

9     vote.

10                    THE COURT:  Registered to vote at a

11     specific location?

12                    MR. McGARRY:  Well, when you register to

13     vote, you do register at a specific location, but the

14     requirement under the act is that you be registered to

15     vote.

16                    THE COURT:  Anywhere?

17                    MR. McGARRY:  That you be qualified as

18     registered to vote.

19                    THE COURT:  The question is whether the

20     address of the elector makes a difference and affects

21     their qualifications to vote.  Does it mean qualified

22     to vote anywhere or qualified to vote in that

23     particular voting district or county?

24                    MR. McGARRY:  Well, in this case, Your

25     Honor, the specific county and voting district of the

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     elector is contained -- that information is contained

3     within the bar code.  So if you will look at the bar

4     code, there is a number --

5               Look at this, the example we're looking

6     at for Christopher.

7               THE COURT:  Which exhibit are you

8     referencing?

9               MR. McGARRY:  This is Exhibit B to the

10    stipulation.

11              THE COURT:  B.

12              MR. McGARRY:  B, as in boy.

13              THE COURT:  Right.  Okay.  I am with

14    you.

15              MR. McGARRY:  So the first nine digits

16    that you see on this bar code correspond to a unique

17    number assigned to each elector.  Next, there is a dash

18    and then 46.  46 is the number specified for the

19    county, Montgomery County.

20              The next digits that correspond on this

21    bar code correspond to the election precinct for that

22    voter.  So all of that information is contained within

23    the outer envelope so that, from a fraud perspective --

24    if we're worried about fraud, there is no possibility

25    of fraud because we have a verification of the voter,

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     the precinct, and the name all on this ballot.  And

3     when it's scanned into the system, all of that is

4     verified, and the voter's ballot is then crossed off as

5     being voted.

6               There is no issue of fraud here, Your

7     Honor, and all of that information, including the

8     precinct, is included within the outer envelope.  Okay?

9               THE COURT:  So that is a safeguard so

10    the person has not voted twice.

11              MR. McGARRY:  Has not voted twice,

12    exactly.  That's exactly right, Your Honor.

13              THE COURT:  My only issue -- actually, I

14    think the best argument for Mr. Goldstein, which he did

15    not make, was how do we know that person still resides

16    in the County?  If that person moved somewhere else,

17    outside the county, outside the state, has comes back,

18    picked up the mail, saw and this, filled it in and sent

19    it back, would they still be a qualified voter in

20    Montgomery County under those circumstances where

21    they're not affixing their signature and/or consent or

22    affirmation that the information is correct at least as

23    to where they exist?

24              In other words, in that set of

25    circumstance, they would not have voted twice, and they

 1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

 2     would not be an ineligible voter from your perspective,

 3     but you wouldn't know where they currently live and, in

 4     terms of their residential address, if they're a

 5     qualified voter in Montgomery County.

 6                    MR. McGARRY:  Well, Your Honor, the

 7     prevention to that is these ballots were mailed to the

 8     address.

 9                    THE COURT:  Okay.

10                    MR. McGARRY:  So once again, Your Honor,

11     as I was starting to talk about, in 3150.14(b), there

12     is no requirement that the declaration itself include a

13     statement of the address.

14                    So then the question becomes what

15     ballots may be counted?  And under 25 P.S.

16     3146.8(g)(3), which governs the canvassing of both

17     absentee and mail-in ballots, the statute says that if

18     the County Board is satisfied that that the declaration

19     is sufficient, the votes should be counted.  So it is

20     up to the Board to determine that they are satisfied

21     that the declaration is sufficient.

22                    THE COURT:  And what criteria does the

23     Board utilize to make that determination?

24                    MR. McGARRY:  Your Honor, the criteria

25     is to look at the ballot.  It is a criteria set forth

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     in the statute, which is to look at the ballot, compare

3     the signature with the name that's in the roll of the

4     voters, and to use the scanning system to verify that

5     the vote is of that person and that, in fact, that vote

6     has been counted.

7                    THE COURT:  You know, I am just curious,

8     when a person goes and votes in person, as we all do,

9     you go to your local voting/polling station.  And then

10    you identify yourself and you sign.  And they have

11    already your signature on record.  But I am trying to

12    think back to my own experience.  Is it required that

13    the poll workers and/or the election judge locally say

14    to you, "Do you still reside at this address?"

15                   MR. McGARRY:  No, Your Honor, there is

16    no such requirement.  And as Your Honor is well aware,

17    there is no requirement that any ID be shown unless it

18    is your first time voting at a particular polling

19    location.

20                   THE COURT:  Okay.

21                   MR. McGARRY:  So under this statute, the

22    Board has given the full discretion to decide if the

23    declaration is sufficient.  And that's an interesting

24    use of the word "sufficient," Your Honor.

25    Because "sufficient," if you look at the Cambridge

```
 1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2   English Dictionary, is defined as "enough for a
 3   particular purpose."  The Legislature used that word
 4   specifically, sufficient.  And I think that any
 5   argument that something that not in the statute, such
 6   as an address, is mandatory simply goes against the
 7   entire concept of the Board of Elections making a
 8   determination that a declaration is sufficient.
 9             Next, Your Honor, since the form of
10   declaration is that of the Secretary of State, we
11   believe that it is important to understand the guidance
12   from the Secretary of State in terms of whether ballots
13   should not be counted.  And the September 11th, 2020,
14   guidance of the Secretary of State specifically states
15   that "Only where the declaration is blank," meaning no
16   signature, no date, nothing, "should that vote not be
17   counted."
18             Finally, as Your Honor pointed out to
19   Mr. Goldstein, the instructions, which are Exhibit A to
20   the stipulation, Your Honor, specifically tell the
21   elector that your ballot cannot be counted without a
22   signature on the return envelope.  There is nothing on
23   there that tells the elector that if their address is
24   not filled out that their ballot cannot be counted.
25             And I would disagree with Mr. Goldstein
```

```
 1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2     about the significance of that.  There is case law that
 3     we cited, In Re.:  Count of Ballots Cast in the General
 4     Election of November 6, 1973, in which the Supreme
 5     Court states, "The innocent voter should not be
 6     punished by a nullification of her vote where her
 7     reliance on instructions given by" the Board in that
 8     case, "were entirely reasonable."  We would say the
 9     instructions given here were entirely reasonable,
10     because they comport with the statute and they comport
11     with the guidance provided by the Secretary of State.
12               So that's all I have on this issue, Your
13     Honor, unless you have any other questions.
14               THE COURT:  I actually have a couple
15     questions about the instruction.  What was the process
16     that led to the instructions of the outer envelope?
17     Was that done locally, or in every county in
18     Pennsylvania, are those instructions the same?
19               MR. McGARRY:  I don't know if they're
20     all the same.  But I know that this form of instruction
21     was created locally by the Board of Elections.
22               THE COURT:  And what role, if any, did
23     the local political parties have in preparing and
24     reviewing that language used in the instructions?
25               MR. McGARRY:  Your Honor, that I am not
```

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     sure of the answer to that question.  Mr. Goldstein

3     might be better to answer that question.

4               But I will say, Your Honor, that these

5     instructions have been out for months, and there have

6     been no objections to these instructions by any of the

7     parties.

8               MR. GOLDSTEIN:  I don't know that we

9     ever had substantial input into those instructions.  I

10    think that was essentially an administerial task on the

11    part of the Board.

12              THE COURT:  So I will ask you the same

13    question I asked him:  Should all 592 ballots be

14    treated the same?

15              MR. McGARRY:  Your Honor, we believe

16    they all should be counted.  The reason we included

17    some subcategories of information was to advise the

18    Court that not all the ballots were exactly the same;

19    that, in fact, some of them were partially filled out,

20    some not filled out at all.  And we wanted to be

21    totally transparent with the Board about the state of

22    these ballots.  So we do believe they all should be

23    counted.

24              However, if Your Honor was inclined to

25    strike any of them, the only ones we think there should

        1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
        2    be even the thought -- and we don't think they should
        3    be stricken at all -- is the 36 ballots where the
        4    address is nowhere on the envelope.
        5              THE COURT:  Let's just talk about them
        6    for a second.  So there's 36 ballots of 592 that don't
        7    have any identifying information regarding the address
        8    of the elector; is that correct?
        9              MR. McGARRY:  Well, they do have the bar
       10    code, Your Honor.
       11              THE COURT:  They have the bar code,
       12    correct.
       13              MR. McGARRY:  The web scan does bring up
       14    the address and the voter information of the individual
       15    elector.
       16              THE COURT:  And so your position would
       17    be that even if any elector, these 36 and even all 592,
       18    had no information by the elector -- setting aside the
       19    bar code, but by the elector -- with respect to the
       20    address, they would still be valid?
       21              MR. McGARRY:  Yes, Your Honor that's our
       22    position.
       23              THE COURT:  There is another subset in
       24    which the addresses were blacked out or blanked out.
       25    It had something to do with -- to help facilitate UPS

1      TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2    to deliver something?  I am not sure, who blacked them

3    out or blanked them out or blacked them out?  Was that

4    done by the County?

5                MR. McGARRY:  My understanding of that

6    issue was that after a large number of ballots had

7    already been mailed out, the Postal Service was

8    complaining about the fact the address shown was

9    confusing to some of the mail carriers.  So the County,

10   through the use of a printer, blacked out the address

11   at the request of the Postal Service.

12               THE COURT:  All right.  That's all I

13   have for you then.  Have you finished your argument?

14               MR. McGARRY:  I have, Your Honor.  Thank

15   you very much.

16               THE COURT:  Okay.  You are very welcome,

17   of course.

18               For the DNC, Mr. Nkwonta, you're an

19   intervenor here.  Would you like to offer your

20   thoughts?

21               MR. NKWONTA:  Yes, Your Honor.  There's

22   just a few things, and I will try not to overly

23   replicate what prior counsel have already discussed.

24               I did want to talk about the procedural

25   posture at this proceeding.  And I wanted to explain

```
 1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2    why it is improper that Petitioners have filed this
 3    appeal despite the fact that the Legislature expressly
 4    removed the right to challenge a mail-in or absentee
 5    ballot during a canvassing process.  This expressed
 6    removal of the right to challenge, it is not an
 7    emptiless reading of the statute.
 8                    Prior to March 2020, which is when the
 9    Legislature passed Act 12 of 25 P.S. 3146.8(g)(2) to
10    (3), expressly provided for challenges or expressly
11    permitted challenges to any absentee elector or mail-in
12    elector in accordance with the provisions of that
13    statute [sic].
14                    In Act 12, the Legislature expressly
15    removed those provisions and removed those references
16    to challenges to mail-in and absentee ballots during
17    the canvassing process.  And, instead, what that
18    provision now states is that ballots that are not
19    challenged or applications that are not challenged by
20    5:00 p.m., the Friday before an election, if there is
21    no challenge to the application, then those ballots
22    shall be counted and canvassed.
23                    And the reason for that, Your Honor, is
24    clear:  The Legislature was concerned about the delay
25    that could be caused by challenges to mail-in absentee
```

 1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2     ballots.  And when you look at the procedure that
 3     follows such challenges -- procedures that were avoided
 4     here, which is related to the issues that we've had
 5     with the stipulations.  But when you look at the
 6     procedures, you know, there must be a formal notice
 7     provided to the voters and challengers, then there must
 8     be a formal hearing.  And then at the hearing, the
 9     challengers or the voters may call witnesses, and the
10     Board must hear testimony.  That is not what the
11     Legislature intended.  That's not what the Legislature
12     contemplated, especially given the large number of mail
13     ballots that have been cast in this election, which was
14     on the Legislature's mind.
15               So when you look at now 25 P.S. 3146.8,
16     it simply says that all mail ballot applications that
17     are not challenged -- applications that are not
18     challenged -- those ballots shall be counted and
19     included with the returns of the applicable election
20     district.  This appeal was an end-around from what the
21     Legislature expressly forbade for a good reason.  And I
22     think it is also notable that Mr. Goldstein, counsel
23     for the petitioners, was not able to point to any
24     specific provision in the election code that permitted
25     or contemplated challenges to mail-in or absentee

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2    ballots during the canvassing process.

3                Now, there may be some references to

4    challenges of mail ballots and absentee ballots as

5    prior vestiges of the pre-existing scheme because not

6    every related provision was altered.  But when you look

7    at the provisions that most directly confront the

8    challenge process for a mail-in/absentee ballot, it is

9    clear the Legislature removed that process, and the

10   Supreme Court recognized as much; the Pennsylvania

11   Supreme Court, that is, recognized as much.

12               So for that reason, this appeal proceeds

13   from a procedure before the County Board that does not

14   exist.  And there is no process here to challenge these

15   ballots or to appeal from the County Board's

16   determination.  That's not to say that the petitioners

17   have no recourse.  There are a number of recount

18   petitions that they can file.  And if they believe that

19   there has been some fraudulent conduct, then they can

20   lay out their case and they can provide whatever

21   evidence that they have of that.  And that's set forth

22   in 25 P.S. 3261, 3262, and 3263.  And there are

23   procedures for the challenges that they seek to bring

24   now.  There are procedures for the arguments they seek

25   to assert now.  This is not one of them.  This was

```
 1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2   specifically contemplated and removed by the
 3   Legislature.
 4                THE COURT:  Let me just stop you there
 5   for a moment.  Would you agree if an elector who --
 6   first of all, when you use the expression "mail-in or
 7   absentee," why are you using that expression?  Wouldn't
 8   absentee votes be a subset of mail-in votes?
 9                MR. NKWONTA:  Not necessarily, based on
10   my understanding.  And I am sure that there are others
11   who are more experienced that can jump in.  My
12   understanding is there is a distinction between mail-in
13   and absentee ballots.
14                THE COURT:  Would someone tell me what
15   it is?  I don't quite get it.
16                MR. NKWONTA:  Absentee voting is
17   actually set forth in the Pennsylvania Constitution.  I
18   think there is a Constitutional provision that sets
19   forth requirements, broad requirements, for absentee --
20                THE COURT:  Yes, you have that clause:
21   you're disabled, out of the country, et cetera.
22                But now that we have mail-in, why is
23   there even a need for that category any longer?
24   Mr. McGarry, do you know the answer to that?
25                MR. McGARRY:  Your Honor, in terms of
```

1         TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2    canvassing, they're treated the same.

3              THE COURT:  They're treated the same.

4    And they should be treated the same in this case,

5    right?

6              MR. McGARRY:  In terms of how they're

7    counted, yes.  The process is different, Your Honor.

8    But in terms of how you count the ballots, the process

9    is the same.

10             THE COURT:  Okay.  I am sorry.  Back to

11   you, Mr. Nkwonta.

12             MR. NKWONTA:  I would defer to both.

13             THE COURT:  Would you agree with me

14   then, if an elector failed to affix their signature to

15   the mail-in ballot, that would be a fatal defect, and

16   that would invalidate that ballot?

17             MR. NKWONTA:  I would agree with that,

18   Your Honor.

19             THE COURT:  Okay.  Let's assume the

20   County Board of Elections gets a mail-in ballot and the

21   outer envelope contains no signature but they count it.

22   Are you saying there is no standing or remedy available

23   to a political party to challenge what seems like a

24   clear error of law?

25             MR. NKWONTA:  No.  What I am saying is

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     that that avenue is not through a challenge of the

3     canvassing board.

4                    THE COURT:  What would they then do?

5     What is available to them for a remedy?

6                    MR. NKWONTA:  Well, Your Honor, one of

7     the things they can do if they learn of an absentee or

8     mail-in ballot that was cast without a signature, they

9     may pursue relief through the recount procedures or

10    through an election contest.

11                   THE COURT:  A recount of the entire

12    county?

13                   MR. NKWONTA:  A Petition for Recount,

14    where if they receive evidence -- or they may file an

15    election contest.  I think that the key here is that

16    when the Legislature eliminated the challenge process,

17    the Legislature was well aware that the County Boards

18    would be making these decisions.  And the County Boards

19    have been expressly granted discretion to make these

20    decisions.

21                   So the fact they may make a mistake

22    every now and then is no reason to discard the

23    procedures that have been set forth by the State

24    Legislature.

25                   THE COURT:  Okay.

```
 1            TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2                 MR. NKWONTA:  And in making this
 3    argument, we're relying on the text and the language of
 4    the statute.  And if the Court were to follow the text
 5    and language of the statute, it is clear this challenge
 6    or quasi challenge or whatever happened in the County
 7    Board proceeding below was improper and the subsequent
 8    appeal of that is not procedurally correct.
 9                 And I also would like to address the
10    discussion of the missing address and the address
11    requirement.  And starting off from the premise that
12    the election code is to be liberally construed, which
13    means construed in a way not to disenfranchise voters,
14    I think it is notable that the provision the
15    Petitioners identified do not at any point make any
16    reference to a voter's requirement to include his or
17    her address on the declaration.  There's no such
18    requirement.  However, notably, in a companion
19    provision that allows third parties to assist voters or
20    allows third parties to sign declarations for voters,
21    that companion provision, 25 P.S. 3150.16(a)(1), that
22    companion provision expressly contemplates that the
23    third-party assistant must include his or her address.
24                 THE COURT:  It more than contemplates
25    it; it requires it.
```

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2                    MR. NKWONTA:  It requires that the third

3     party include his or her address.

