# EXHIBIT 4

COURT OF COMMON PLEAS OF PHILADELPHIA
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION-CIVIL

In re: General Election 2020  :  Case No. 201107001
: 
:  Control No. 20117022

### ORDER

AND NOW, this 3rd day of November 2020, upon consideration of the oral motion of petitioner pursuant to 25 P.S. § 2687(b), Donald Trump for President, Inc. and the responses of the Pennsylvania Democratic Party, Biden for President, and the Philadelphia Board of Elections, it is hereby **ORDERED** that the motion is **WITHDRAWN WITHOUT PREJUDICE** by agreement of the parties.

BY THE COURT:

_____
J.

In Re: General Election-ORDRF

20110700100003