**EXHIBIT 9**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.** : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 20-5533 |
| : | |
| **PHILADELPHIA COUNTY BOARD OF ELECTIONS,** : | |
| Defendant. : | |

## O R D E R

As stated during today's Emergency Injunction Hearing, in light of the Parties' agreement, Plaintiff's Motion (Doc. No. 1) is **DENIED without prejudice.**

                           **AND IT IS SO ORDERED.**

                           */s/ Paul S. Diamond*

                           _____

                           Paul S. Diamond, J.