# EXHIBIT 10



NOVEMBER 10, 2020

Patrick Offers Up to $1 Million in Rewards for Voter Fraud Whistleblowers & Tipsters

FOR IMMEDIATE RELEASE:
Tuesday, November 10, 2020

### Patrick Offers Up to $1 Million in Rewards for Voter Fraud Whistleblowers & Tipsters

*"President Trump's pursuit of voter fraud is not only essential to determine the outcome of this election, it is essential to maintain our democracy and restore faith in future elections."*

HOUSTON TX – Lt. Governor Dan Patrick announced that starting today he will pay up to $1 million to incentivize, encourage and reward people to come forward and report voter fraud. Whistleblowers and tipsters should turn over their evidence to local law enforcement. Anyone who provides information that leads to

an arrest and final conviction of voter fraud will be paid a minimum of $25,000.

"I support President Trump's efforts to identify voter fraud in the presidential election and his commitment to making sure that every legal vote is counted and every illegal vote is disqualified. President Trump's pursuit of voter fraud is not only essential to determine the outcome of this election, it is essential to maintain our democracy and restore faith in future elections.

"The Democrats have no one to blame but themselves for creating suspicion of final vote totals. Not allowing Republican poll watchers to observe the vote count in multiple states, in some cases blocking their view with poster board, last minute changes in election laws in battleground states, ignoring the deadline to vote and accepting ballots for days after the election, ignoring postmarks and signature checks, not verifying that mail-in ballots were being sent to people who were alive or living in the state and voting machines that have been a concern for over a decade all raise serious questions.

"This lack of transparency has led many to believe that the final count is not accurate in states where the winner was determined be a very small percentage of the vote.

"In Texas we know voter fraud is real. In just the last 60 days, we have had three major arrests on voter fraud including a social worker who was arrested last week for allegedly registering almost

70 developmentally disabled adults to vote without their signature or consent.

"In Texas, we also know that it is possible to provide the results of mail-in ballots on Election Day. We counted 970,000 mail-in ballots last Tuesday – a 55% increase over 2018 – and added those results to the in-person voting total before midnight on Election Day. The delays in counting mail-in ballots in other states raises more questions about voter fraud and potential mistakes.

"When all legal votes are tallied and all illegal votes are discarded, then America can have a greater level of confidence in the election process.

"President Trump is absolutely right to pursue every allegation of voter fraud and irregularities, just as Al Gore did in 2000. Every candidate for public office has this right. My goal is to ensure that, regardless of the outcome, every American has faith in our electoral process and our democracy."

More information about Dan Patrick is available at www.DanPatrick.org [http://www.DanPatrick.org] .

###