IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) ) ) | Civil Action |
| Plaintiffs, | ) | |
| v. | ) ) | No.: 4:20-cv-02078 |
| Kathy Boockvar; *et al,* | ) ) | |
| Defendants. | ) | Judge Matthew W. Brann |

## ORDER

**AND NOW**, this _____ day of November, 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Northampton County Board of Elections Motion to Dismiss is **GRANTED**; and

2. Plaintiff's Complaint for Declaratory and Injunctive Relief if **DISMISSED** with prejudice.

BY THE COURT:

_____
Matthew W. Brann
United States District Judge