# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald J. Trump for President, Inc., Lawrence Roberts, and David John Henry,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, Allegheny County Board of Elections, Centre County Board of Elections, Chester County Board of Elections, Delaware County Board of Elections, Montgomery County Board of Elections, Northampton County Board of Elections, and Philadelphia County Board of Elections,<br><br>    Defendants,<br><br>    v.<br><br>DNC Services Corporation/Democratic National Committee,<br><br>    Intervenor-Defendant. | No. 4:20-cv-02078-MWB<br>(Judge Matthew W. Brann) |

## INTERVENOR DNC'S
## MOTION TO DISMISS

Intervenor-Defendant DNC Services Corporation/Democratic National Committee, by and through undersigned counsel, hereby moves for dismissal of all claims in the Complaint in this action pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. In accordance with Local Rule 7.5, the grounds supporting this motion are set forth in the supporting memorandum of law filed herewith.

Dated: November 12, 2020

Respectfully submitted,

/s/ Clifford B. Levine

Marc E. Elias*
Uzoma Nkwonta*
Lalitha D. Madduri*
John M. Geise*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
MElias@perkinscoie.com
UNkwonta@perkinscoie.com
LMadduri@perkinscoie.com
JGeise@perkinscoie.com

Clifford B. Levine (PA ID No. 33507)
Robert M. Linn (PA ID 44677)
Alex M. Lacey (PA ID No. 313538)
Kyle J. Semroc (PA ID No. 326107)
DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Telephone: (412) 297-4998
Clifford.levine@dentons.com
Robert.linn@dentons.com
Alex.lacey@dentons.com
Kyle.semroc@dentons.com

Seth P. Waxman*
Ari Holtzblatt*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Seth.Waxman@wilmerhale.com
Ari.Holtzblatt@wilmerhale.com

*Counsel for Intervenor*

* *Special Admission*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, memorandum in support, and proposed order were electronically filed on November 12, 2020, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for Plaintiff.

/s/ Clifford B. Levine

Counsel for Intervenor DNC