IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald J. Trump for President, Inc., Lawrence Roberts, and David John Henry, <br><br>     Plaintiffs, <br><br>     v. <br><br> Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, Allegheny County Board of Elections, Centre County Board of Elections, Chester County Board of Elections, Delaware County Board of Elections, Montgomery County Board of Elections, Northampton County Board of Elections, and Philadelphia County Board of Elections, <br><br>     Defendants, <br><br>     v. <br><br> DNC Services Corporation/Democratic National Committee, <br><br>     Intervenor-Defendant. | No. 4:20-cv-02078-MWB <br><br> (Judge Matthew W. Brann) |

**[PROPOSED] ORDER**

    Upon consideration of Intervenor-Defendant's Motion to Dismiss Plaintiffs' Complaint, supporting materials, and Plaintiff's response, IT IS HEREBY ORDERED that Intervenor-Defendants' Motion is GRANTED and this action is DISMISSED WITH PREJUDICE.

Entered this ___ day of _____, 2020.

                                                _____
                                                Matthew W. Brann
                                                United States District Judge