# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | CIVIL ACTION |
| Plaintiffs, | No. 4:20-CV-02078 |
| v. | |
| KATHY BOOCKVAR, et al., | |
| Defendants. | Judge Matthew W. Brann |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.15, Ronald L. Hicks, Jr., Carolyn B. McGee, and Porter Wright Morris & Arthur LLP (collectively "Porter Wright") hereby move to withdraw their appearance as counsel for Plaintiffs.

Linda A. Kerns shall remain counsel for Plaintiffs.  Plaintiffs consent to this withdrawal.

A proposed order is attached.

Respectfully submitted,

Dated:  November 12, 2020

*/s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA #49520)

*/s/ Carolyn B. McGee*
Carolyn B. McGee (PA #208815)

PORTER WRIGHT MORRIS & ARTHUR LLP
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
cmcgee@porterwright.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | CIVIL ACTION |
| Plaintiffs, | No. 4:20-CV-02078 |
| v. | |
| KATHY BOOCKVAR, et al., | |
| Defendants. | Judge Matthew W. Brann |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR WITHDRAWAL OF APPEARANCE

Plaintiffs and Porter Wright have reached a mutual agreement that Plaintiffs will be best served if Porter Wright withdraws, and current co-counsel and such other counsel as Plaintiffs may choose to engage represent Plaintiffs in this case. Plaintiffs are in the process of retaining and causing other counsel to enter an appearance herein. Such counsel will be aware of the schedule set by the Court in this matter and will be prepared to proceed according to that schedule. In addition, Porter Wright's co-counsel, Ms. Kerns, will continue as counsel in this matter.

Porter Wright will, of course, abide fully by its obligations under Pennsylvania Rule of Professional Conduct 1.16 (d) and otherwise take such steps as are necessary to avoid prejudice to Plaintiffs in this matter or to delay the Court's consideration of this case.

Accordingly, Porter Wright asks that it be granted leave to withdraw.

Respectfully submitted,

Dated: November 12, 2020

*/s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA #49520)

*/s/ Carolyn B. McGee*
Carolyn B. McGee (PA #208815)

PORTER WRIGHT MORRIS & ARTHUR LLP
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2020, I did cause a true and correct copy of the foregoing Motion and Memorandum to be served via the ECF system upon all counsel of record.

Respectfully submitted,

Dated: <u>November 12, 2020</u>     <u>*/s/ Ronald L. Hicks, Jr.*       </u>
Ronald L. Hicks, Jr. (PA #49520)

<u>*/s/ Carolyn B. McGee*          </u>
Carolyn B. McGee (PA #208815)

PORTER WRIGHT MORRIS & ARTHUR LLP
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | No. 4:20-CV-02078 |
| v. | ) ) ) | |
| KATHY BOOCKVAR, et al., | ) ) | |
| Defendants. | ) | Judge Matthew W. Brann |

## ORDER GRANTING
## MOTION TO WITHDRAW APPEARANCE

Upon consideration of the Motion to Withdraw Appearance, it is hereby ORDERED, ADJUDGED, and DECREED on this _____ day of November, 2020, that the appearance of Ronald L. Hicks, Jr., Carolyn B. McGee, and Porter Wright Morris & Arthur LLP, is hereby withdrawn as counsel for Plaintiffs.

SO ORDERED.

_____
Matthew W. Brann, USDJ

13882308v1