UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

I <u>Nancy A. Temple</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: <u>Katten & Temple LLP</u>

<u>209 S. LaSalle Street, Suite 950</u>

<u>Chicago, IL 60604</u>

Office Telephone: <u>312-663-0800</u>

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. <u>State of Illinois Bar  11/30/1990;    Northern District of Illinois 2/14/1994;</u>

<u>; Eastern District of Wisconsin 9/13/2010;   Northern District of Indiana   6/5/2003;</u>

<u>Western District of Wisconsin 4/07/2020; Seventh Circuit Court of Appeals 1/15/1999</u>

My attorney Identification number is: <u>6205448</u>

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  <u>*s/ Matthew W. Brann*</u>   Date: <u>11/13/2020</u>
United States District Judge