# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :   4:20-cv-02078-MWB

## **PETITION**

I_____Ezra D. Rosenberg_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Lawyers' Committee for Civil Rights Under Law

1500 K Street, NW, Suite 900

Washington, DC 20005

Office Telephone:   (202) 662-8345

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

U.S. Supreme Court (8/8/80); U.S Court of Appeals for the Third Circuit (6/22/82); U.S. Court of Appeals for the Fourth Circuit (1/10/14); U.S. Court of Appeals for the Fifth Circuit (1/14/15); U.S. Court of Appeals for the Sixth Circuit (9/24/20); U.S. Court of Appeals for the 7th Circuit (10/16/20); U.S. Court of Appeals for the 9th Circuit (10/2/20); U.S. Court of Appeals for the D.C. Circuit (8/31/16); U.S. Court of Appeals for the Eleventh Circuit (2/28/20); U.S. District Court for the District of Columbia (4/2/12); U.S. Court of Federal Claims (10/31/79); U.S. Tax Court (5/15/86); U.D. District Court for the District of New Jersey (12/10/74); State of New Jersey (12/10/74); District of Columbia (4/2/82)

My attorney Identification number is:   DC: 360927

---

**FOR COURT USE ONLY**

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   _s/ Matthew W. Brann_____    Date: _11/13/2020_
                          United States District Judge