UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :

**PETITION**

I, <u>Sophia Lin Lakin</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    <u>American Civil Liberties Union Foundation, Inc.</u>

<u>125 Broad Street, 18th Floor</u>

<u>New York, NY 10004</u>

Office Telephone:    <u>212-549-7836</u>

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
<u>New York State Court (Nov. 18, 2013), U.S. Sup. Ct. (Jun. 12, 2017), 4th Cir. (Apr. 28, 2016), 5th Cir. (May 22, 2017), 6th Cir. (Apr. 6, 2017), 7th Cir. (July 13, 2018), 8th Cir. (Nov. 4, 2016), 10th Cir. (May 4, 2016), 11th Cir. (May 17, 2017), E.D. Wis. (May 11, 2015)</u>

My attorney Identification number is: <u>NY 5182076</u>

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT    <u>s/ Matthew W. Brann</u>    Date: <u>11/13/2020</u>
United States District Judge