UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, Sarah E. Brannon, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    American Civil Liberties Union Foundation, Inc.

915 15th Street N.W.

Washington, D.C. 20005

Office Telephone:   202-675-6337

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
Maryland State Court (Dec. 14, 1999), U.S. District Court of Maryland (May 22, 2000)

My attorney Identification number is: Maryland State Bar does not issue bar numbers.

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*    Date: 11/13/2020
United States District Judge