UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

# PETITION

I, Dale E. Ho, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   American Civil Liberties Union Foundation, Inc.

125 Broad Street, 18th Floor

New York, NY 10004

Office Telephone:   212-549-2693

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
State of New York (Oct. 16, 2006), U.S. Sup. Ct. (Feb. 22, 2010), 1st Cir. (June 8, 2016), 2nd Cir. (July 19, 2018), 4th Cir. (Aug. 13, 2014), 5th Cir. (Mar. 14, 2013), 6th Cir. (Aug. 5, 2014), 7th Cir. (May 30, 2014), 8th Cir. (Nov. 4, 2016), 9th Cir. (May 28, 2010), 10th Cir. (May 4, 2016), 11th Cir. (May 24, 2017), D.C. Cir. (Oct. 29, 2010), E.D.N.Y. (Feb. 22, 2008), N.D.N.Y. (Sept. 20, 2010), S.D.NY.(Jan. 30, 2008), E.D. Wis. (July 2, 2013), D.D.C.(Apr. 2, 2012).

My attorney Identification number is: NY 4445326

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   _s/ Matthew W. Brann_   Date: 11/13/2020
                       United States District Judge

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)
  none.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do _____, do not  X , have any disciplinary action, contempt or other proceedings involving me pending before any court.  (Check the appropriate space.)  If there are pending proceedings, please explain: _____

I am seeking:

_____    General Admission under Local Rule LR 83.8.1

  X   Special Admission (specify by a check which rule) under

LR 83.8.2.1  X , LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

Motion for adission pro hac vice

NAME THE PARTY YOU REPRESENT: NAACP-PSC, Black Political Empowerment Project, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, & 8 individual voters.

If special admission is requested for a particular case, please list case number and caption:

Case #   4:20-cv-02078-MWB

Caption #   Donald J. Trump for President, Inc., et al., v. Boockvar, et al.

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

    If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

    Witold J. Walczak, American Civil Liberties Union of Pennsylvania,
    P.O. Box 23058, Pittsburgh, PA 15222
    Tel.: (412) 681-7736
    vwalczak@aclupa.org

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

NY 4445326
_____
(Bar Identification Number and State where admitted)

11/12/2020
_____
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER   Dale E. Ho

SPONSOR'S CERTIFICATE:

I, <u>  Witold J. Walczak                                      </u>, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month)<u> December   </u> (day)<u>      </u>, (year)<u> 1991   </u>.  I have known the above petitioner for <u>                                                        </u>.  To my knowledge, the petitioner's moral character is as follows: <u>Mr. Ho is an experienced attorney of sound moral character.</u>

<u>                                                                                                    </u>

To my knowledge, the petitioner's educational background and experience are as follows: <u>Mr. Ho is the Director of the American Civil Liberties Union Voting Rights Project where he leads a team of attorneys in litigating voting rights cases nationwide. His cases include *Department of Commerce v. New York* which he argued before the U.S. Supreme Court. Before joining the ACLU, Mr. Ho was Associate Counsel at the NAACP Legal Defense Fund. He graduated from Yale Law School.</u>

I sponsor and recommend <u>Dale E. Ho                                                          </u> for admission as a qualified attorney to practice before this court.

|  |  |
|---|---|
|  | Witold J Walczak |
|  | (sponsor) |
| Office address: | 247 Ft. Pitt Blvd |
|  | Pittsburgh, PA 15222 |
| Telephone: | 412-681-7736x321 |
| Attorney Bar I.D. Code No. | PA62976 |

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_____
Signature

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Dale Edwin Ho

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 16, 2006,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
**July 8, 2020**

Clerk of the Court

4859

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2020, I caused the foregoing Petition for Special Admission to be filed with the United States District Court for the Middle District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Dale E. Ho*
Dale E. Ho