UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, Ihaab I. Syed, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   American Civil Liberties Union Foundation, Inc.

125 Broad Street, 18th Floor

New York, NY 10004

Office Telephone:   646-885-8381

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
New York State Court (Apr. 24, 2020), U.S. District Court for the Northern District of New York (July 20, 2020)

My attorney Identification number is: NY 5784723

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   _s/ Matthew W. Brann_   Date: 11/13/2020
                       United States District Judge