## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

    I  Adriel I. Cepeda Derieux    , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address is:    American Civil Liberties Union Foundation, Inc.

    125 Broad Street, 18th Floor

    New York, NY 10004

Office Telephone:    (212) 549-2500

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. New York State Court (April 6, 2011), U.S. Sup. Ct. (May 2014), Fed. Cir. (June 9, 2011), D.C. Cir. (May 16, 2016), 1st Cir. (Mar. 15, 2016), 2nd Cir. (Mar. 17, 2016), 3rd Cir. (Mar. 25, 2016),  4th Cir. (May 19, 2020), 5th Cir. (Nov. 9, 2020), 7th Cir. (Mar. 24 2017), 9th Cir. (May 22, 2015), 10th Cir. (May 1, 2020), E.D.N.Y (June 2, 2014), S.D.N.Y. (May 20, 2014)

My attorney Identification number is:  NY 4919163

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT    *s/ Matthew W. Brann*    Date: 11/13/2020

United States District Judge