# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | ) ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | No. 4:20-CV-02078 |
| v. | ) ) ) | |
| KATHY BOOCKVAR, *et al.*, | ) ) | |
| Defendants. | ) | Judge Matthew W. Brann |

## ORDER

### November 13, 2020

Upon consideration of the Motion to Withdraw Appearance, **IT IS HEREBY ORDERED** that the appearance of Ronald L. Hicks, Jr., Carolyn B. McGee, and Porter Wright Morris & Arthur LLP, is hereby withdrawn as counsel for Plaintiffs.

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
United States District Judge