UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I  Andrew F. Szefi  , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Allegheny County Law Department

445 Fort Pitt Boulevard, Suite 300

Pittsburgh, PA 15219

Office Telephone:    412-350-1120

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
All Pennsylvania Courts - 1999

WDPA - 1999

My attorney Identification number is:  83747

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT   _s/ Matthew W. Brann_    Date: 11/13/2020
United States District Judge