UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I   Marian K. Schneider   , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   American Civil Liberties Union of Pennsylvania

P.O. Box 60173

Philadelphia PA 19102

Office Telephone:   215-592-1513

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania (Nov.19,1987); District of Columbia (Jan. 30, 1989)

US Supreme Court (Sept. 9,1994)  E.D.Pa.( Feb. 14, 1990)

My attorney Identification number is:  PA 50337

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*    Date: 11/13/2020
                       United States District Judge