IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-02078-MWB <br><br> Judge Matthew W. Brann <br><br> Electronically Filed |

## ORDER

**AND NOW**, this _____ day of November 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Secretary of the Commonwealth Kathy Boockvar's Motion To Dismiss is **GRANTED**; and

2. Plaintiffs' First Amended Complaint is **DISMISSED** with prejudice.

BY THE COURT:

_____
Matthew W. Brann
United States District Judge