# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KATHY BOOCKVAR, et al., )<br>Defendants. ) | No. 4:20-CV-02078<br><br>Hon. Matthew Brann |

## [PROPOSED] ORDER
## GRANTING DEMOCRATS ABROAD'S MOTION TO PARTICIPATE AS AMICUS CURIAE

It is ORDERED that, this ____ day of November, 2020, Democrats Abroad's Motion for Leave to File Brief as Amicus Curiae is hereby granted. Amicus Curiae is hereby granted leave to file its Brief.

By the Court:  _____
                Matthew W. Brann,
                District Judge, United States District Court
                Middle District of Pennsylvania