# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | ) ) ) | No. 4:20-CV-02078 |
| Plaintiffs, | ) ) ) | (Judge Brann) |
| v. | ) ) | |
| KATHY BOOCKVAR, et al., | ) ) | |
| Defendants. | ) ) | |

## PROPOSED ORDER TO SHOW CAUSE

**AND NOW**, this 16th day of November 2020, **IT IS HEREBY ORDERED** that:

Defendant's counsel Kirkland & Ellis will **SHOW CAUSE** no later than 5:00p.m. on Monday, November 16, as to why sanctions or disciplinary action should not result from the conduct of its lawyer.

BY THE COURT:

_____
Matthew W. Brann
United States District Judge