UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

I, _____J. Remy Green_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Cohen&Green, 1639 Centre St., Suite 216

Ridgewood (Queens), NY 11385

Office Telephone: (929) 888-9480

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York State (2017); New Jersey (2019); United States Supreme Court (2020); Seventh Circuit (2017); Second Circuit (2019); Southern District of New York (2018); Eastern District of New York (2019)

My attorney Identification number is: 5505300

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*   Date: 11/16/2020
United States District Judge