# Kasicky, Patricia

| | |
|---|---|
| **From:** | Linda A. Kerns <linda@lindakernslaw.com> |
| **Sent:** | Sunday, November 15, 2020 11:04 PM |
| **To:** | bdupois@babstcalland.com; Meacham, Molly |
| **Subject:** | Subpoena |
| **Attachments:** | ready to serve PIPE subpoena.pdf |

> ATTENTION: Email sent from outside Babst Calland.

Counsel:

On behalf of plaintiffs, I am arranging for service of Subpoenas to Appear and Testify, with the appropriate witness fee, upon your client, Michael Pipe. If you are willing to accept service of the Subpoena on behalf of any or all of these individuals, kindly advise me in writing of same. If you agree in writing to accept service, and we have not already served, I will notify my process server that service has been accomplished.

Additionally, I made my best efforts to notify all counsel as currently listed on Pacer. To the extent I inadvertently missed one of your client's attorneys, I ask that you forward the attachment to that counsel.

Kind regards,
Linda A. Kerns

--

## Linda A. Kerns

Law Offices of Linda A. Kerns, LLC | www.lindakernslaw.com | 1420 Locust Street, Ste 200 | Philadelphia, PA 19102

**T: 215.731.1400 | F: 215.701.4154** | *Securely send me larger files via this link* https://www.hightail.com/u/lindakernslaw

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Donald J. Trump for President, Inc. et al <br> *Plaintiff* <br> v. <br> Kathy Boockvar, et al <br> *Defendant* | Civil Action No. 4:20-cv-02078-MWB |

**SUBPOENA TO APPEAR AND TESTIFY
AT A HEARING OR TRIAL IN A CIVIL ACTION**

To: Michael Pipe

*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: US Federal Courthouse and Federal Building, Williamsport, PA 17701 | Courtroom No.: 1, Fourth Floor |
| --- | --- |
| | Date and Time: 11/19/2020 10:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

> All documents and communications or other records related to any efforts to count and/or cure ballots by communicating with the elector or otherwise where the ballot envelope lacked a date and/or signature and/or name printed or written by hand and/or address printed or written by hand and/or a secrecy envelope.

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/14/2020

   *CLERK OF COURT*

   OR

_____         /s/ Linda A. Kerns
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Donald J. Trump for President, Inc., et al , who issues or requests this subpoena, are:

Linda A. Kerns, Esquire, Law Offices of Linda A. Kerns, LLC, 1420 Locust Street, Suite 200, Philadelphia, PA 19102; 215-731-1400; lak@lindakernslaw.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).