## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-02078-MWB <br><br> Judge Matthew W. Brann |

### CENTRE AND DELAWARE COUNTY BOARDS OF ELECTIONS' MOTION TO DISMISS

Defendants Centre County Board of Elections and Delaware County Board of Elections move this Court to enter the attached proposed Order dismissing the Amended Complaint with prejudice. In support of this Motion, Defendants rely upon the accompanying Memorandum of Law.

Dated: November 16, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Molly E. Meacham* | */s/ Edward D. Rogers* |
| Molly E. Meacham | Timothy D. Katsiff |
| Elizabeth A. Dupuis | Edward D. Rogers* |
| **Babst, Calland, Clements & Zomnir, P.C.** | Terence M. Grugan* |
| 603 Stanwix Street, Sixth Floor | **Ballard Spahr LLP** |
| Two Gateway Center | 1735 Market Street, 51st Floor |
| Pittsburgh, PA 15222 | Philadelphia, PA 19103-7599 |
| 412-394-5614 | Telephone: (215) 665-8500 |
| mmeacham@babstcalland.com | Facsimile: (215) 864-8999 |
| | KatsiffT@ballardspahr.com |
| | RogersE@ballardspahr.com |
| 330 Innovation Blvd. Suite 302 | GruganT@ballardspahr.com |
| State College, PA 16803 | *(admitted *pro hac vice*) |
| 814-867-8055 | |
| bdupuis@babstcalland.com | *Attorneys for Delaware County Board of Elections* |
| | |
| *Attorneys for Centre County Board of Elections* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2020, a copy of the foregoing was served via the court's electronic filing system upon all counsel of record.

*/s/ Molly E. Meacham*