## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-02078-MWB <br><br> Judge Matthew W. Brann |

## ORDER

Upon consideration of the Motion of Defendants Centre County Board of Elections and Delaware County Board of Elections to Dismiss the Amended Complaint, the Court hereby orders that the Motion is GRANTED and Plaintiffs' Amended Complaint is DISMISSED with prejudice.

**BY THE COURT:**

_____
Hon. Matthew W. Brann, J.