IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | No. 20-CV-02078-MWB |
| Plaintiffs, | Judge Matthew W. Brann |
| v. | Electronically Filed |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | |
| Defendants. | |

**NOTICE OF JOINDER IN SECRETARY OF THE COMMONWEALTH KATHY BOOCKVAR'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Please take notice that Defendants Allegheny County Board of Elections, Chester County Board of Elections, Montgomery County Board of Elections, and Philadelphia County Board of Elections hereby join in Defendant Secretary of the Commonwealth Kathy Boockvar's Motion to Dismiss Plaintiffs' Amended Complaint [ECF 127] and Notice of Supplemental Authority in Support of Motion to Dismiss [ECF 130], which were filed on November 15, 2020.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 16, 2020 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
|  | By:   /s/ Mark A. Aronchick<br>Mark A. Aronchick (I.D. No. 20261)<br>Michele D. Hangley (I.D. No. 82779)<br>Robert A. Wiygul (I.D. No. 310760)<br>John G. Coit (I.D. No. 324409)<br>Christina C. Matthias (I.D. No. 326864)<br>John B. Hill (I.D. No. 328340)<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 496-7050<br>Email: maronchick@hangley.com |
| Virginia Scott (I.D. No. 61647)<br>Allegheny County Law Department<br>445 Fort Pitt Commons, Suite 300<br>Pittsburgh, PA 15219<br>412-350-1120 | *Counsel for Allegheny County Board of Elections, Chester County Board of Elections, Montgomery County Board of Elections, and Philadelphia County Board of Elections* |
| *Counsel for Allegheny County Board of Elections* | CITY OF PHILADELPHIA LAW DEPT.<br>Marcel S. Pratt, City Solicitor<br>(I.D. No. 307483)* |
| Joshua M. Stein (I.D. No. 90473)*<br>Montgomery County Solicitor<br>Montgomery County Solicitor's Office<br>One Montgomery Plaza, Suite 800<br>P.O. Box 311<br>Norristown, PA  19404-0311<br>(610) 278-3033 | Benjamin H. Field, Divisional Deputy City Solicitor* (I.D. No. 204569)<br>1515 Arch Street, 17th Floor<br>Philadelphia, PA 19102-1595<br>(215) 683-5444<br><br>*Counsel for Philadelphia County Board of Elections* |
| *Counsel for Montgomery County Board of Elections* | *Motions for Special Admission Forthcoming |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I caused the foregoing Notice of Defendants' Joinder in Secretary of the Commonwealth Kathy Boockvar's Motion to Dismiss Plaintiffs' Amended Complaint to be filed with the United States District Court for the Middle District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                              /s/ Mark A. Aronchick
                                              Mark A. Aronchick