**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 4:20-cv-02078 |
| Kathy Boockvar; *et al*, | ) ) ) | |
| Defendants. | ) | Judge Matthew W. Brann |

**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND JOINDER OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OF NORTHAMPTON COUNTY BOARD OF ELECTIONS OR, IN THE ALTERNATIVE, DISMISS PENDING STATE-COURT RESOLUTION OF STATE-LAW QUESTIONS**

Defendant, the Northampton County Board of Elections, moves to join the Motion of all Co-Defendants requesting an Order dismissing all claims in the First Amended Complaint with prejudice or, in the alternative, dismissing all claims pending a final ruling by the Pennsylvania judiciary on the proper construction of the Pennsylvania Election Code provisions at issue for the reasons set forth in Movant's accompanying Brief as well as the Memoranda of Law filed by all Co-Defendants. In support of this Motion, Movant relies upon its accompanying Brief as well as the Memoranda of Law filed by all other Co-Defendants.

        Respectfully submitted,

        COUNTY OF NORTHAMPTON

By:   /s/ Timothy P. Brennan
      Attorney ID: 91798
      Assistant Solicitor
      County of Northampton
      669 Washington Street
      Easton, PA 18042
      610-829-6350
      tbrennan@northamptoncounty.org

By:   /s/ Brian J. Taylor, Esq.
      Attorney ID: 66601
      Assistant Solicitor
      County of Northampton
      669 Washington Street
      Easton, PA 18042
      610-829-6350
      btaylor@northamptoncounty.org

Date: November 16, 2020