UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald J. Trump for President, Inc., Lawrence Roberts, and David John Henry,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, Allegheny County Board of Elections, Centre County Board of Elections, Chester County Board of Elections, Delaware County Board of Elections, Montgomery County Board of Elections, Northampton County Board of Elections, and Philadelphia County Board of Elections,<br><br>　　Defendants,<br><br>　　v.<br><br>DNC Services Corporation/Democratic National Committee,<br><br>　　Intervenor-Defendant. | No. 4:20-cv-02078-MWB<br>(Judge Matthew W. Brann) |

## INTERVENOR-DEFENDANT DNC'S CONDITIONAL MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Intervenor-Defendant DNC Services Corporation/Democratic National Committee, by and through undersigned counsel, hereby moves for dismissal of the Amended Complaint in this action, Dkt. 125, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

The Amended Complaint adds no new claims for relief and significantly narrows Plaintiffs' operative allegations to a single count under the Fourteenth

Amendment's Equal Protection Clause.[1] Accordingly, and as explained in Intervenor-Defendant DNC's Reply in Support of Motion to Dismiss or in the Alternative DNC's Memorandum of Law in Support of Conditional Motion to Dismiss Plaintiffs' Amended Complaint, Intervenor-Defendant believes that its prior motion to dismiss the original complaint should be granted to dismiss the Amended Complaint. *See* Dkt. 105. Should the Court conclude that the previously-filed motion cannot lie against the Amended Complaint, Intervenor-Defendant has filed this conditional motion to dismiss the Amended Complaint. In accordance with Local Rule 7.5, the grounds supporting this motion are set forth in the Reply in Support of Motion to Dismiss or in the Alternative DNC's Memorandum of Law in Support of Conditional Motion to Dismiss Plaintiffs' Amended Complaint.

---

[1] Plaintiffs also maintain a count under the Electors and Elections Clauses, U.S. Const. art. I, § 4; *id.* art. II, § 1, but Plaintiffs have acknowledged that they lack standing to assert this claim under *Bognet v. Sec'y of the Commonwealth*, No. 20-3214, 2020 WL 6686120 (3d Cir. Nov. 13, 2020) and stated that the claim is included solely "to preserve it for appellate review." *See* Pls.' Opp. at 2 n.1.

Dated: November 16, 2020

Marc E. Elias*
Uzoma Nkwonta*
Lalitha D. Madduri*
John M. Geise*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
MElias@perkinscoie.com
UNkwonta@perkinscoie.com
LMadduri@perkinscoie.com
JGeise@perkinscoie.com

Respectfully submitted,

/s/ Clifford B. Levine

Clifford B. Levine (PA ID No. 33507)
Robert M. Linn (PA ID 44677)
Alex M. Lacey (PA ID No. 313538)
Kyle J. Semroc (PA ID No. 326107)
DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Telephone: (412) 297-4998
Clifford.levine@dentons.com
Robert.linn@dentons.com
Alex.lacey@dentons.com
Kyle.semroc@dentons.com

Seth P. Waxman*
Ari Holtzblatt*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Seth.Waxman@wilmerhale.com
Ari.Holtzblatt@wilmerhale.com

*Counsel for Intervenor-Defendant DNC*

*Special Admission*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document, memorandum in support, and proposed order were electronically filed on November 16, 2020, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for Plaintiffs.

/s/ Clifford B. Levine
Counsel for Intervenor-Defendant DNC