IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, *et al.*, <br><br> Defendants. | No. 4:20-CV-2078 <br><br> (Judge Brann) |

## ORDER

**AND NOW**, this 16th day of November 2020, **IT IS HEREBY ORDERED** that:

1. The motion for leave to file an *amicus* brief by Charles Dent, *et al.* (Doc. 82) is **GRANTED**.

2. The motion for leave to file an *amicus* brief by Matthew H. Haverstick, *et al.* (Doc. 91) is **GRANTED**.

3. The motion for leave to file an *amicus* brief by Democrats Abroad (Doc. 129) is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge