UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, John Scott, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 405 W. 14th St.
Austin, Tx 78701

Office Telephone: 512 340 7805

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State Bar of Texas Nov. 1988
Texas – U.S. District Ct's Northern ~1990 Western ~1990 Eastern ~1989

My attorney Identification number is: 17901500

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Matthew W. Brann   Date: 11/16/2020
                      United States District Judge