UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

I __Douglas Bryan Hughes__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __110 N College Avenue, Suite 207, Tyler, Texas 75702__

Office Telephone: __903-581-1776__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__Supreme Court of Texas - 1995__

__U.S. District Court - ED Texas - 1997__

My attorney Identification number is: __00793995__

| FOR COURT USE ONLY | |
|---|---|
| ____ GENERAL ADMISSION: | |
| GRANTED BY THE COURT: _____ | Date: _____ |
| __X__ SPECIAL ADMISSION: | |
| GRANTED BY THE COURT  *s/ Matthew W. Brann*  United States District Judge | Date: __11/16/2020__ |