IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR : 
PRESIDENT, INC., et. al., : No: 4:20-CV-02078-MWB
 :
    Plaintiffs :
  v. :
 :
KATHY BOOCKVAR, et. al., :
 :
    Defendants :

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Plaintiffs Donald J. Trump for President, Inc., Lawrence Roberts and David John Henry.

        Respectfully submitted,

        */s/ Marc A. Scaringi*_____
        Marc A. Scaringi, Esquire
        Lead Counsel
        PA ID No. 88346
        marc@scaringilaw.com

        */s/ Brian C. Caffrey* _____
        Brian C. Caffrey, Esquire
        PA No. 42667
        brian@scaringilaw.com
        Scaringi Law
        2000 Linglestown Road, Suite 106
        Harrisburg, PA 17110
        717-657-7770 (o)
        717-657-7797 (f)
        Counsel for Plaintiffs

Date: November 16, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | : <br> : No: 4:20-CV-02078-MWB <br> : |
| Plaintiffs | : |
| v. | : <br> : |
| KATHY BOOCKVAR, et. al., | : <br> : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Deborah A. Black, Paralegal for Scaringi Law, do hereby certify that I served a true and correct copy of the ***Entry of Appearance*** in the above-captioned action, upon all parties registered to receive same via electronic mail.

Date: November 16, 2020      /s/ *Deborah A. Black*_____
                             Deborah A. Black, Paralegal
                             For Marc A. Scaringi, Esquire and
                             Brian C. Caffrey, Esquire