IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donald J. Trump for President, Inc., et al, | : | |
| Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO.: 4:20-CV-02078 |
| Kathy Boockvar, et al, | : : | (HON. MATTHEW W. BRANN) |
| Defendant. | : : : | |

## [PROPOSED] ORDER ON MOTION OF THE ASSOCIATED PRESS TO INTERVENE AND FOR ACCESS

AND NOW, on this ___ day of November 2020, upon consideration of the motion to intervene and for access of The Associated Press ("AP"), IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. AP or another designated pool reporter shall be permitted to attend the November 17, 2020 hearing and all future hearings in this matter to function as a pool reporter for the media. The pool reporter shall be physically located in the same room as the attorneys and parties.

_____
Matthew W. Brann
United States District Judge