4                    Now, not only are we required to take

5     instruction from that expressed omission when it comes

6     to voters and expressed inclusion when it comes to

7     third-party assisters, it also makes good sense when

8     you think about the fact that when a voter receives an

9     absentee ballot -- I am sorry.  When a voter receives a

10    mail ballot, that mail ballot is sent to the voter

11    based on information on that voter that the County

12    already has.  And there's the bar code that Mr. McGarry

13    just discussed, the bar code that provides information,

14    including address information, for that voter.

15                   Montgomery County had already preprinted

16    addresses for the voter on some of these mail ballot

17    envelopes.  The voter is a known entity, as is the

18    voter's address.  But the third party, the third party

19    in some instances and in many instances, is an unknown

20    entity.

21                   So the statute clearly provides,

22    expressly provides, an address requirement for

23    third-party assisters whose information is not

24    reflected in the SURE system but does not do so for

25    voters.  And there is a clear rationale for that that

1       TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
2   follows the language of the statute; it also follows
3   common sense.
4            And then I also want to point out that
5   the Secretary's guidance takes on more significance
6   here than just a directive that one may ignore or
7   accept, because the Legislature has granted the
8   Secretary the authority to prescribe the form of the
9   declaration.
10            If the Secretary has authority to
11   provide a form of the declaration, that means the
12   Secretary similarly has the authority to alter the
13   declaration and has the authority to clarify what the
14   terms on the declaration mean and what is required to
15   count a vote and what is required to nullify a vote and
16   what does not nullify a vote.
17            And the Secretary had made clear that an
18   incorrect date, for instance, or a missing address is
19   not necessarily grounds to nullify a ballot.
20            THE COURT:  What is the basis for that
21   comment?
22            MR. NKWONTA:  And I was actually about
23   to get to that, to explain how to get there.
24            The September 11th, 2020, guidelines
25   specifically set forth that the declaration can be

```
 1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2     rejected if it is blank.  And the Secretary then makes
 3     clear that the County Board has the discretion as to
 4     the sufficiency of the declaration.  So if the
 5     declaration is blank, then the declaration cannot be
 6     accepted.
 7                    THE COURT:  Let me stop you for a
 8     moment, because I am looking at that September 11th
 9     guideline by the Secretary.
10                    And the sentence before the sentence
11     about there being a blank return, which would obviously
12     be disqualified, it says as follows:  To promote
13     consistency across the 67 counties, the County Boards
14     of Elections should follow the following steps when
15     processing returned absentee and mail-in ballots.
16     After setting aside ballots of electors who died prior
17     to the opening of polls, the County Board of Elections
18     shall examine the voter's declaration on the outer
19     envelope of each returned ballot and compare the
20     information on the outer envelope, i.e., the voter's
21     name and address, with the information contained in the
22     registered absentee mail-in voter's file, the absentee
23     voter's list and/or the military veterans, and
24     emergency civilian's absentee voters' file, end quote.
25     If the voter's declaration on the return envelope is
```

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2    blank, that ballot return envelope must be set aside

3    and not counted.

4              So we have if it is blank, obviously, it

5    shouldn't be counted.  Because, to me, the biggest

6    issue is the signature -- the big issue before the

7    Court now is what is the significance of incomplete or

8    the absence of the address?  So obviously if it is

9    blank, that's the easy one.  But in the sentence that

10   precedes the one that you referenced, it does suggest

11   that the voter's name and address should be on the

12   outer envelope.  So I am sure you noticed that.  So

13   what is the significance of that?

14             But then it goes on to say:  If the

15   voter's declaration on the returned envelope is signed

16   and the County Board is satisfied that the declaration

17   is sufficient, the mail-in or absentee ballot should be

18   approved for canvassing unless challenged in accordance

19   with the Pennsylvania Election Code.

20             So there, now, it seems to suggest that

21   really the signature is really the paramount sort of

22   matter to be affixed to the outer envelope by the

23   elector.  So it is not exactly clear as to the

24   significance of the address to be included or not

25   included.

```
 1              TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2                        MR. NKWONTA:  Two responses to that,
 3     Your Honor.  First, I think the first paragraph you
 4     read, the paragraph to follow should inform our
 5     interpretation of that first paragraph.  I am talking
 6     specifically with reference to that sentence in which
 7     the Secretary's guidance says the County Board shall
 8     compare the information on the outer envelope; i.e.,
 9     the voter's name and address.
10                        So while the guidance does make
11     reference to the address, the sentences that follow
12     make clear that the Secretary, in his guidance, has
13     singled out blank declarations and potentially
14     declarations missing a signature but has not singled
15     out declarations missing an address, which is, again,
16     consistent with the statute.  Neither the Secretary's
17     guidance nor the statute anywhere singles out
18     declarations with a missing address as a improper
19     declaration or one that is subject to rejection.  And I
20     would also --
21                        THE COURT:  Wait.  Before you
22     continue -- I am sorry to interrupt you, but these
23     thoughts come in my mind and out of my mind so quickly,
24     I have to address them.
25                        It talks about the County Board must be
```

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     satisfied the declaration is sufficient.  Mr. McGarry

3     also commented on that.  In that determination, that

4     the declaration is sufficient, is it only that this

5     person is still living?  Is a registered voter?  Is

6     there any other qualification or condition that the

7     County Board is looking for to be satisfied that the

8     declaration is sufficient?  That there is a signature

9     on the outer envelope?  Is that the criteria, just

10    that?

11          MR. NKWONTA:  I think the criteria is in

12    the part set forth in 25 P.S. 3146.8(g)(3).  In that

13    section, it discusses that sometimes, in some

14    instances, proof of identification is required.  In

15    other instances, the County Board just needs to satisfy

16    itself that the information contained in the registered

17    and absentee mail-in voter file entitled the individual

18    to vote and verify that individual's ability to vote.

19          So that is the standard.  That is a

20    standard that has been set forth, you know, by the

21    Legislature, and that is the standard that the

22    Secretary has echoed.  And County Board's discretion is

23    something that is contemplated as a part of this

24    electoral process.

25          THE COURT:  Why are we even looking at

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     the Secretary's guidance?  Isn't it the statute that

3     governs here?  In other words, even if the Secretary

4     says, If the voter's declaration on the return envelope

5     is signed, it's good -- suppose that is her

6     interpretation.  Does that control my decision?  Isn't

7     the interpretation of the code itself what is the most

8     important consideration?

9               MR. NKWONTA:  The interpretation of the

10    code, indeed, is the most important consideration.

11              THE COURT:  Okay.

12              MR. NKWONTA:  I think the Secretary's

13    interpretation is helpful and instructive in some

14    instances because of the Secretary's role, because of

15    the Secretary's delegated role to prescribe the form of

16    this declaration.  And if the Secretary has not taken

17    the position advanced here that a missing address

18    requires the invalidation of a declaration but has

19    identified other deficiencies that require the

20    invalidation of a declaration, I think that is also

21    instructive as well.

22              THE COURT:  Well, I think it is

23    instructive to your argument that instructions, whether

24    they come from the Secretary to the local county boards

25    or whatever the local county boards do on their own in

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2   terms of their interpretation of their obligations,

3   that those instructions, if incomplete or faulty,

4   should not disenfranchise a voter that relied upon

5   them.  Is that ultimately your argument?

6                MR. NKWONTA:  Yes, Your Honor.  We would

7   agree with that wholeheartedly.

8                THE COURT:  Go ahead.

9                MR. NKWONTA:  And, lastly, I wanted to

10  highlight the statutory interpretation argument

11  advanced here.  Not only is it inconsistent with the

12  text of the statute, but it is also inconsistent with

13  the way Pennsylvania Courts interpret and distinguish

14  between mandatory and directory [sic] provisions.  Not

15  every requirement or every statement in the statute is

16  a mandatory requirement, and not every technicality or

17  failure to follow every technicality shall result in

18  the rejection or invalidation of a ballot.  And there

19  are ways to determine what the difference is and where

20  to draw that line between a provision that requires

21  outright invalidation and a provision -- whether the

22  failure to meet a certain provision is something that

23  the Board can take into its discretion.

24                And here, as the Pennsylvania Supreme

25  Court laid out in Pennsylvania Democratic Party v.

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     Boockvar, the Court should look to the specific

3     language and also the legislative intent.  And the

4     specific language here does not foreclose counting

5     ballots with missing addresses.  It doesn't foreclose

6     counting ballots with any of the missing -- with any of

7     the information missing from 3150.16(a) or 3146.6(a).

8     But we have seen other instances and other statutes,

9     other provisions that expressly require the County

10    Board to reject mail ballots for certain omissions.

11             So, for instance, 25 P.S. 3146.8(g)(4)

12    states that it expressly invalidates ballots that

13    contain any text, mark, or symbol revealing the

14    elector's identity, political affiliation, or

15    candidate's preference.  That is an expressed rejection

16    in the statute of ballots that violate that provision.

17             There is no analog in 3150.16.  There is

18    no analog in 3146.6.  Those provisions then should be

19    construed as directive, especially when considering the

20    purpose of those provisions.

21             If the purpose of the address on the

22    declaration is to verify the elector's address, well,

23    there are multiple ways of doing that.  That has

24    already been done, not only with the bar code that

25    allows the County Board to look up the voter's

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     information in the SURE system, but also of the fact

3     that many of these voters have actually entered their

4     address elsewhere on the outside of the envelope.  And

5     some of those envelopes are preprinted.  And even if we

6     delve into the date, which is not before this Court or

7     properly before the Court -- but even if we delve into

8     issues with the date on these declarations, there is no

9     question these declarations and these ballots were

10    received timely, because they were pre canvassing.  And

11    pre canvassing occurs on Election Day.

12              So if these ballots were pre canvassed,

13    then there is no question these were timely received.

14    There can be no legitimate purpose or intent to

15    disenfranchise voters simply because they did not write

16    down the date where there is no question over the

17    timeliness of the receipt of these ballots.  Because

18    these omissions or purported omissions are immaterial,

19    they are not mandatory under Pennsylvania law.  And to

20    treat them as such would actually potentially implicate

21    violations of the Voting Rights Act and the Civil

22    Rights Act, which foreclose the denial of the right to

23    vote based on immaterial omissions.

24              That is not a claim necessarily before

25    this Court, but that should guide the Court's statutory

```
 1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2   interpretation.  Both state law and federal law
 3   prohibit the denial of the right to vote based on
 4   immaterial omissions that are not mandatory as set
 5   forth in the statute.
 6             So for those reasons, Your Honor, we ask
 7   the petition be denied.
 8             THE COURT:  Thank you.
 9             Mr. Goldstein, there were two of them
10   and one of you.  So I am going to give you one last
11   opportunity, if you would like, to rebut or reply to
12   any of the arguments made against you.
13             MR. GOLDSTEIN:  I understand.  My screen
14   is filled with Democrats.  I have a lot of Democratic
15   lawyers.  I am grateful for the opportunity.
16             THE COURT:  May I ask you a question
17   first, because I sense you have experience in election
18   law and in these matters.  Is there a requirement for a
19   local County Board to do that which they did in this
20   case, as opposed to simply processing them, to actually
21   alert political parties that there is at least an
22   arguable claim as to the validity of these ballots?
23             MR. GOLDSTEIN:  There is not, Your
24   Honor, and not in a sort of formal way.  That is part
25   of why at the beginning of my comments I praised
```

```
 1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2    Mr. Stein and Mr. McGarry.  They have been
 3    exceptionally equanimical in the way they have
 4    approached this.
 5                And spoiler alert, gentlemen:  After the
 6    election, I am going to call on you both to help me
 7    propose statutory changes to eliminate a lot of what we
 8    had to go through this time.
 9                Your Honor is correct that I have some
10    experience with the election code.  I have actually, in
11    the past, been involved in the writing and rewriting of
12    substantial portions of Pennsylvania's code.
13                THE COURT:  So are you to blame if there
14    is any ambiguity that I may find?
15                MR. GOLDSTEIN:  Not in this section,
16    Your Honor.  That wasn't my fault.  I was involved in
17    some of the writing of the statute to enable
18    provisional voting after HAVA was enacted, when I was a
19    brand new, baby lawyer.
20                THE COURT:  In those circumstances where
21    other local county boards are not as gracious and fair
22    in terms of how they treat the parties, what happens?
23                MR. GOLDSTEIN:  That's really one of the
24    big problems under our current election code.
25    Basically the boards are afforded a lot of discretion.
```

```
1              TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
2                        For example, if Mr. Stein had not been
3      equanimical, and just said, "You know, we're going to
4      count these," and they sliced them open, sliced open
5      the outer envelope and pulled out the secrecy envelope,
6      now we have a problem.  You can't unring that bell.
7                        One of things we really have to do
8      statutorily in Pennsylvania is get to a place where we
9      can mount timely, narrow challenges, have those
10     envelopes set aside, not sliced opened discretionarily
11     and counted, and then do what Mr. Nkwonta proposes,
12     which is pick it up way, way, way, way, way on the back
13     end with recount petitions.  That's not good for me in
14     blue counties; that's not good for them in red
15     counties.  And it doesn't give the polity a sense that
16     the election was conducted in a fair and transparent
17     manner.  So we have work to do on the legislative side.
18                       If I may pivot to some of the
19     substantive arguments that were raised by my colleagues
20     or counterparts, the argument that we can't be here
21     with this appeal fails.  You know, if you look at 25
22     P.S. 3157, it is very broad.  A, Section A, allows any
23     person aggrieved by any order or decision of any county
24     board regarding -- and it goes on in that manner -- may
25     appeal therefrom.  Yes, mail-in ballots should be
```

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     accepted as cast, as Mr. Nkwonta indicated, subject to

3     the challenge provisions of 3157.

4                    Challenges like the one we lodged are

5     entirely consistent with the changes the General

6     Assembly made when it enabled mail-in balloting earlier

7     this year; otherwise, we would have absurd results.  We

8     couldn't challenge ballots cast by known, dead felons

9     until way down the road.  That's not what they

10    intended.  Also, the Secretary, on the guidance sheet

11    provided that you read out loud, contemplates

12    challenges to mail-in ballots.  So we can be here.

13                    The second point, there has been much

14    said how "fill out" doesn't mean the address.  No one

15    has said -- other than me has said what is self

16    evident:  "Fill out" means fill out.  What are you

17    filling out if you don't fill out the blanks placed on

18    the form by the Commonwealth?

19                    The Board-printed address on the ballot

20    doesn't really matter for purposes of the declaration.

21    It is there for the Board's purpose.  Mr. McGarry talks

22    about what it does.  It is there to help them do their

23    work.  The General Assembly wanted the elector to write

24    it, and it is not a minor requirement.  They wanted the

25    elector to write it as a part of the elector's swearing

```
 1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2   that the address where the voter resides is the address
 3   from which he is entitled to vote, and he is
 4   reconfirming it.
 5             Adopting and expanding the Court's anti-
 6   fraud argument, attributed as my best argument, the
 7   fact a voter has to write the address he is using to
 8   vote has an anti-fraud purpose.  A voter has to write
 9   his own address in his hand.  And it helps the Board
10   and the Postal Service and everyone else, as we heard,
11   resolve where the voter lives.
12             I mean, the fact that we print it on the
13   ballot and they have to black it out because it was
14   messing up the Postal Service is immaterial for our
15   purpose, right?
16             THE COURT:  But I asked Mr. McGarry, and
17   I'll ask you the same question:  Do you agree when an
18   elector goes and votes in person, the election code
19   does not require that person to provide some sort of
20   affirmation they still reside at the address that is
21   registered with the election officials with the County?
22             MR. GOLDSTEIN:  So they do when they
23   sign the voter book, right?  You come into the polling
24   place and you sign that book.  What you're signing is,
25   I still live here and I can vote here and I'm me; those
```

```
 1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2   are the functions that take place when you sign that
 3   voter book.
 4                THE COURT:  Actually, does it say that?
 5   That's my question.  When you are signing your name,
 6   are you also affirming substantive content?  I am not
 7   sure.  I am using me own past experience.  I am not
 8   looking at the code.  Is that true?
 9                Let me try to establish if that is a
10   true fact, because that makes a difference to me.
11   Because I've written notes to myself throughout these
12   arguments.  One is:  What is the purpose of the address
13   on the outer envelope?  Does it serve any legitimate
14   purpose?  Is it material or immaterial?  Is it a
15   technical defect, et cetera.
16                So do you have an answer to that,
17   Mr. McGarry, or anyone from the County?  When an
18   elector goes and votes in person, are they required by
19   law -- they are required by law to sign their name.
20   But are they actually making an affirmation as to a
21   sentence or two that is factually correct underneath or
22   above or below their signature?
23                MR. McGARRY:  Your Honor, there is no
24   such declaration on the poll books.  You are simply
25   signing in that you voted.
```

```
 1              TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2                   THE COURT:  No, no, no, no.  You haven't
 3     voted yet.  You have to sign in you're allowed to vote.
 4                   MR. McGARRY:  Right.  You're signing to
 5     show as evidence that you're there, now voting, and
 6     that you are who you say you are.  But there is no
 7     affirmation.  There is no declaration on those poll
 8     books whatsoever.
 9                   MR. GOLDSTEIN:  Voting from a location
10     where you're not entitled to vote is not permitted.
11                   THE COURT:  Both statements can be true
12     at the same time.  The statement you said just can be
13     true as a statement.  But is the statement Mr. McGarry
14     just stated, is that true?
15                   MR. GOLDSTEIN:  I don't have a poll
16     book, a sample poll book in front of me.  I am going,
17     like the Court is, off my recollection.  I would
18     certainly say affixing your signature in a register is
19     an unsworn falsification if you're not entitled to vote
20     at that location.
21                   THE COURT:  This is actually an
22     important point to me.  I am wondering if in the next
23     hour or two someone can provide me with that
24     information.
25                   MR. GOLDSTEIN:  Perhaps someone from
```

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
2    County Board can provide us with a copy of a page from
3    a book?
4              THE COURT:  And the reason it is,
5    because it answers my question that ultimately you all
6    are presenting different perspectives on the same
7    issue.  How important really is it that the person
8    write their address, the elector, on the outer
9    envelope?  Does it have to be in a specific place?  Is
10   it of any significance that it is preprinted in a
11   different place?
12             So the purpose of it is important to me.
13   And I will be quite frank with you in my thinking.  It
14   seems to have some significance if it is a declaration
15   by an elector that they still live in that residence
16   and it is proper and legal for them to vote in that
17   voting district or county.  But if there is no such
18   requirement for an in-person voter, then it seems much
19   less material.
20             MR. GOLDSTEIN:  So, Your Honor, there
21   actually is more material in the mail-in context, and
22   here is why:  The mail and absentee context have much
23   heightened what I will say -- "suspicion" is the wrong
24   word, right?  Meaning, when we have an opportunity to
25   confront a voter in a polling place, there are locally

1           TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     elected polling officials who presumably know their

3     neighbors.  Somebody walks in --

4                    THE COURT:  I don't -- yes and no.  Yes

5     and no.  Yes, they certainly will know some of their

6     neighbors, but there will be a great swath of people

7     whom they don't know.  And these people working the

8     polling stations, they could be new, so they may not

9     know many people.

10                   MR. GOLDSTEIN:  True.  But what we do

11    know, the corollary of the topic we just discussed

12    briefly there, is that in a mail-in context, there is

13    no scrutiny.  No one is going to see that person.  The

14    only thing we're going to have is the writing they

15    submit, which is why it is much more important in that

16    context that that declaration be completely filled out;

17    that the elector in his own hand attest to the fact

18    that he lives at the address from which he is voting;

19    That's why that "fill out" phrase is in there, in that

20    statute.

21                   THE COURT:  But if it is not required

22    for in person, then why should it be required for the

23    mail-in?

24                   MR. GOLDSTEIN:  Because the scrutiny is

25    heightened for mail-in because that declaration is the

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2    only thing we've got to know whether that elector is

3    who he says he is.

4             THE COURT:  It's the same thing with

5    mail-in -- it's the same thing with in-person; it's the

6    only thing you have to work with.

7             MR. WILLIAMS:  Your Honor, if I may?  I

8    know I didn't present argument, but --

9             THE COURT:  For the record, would you

10   identify yourself for the court reporter.

11            MR. WILLIAMS:  Oh, I'm sorry.  I am

12   Kahlil Williams.  I am also representing the DNC,

13   Interveners.  And I just make the simple point that for

14   the purposes -- there is a prospect, to which

15   Mr. Nkwonta mentioned, which you can challenge an

16   application of a mail-in, of a mail-in voter.  And,

17   certainly, if you had some suspicion that a person did

18   not live where they say they live, you can challenge

19   the application at the point we all described.

20             So the idea that the only way you can

21   determine whether or not someone lives where they say

22   they live is at the time a ballot is canvassed and

23   about to be counted is just not true.  You can

24   certainly get people at the application process, people

25   that you think are not voting where their address said

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
2    they should.
3                THE COURT:  Well, I do appreciate that.
4    I think it is only fair to Mr. Goldstein to only fend
5    off one person per party.  But thank you for that.
6                But that raises a different issue:  In
7    some jurisdictions around the country, every single
8    elector is mailed a mail-in ballot.  Am I correct that
9    in Pennsylvania, if one applied in the primary, it got
10   automatically mailed to that elector if they applied
11   for the primary; that's correct?  Or they applied for
12   the general election?  But they had to apply, as
13   opposed to it being automatically sent to them?
14               MR. GOLDSTEIN:  One must apply for a
15   mail-in ballot in Pennsylvania.
16               THE COURT:  In Pennsylvania, okay.
17               MR. NKWONTA:  Your Honor, may I offer an
18   example, an analogy here, to demonstrate the lack of
19   relevance of an address requirement.
20               The address that is listed here, we're
21   assuming that every absentee voter or mail-in voter
22   lives in Pennsylvania.  Now, there are voters who live
23   overseas; there are voters who live in other states.
24   What would their declaration or their current address
25   reveal about their eligibility to vote in any

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2    particular location?

3              MR. GOLDSTEIN:  So I can answer that,

4    which is that they have to put the address from which

5    they are voting, right?  If they live overseas -- maybe

6    even Mr. McGarry or Mr. Stein can shed some light --

7    you have to put the Pennsylvania address at which you

8    last resided and from which you vote.  In fact, in that

9    case, it becomes quite important to know what entitled

10   that overseas voter to vote from that location.

11             So the address, again, as Mr. Nkwonta

12   points out, is vital for ascertaining who that voter is

13   and why they vote from that place.

14             MR. McGARRY:  Your Honor, if I may, I

15   know that Mr. Goldstein has a lot of passion for

16   wanting to rewrite the election code, as he has already

17   said.  And he is trying to do that today, actually, by

18   importing into the election code this requirement that

19   the address be filled out.  He said that "fill out"

20   means fill out the full address.  Well, it doesn't say

21   that.  He may want it to say that, he may be pleading

22   for it to say that, he may want to change the law to

23   say that, but it doesn't say that.

24             And as Mr. Williams pointed out, there

25   is an application process.  And when you fill out your

 1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

 2   application for a ballot, you do need to fill out your

 3   name, your address.  And you need to sign the

 4   application.

 5                And so there is a process in place

 6   whereby if somebody believed that somebody was not a

 7   valid elector because they moved, because they died,

 8   what have you, there is a process by which by the

 9   Friday before the election an objection could be raised

10   by the parties, by the candidate, whatever.  It could

11   have been raised.

12                There was no objections to any of these

13   ballots on that basis.

14                THE COURT:  Let me just stop you for a

15   second though.  I mean, that's very important, what you

16   just said.

17                If someone applies in the primary, in

18   May, for an a mail-in ballot, they get it, they vote.

19   Now let's turn our attention to the November election.

20   Automatically they would be mailed --

21                MR. WILLIAMS:  No.

22                THE COURT:  They don't have to reply, or

23   do they have to reply?

24                MR. WILLIAMS:  Yes, Your Honor.  So if I

25   may, the way it works is:  A person can choose one of

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     two options.  They can choose to vote -- they can

3     choose to just get a ballot for the primary, or they

4     can choose to get ballots for the entire year, right?

5     So in February you can fill something out that says, "I

6     want all of my ballots mailed for all of 2020."  You

7     can also say, "I want a primary ballot, but I want to

8     vote in person for the general," or "I want to reserve

9     my rights."

10                    THE COURT:  So back to my

11    hypothetical -- which I am sure is not so hypothetical.

12    I am sure it happened to maybe thousands of people.

13    They apply for all of 2020, they attest to what their

14    address is at that moment, they make their application

15    in February-ish, March.  So the general election ballot

16    is mailed to them in, you know, probably October.  And

17    I guess, they don't have to re-attest where they live

18    in that intervening, you know, five months or so.  So

19    that's the potential.  Okay.

20                    All right.  So I got it.  It is very

21    interesting.

22                    All right.  Mr. Goldstein, you're going

23    to get the last word.  But I still would be interested

24    for counsel -- I am interested in what type of

25    attestation does an in-person voter have to make when

1        TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2   they sign the roll book.

3               MR. GOLDSTEIN:  I will find that for you

4   in conjunction with Mr. McGarry after the call.  We

5   will maybe get you a page out of the book.

6               THE COURT:  Okay.  Fine.  Anyway, you

7   have the last word here.

8               MR. GOLDSTEIN:  Just a handful of points

9   so I don't overstay my welcome.

10              So we talked about the anti-fraud stuff.

11  I am not going to beat that horse anymore.

12              Let me move to the instructions on the

13  form governing, right.  If the Board issued an

14  instruction saying, "Don't sign the ballot.  Just send

15  it back," the instructions can't override the statute,

16  right?

17              So, you know, the instructions are

18  interesting, but they can't override a statute.  No one

19  has yet said, with all the talking we've done,

20  what "fill out" means.  They said it certainly doesn't

21  mean fill out the address; that much is clear.  But no

22  one has said what it means.

23              It is in the statute.  It is an

24  independent clause in the statute:  Shall fill out,

25  date, and sign.  So I think I am the only one that has

```
 1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2     come up with something plausible for "fill out," which
 3     means completely fill out all the information the
 4     General Assembly says is vital to ascertain whether
 5     that ballot was validly cast.
 6               THE COURT:  Well, let's stay with that
 7     for one moment.  We know it was not dated or signed,
 8     because it is separate.  So what's left?
 9               MR. GOLDSTEIN:  The address; that's it.
10               THE COURT:  And they didn't do it.  So
11     the question is:  How significant of an omission is
12     that?  Is that going to be fatal or not, is that going
13     to invalidate a ballot or not?  Your analogy earlier in
14     your argument about a doctor's office when filling in
15     is not going to -- I don't think that is going to be
16     helpful for you if you're arguing other cases, because,
17     A, we all know that the nurse will help the person who
18     is in medical need, and that's appropriate.  I think
19     you have to be careful with that analogy.
20               And, secondly, would it invalidate the
21     person's right to see the doctor and get medical care
22     because there is an omission in the form they're
23     filling out in the waiting room, and we all know the
24     answer is no.
25               MR. GOLDSTEIN:  Now we're on the thin
```

1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
2    branches of my terrible analogy.  But in this context,
3    if I may have my analogy forgotten for present
4    purposes, the statute provides for three things:  fill
5    out, date, and sign.
6               If you date it and sign it, the only
7    thing left to fill out is the address.  The General
8    Assembly has said it is vital.  It is an error of law
9    for the Board to say that a declaration is sufficient
10   in violation of the statute.  To use the Court's
11   example, if the Board had reviewed and accepted a
12   ballot where no signature was, quote, sufficient, this
13   Court could correct that error of law.  The Court can
14   do the same here.
15              The Board committed an error of law by
16   accepting ballots where the voter did not, quote, fill
17   out, date, and sign the declaration and violation at 25
18   P.S. 3150.16(a).  And this Court should overturn the
19   Board's decision and order those ballots not counted
20   for failure to fill out the declaration.
21              Thank you, Your Honor.
22              THE COURT:  Okay.  Thank you, all.  It
23   is very interesting.  I will have a decision to you --
24   today is Tuesday.  Certainly this week and probably
25   Thursday, because I think timing is very, very

1           TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS

2     important.  I would be grateful if you would send me

3     what we talked about earlier, when an in-person voter

4     signs, what is it precisely they're signing, and are

5     they attesting to any substantive content?

6                         Thank you, all.  It was a very wonderful

7     argument.  And I will have an order out to you shortly

8     then.  Thank you all.

9                         (At 10:22 a.m., the proceedings were

10                        concluded.)

11                              - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                          C E R T I F I C A T E

3

4              I HEREBY CERTIFY that the proceedings and

5      evidence are contained fully and accurately in the notes

6      taken by me in the above cause and that this copy is a

7      correct transcript of the same.

8

9

10

11

12                              _____

13                              BERNADETTE BLACK BERARDINELLI,
                                RDR, CRR, CRC
                                Official Court Reporter
14                              November 10, 2020, 6:15 p.m.

15                                  - - -

16

17

18

19

20

21

22

23

24

25

## 1

**1** [1] - 14:20
**10** [2] - 1:19, 65:14
**10:22** [1] - 64:9
**11th** [3] - 25:13, 38:24, 39:8
**12** [2] - 30:9, 30:14
**1973** [1] - 26:4

## 2

**2020** [7] - 1:19, 25:13, 30:8, 38:24, 60:6, 60:13, 65:14
**2020-18680** [1] - 1:5
**243** [1] - 16:6
**25** [12] - 5:22, 8:2, 8:16, 23:15, 30:9, 31:15, 32:22, 36:21, 42:12, 45:11, 49:21, 63:17
**266** [1] - 16:3

## 3

**3** [1] - 30:10
**3146.6** [1] - 45:18
**3146.6(a)** [1] - 45:7
**3146.8** [1] - 31:15
**3146.8(a** [1] - 8:2
**3146.8(g)(2** [1] - 30:9
**3146.8(g)(3** [1] - 23:16
**3146.8(g)(3)** [1] - 42:12
**3146.8(g)(4** [1] - 45:11
**3150.14(b** [1] - 23:11
**3150.14(b)** [1] - 19:3
**3150.16** [2] - 18:4, 45:17
**3150.16(a** [3] - 5:22, 8:16, 45:7
**3150.16(a)** [1] - 63:18
**3150.16(a)(1** [1] - 36:21
**3157** [2] - 49:22, 50:3
**3261** [1] - 32:22
**3262** [1] - 32:22
**3263** [1] - 32:22
**36** [3] - 28:3, 28:6, 28:17

## 4

**46** [2] - 21:18

## 5

**509** [2] - 15:25, 16:7
**592** [11] - 11:18, 11:23, 13:3, 13:25, 15:23, 16:25, 17:19, 19:14, 27:13, 28:6, 28:17
**5:00** [1] - 30:20

## 6

**6** [1] - 26:4
**67** [1] - 39:13
**6:15** [1] - 65:14

## 9

**9:00** [1] - 1:20

## A

**a)(1** [1] - 18:15
**a.m** [2] - 1:20, 64:9
**ability** [2] - 15:8, 42:18
**able** [2] - 10:19, 31:23
**absence** [2] - 13:11, 40:8
**absentee** [25] - 8:2, 8:4, 9:8, 23:17, 30:4, 30:11, 30:16, 30:25, 31:25, 32:4, 33:7, 33:8, 33:13, 33:16, 33:19, 35:7, 37:9, 39:15, 39:22, 39:24, 40:17, 42:17, 54:22, 57:21
**absurd** [2] - 7:16, 50:7
**accept** [1] - 38:7
**accepted** [3] - 39:6, 50:2, 63:11
**accepting** [1] - 63:16
**accompanying** [1] - 12:5
**accordance** [2] - 30:12, 40:18
**accordingly** [1] - 8:24
**accurately** [1] - 65:5
**accusing** [1] - 11:6
**Act** [2] - 46:21, 46:22
**act** [3] - 20:14, 30:9, 30:14
**acts** [2] - 8:18, 8:23
**add** [1] - 15:13
**addition** [1] - 16:12

**address** [84] - 6:12, 6:14, 9:9, 13:12, 13:19, 14:12, 14:22, 15:9, 15:25, 16:7, 16:8, 16:12, 16:16, 16:17, 17:3, 17:4, 17:9, 17:17, 18:11, 18:14, 18:16, 18:19, 18:20, 20:20, 23:4, 23:8, 23:13, 24:14, 25:6, 25:23, 28:4, 28:7, 28:14, 28:20, 29:8, 29:10, 36:9, 36:10, 36:17, 36:23, 37:3, 37:14, 37:18, 37:22, 38:18, 39:21, 40:8, 40:11, 40:24, 41:9, 41:11, 41:15, 41:18, 41:24, 43:17, 45:21, 45:22, 46:4, 50:14, 50:19, 51:2, 51:7, 51:9, 51:20, 52:12, 54:8, 55:18, 56:25, 57:19, 57:20, 57:24, 58:4, 58:7, 58:11, 58:19, 58:20, 59:3, 60:14, 61:21, 62:9, 63:7
**addresses** [5] - 13:15, 16:4, 28:24, 37:16, 45:5
**administerial** [1] - 27:10
**admits** [1] - 7:9
**adopting** [1] - 51:5
**advanced** [2] - 43:17, 44:11
**advise** [1] - 27:17
**affects** [1] - 20:20
**affiliation** [1] - 45:14
**affirmation** [4] - 22:22, 51:20, 52:20, 53:7
**affirming** [1] - 52:6
**affix** [1] - 34:14
**affixed** [1] - 40:22
**affixing** [2] - 22:21, 53:18
**afforded** [1] - 48:25
**aggrieved** [1] - 49:23
**ago** [1] - 10:25
**agree** [6] - 18:6, 33:5, 34:13, 34:17, 44:7, 51:17
**ahead** [3] - 14:22, 14:25, 44:8
**alert** [2] - 47:21, 48:5
**allow** [1] - 10:23
**allowed** [3] - 7:18, 10:21, 53:3
**allows** [4] - 36:19, 36:20, 45:25, 49:22

**alter** [1] - 38:12
**altered** [1] - 32:6
**ambiguity** [1] - 48:14
**ambiguous** [2] - 9:11, 9:13
**analog** [2] - 45:17, 45:18
**analogy** [5] - 57:18, 62:13, 62:19, 63:2, 63:3
**analysis** [2] - 14:5, 18:3
**AND** [1] - 1:2
**answer** [9] - 11:17, 13:24, 16:11, 27:2, 27:3, 33:24, 52:16, 58:3, 62:24
**answers** [1] - 54:5
**anti** [4] - 6:15, 51:5, 51:8, 61:10
**anti-fraud** [3] - 6:15, 51:8, 61:10
**anyway** [1] - 61:6
**appeal** [9] - 8:25, 16:25, 30:3, 31:20, 32:12, 32:15, 36:8, 49:21, 49:25
**APPEARED** [1] - 2:2
**applicable** [1] - 31:19
**application** [8] - 30:21, 56:16, 56:19, 56:24, 58:25, 59:2, 59:4, 60:14
**applications** [3] - 30:19, 31:16, 31:17
**applied** [4] - 10:24, 57:9, 57:10, 57:11
**applies** [1] - 59:17
**apply** [3] - 57:12, 57:14, 60:13
**appreciate** [1] - 57:3
**approached** [1] - 48:4
**appropriate** [3] - 8:7, 14:10, 62:18
**approved** [1] - 40:18
**arguable** [1] - 47:22
**argue** [1] - 3:14
**argued** [2] - 10:2, 12:9
**arguing** [3] - 4:12, 5:3, 62:16
**argument** [21] - 3:11, 5:7, 5:13, 5:21, 7:7, 7:9, 13:21, 16:20, 22:14, 25:5, 29:13, 36:3, 43:23, 44:5, 44:10, 49:20, 51:6, 56:8, 62:14, 64:7
**arguments** [5] - 3:20,

32:24, 47:12, 49:19, 52:12
**AS** [1] - 2:2
**ascertain** [1] - 62:4
**ascertaining** [1] - 58:12
**aside** [4] - 28:18, 39:16, 40:2, 49:10
**aspect** [3] - 5:2, 17:13, 17:16
**Assembly** [9] - 6:11, 6:13, 6:19, 6:21, 6:25, 50:6, 50:23, 62:4, 63:8
**Assembly's** [1] - 7:5
**assert** [1] - 32:25
**assigned** [1] - 21:17
**assist** [1] - 36:19
**assistant** [1] - 36:23
**assisters** [2] - 37:7, 37:23
**assume** [1] - 34:19
**assuming** [1] - 57:21
**attention** [1] - 59:19
**attest** [3] - 55:17, 60:13, 60:17
**attestation** [1] - 60:25
**attesting** [1] - 64:5
**ATTORNEY** [1] - 1:6
**Attorney** [2] - 1:14, 1:16
**attributed** [1] - 38:8
**author** [1] - 3:14
**authority** [4] - 38:8, 38:10, 38:12, 38:13
**automatically** [1] - 57:10, 57:13, 59:20
**available** [2] - 34:22, 35:5
**avenue** [1] - 35:2
**avoided** [1] - 31:3
**aware** [2] - 24:16, 35:17
**axiomatic** [1] - 6:21

## B

**baby** [1] - 48:19
**ballot** [44] - 5:21, 7:12, 7:19, 8:4, 12:20, 13:23, 20:2, 20:4, 22:2, 22:4, 23:25, 24:2, 25:21, 25:24, 30:5, 31:16, 32:8, 34:15, 34:16, 34:20, 35:8, 37:9, 37:10, 37:16, 38:19, 39:19, 40:2, 40:17, 44:18, 50:19, 51:13, 56:22, 57:8, 57:15,

59:2, 59:18, 60:3, 60:7, 60:15, 61:14, 62:5, 62:13, 63:12
**balloting** [2] - 5:21, 50:6
**ballots** [60] - 7:7, 7:15, 7:23, 7:25, 8:24, 9:8, 10:14, 11:14, 11:18, 11:23, 13:3, 13:18, 13:25, 14:6, 15:12, 15:23, 17:2, 17:5, 19:14, 23:7, 23:15, 23:17, 25:12, 27:13, 27:18, 27:22, 28:3, 28:6, 29:6, 30:16, 30:18, 30:21, 31:2, 31:13, 31:18, 32:2, 32:4, 32:15, 33:13, 34:8, 39:15, 39:16, 45:5, 45:6, 45:10, 45:12, 45:16, 46:9, 46:12, 46:17, 47:22, 49:25, 50:8, 50:12, 59:13, 60:4, 60:6, 63:16, 63:19
**Ballots** [1] - 26:3
**bar** [12] - 16:13, 21:3, 21:16, 21:21, 28:9, 28:11, 28:19, 37:12, 37:13, 45:24
**based** [4] - 33:9, 37:11, 46:23, 47:3
**basis** [5] - 13:20, 14:9, 14:12, 38:20, 59:13
**bear** [1] - 17:19
**beat** [1] - 61:11
**becomes** [3] - 18:12, 23:14, 58:9
**BEFORE** [1] - 1:25
**begin** [7] - 3:8, 3:20, 5:7, 5:12, 15:21, 16:19, 16:20
**beginning** [1] - 47:25
**behalf** [6] - 3:25, 4:9, 4:13, 4:16, 4:19, 5:3
**believes** [1] - 6:13
**bell** [1] - 49:6
**below** [3] - 17:3, 36:7, 52:22
**BERARDINELLI** [1] - 65:12
**Berardinelli** [1] - 1:21
**BERNADETTE** [1] - 65:12
**Bernadette** [1] - 1:21
**best** [2] - 22:14, 51:6
**better** [1] - 27:3
**between** [3] - 33:12, 44:14, 44:20

**beyond** [1] - 15:8
**big** [3] - 11:7, 40:6, 48:24
**biggest** [1] - 40:5
**birthdate** [1] - 14:15
**black** [1] - 51:13
**BLACK** [1] - 65:12
**Black** [1] - 1:21
**blacked** [4] - 28:24, 29:2, 29:3, 29:10
**blame** [1] - 48:13
**blank** [8] - 25:15, 39:2, 39:5, 39:11, 40:2, 40:4, 40:9, 41:13
**blanked** [2] - 28:24, 29:3
**blanks** [2] - 6:9, 50:17
**blue** [1] - 49:14
**board** [3] - 9:13, 35:3, 49:24
**BOARD** [1] - 1:9
**Board** [48] - 1:18, 2:7, 3:12, 3:17, 4:6, 4:9, 4:13, 6:17, 7:17, 8:12, 8:24, 9:17, 9:18, 10:21, 11:4, 11:9, 17:12, 23:18, 23:20, 23:23, 24:22, 25:7, 26:7, 26:21, 27:11, 27:21, 31:10, 32:13, 34:20, 36:7, 39:3, 39:17, 40:16, 41:7, 41:25, 42:7, 42:15, 44:23, 45:10, 45:25, 47:19, 50:19, 51:9, 54:2, 61:13, 63:9, 63:11, 63:15
**Board's** [4] - 32:15, 42:22, 50:21, 63:19
**Board-printed** [1] - 50:19
**boards** [4] - 43:24, 43:25, 48:21, 48:25
**Boards** [4] - 8:3, 35:17, 35:18, 39:13
**Boockvar** [2] - 8:15, 45:2
**book** [8] - 51:23, 51:24, 52:3, 53:16, 54:3, 61:2, 61:5
**books** [2] - 52:24, 53:8
**boy** [1] - 21:12
**branches** [1] - 63:2
**brand** [1] - 48:19
**brief** [2] - 9:24, 10:5
**briefly** [1] - 55:12
**bring** [2] - 28:13, 32:23

**broad** [2] - 33:19, 49:22
**Brown** [1] - 4:10
**BROWN** [1] - 2:6

## C

**Cambridge** [1] - 24:25
**candidate** [1] - 59:10
**candidate's** [1] - 45:15
**cannot** [4] - 10:13, 25:21, 25:24, 39:5
**canvassed** [3] - 30:22, 46:12, 56:22
**canvassing** [9] - 23:16, 30:5, 30:17, 32:2, 34:2, 35:3, 40:18, 46:10, 46:11
**care** [1] - 62:21
**careful** [1] - 62:19
**carriers** [1] - 29:9
**case** [7] - 20:24, 26:2, 26:8, 32:20, 34:4, 47:20, 58:9
**cases** [1] - 62:16
**Cast** [1] - 26:3
**cast** [8] - 7:8, 7:19, 7:25, 31:13, 35:8, 50:2, 50:8, 62:5
**category** [1] - 33:23
**caused** [1] - 30:25
**certain** [3] - 10:20, 44:22, 45:10
**certainly** [7] - 14:7, 53:18, 55:5, 56:17, 56:24, 61:20, 63:24
**CERTIFY** [1] - 65:4
**cetera** [2] - 33:21, 52:15
**challenge** [21] - 10:4, 10:10, 10:12, 10:15, 10:19, 15:8, 30:4, 30:6, 30:21, 32:8, 32:14, 34:23, 35:2, 35:16, 36:5, 36:6, 50:3, 50:8, 56:15, 56:18
**challenged** [8] - 7:15, 8:10, 8:11, 30:19, 31:17, 31:18, 40:18
**challengers** [2] - 31:7, 31:9
**challenges** [14] - 7:11, 7:21, 7:22, 30:10, 30:11, 30:16, 30:25, 31:3, 31:25, 32:4, 32:23, 49:9, 50:4, 50:12

**challenging** [2] - 10:16, 15:2
**change** [1] - 58:22
**changes** [3] - 8:15, 48:7, 50:5
**choose** [4] - 59:25, 60:2, 60:3, 60:4
**Christopher** [1] - 21:6
**circumstance** [2] - 7:16, 22:25
**circumstances** [2] - 22:20, 48:20
**cited** [1] - 26:3
**citizen** [1] - 7:18
**Civil** [1] - 46:21
**CIVIL** [1] - 1:3
**civilian's** [1] - 39:24
**claim** [7] - 6:16, 11:4, 12:3, 12:5, 12:8, 46:24, 47:22
**claiming** [2] - 11:17, 11:21
**clarify** [1] - 38:13
**clause** [2] - 33:20, 61:24
**clear** [11] - 7:5, 30:24, 32:9, 34:24, 36:5, 37:25, 38:17, 39:3, 40:23, 41:12, 61:21
**clearly** [1] - 37:21
**Code** [1] - 40:19
**code** [31] - 7:22, 10:2, 12:4, 12:11, 12:13, 12:18, 16:13, 16:14, 21:3, 21:4, 21:16, 21:21, 28:10, 28:11, 28:19, 31:24, 36:12, 37:12, 37:13, 43:7, 43:10, 45:24, 48:10, 48:12, 48:24, 51:18, 52:8, 58:16, 58:18
**colleagues** [1] - 49:19
**collectively** [1] - 4:23
**coming** [2] - 11:10, 11:11
**COMMAND** [1] - 2:13
**Command** [1] - 4:21
**commenced** [1] - 3:3
**Commencing** [1] - 1:20
**comment** [1] - 38:21
**commented** [1] - 42:3
**comments** [1] - 47:25
**committed** [2] - 9:17, 63:15

**COMMITTEE** [3] - 1:6, 1:12, 1:14
**committee** [1] - 17:6
**Committee** [3] - 2:9, 2:14, 3:19
**common** [1] - 38:3
**COMMON** [1] - 1:2
**Commonwealth** [3] - 8:8, 19:4, 50:18
**companion** [3] - 36:18, 36:21, 36:22
**compare** [3] - 24:2, 39:19, 41:8
**complaining** [1] - 9:8
**complete** [1] - 17:4
**completely** [3] - 7:6, 55:16, 62:3
**compliance** [1] - 20:5
**comport** [2] - 26:10
**concept** [1] - 25:7
**concerned** [1] - 30:24
**concluded** [1] - 64:10
**condition** [1] - 42:6
**conduct** [1] - 32:19
**conducted** [1] - 49:16
**confront** [2] - 32:7, 54:25
**confusing** [1] - 29:9
**conjunction** [1] - 61:4
**connection** [1] - 11:18
**consent** [1] - 22:21
**consideration** [2] - 43:8, 43:10
**considering** [1] - 45:19
**consistency** [1] - 39:13
**consistent** [2] - 41:16, 50:5
**constitutes** [1] - 8:14
**Constitution** [1] - 33:17
**Constitutional** [1] - 33:18
**construction** [1] - 18:3
**construed** [3] - 36:12, 36:13, 45:19
**contain** [1] - 45:13
**contained** [6] - 21:2, 21:22, 39:21, 42:16, 65:5
**container** [1] - 10:14
**containers** [2] - 8:6,

8:12
**contains** [1] - 34:21
**contemplated** [4] - 31:12, 31:25, 33:2, 42:23
**contemplates** [3] - 36:22, 36:24, 50:11
**contend** [2] - 6:13, 8:9
**content** [2] - 52:6, 64:5
**contented** [1] - 7:24
**contention** [2] - 6:16
**contest** [2] - 35:10, 35:15
**context** [5] - 54:21, 54:22, 55:12, 55:16, 63:2
**continue** [1] - 41:22
**control** [1] - 43:6
**convicted** [1] - 7:18
**copy** [2] - 54:2, 65:6
**corners** [1] - 13:17
**corollary** [1] - 55:11
**CORPORATION** [2] - 1:11, 1:13
**correct** [16] - 4:14, 11:5, 14:2, 16:17, 17:20, 22:22, 28:8, 28:12, 36:8, 48:9, 52:21, 57:8, 57:11, 63:13, 65:7
**correspond** [3] - 21:16, 21:20, 21:21
**COUNSEL** [1] - 2:2
**counsel** [4] - 17:8, 29:23, 31:22, 60:24
**Counsel** [1] - 3:4
**count** [5] - 26:3, 34:8, 34:21, 38:15, 49:4
**counted** [21] - 7:8, 8:25, 11:14, 12:21, 23:15, 23:19, 24:6, 25:13, 25:17, 25:21, 25:24, 27:16, 27:23, 30:22, 31:18, 34:7, 40:3, 40:5, 49:11, 56:23, 63:19
**counterparts** [1] - 49:20
**counties** [3] - 39:13, 49:14, 49:15
**counting** [3] - 5:21, 45:4, 45:6
**country** [2] - 33:21, 57:7
**COUNTY** [2] - 1:2, 1:9
**county** [11] - 20:23, 20:25, 21:19, 22:17, 26:17, 35:12, 43:24,

43:25, 48:21, 49:23, 54:17
**County** [50] - 1:18, 1:23, 2:6, 2:9, 3:12, 3:17, 4:7, 4:13, 8:3, 8:12, 9:5, 9:17, 9:18, 9:24, 9:25, 11:5, 13:8, 15:11, 16:8, 17:6, 21:19, 22:16, 22:20, 23:5, 23:18, 29:4, 29:9, 32:13, 32:15, 34:20, 35:17, 35:18, 36:6, 37:11, 37:15, 39:3, 39:13, 39:17, 40:16, 41:7, 41:25, 42:7, 42:15, 42:22, 45:9, 45:25, 47:19, 51:21, 52:17, 54:2
**County's** [1] - 7:11
**couple** [1] - 26:14
**course** [2] - 7:21, 29:17
**court** [1] - 56:10
**Court** [25] - 1:22, 3:4, 5:12, 5:25, 13:14, 14:7, 14:10, 16:24, 17:14, 26:5, 27:18, 32:10, 32:11, 36:4, 40:7, 44:25, 45:2, 46:6, 46:7, 46:25, 53:17, 63:13, 63:18, 65:13
**COURT** [92] - 1:2, 3:8, 4:3, 4:6, 4:11, 4:16, 4:22, 5:6, 5:9, 9:3, 9:15, 9:23, 11:2, 11:15, 11:21, 12:2, 12:22, 13:24, 14:4, 14:18, 14:25, 15:10, 15:18, 15:21, 16:18, 17:18, 17:23, 18:21, 19:17, 20:7, 20:10, 20:16, 20:19, 21:7, 21:11, 21:13, 22:9, 22:13, 23:9, 23:22, 24:7, 24:20, 26:14, 26:22, 27:12, 28:5, 28:11, 28:16, 28:23, 29:12, 29:16, 33:4, 33:14, 33:20, 34:3, 34:10, 34:13, 34:19, 35:4, 35:11, 35:25, 36:24, 38:20, 39:7, 41:21, 42:25, 43:11, 43:22, 44:8, 47:8, 47:16, 48:13, 48:20, 51:16, 52:4, 53:2, 53:11, 53:21, 54:4, 55:4, 55:21, 56:4, 56:9, 57:3, 57:16, 59:14, 59:22, 60:10,

61:6, 62:6, 62:10, 63:22
**Court's** [3] - 46:25, 51:5, 63:10
**Courthouse** [1] - 1:23
**Courtney** [1] - 4:21
**COURTNEY** [1] - 2:12
**Courts** [1] - 44:13
**CRC** [2] - 1:21, 65:13
**create** [1] - 19:4
**created** [1] - 26:21
**criteria** [5] - 23:22, 23:24, 23:25, 42:9, 42:11
**crossed** [1] - 22:4
**CRR** [2] - 1:21, 65:13
**curious** [1] - 24:7
**current** [2] - 48:24, 57:24

**D**

**DANIEL** [1] - 1:7
**dash** [1] - 21:17
**date** [21] - 5:23, 6:23, 8:17, 8:21, 9:7, 13:11, 13:19, 13:22, 14:14, 14:19, 17:13, 18:7, 25:16, 38:18, 46:6, 46:8, 46:16, 61:25, 63:5, 63:6, 63:17
**dated** [2] - 19:15, 62:7
**dating** [2] - 6:25, 7:3
**dead** [2] - 7:18, 50:8
**deadline** [1] - 9:18
**decide** [1] - 24:22
**decision** [4] - 43:6, 49:23, 63:19, 63:23
**Decision** [2] - 1:17, 3:12
**decisions** [2] - 35:18, 35:20
**declaration** [58] - 5:24, 6:16, 8:14, 8:18, 16:3, 17:4, 17:14, 17:16, 18:8, 18:18, 18:25, 19:5, 19:6, 19:13, 19:14, 19:15, 19:16, 19:24, 20:3, 23:12, 23:18, 23:21, 24:23, 25:8, 25:10, 25:15, 36:17, 38:9, 38:11, 38:13, 38:14, 38:25, 39:4, 39:5, 39:18, 39:25, 40:15, 40:16, 41:19, 42:2, 42:4, 42:8,

43:4, 43:16, 43:18, 43:20, 45:22, 50:20, 52:24, 53:7, 54:14, 55:16, 55:25, 57:24, 63:9, 63:17, 63:20
**declarations** [7] - 36:20, 41:13, 41:14, 41:15, 41:18, 46:8, 46:9
**defect** [2] - 34:15, 52:15
**defects** [3] - 12:8, 13:9, 13:10
**Defendant** [2] - 1:10, 2:6
**defer** [1] - 34:12
**deficiencies** [2] - 10:4, 43:19
**defies** [2] - 10:16, 10:17
**defined** [1] - 25:2
**delay** [1] - 30:24
**delegated** [1] - 43:15
**deliver** [1] - 29:2
**delve** [2] - 46:6, 46:7
**Democratic** [5] - 2:9, 2:14, 3:18, 44:25, 47:14
**DEMOCRATIC** [4] - 1:11, 1:12, 1:13, 1:14
**Democrats** [1] - 47:14
**demonstrate** [1] - 57:18
**denial** [2] - 46:22, 47:3
**denied** [1] - 47:7
**deny** [1] - 14:8
**described** [1] - 56:19
**despite** [1] - 30:3
**determination** [4] - 23:23, 25:8, 32:16, 42:3
**determine** [3] - 23:20, 44:19, 56:21
**developed** [1] - 18:24
**dictionary** [1] - 25:2
**died** [2] - 39:16, 59:7
**difference** [4] - 12:2, 20:20, 44:19, 52:10
**different** [5] - 14:5, 34:7, 54:6, 54:11, 57:6
**digits** [2] - 21:15, 21:20
**directive** [2] - 38:6, 45:19
**directly** [1] - 32:7
**directory** [1] - 44:14
**disabled** [1] - 33:21

**disagree** [1] - 25:25
**discard** [1] - 35:22
**discretion** [6] - 24:22, 35:19, 39:3, 42:22, 44:23, 48:25
**discretionarily** [1] - 49:10
**discuss** [1] - 15:16
**discussed** [4] - 17:24, 29:23, 37:13, 55:11
**discusses** [1] - 42:13
**Discussion** [1] - 3:6
**discussion** [1] - 36:10
**disenfranchise** [3] - 36:13, 44:4, 46:15
**disputed** [1] - 11:18
**disqualified** [1] - 39:12
**distinction** [1] - 33:12
**distinguish** [1] - 44:13
**distribute** [1] - 8:6
**district** [4] - 20:23, 20:25, 31:20, 54:17
**districts** [1] - 8:7
**DIVISION** [1] - 1:3
**DNC** [17] - 4:17, 4:19, 5:4, 5:18, 6:17, 7:9, 7:13, 7:24, 9:23, 9:24, 11:9, 11:11, 12:9, 12:16, 13:8, 29:18, 56:12
**doctor** [1] - 62:21
**doctor's** [2] - 6:7, 62:14
**Donald** [2] - 3:13, 3:25
**DONALD** [1] - 1:5
**done** [7] - 9:6, 11:12, 15:4, 26:17, 29:4, 45:24, 61:19
**down** [2] - 46:16, 50:9
**draw** [1] - 44:20
**during** [3] - 30:5, 30:16, 32:2

**E**

**e-mails** [1] - 15:5
**easy** [2] - 5:14, 40:9
**echoed** [1] - 42:22
**either** [3] - 7:3, 9:11, 10:3
**elected** [1] - 55:2
**Election** [4] - 8:4, 26:4, 40:19, 46:11
**election** [33] - 7:22,

7:23, 7:24, 8:7, 10:2, 10:13, 11:12, 12:4, 12:11, 19:10, 21:21, 24:13, 30:20, 31:13, 31:19, 31:24, 35:10, 35:15, 36:12, 47:17, 48:6, 48:10, 48:24, 49:16, 51:18, 51:21, 57:12, 58:16, 58:18, 59:9, 59:19, 60:15

**ELECTIONS** [1] - 1:9
**Elections** [2] - 2:7, 4:9
**elections** [8] - 1:18, 3:12, 3:18, 25:7, 26:21, 34:20, 39:14, 39:17
**elector** [39] - 5:23, 6:12, 6:14, 8:17, 11:22, 12:15, 16:7, 18:7, 18:17, 19:9, 19:15, 19:19, 20:4, 20:20, 21:2, 21:17, 25:21, 25:23, 28:8, 28:15, 28:17, 28:18, 28:19, 30:11, 30:12, 33:5, 34:14, 40:23, 50:23, 50:25, 51:18, 52:18, 54:8, 54:15, 55:17, 56:2, 57:8, 57:10, 59:7
**elector's** [4] - 19:7, 45:14, 45:22, 50:25
**electoral** [1] - 42:24
**electors** [4] - 11:4, 17:2, 17:20, 39:16
**Elgert** [1] - 4:21
**ELGERT** [1] - 2:12
**eligibility** [1] - 57:25
**eliminate** [1] - 48:7
**eliminated** [3] - 10:2, 10:3, 35:16
**elsewhere** [2] - 6:5, 46:4
**embargoed** [1] - 8:2
**emergency** [1] - 39:24
**emptiless** [1] - 30:7
**enable** [1] - 48:17
**enabled** [2] - 5:16, 50:6
**enacted** [1] - 48:18
**enclosed** [2] - 20:2, 20:4
**end** [6] - 7:15, 18:4, 18:5, 31:20, 39:24, 49:13
**end-around** [1] - 31:20
**English** [1] - 25:2
**entered** [1] - 46:3
**entire** [3] - 25:7,

35:11, 60:4
**entirely** [3] - 26:8, 26:9, 50:5
**entirety** [1] - 14:8
**entitled** [5] - 42:17, 51:3, 53:10, 53:19, 58:9
**entity** [2] - 37:17, 37:20
**envelope** [27] - 9:7, 16:2, 16:4, 16:9, 16:17, 18:9, 21:23, 22:8, 25:22, 26:16, 28:4, 34:21, 39:19, 39:20, 39:25, 40:2, 40:12, 40:15, 40:22, 41:8, 42:9, 43:4, 46:4, 49:5, 52:13, 54:9
**envelopes** [4] - 8:5, 37:17, 46:5, 49:10
**equanimical** [2] - 48:3, 49:3
**erred** [1] - 8:24
**erroneously** [1] - 7:18
**error** [6] - 9:17, 9:20, 34:24, 63:8, 63:13, 63:15
**especially** [2] - 31:12, 45:19
**ESQUIRE** [11] - 2:3, 2:5, 2:5, 2:6, 2:8, 2:11, 2:11, 2:12, 2:12, 2:13, 2:13
**essentially** [1] - 27:10
**establish** [1] - 52:9
**et** [2] - 33:21, 52:15
**everywhere** [1] - 10:18
**evidence** [4] - 32:21, 35:14, 53:5, 65:5
**evident** [2] - 6:6, 50:16
**exactly** [4] - 22:12, 27:18, 40:23
**examine** [2] - 10:15, 39:18
**examined** [1] - 8:11
**example** [7] - 7:17, 14:11, 14:15, 21:5, 49:2, 57:18, 63:11
**exceptionally** [1] - 48:3
**exhibit** [4] - 19:22, 21:7, 21:9, 25:19
**exist** [3] - 14:6, 22:23, 32:14
**existing** [1] - 32:5
**expanding** [1] - 51:5
**experience** [4] -

24:12, 47:17, 48:10, 52:7
**experienced** [1] - 33:11
**explain** [1] - 29:25, 38:23
**expressed** [4] - 30:5, 37:5, 37:6, 45:15
**expression** [2] - 33:6, 33:7
**expressly** [10] - 30:3, 30:10, 30:14, 31:21, 35:19, 36:22, 37:22, 45:9, 45:12
**extraneous** [1] - 6:22

## F

**face** [1] - 7:9
**facial** [1] - 13:10
**facilitate** [1] - 28:25
**fact** [14] - 9:17, 12:17, 24:5, 27:19, 29:8, 30:3, 35:21, 37:8, 46:2, 51:7, 51:12, 52:10, 55:17, 58:8
**facts** [1] - 17:25
**factually** [1] - 52:21
**fail** [1] - 13:20
**failed** [1] - 34:14
**fails** [2] - 7:9, 49:21
**failure** [3] - 44:17, 44:22, 63:20
**fair** [3] - 48:21, 49:16, 57:4
**faith** [2] - 11:10, 11:11
**false** [1] - 8:10
**falsification** [1] - 53:19
**fatal** [4] - 11:13, 13:23, 34:15, 62:12
**fault** [1] - 48:16
**faulty** [3] - 9:11, 9:13, 44:3
**February** [2] - 60:5, 60:15
**February-ish** [1] - 60:15
**federal** [1] - 47:2
**felon** [1] - 7:19
**felons** [1] - 50:8
**fend** [1] - 57:4
**few** [1] - 29:22
**file** [6] - 10:5, 32:18, 35:14, 39:22, 39:24, 42:17
**filed** [3] - 3:12, 10:6, 30:2
**fill** [35] - 5:23, 6:2,

6:4, 6:8, 6:9, 6:10, 6:12, 6:23, 7:5, 7:6, 8:17, 8:20, 13:22, 18:7, 18:22, 50:14, 50:16, 50:17, 55:19, 58:19, 58:20, 58:25, 59:2, 60:5, 61:20, 61:21, 61:24, 62:2, 62:3, 63:4, 63:7, 63:16, 63:20
**filled** [8] - 8:14, 22:18, 25:24, 27:19, 27:20, 47:14, 55:16, 58:19
**filled-out** [1] - 8:14
**filling** [5] - 6:24, 18:10, 50:17, 62:14, 62:23
**finally** [2] - 8:13, 25:18
**fine** [1] - 61:6
**finish** [1] - 6:10
**finished** [1] - 29:13
**first** [9] - 13:4, 16:23, 21:15, 24:18, 33:6, 41:3, 41:5, 47:17
**five** [1] - 60:18
**folks** [1] - 5:18
**follow** [5] - 36:4, 39:14, 41:4, 41:11, 44:17
**following** [1] - 39:14
**follows** [4] - 31:3, 38:2, 39:12
**FOLLOWS** [1] - 2:2
**Footnote** [1] - 2:2
**FOR** [4] - 1:2, 1:5, 1:5, 1:6
**forbade** [1] - 31:21
**FORD** [1] - 2:8
**foreclose** [2] - 45:4, 45:5, 46:22
**forgotten** [1] - 63:3
**form** [11] - 6:7, 19:5, 19:6, 25:9, 26:20, 38:8, 38:11, 43:15, 50:18, 61:13, 62:22
**formal** [3] - 31:6, 31:8, 47:24
**forth** [10] - 15:4, 23:25, 32:21, 33:17, 33:19, 35:23, 38:25, 42:12, 42:20, 47:5
**frank** [1] - 54:13
**fraud** [5] - 6:15, 11:5, 11:7, 11:18, 12:5, 21:23, 21:24, 21:25, 22:6, 51:6, 51:8, 61:10
**fraudulent** [1] - 32:19
**Friday** [5] - 7:23,

8:10, 10:13, 30:20, 59:9
**front** [2] - 16:4, 53:16
**full** [2] - 44:22, 58:20
**fully** [1] - 65:5
**function** [1] - 6:15
**functions** [1] - 52:2

## G

**GARRITY** [1] - 1:5
**Geise** [2] - 4:21, 4:24
**GEISE** [1] - 2:13
**General** [11] - 6:11, 6:13, 6:18, 6:21, 6:25, 7:5, 26:3, 50:5, 50:23, 62:4, 63:7
**GENERAL** [1] - 1:6
**general** [3] - 57:12, 60:8, 60:15
**generally** [1] - 12:24
**gentlemen** [1] - 48:5
**given** [5] - 9:13, 24:22, 26:7, 26:9, 31:12
**GOLDSTEIN** [36] - 2:3, 3:24, 4:4, 5:8, 5:10, 9:14, 9:16, 10:8, 11:6, 11:19, 11:24, 12:7, 13:6, 14:2, 14:7, 14:23, 15:2, 15:14, 27:8, 47:13, 47:23, 48:15, 48:23, 51:22, 53:9, 53:15, 53:25, 54:20, 55:10, 55:24, 57:14, 58:3, 61:3, 61:8, 62:9, 62:25
**Goldstein** [14] - 3:15, 3:22, 3:25, 5:6, 17:8, 22:14, 25:19, 25:25, 27:2, 31:22, 47:9, 57:4, 58:15, 60:22
**governing** [1] - 61:13
**Government** [1] - 9:22
**governs** [2] - 23:16, 43:3
**gracious** [1] - 48:21
**granted** [2] - 35:19, 38:7
**grateful** [5] - 5:11, 5:15, 15:15, 47:15, 64:2
**great** [1] - 55:6
**grounds** [1] - 38:19
**group** [1] - 17:5
**guess** [1] - 60:17
**guidance** [5] - 7:11, 7:12, 8:13, 8:15, 9:21, 25:11, 25:14,

26:11, 38:5, 41:7, 41:10, 41:12, 41:17, 43:2, 50:10
**guide** [1] - 46:25
**guideline** [1] - 39:9
**guidelines** [1] - 38:24
**guilty** [1] - 11:5

## H

**HAAZ** [1] - 1:25
**Hac** [2] - 1:14, 1:16
**hand** [6] - 6:8, 6:12, 6:14, 12:16, 51:9, 55:17
**handful** [1] - 61:8
**handle** [1] - 7:11
**hands** [1] - 6:7
**handwriting** [1] - 16:16
**HAVA** [1] - 48:18
**hear** [2] - 17:15, 31:10
**heard** [1] - 51:10
**hearing** [1] - 31:8
**HEIDELBAUGH** [1] - 1:6
**heightened** [2] - 54:23, 55:25
**held** [2] - 3:6, 8:11
**help** [4] - 28:25, 48:6, 50:22, 62:17
**helpful** [2] - 43:13, 62:16
**helps** [1] - 51:9
**HEREBY** [1] - 65:4
**highlight** [1] - 44:10
**HOC** [1] - 2:11
**Honor** [64] - 3:25, 4:5, 4:8, 4:10, 4:15, 4:18, 5:5, 5:8, 5:10, 9:2, 11:6, 14:3, 14:23, 15:14, 16:10, 16:13, 16:22, 16:24, 17:22, 17:25, 18:13, 18:24, 19:16, 19:20, 19:25, 20:25, 22:7, 22:12, 23:6, 23:10, 23:24, 24:15, 24:16, 24:24, 25:9, 25:18, 25:20, 26:13, 26:25, 27:4, 27:15, 27:24, 28:10, 28:21, 29:14, 29:21, 30:23, 33:25, 34:7, 34:18, 35:6, 41:3, 44:6, 47:6, 47:24, 48:9, 48:16, 52:23, 54:20, 56:7, 57:17, 58:14, 59:24, 63:21

---

**HONORABLE** [1] - 1:25
**horse** [1] - 61:11
**hour** [1] - 53:23
**hypothetical** [2] - 60:11

## I

**i.e** [2] - 39:20, 41:8
**ID** [1] - 24:17
**idea** [1] - 56:20
**identification** [2] - 16:15, 42:14
**identified** [5] - 15:24, 17:5, 36:15, 43:19
**identify** [3] - 3:21, 24:10, 56:10
**identifying** [1] - 28:7
**identity** [1] - 45:14
**ignore** [1] - 38:6
**illegal** [1] - 7:13
**illegible** [1] - 14:16
**imagine** [1] - 7:17
**immaterial** [7] - 12:8, 12:17, 46:18, 46:23, 47:4, 51:14, 52:14
**implicate** [1] - 46:20
**important** [11] - 15:16, 25:11, 43:8, 43:10, 53:22, 54:7, 54:12, 55:15, 58:9, 59:15, 64:2
**importing** [1] - 58:18
**imposed** [1] - 3:17
**improper** [5] - 11:22, 12:5, 30:2, 36:7, 41:18
**IN** [2] - 1:2
**in-person** [4] - 54:18, 56:5, 60:25, 64:3
**in/absentee** [1] - 32:8
**Inc** [1] - 3:13
**INC** [2] - 1:5, 1:6
**inclined** [1] - 27:24
**include** [6] - 16:16, 23:12, 36:16, 36:23, 37:3
**included** [5] - 22:8, 27:16, 31:19, 40:24, 40:25
**including** [2] - 22:7, 37:14
**inclusion** [1] - 37:6
**incomplete** [2] - 40:7, 44:3
**inconsistent** [2] - 44:11, 44:12
**incorrect** [1] - 38:18
**incredibly** [1] - 7:5

---

**indeed** [1] - 43:10
**independent** [5] - 8:18, 8:21, 19:24, 20:3, 61:24
**indicated** [3] - 10:20, 16:5, 50:2
**individual** [2] - 28:14, 42:17
**individual's** [1] - 42:18
**ineligible** [1] - 23:2
**influence** [2] - 11:22, 12:6
**inform** [1] - 41:4
**information** [22] - 17:3, 17:5, 21:2, 21:22, 22:7, 22:22, 27:17, 28:7, 28:14, 28:18, 37:11, 37:13, 37:14, 37:23, 39:20, 39:21, 41:8, 42:16, 45:7, 46:2, 53:24, 62:3
**initial** [1] - 13:14
**innocent** [1] - 26:5
**input** [1] - 27:9
**instance** [2] - 38:18, 45:11
**instances** [6] - 37:19, 42:14, 42:15, 43:14, 45:8
**instead** [1] - 30:17
**instruction** [4] - 26:15, 26:20, 37:5, 61:14
**instructions** [19] - 9:4, 9:10, 9:13, 9:21, 25:19, 26:7, 26:9, 26:16, 26:18, 26:24, 27:5, 27:6, 27:9, 43:23, 44:3, 61:12, 61:15, 61:17
**instructive** [3] - 43:13, 43:21, 43:23
**intended** [3] - 6:19, 31:11, 50:10
**intent** [2] - 45:3, 46:14
**interest** [1] - 15:3
**interested** [2] - 60:23, 60:24
**interesting** [4] - 24:23, 60:21, 61:18, 63:23
**interpret** [2] - 18:21, 44:13
**interpretation** [8] - 41:5, 43:6, 43:7, 43:9, 43:13, 44:2, 44:10, 47:2
**interrupt** [1] - 41:22
**Interveners** [1] -

---

56:13
**intervening** [1] - 60:18
**intervenor** [1] - 29:19
**Intervenor** [3] - 1:12, 3:18, 4:19
**INTERVENOR** [1] - 2:11
**Intervenors** [1] - 2:14
**invalidate** [4] - 9:12, 34:16, 62:13, 62:20
**invalidated** [1] - 13:25
**invalidates** [1] - 45:12
**invalidation** [4] - 43:18, 43:20, 44:18, 44:21
**involved** [5] - 11:9, 16:15, 16:25, 48:11, 48:16
**irregularities** [2] - 14:6, 14:21
**irregularity** [2] - 12:3, 14:19
**ish** [1] - 60:15
**issue** [18] - 8:15, 15:16, 16:23, 16:25, 17:7, 17:9, 17:10, 17:15, 17:16, 18:2, 22:6, 22:13, 26:12, 29:6, 40:6, 54:7, 57:6
**issued** [1] - 61:13
**issues** [2] - 31:4, 46:8
**itself** [4] - 12:18, 23:12, 42:16, 43:7

## J

**JOHN** [1] - 2:13
**John** [1] - 4:20
**joined** [1] - 8:22
**JONATHAN** [1] - 2:3
**Jonathan** [2] - 3:15, 3:25
**JOSHUA** [1] - 2:5
**Joshua** [2] - 4:10, 17:6
**judge** [1] - 24:13
**JUDGE** [1] - 1:25
**judgment** [1] - 7:4
**jump** [1] - 33:11
**jurisdiction** [1] - 17:15
**jurisdictions** [1] - 57:7

---

## K

**KAHLIL** [1] - 2:12
**Kahlil** [2] - 4:20, 56:12
**KAY** [1] - 2:6
**Kay** [1] - 4:10
**keep** [1] - 8:5
**key** [1] - 35:15
**knowledge** [2] - 11:19, 11:24
**known** [2] - 37:17, 50:8
**knows** [3] - 7:13, 7:14

## L

**lack** [2] - 17:4, 57:18
**lacks** [1] - 17:14
**laid** [2] - 9:19, 44:25
**language** [13] - 6:3, 6:6, 7:5, 10:17, 18:6, 18:22, 18:23, 26:24, 36:3, 36:5, 38:2, 45:3, 45:4
**large** [2] - 29:6, 31:12
**last** [5] - 8:10, 47:10, 58:8, 60:23, 61:7
**lastly** [1] - 44:9
**law** [14] - 6:23, 12:20, 26:2, 34:24, 46:19, 47:2, 47:18, 52:19, 58:22, 63:8, 63:13, 63:15
**lawyer** [1] - 48:19
**lawyers** [1] - 47:15
**lay** [1] - 32:20
**learn** [1] - 35:7
**least** [2] - 22:22, 47:21
**led** [1] - 26:16
**left** [4] - 19:2, 19:3, 62:8, 63:7
**legal** [1] - 54:16
**legislative** [2] - 45:3, 49:17
**Legislature** [19] - 18:13, 18:18, 18:25, 19:2, 25:3, 30:3, 30:9, 30:14, 30:24, 31:11, 31:21, 32:9, 33:3, 35:16, 35:17, 35:24, 38:7, 42:21
**Legislature's** [1] - 31:14
**legitimate** [2] - 46:14, 52:13
**less** [1] - 54:19

**liar** [2] - 11:8, 11:10
**liberally** [1] - 36:12
**light** [1] - 58:6
**limited** [3] - 13:14, 13:16, 13:17
**line** [1] - 44:20
**list** [1] - 39:23
**listed** [1] - 57:20
**live** [10] - 23:3, 51:25, 54:15, 56:18, 56:22, 57:22, 57:23, 58:5, 60:17
**lives** [4] - 51:11, 55:18, 56:21, 57:22
**living** [1] - 42:5
**local** [8] - 8:7, 9:12, 24:9, 26:23, 43:24, 43:25, 47:19, 48:21
**locally** [5] - 9:6, 24:13, 26:17, 26:21, 54:25
**location** [7] - 20:11, 20:13, 24:19, 53:9, 53:20, 58:2, 58:10
**locked** [3] - 8:6, 8:12, 10:14
**lodged** [1] - 50:4
**Look** [1] - 15:5
**look** [17] - 6:4, 6:5, 14:9, 19:22, 21:3, 21:5, 23:25, 24:2, 24:25, 31:2, 31:5, 31:15, 32:6, 45:2, 45:25, 49:21
**looking** [9] - 9:3, 11:16, 13:3, 14:19, 21:5, 39:8, 42:7, 42:25, 52:8
**loud** [1] - 50:11

## M

**mail** [45] - 5:21, 7:23, 7:25, 22:18, 23:17, 29:9, 30:4, 30:11, 30:16, 30:25, 31:12, 31:16, 31:25, 32:4, 32:8, 33:6, 33:8, 33:12, 33:22, 34:15, 34:20, 35:8, 37:10, 37:16, 39:15, 39:22, 40:17, 42:17, 45:10, 49:25, 50:6, 50:12, 54:21, 54:22, 55:12, 55:23, 55:25, 56:5, 56:16, 57:8, 57:15, 57:21, 59:18
**mail-in** [34] - 5:21, 7:23, 7:25, 23:17, 30:4, 30:11, 30:16, 30:25, 31:25, 33:6,

33:8, 33:12, 33:22, 34:15, 34:20, 35:8, 39:15, 39:22, 40:17, 49:25, 50:6, 50:12, 54:21, 55:12, 55:23, 55:25, 56:5, 56:16, 57:8, 57:15, 57:21, 59:18
**mail-in/absentee** [1] - 32:8
**mailed** [7] - 23:7, 29:7, 57:8, 57:10, 59:20, 60:6, 60:16
**mails** [1] - 15:5
**mandatory** [7] - 8:22, 19:11, 25:6, 44:14, 44:16, 46:19, 47:4
**manner** [5] - 5:19, 8:7, 10:24, 49:17, 49:24
**March** [2] - 30:8, 60:15
**mark** [1] - 45:13
**MARY** [1] - 2:6
**Mary** [1] - 4:10
**material** [5] - 12:16, 12:17, 52:14, 54:19, 54:21
**materials** [1] - 10:6
**matter** [3] - 12:18, 40:22, 50:20
**matters** [1] - 47:18
**maxim** [1] - 6:22
**McDonald** [2] - 2:11, 4:20
**McGarry** [51] - 2:5, 4:8, 4:9, 4:12, 4:14, 5:13, 13:2, 15:19, 15:20, 16:10, 16:21, 17:21, 17:24, 18:23, 19:20, 20:8, 20:12, 20:17, 20:24, 21:9, 21:12, 21:15, 22:11, 23:6, 23:10, 23:24, 24:15, 24:21, 26:19, 26:25, 27:15, 28:9, 28:13, 28:21, 29:5, 29:14, 33:24, 33:25, 34:6, 37:12, 42:2, 48:2, 50:21, 51:16, 52:17, 52:23, 53:4, 53:13, 58:6, 58:14, 61:4
**mean** [11] - 6:2, 12:7, 12:14, 14:24, 16:6, 20:21, 38:14, 50:14, 51:12, 59:15, 61:21
**meaning** [4] - 6:5, 8:21, 25:15, 54:24
**means** [1] - 6:4, 6:10, 7:6, 8:20, 36:13, 38:11, 50:16,

58:20, 61:20, 61:22, 62:3
**meant** [1] - 19:18
**medical** [2] - 62:18, 62:21
**meet** [1] - 44:22
**mentioned** [1] - 56:15
**messing** [1] - 51:14
**Michael** [1] - 4:20
**MICHAEL** [1] - 2:11
**might** [2] - 14:10, 27:3
**military** [1] - 39:23
**mind** [3] - 31:14, 41:23
**minor** [1] - 50:24
**misperceive** [1] - 12:10
**misperceived** [1] - 10:9
**misread** [1] - 7:21
**missing** [16] - 13:12, 13:18, 13:23, 14:13, 14:14, 14:16, 15:9, 36:10, 38:18, 41:14, 41:15, 41:18, 43:17, 45:5, 45:6, 45:7
**misstating** [1] - 9:18
**mistake** [3] - 11:13, 35:21
**moment** [5] - 17:19, 33:5, 39:8, 60:14, 62:7
**MONTGOMERY** [2] - 1:2, 1:9
**Montgomery** [11] - 1:18, 1:23, 2:6, 2:9, 3:12, 3:17, 17:6, 21:19, 22:20, 23:5, 37:15
**months** [1] - 27:5, 60:18
**morning** [7] - 3:10, 3:24, 4:3, 4:4, 4:11, 4:18, 4:22
**most** [3] - 32:7, 43:7, 43:10
**motion** [1] - 14:8
**mount** [1] - 49:9
**move** [1] - 61:12
**moved** [2] - 22:16, 59:7
**MR** [94] - 3:24, 4:4, 4:8, 4:14, 4:18, 5:5, 5:8, 5:10, 9:14, 9:16, 10:8, 11:6, 11:19, 11:24, 12:7, 13:6, 14:2, 14:7, 14:23, 15:2, 15:14, 15:20, 16:10, 16:21, 17:21, 17:24, 18:23, 19:20,

20:8, 20:12, 20:17, 20:24, 21:9, 21:12, 21:15, 22:11, 23:6, 23:10, 23:24, 24:15, 24:21, 26:19, 26:25, 27:8, 27:15, 28:9, 28:13, 28:21, 29:5, 29:14, 29:21, 33:9, 33:16, 33:25, 34:6, 34:12, 34:17, 34:25, 35:6, 35:13, 36:2, 37:2, 38:22, 41:2, 42:11, 43:9, 43:12, 44:6, 44:9, 47:13, 47:23, 48:15, 48:23, 51:22, 52:23, 53:4, 53:9, 53:15, 53:25, 54:20, 55:10, 55:24, 56:7, 56:11, 57:14, 57:17, 58:3, 58:14, 59:21, 59:24, 61:3, 61:8, 62:9, 62:25
**multiple** [1] - 45:23
**must** [7] - 31:6, 31:7, 31:10, 36:23, 40:2, 41:25, 57:14
**mystery** [1] - 12:14

## N

**name** [8] - 22:2, 24:3, 39:21, 40:11, 41:9, 52:5, 52:19, 59:3
**narrow** [2] - 5:25, 49:9
**NATIONAL** [3] - 1:6, 1:12, 1:14
**National** [2] - 2:14, 3:19
**necessarily** [3] - 33:9, 38:19, 46:24
**need** [6] - 6:3, 6:5, 33:23, 59:2, 59:3, 62:18
**needs** [1] - 42:15
**negotiated** [1] - 13:7
**neighbors** [1] - 55:3, 55:6
**never** [1] - 6:21
**new** [3] - 10:2, 48:19, 55:8
**next** [5] - 4:6, 21:17, 21:20, 25:9, 53:22
**nine** [1] - 21:15
**NKWONTA** [22] - 1:15, 2:11, 4:18, 5:5, 29:21, 33:9, 33:16, 34:12, 34:17, 34:25, 35:6, 35:13, 36:2, 37:2, 38:22, 41:2, 42:11, 43:9, 43:12,

20:8, 20:12, 20:17, 20:24, 21:9, 21:12, 21:15, 22:11, 23:6, 23:10, 23:24, 24:15, 24:21, 26:19, 26:25, 27:8, 27:15, 28:9, 28:13, 28:21, 29:5, 29:14, 29:21, 33:16, 33:25, 34:6, 34:12, 34:17, 34:25, 35:6, 35:13, 36:2, 37:2, 38:22, 41:2, 42:11, 43:9, 43:12, 44:6, 44:9, 47:13, 47:23, 48:15, 48:23, 51:22, 52:23, 53:4, 53:9, 53:15, 53:25, 54:20, 56:7, 56:11, 57:14, 57:17, 58:3, 58:14, 59:21, 59:24, 61:3, 61:8, 62:9, 62:25
**nothing** [3] - 7:20, 25:16, 25:22
**notice** [1] - 31:6
**noticed** [1] - 40:12
**noting** [1] - 7:10
**November** [4] - 1:19, 26:4, 59:19, 65:14
**nowhere** [1] - 28:4
**nullification** [1] - 26:6
**nullify** [3] - 38:15, 38:16, 38:19
**number** [7] - 16:11, 21:4, 21:17, 21:18, 29:6, 31:12, 32:17

44:6, 44:9, 57:17
**Nkwonta** [7] - 4:19, 29:18, 34:11, 49:11, 50:2, 56:15, 58:11
**NO** [1] - 1:5
**non** [1] - 7:18
**non-citizen** [1] - 7:18
**noncompliance** [1] - 12:4
**Norristown** [1] - 1:23
**notable** [2] - 31:22, 36:14
**notably** [1] - 36:18
**notes** [2] - 52:11, 65:5
**nothing** [3] - 7:20, 25:16, 25:22
**notice** [1] - 31:6
**noticed** [1] - 40:12
**noting** [1] - 7:10
**November** [4] - 1:19, 26:4, 59:19, 65:14
**nowhere** [1] - 28:4
**nullification** [1] - 26:6
**nullify** [3] - 38:15, 38:16, 38:19
**number** [7] - 16:11, 21:4, 21:17, 21:18, 29:6, 31:12, 32:17
**nurse** [1] - 62:17

## O

**objection** [4] - 17:9, 17:11, 17:12, 59:9
**objections** [3] - 13:10, 27:6, 59:12
**obligation** [1] - 19:4
**obligations** [1] - 44:2
**obviously** [3] - 39:11, 40:4, 40:8
**occurs** [1] - 46:11
**October** [1] - 60:16
**OF** [3] - 1:2, 1:2, 1:9
**offer** [2] - 29:19, 57:17
**office** [2] - 6:7, 62:14
**Official** [1] - 1:22, 65:13
**official** [2] - 8:4, 9:22
**officials** [2] - 51:21, 55:2
**omission** [2] - 37:5, 62:11, 62:22
**omissions** [5] - 45:10, 46:18, 46:23, 47:4
**once** [1] - 23:10
**one** [26] - 9:4, 13:6, 19:7, 19:14, 32:25,

35:6, 38:6, 40:9, 40:10, 41:19, 47:10, 48:23, 49:7, 50:4, 50:14, 52:12, 55:13, 57:5, 57:9, 57:14, 59:25, 61:18, 61:22, 61:25, 62:7

**ones** [3] - 14:14, 15:11, 27:25

**open** [3] - 5:16, 49:4

**opened** [1] - 49:10

**opening** [1] - 39:17

**opportunity** [7] - 5:11, 5:17, 14:13, 15:15, 47:11, 47:15, 54:24

**opposed** [2] - 47:20, 57:13

**options** [1] - 60:2

**oral** [2] - 3:11, 13:21

**order** [3] - 49:23, 63:19, 64:7

**otherwise** [2] - 7:15, 50:7

**ought** [1] - 11:14

**outer** [16] - 16:2, 16:17, 18:8, 21:23, 22:8, 26:16, 34:21, 39:18, 39:20, 40:12, 40:22, 41:8, 42:9, 49:5, 52:13, 54:8

**outright** [1] - 44:21

**outside** [3] - 22:17, 46:4

**overly** [1] - 29:22

**override** [2] - 61:15, 61:18

**overruled** [1] - 17:11

**overseas** [3] - 57:23, 58:5, 58:10

**overstay** [1] - 61:9

**overturn** [1] - 63:18

**own** [8] - 6:12, 6:14, 12:15, 24:12, 43:25, 51:9, 52:7, 55:17

**P**

**p.m** [2] - 30:20, 65:14

**P.S** [12] - 5:22, 8:2, 8:16, 23:15, 30:9, 31:15, 32:22, 36:21, 42:12, 45:11, 49:22, 63:18

**PA** [1] - 1:5

**page** [2] - 54:2, 61:5

**paper** [1] - 13:8

**paragraph** [3] - 41:3, 41:4, 41:5

**paramount** [1] - 40:21

**parcel** [1] - 12:19

**part** [13] - 5:22, 6:15, 6:18, 6:24, 7:3, 8:3, 8:17, 12:19, 27:11, 42:12, 42:23, 47:24, 50:25

**partial** [1] - 14:22

**partially** [1] - 27:19

**participating** [1] - 4:25

**participation** [1] - 5:2

**particular** [5] - 5:14, 20:23, 24:18, 25:3, 58:2

**parties** [10] - 4:2, 10:4, 13:13, 26:23, 27:7, 36:19, 36:20, 47:21, 48:22, 59:10

**Party** [1] - 44:25

**party** [9] - 17:8, 34:23, 36:23, 37:3, 37:7, 37:18, 37:23, 57:5

**passed** [1] - 30:9

**passion** [1] - 58:15

**past** [2] - 48:11, 52:7

**PENNSYLVANIA** [1] - 1:2

**Pennsylvania** [16] - 1:23, 6:22, 26:18, 32:10, 33:17, 40:19, 44:13, 44:24, 44:25, 46:19, 49:8, 57:9, 57:15, 57:16, 57:22, 58:7

**Pennsylvania's** [1] - 48:12

**people** [8] - 11:7, 16:3, 55:6, 55:7, 55:9, 56:24, 60:12

**per** [1] - 57:5

**perhaps** [5] - 6:15, 9:19, 9:20, 14:9, 53:25

**permitted** [3] - 30:11, 31:24, 53:10

**person** [24] - 10:24, 22:10, 22:15, 22:16, 24:5, 24:8, 42:5, 49:23, 51:18, 51:19, 52:18, 54:7, 54:18, 55:13, 55:22, 56:5, 56:17, 57:5, 59:25, 60:8, 60:25, 62:17, 64:3

**person's** [1] - 62:21

**perspective** [3] - 18:2, 21:23, 23:2

**perspectives** [1] - 54:6

**pertinent** [3] - 5:22, 8:3, 8:17

**petition** [5] - 3:14, 11:2, 13:9, 13:17, 47:7

**Petition** [3] - 1:17, 3:11, 35:13

**petitioner** [3] - 3:13, 3:16, 3:23

**petitioners** [2] - 31:23, 32:16

**Petitioners** [2] - 30:2, 36:15

**petitions** [2] - 32:18, 49:13

**phone** [3] - 4:25, 5:18, 13:14

**phrase** [1] - 55:19

**pick** [1] - 49:12

**picked** [1] - 22:18

**pivot** [1] - 49:18

**place** [10] - 10:11, 10:12, 49:8, 51:24, 52:2, 54:9, 54:11, 54:25, 58:13, 59:5

**placed** [2] - 14:22, 50:17

**plain** [2] - 6:3, 10:17

**Plaintiffs** [2] - 1:7, 2:4

**plausible** [1] - 62:2

**pleading** [3] - 13:20, 15:7, 58:21

**PLEAS** [1] - 1:2

**point** [7] - 31:23, 36:15, 38:4, 50:13, 53:22, 56:13, 56:19

**pointed** [3] - 13:8, 25:18, 58:24

**points** [2] - 58:12, 61:8

**political** [4] - 26:23, 34:23, 45:14, 47:21

**polity** [1] - 49:15

**poll** [5] - 24:13, 52:24, 53:7, 53:15, 53:16

**polling** [5] - 24:18, 51:23, 54:25, 55:2, 55:8

**polls** [1] - 39:17

**portions** [1] - 48:12

**position** [3] - 28:16, 28:22, 43:17

**possession** [1] - 15:12

**possibility** [1] - 21:24

**Postal** [4] - 29:7, 29:11, 51:10, 51:14

**posture** [1] - 29:25

**potential** [1] - 60:19

**potentially** [2] -

41:13, 46:20

**powerless** [1] - 7:20

**praised** [1] - 47:25

**pre** [4] - 32:5, 46:10, 46:11, 46:12

**pre-existing** [1] - 32:5

**precedes** [1] - 40:10

**precinct** [3] - 21:21, 22:2, 22:8

**precisely** [1] - 64:4

**preference** [1] - 45:15

**premise** [1] - 36:11

**prepared** [3] - 5:7, 12:25, 18:25

**preparing** [1] - 26:23

**preprinted** [4] - 15:25, 37:15, 46:5, 54:10

**prescribe** [2] - 38:8, 43:15

**prescribed** [1] - 8:8

**present** [7] - 3:4, 3:14, 11:20, 11:25, 18:14, 56:8, 63:3

**presentation** [1] - 17:7

**presenting** [1] - 54:6

**preserve** [1] - 15:8

**PRESIDENT** [1] - 1:5

**President** [1] - 3:13

**presumably** [1] - 55:2

**pretty** [1] - 11:7

**prevails** [1] - 7:2

**prevention** [1] - 23:7

**primary** [5] - 57:9, 57:11, 59:17, 60:3, 60:7

**print** [3] - 17:2, 18:8, 51:12

**printed** [3] - 16:8, 16:12, 50:19

**printer** [1] - 29:10

**printing** [2] - 18:10, 18:16

**PRO** [1] - 2:11

**Pro** [2] - 1:14, 1:16

**problem** [1] - 49:6

**problems** [1] - 48:24

**procedural** [1] - 29:24

**procedurally** [1] - 36:8

**procedure** [3] - 7:13, 31:2, 32:13

**procedures** [8] - 10:10, 10:17, 31:3, 31:6, 32:23, 32:24, 35:9, 35:23

**proceed** [3] - 5:9, 5:16, 5:19

**proceeding** [2] - 29:25, 36:7

**proceedings** [2] - 64:9, 65:4

**Proceedings** [1] - 3:3

**proceeds** [1] - 32:12

**process** [15] - 26:15, 30:5, 30:17, 32:2, 32:8, 32:9, 32:14, 34:7, 34:8, 35:16, 42:24, 56:24, 58:25, 59:5, 59:8

**processing** [2] - 39:15, 47:20

**prohibit** [1] - 47:3

**promote** [1] - 39:12

**proof** [1] - 42:14

**proper** [1] - 54:16

**properly** [1] - 46:7

**propose** [2] - 10:16, 48:7

**proposes** [1] - 49:11

**prospect** [1] - 56:14

**provide** [5] - 32:20, 38:11, 51:19, 53:23, 54:2

**provided** [5] - 17:3, 26:11, 30:10, 31:7, 50:11

**provides** [4] - 37:13, 37:21, 37:22, 63:4

**provision** [12] - 30:18, 31:24, 32:6, 33:18, 36:14, 36:19, 36:21, 36:22, 44:20, 44:21, 44:22, 45:16

**provisional** [1] - 48:18

**provisions** [8] - 30:12, 30:15, 32:7, 44:14, 45:9, 45:18, 45:20, 50:3

**pulled** [1] - 49:5

**punished** [1] - 26:6

**purported** [1] - 46:18

**purpose** [10] - 25:3, 45:20, 45:21, 46:14, 50:21, 51:8, 51:15, 52:12, 52:14, 54:12

**purposes** [2] - 50:20, 56:14, 63:4

**pursue** [1] - 35:9

**put** [4] - 16:4, 16:8, 58:4, 58:7

**putting** [1] - 9:8

## Q

**qualification** [3] - 19:8, 20:6, 42:6
**qualifications** [3] - 19:18, 20:7, 20:21
**qualified** [7] - 20:2, 20:4, 20:17, 20:21, 20:22, 22:19, 23:5
**quasi** [1] - 36:6
**questions** [5] - 12:23, 15:22, 16:19, 26:13, 26:15
**quickly** [1] - 41:23
**quite** [3] - 33:15, 54:13, 58:9
**quote** [3] - 39:24, 63:12, 63:16

## R

**raised** [5] - 17:8, 17:12, 49:19, 59:9, 59:11
**raises** [1] - 57:6
**raising** [1] - 14:18
**range** [1] - 13:11
**rare** [1] - 11:7
**rather** [1] - 17:13
**rationale** [1] - 37:25
**Raymond** [1] - 4:8
**RAYMOND** [1] - 2:5
**RDR** [2] - 1:21, 65:13
**re** [1] - 60:17
**Re** [1] - 26:3
**re-attest** [1] - 60:17
**read** [3] - 11:3, 41:4, 50:11
**reading** [1] - 30:7
**real** [1] - 6:17
**really** [7] - 12:10, 40:21, 48:23, 49:7, 50:20, 54:7
**reason** [6] - 27:16, 30:23, 31:21, 32:12, 35:22, 54:4
**reasonable** [2] - 26:8, 26:9
**reasons** [3] - 12:13, 12:16, 47:6
**rebut** [1] - 47:11
**receipt** [2] - 8:4, 46:17
**receive** [1] - 35:14
**received** [2] - 46:10, 46:13
**receives** [2] - 37:8, 37:9
**recognized** [2] - 32:10, 32:11

**recollection** [1] - 53:17
**reconfirming** [1] - 51:4
**record** [5] - 3:6, 3:9, 3:21, 24:11, 56:9
**Recount** [1] - 35:13
**recount** [4] - 32:17, 35:9, 35:11, 49:13
**recounted** [1] - 12:14
**recourse** [1] - 32:17
**red** [1] - 49:14
**reference** [1] - 36:16, 41:6, 41:11
**referenced** [1] - 40:10
**references** [2] - 30:15, 32:3
**referencing** [1] - 21:8
**reflected** [1] - 37:24
**regard** [1] - 17:12
**regarding** [2] - 28:7, 49:24
**register** [3] - 20:12, 20:13, 53:18
**registered** [9] - 19:21, 20:8, 20:10, 20:14, 20:18, 39:22, 42:5, 42:16, 51:21
**reject** [1] - 45:10
**rejected** [1] - 39:2
**rejection** [3] - 41:19, 44:18, 45:15
**related** [5] - 4:2, 17:15, 17:16, 31:4, 32:6
**relates** [1] - 16:25
**relevance** [1] - 57:19
**reliance** [1] - 26:7
**relied** [2] - 9:15, 44:4
**relief** [2] - 3:16, 35:9
**relying** [1] - 36:3
**remedy** [4] - 9:11, 9:16, 34:22, 35:5
**Remotely** [1] - 1:22
**removal** [1] - 30:6
**removed** [5] - 30:4, 30:15, 32:9, 33:2
**replicate** [1] - 29:23
**reply** [6] - 10:5, 10:7, 10:8, 47:11, 59:22, 59:23
**Reporter** [2] - 1:22, 65:13
**reporter** [1] - 56:10
**representatives** [1] - 4:7
**representing** [1] - 56:12
**Republican** [2] -

17:6, 17:8
**REPUBLICAN** [1] - 1:6
**request** [1] - 29:11
**require** [7] - 18:13, 18:16, 18:19, 19:5, 43:19, 45:9, 51:19
**required** [13] - 8:19, 8:23, 13:22, 18:19, 24:12, 37:4, 38:14, 38:15, 42:14, 52:18, 52:19, 55:21, 55:22
**requirement** [16] - 18:9, 20:14, 23:12, 24:16, 24:17, 36:11, 36:16, 36:18, 37:22, 44:15, 44:16, 47:18, 50:24, 54:18, 57:19, 58:18
**requirements** [4] - 12:12, 19:11, 33:19
**requires** [4] - 36:25, 37:2, 43:18, 44:20
**reserve** [1] - 15:7, 60:8
**reside** [2] - 24:14, 51:20
**resided** [1] - 58:8
**residence** [1] - 54:15
**residential** [1] - 23:4
**resides** [2] - 22:15, 51:2
**resolve** [1] - 51:11
**respect** [3] - 11:23, 14:19, 28:19
**responses** [1] - 41:2
**restricted** [1] - 10:3
**result** [1] - 44:17
**results** [3] - 10:20, 12:20, 50:7
**return** [6] - 9:7, 25:22, 39:11, 39:25, 40:2, 43:4
**returned** [3] - 39:15, 39:19, 40:15
**returns** [1] - 31:19
**reveal** [1] - 57:25
**revealing** [1] - 45:13
**Review** [2] - 1:17, 3:11
**reviewed** [1] - 63:11
**reviewing** [1] - 26:24
**rewrite** [2] - 9:20, 58:16
**rewriting** [1] - 48:11
**RICHARD** [1] - 1:25
**rights** [1] - 60:9
**Rights** [2] - 46:21, 46:22
**road** [1] - 50:9
**role** [3] - 26:22,

43:14, 43:15
**roll** [2] - 24:3, 61:2
**room** [1] - 62:23

## S

**safeguard** [1] - 22:9
**safely** [1] - 8:5
**sample** [1] - 53:16
**satisfied** [5] - 23:18, 23:20, 40:16, 42:2, 42:7
**satisfy** [1] - 42:15
**saw** [1] - 22:18
**scan** [1] - 28:13
**scanned** [1] - 22:3
**scanning** [1] - 24:4
**scans** [1] - 16:14
**scheme** [1] - 10:16, 10:23, 32:5
**scope** [1] - 14:21, 16:23
**screen** [1] - 47:13
**scrutiny** [2] - 55:13, 55:24
**sealed** [3] - 8:5, 8:11, 10:14
**second** [5] - 19:18, 19:24, 28:6, 50:13, 59:15
**secondly** [1] - 62:20
**secrecy** [1] - 49:5
**Secretary** [24] - 7:10, 7:12, 7:14, 8:8, 8:15, 9:6, 9:12, 19:3, 25:10, 25:12, 25:14, 26:11, 38:8, 38:10, 38:12, 38:17, 39:2, 39:9, 41:12, 42:22, 43:3, 43:16, 43:24, 50:10
**Secretary's** [8] - 8:13, 38:5, 41:7, 41:16, 43:2, 43:12, 43:14, 43:15
**section** [6] - 18:10, 18:15, 19:12, 42:13, 48:15, 49:22
**see** [4] - 19:21, 21:16, 55:13, 62:21
**seeing** [1] - 6:13
**seek** [2] - 32:23, 32:24
**segregated** [1] - 15:24
**self** [2] - 6:6, 50:15
**send** [2] - 61:14, 64:2
**sense** [3] - 12:9, 37:7, 38:3, 47:17, 49:15
**sent** [3] - 22:18,

37:10, 57:13
**sentence** [7] - 8:23, 19:25, 39:10, 40:9, 41:6, 52:21
**sentences** [1] - 41:11
**separate** [2] - 14:5, 62:8
**September** [3] - 25:13, 38:24, 39:8
**serve** [1] - 52:13
**serves** [1] - 6:14
**Service** [4] - 29:7, 29:11, 51:10, 51:14
**SERVICES** [2] - 1:11, 1:13
**set** [12] - 9:21, 22:24, 23:25, 32:21, 33:17, 35:23, 38:25, 40:2, 42:12, 42:20, 47:4, 49:10
**sets** [1] - 33:18
**setting** [2] - 28:18, 39:16
**several** [2] - 11:3, 16:19
**shall** [12] - 5:23, 6:23, 8:5, 8:17, 8:22, 18:7, 30:22, 31:18, 39:18, 41:7, 44:17, 61:24
**shed** [1] - 58:6
**sheet** [1] - 50:10
**shortly** [1] - 64:7
**show** [1] - 53:5
**shown** [2] - 24:17, 29:8
**sic** [1] - 44:14
**sic]** [2] - 7:24, 30:13
**side** [1] - 49:17
**sign** [22] - 5:23, 6:23, 8:18, 8:21, 9:7, 13:22, 18:8, 18:17, 24:10, 36:20, 51:23, 51:24, 52:2, 52:19, 53:3, 59:3, 61:2, 61:14, 61:25, 63:5, 63:6, 63:17
**signature** [18] - 13:11, 13:19, 14:16, 22:21, 24:3, 24:11, 25:16, 25:22, 34:14, 34:21, 35:8, 40:6, 40:21, 41:14, 42:8, 52:22, 53:18, 63:12
**signatures** [1] - 17:19
**signed** [4] - 19:15, 40:15, 43:5, 62:7
**significance** [7] - 26:2, 38:5, 40:7, 40:13, 40:24, 54:10,

54:14
**significant** [1] - 62:11
**signing** [9] - 6:24, 7:3, 12:15, 18:17, 51:24, 52:5, 52:25, 53:4, 64:4
**signs** [1] - 64:4
**similarly** [1] - 38:12
**simple** [1] - 56:13
**simply** [5] - 25:6, 31:16, 46:15, 47:20, 52:24
**single** [1] - 57:7
**singled** [2] - 41:13, 41:14
**singles** [1] - 41:17
**sit** [2] - 7:19, 12:13
**sliced** [3] - 49:4, 49:10
**smaller** [1] - 14:9
**smoothly** [1] - 5:17
**solely** [1] - 4:13
**someone** [5] - 33:14, 53:23, 53:25, 56:21, 59:17
**sometimes** [1] - 42:13
**somewhere** [1] - 22:16
**sorry** [6] - 7:20, 14:23, 34:10, 37:9, 41:22, 56:11
**sort** [4] - 12:14, 40:21, 47:24, 51:19
**sought** [1] - 3:16
**spaces** [1] - 17:3
**specific** [10] - 11:16, 11:17, 16:14, 20:11, 20:13, 20:25, 31:24, 45:2, 45:4, 54:9
**specifically** [7] - 14:20, 25:4, 25:14, 25:20, 33:2, 38:25, 41:6
**specified** [1] - 21:18
**speculation** [1] - 6:18
**speculations** [1] - 6:20
**spent** [1] - 9:24
**spoiler** [1] - 48:5
**standard** [3] - 42:19, 42:20, 42:21
**standing** [1] - 34:22
**start** [3] - 3:22, 15:22, 18:5
**starting** [2] - 23:11, 36:11
**starts** [2] - 18:4, 19:25

**State** [6] - 7:10, 25:10, 25:12, 25:14, 26:11, 35:23
**state** [4] - 10:18, 22:17, 27:21, 47:2
**statement** [11] - 19:7, 19:9, 19:23, 19:24, 20:3, 20:6, 23:13, 44:15, 53:12, 53:13
**statements** [1] - 53:11
**states** [5] - 25:14, 26:5, 30:18, 45:12, 57:23
**station** [1] - 24:9
**stations** [1] - 56:23
**statute** [35] - 5:22, 8:16, 9:19, 9:20, 10:10, 10:17, 18:7, 19:12, 20:5, 23:17, 24:2, 24:21, 25:5, 26:10, 30:7, 30:13, 36:4, 36:5, 37:21, 38:2, 41:16, 41:17, 43:2, 44:12, 44:15, 45:16, 47:5, 48:17, 55:20, 61:15, 61:18, 61:23, 61:24, 63:4, 63:10
**statutes** [1] - 45:8
**statutorily** [1] - 49:8
**statutory** [6] - 18:2, 18:3, 18:9, 44:10, 46:25, 48:7
**stay** [1] - 62:6
**STEIN** [1] - 2:5
**Stein** [6] - 4:10, 5:14, 17:7, 48:2, 49:2, 58:6
**step** [1] - 11:7
**Stephanie** [1] - 4:21
**STEPHANIE** [1] - 2:13
**steps** [1] - 39:14
**still** [12] - 10:10, 10:11, 10:14, 22:15, 22:19, 24:14, 28:20, 42:5, 51:20, 51:25, 54:15, 60:23
**stipulate** [1] - 15:5
**stipulated** [1] - 15:6
**stipulation** [8] - 12:25, 13:7, 13:13, 14:20, 15:4, 19:23, 21:10, 25:20
**stipulations** [1] - 31:5
**stop** [4] - 19:17, 33:4, 39:7, 59:14
**stricken** [1] - 28:3
**strike** [3] - 14:10, 14:13, 27:25
**striking** [1] - 14:12

**stuff** [1] - 61:10
**subcategories** [1] - 27:17
**subject** [3] - 8:25, 41:19, 50:2
**submit** [2] - 6:5, 55:15
**Subsection** [1] - 18:15
**subsequent** [1] - 36:7
**subset** [3] - 16:3, 28:23, 33:8
**subsets** [3] - 14:5, 14:9, 15:23
**substantial** [2] - 27:9, 48:12
**substantive** [5] - 5:13, 5:20, 49:19, 52:6, 64:5
**substitute** [1] - 7:4
**sufficiency** [1] - 39:4
**sufficient** [13] - 23:19, 23:21, 24:23, 24:24, 24:25, 25:4, 25:8, 40:17, 42:2, 42:4, 42:8, 63:9, 63:12
**sufficiently** [1] - 8:14
**suggest** [2] - 40:10, 40:20
**suggested** [1] - 9:25
**suppose** [3] - 9:3, 9:10, 43:5
**Supreme** [4] - 26:4, 32:10, 32:11, 44:24
**SURE** [3] - 16:14, 37:24, 46:2
**suspicion** [2] - 54:23, 56:17
**swath** [1] - 55:6
**swearing** [1] - 50:25
**symbol** [1] - 45:13
**system** [5] - 16:14, 22:3, 24:4, 37:24, 46:2

### T

**talks** [2] - 41:25, 50:21
**task** [1] - 27:10
**technical** [6] - 12:3, 12:8, 12:11, 12:12, 12:19, 52:15
**technicalities** [1] - 12:19
**technicality** [2] - 44:16, 44:17
**terms** [10] - 5:20, 16:16, 23:4, 25:12,

33:25, 34:6, 34:8, 38:14, 44:2, 48:22
**terrible** [1] - 63:2
**testimony** [2] - 31:10, 63:22
**text** [4] - 36:3, 36:4, 44:12, 45:13
**THE** [94] - 1:2, 1:2, 1:25, 3:8, 4:3, 4:6, 4:11, 4:16, 4:22, 5:6, 5:9, 9:3, 9:15, 9:23, 11:2, 11:15, 11:21, 12:2, 12:22, 13:24, 14:4, 14:18, 14:25, 15:10, 15:18, 15:21, 16:18, 17:18, 17:23, 18:21, 19:17, 20:7, 20:10, 20:16, 20:19, 21:7, 21:11, 21:13, 22:9, 22:13, 23:9, 23:22, 24:7, 24:20, 26:14, 26:22, 27:12, 28:5, 28:11, 28:16, 28:23, 29:12, 29:16, 33:4, 33:14, 33:20, 34:3, 34:10, 34:13, 34:19, 35:4, 35:11, 35:25, 36:24, 38:20, 39:7, 41:21, 42:25, 43:11, 43:22, 44:8, 47:8, 47:16, 48:13, 48:20, 51:16, 52:4, 53:2, 53:11, 53:21, 54:4, 55:4, 55:21, 56:4, 56:9, 57:3, 57:16, 59:14, 59:22, 60:10, 61:6, 62:6, 62:10, 63:22
**themselves** [1] - 3:21
**therefrom** [1] - 49:25
**they've** [1] - 5:15
**thin** [1] - 62:25
**thinking** [1] - 54:13
**third** [9] - 10:3, 36:19, 36:20, 36:23, 37:2, 37:7, 37:18, 37:23
**third-party** [3] - 36:23, 37:7, 37:23
**thoughts** [2] - 29:20, 41:23
**thousands** [1] - 60:12
**three** [3] - 8:18, 8:23, 63:4
**throughout** [1] - 52:11
**thrust** [1] - 12:9
**Thursday** [1] - 63:25
**timeliness** [1] - 46:17
**timely** [3] - 46:10, 46:13, 49:9

**timing** [1] - 63:25
**TIMOTHY** [1] - 2:8
**today** [6] - 3:11, 3:14, 5:11, 15:16, 58:17, 63:24
**topic** [1] - 55:11
**totally** [1] - 27:21
**touched** [1] - 10:7
**tragedy** [1] - 9:19
**transcript** [1] - 65:7
**transparent** [2] - 27:21, 49:16
**treat** [2] - 46:20, 48:22
**treated** [5] - 13:4, 27:14, 34:2, 34:3, 34:4
**TRIAL** [1] - 1:3
**true** [7] - 52:8, 52:10, 53:11, 53:13, 53:14, 55:10, 56:23
**trump** [2] - 3:13, 3:25
**TRUMP** [1] - 1:5
**trust** [1] - 5:18
**truth** [1] - 6:17
**try** [2] - 29:22, 52:9
**trying** [3] - 11:12, 24:11, 58:17
**Tuesday** [2] - 1:19, 63:24
**turn** [1] - 59:19
**twice** [3] - 22:10, 22:11, 22:25
**two** [8] - 19:5, 19:9, 19:11, 41:2, 47:9, 52:21, 53:23, 60:2
**type** [1] - 60:24
**types** [1] - 14:5

### U

**ultimately** [2] - 44:5, 54:5
**unable** [1] - 18:17
**unchallengeable** [1] - 7:8
**under** [9] - 6:22, 8:2, 10:22, 20:14, 22:20, 23:15, 24:21, 46:19, 48:24
**underneath** [1] - 52:21
**undue** [1] - 11:22
**unique** [1] - 21:16
**unknown** [1] - 37:19
**unless** [3] - 24:17, 26:13, 40:18
**unring** [1] - 49:6
**unsworn** [1] - 53:19
**up** [8] - 7:16, 22:18, 23:20, 28:13, 45:25,

49:12, 51:14, 62:2
**UPS** [1] - 28:25
**uses** [1] - 6:21
**utilize** [1] - 23:23
**Uzoma** [1] - 4:19
**UZOMA** [1] - 2:11
**UZOMAN** [1] - 1:15

## V

**valid** [2] - 28:20, 59:7
**validity** [1] - 47:22
**validly** [1] - 62:5
**verification** [1] - 21:25
**verified** [1] - 22:4
**verify** [3] - 24:4, 42:18, 45:22
**vestiges** [1] - 32:5
**veterans** [1] - 39:23
**Via** [1] - 1:22
**viable** [2] - 6:16, 10:11
**Vice** [2] - 1:14, 1:16
**VICE** [1] - 2:11
**Videoconference** [1] - 1:22
**view** [3] - 6:25, 7:2, 12:15
**violate** [1] - 45:16
**violation** [3] - 12:20, 63:10, 63:17
**violations** [1] - 46:21
**visual** [1] - 4:25
**vital** [6] - 6:15, 7:3, 10:11, 58:12, 62:4, 63:8
**vote** [39] - 9:12, 10:22, 19:21, 20:2, 20:4, 20:9, 20:10, 20:13, 20:15, 20:18, 20:21, 20:22, 24:5, 25:16, 26:6, 38:15, 38:16, 42:18, 46:23, 47:3, 51:3, 51:8, 51:25, 53:3, 53:10, 53:19, 54:16, 57:25, 58:8, 58:10, 58:13, 59:18, 60:2, 60:8
**voted** [7] - 19:10, 22:5, 22:10, 22:11, 22:25, 52:25, 53:3
**voter** [35] - 16:15, 20:6, 21:22, 21:25, 22:19, 23:2, 23:5, 26:5, 28:14, 37:8, 37:9, 37:10, 37:11, 37:14, 37:16, 37:17, 42:5, 42:17, 44:4, 51:2, 51:7, 51:8, 51:11, 51:23, 52:3,

54:18, 54:25, 56:16, 57:21, 58:10, 58:12, 60:25, 63:16, 64:3
**voter's** [15] - 15:25, 16:2, 22:4, 36:16, 37:18, 39:18, 39:20, 39:22, 39:23, 39:25, 40:11, 40:15, 41:9, 43:4, 45:25
**voters** [12] - 24:4, 31:7, 31:9, 36:13, 36:19, 36:20, 37:6, 37:25, 46:3, 46:15, 57:22, 57:23
**voters'** [1] - 39:24
**votes** [6] - 23:19, 24:8, 33:8, 51:18, 52:18
**Voting** [1] - 46:21
**voting** [11] - 20:23, 20:25, 24:18, 33:16, 48:18, 53:5, 53:9, 54:17, 55:18, 56:25, 58:5
**voting/polling** [1] - 24:9
**vs** [1] - 1:8

## W

**wait** [1] - 41:21
**waiting** [1] - 62:23
**walks** [1] - 55:3
**ways** [2] - 44:19, 45:23
**web** [1] - 28:13
**week** [1] - 63:24
**weeks** [1] - 10:24
**welcome** [2] - 29:16, 61:9
**whatsoever** [1] - 53:8
**whereby** [1] - 59:6
**wholeheartedly** [1] - 44:7
**WILLIAMS** [5] - 2:12, 56:7, 56:11, 59:21, 59:24
**Williams** [3] - 4:20, 56:12, 58:24
**wish** [1] - 15:13
**WISSERT** [1] - 1:7
**witness** [1] - 18:16
**witnesses** [1] - 31:9
**wonderful** [1] - 64:6
**wondering** [1] - 53:22
**word** [7] - 6:22, 8:22, 24:24, 25:3, 54:24, 60:23, 61:7
**words** [2] - 22:24,

43:3
**workers** [1] - 24:13
**works** [1] - 59:25
**worried** [1] - 21:24
**write** [7] - 6:14, 46:15, 50:23, 50:25, 51:7, 51:8, 54:8
**writing** [3] - 48:11, 48:17, 55:14
**written** [1] - 16:7, 52:11
**wrote** [1] - 14:15

## Y

**year** [2] - 50:7, 60:4
**yesterday** [1] - 10:6
**yields** [1] - 10:19
**yourself** [3] - 5:4, 24:10, 56:10

## Z

**zoom** [1] - 15:2