# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION |
| v. | ) ) |
| KATHY BOOCKVAR, et al., | ) ) ) No. 20-CV-02078 |
| Defendants. | ) ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.15, Linda A. Kerns, John Scott, and Douglas Bryan Hughes hereby move to withdraw their appearance as counsel for Plaintiffs. Marc A. Scaringi will act as counsel for Plaintiffs. Plaintiffs consent to this withdrawal. A proposed order is attached.

Date:  November 16, 2020                                Respectfully submitted,

                                    By:   /s/ *Linda A. Kerns*
                                           Linda A. Kerns (ID # 84495)

                                           */s/ John B. Scott*
                                           John B. Scott (ID # 17901500)

                                           */s/ Douglas Bryan Hughes*
                                           Douglas Bryan Hughes (ID # 00793995)


                                           *Counsel for Plaintiffs*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION |
| v. | ) ) |
| KATHY BOOCKVAR, et al., | ) ) ) No. 20-CV-02078 |
| Defendants. | ) ) |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR WITHDRAWAL OF APPEARANCE**

Plaintiffs and Linda A. Kerns, John Scott, and Douglas Bryan Hughes have reached a mutual agreement that Plaintiffs will be best served if Linda A. Kerns, John Scott, and Douglas Bryan Hughes withdraw, and Marc A. Scaringi represent Plaintiffs in this case. Marc A. Scaringi is aware of the schedule set by the Court in this matter and will be prepared to proceed according to that schedule.

Linda A. , John Scott, and Douglas Bryan Hughes will abide fully by their obligations under Pennsylvania Rule of Professional Conduct 1.16 (d) and otherwise take such steps as are necessary to avoid prejudice to Plaintiffs in this matter or to delay the Court's consideration of this case.

Accordingly, Linda A. Kerns, John Scott, and Douglas Bryan Hughes ask that they be granted leave to withdraw

3

Date:  November 16, 2020　　　　　　　　Respectfully submitted,

By: /s/ *Linda A. Kerns*
Linda A. Kerns, Esquire
Law Offices of Linda A. Kerns, LLC
Attorney ID 84495
1420 Locust Street, Suite 200
Philadelphia, PA 19102
T: 215-731-1413
lak@lindakernslaw.com

*/s/ John B. Scott*
John B. Scott (ID # 17901500)
405 W. 14th St
Austin, TX 78701
512 340 7805

*/s/ Douglas Bryan Hughes*
Douglas Bryan Hughes (ID # 00793995)
Suite 207
110 N. College Avenue
Tyler, TX 75702

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2020, I did cause a true and correct copy of the foregoing Motion and Memorandum to be served via the ECF system upon all counsel of record

Date: November 16, 2020                     Respectfully submitted,

By:  /s/ *Linda A. Kerns*
Linda A. Kerns, Esquire
Law Offices of Linda A. Kerns, LLC
Attorney ID 84495
1420 Locust Street, Suite 200
Philadelphia, PA 19102
T: 215-731-1413
lak@lindakernslaw.com

*/s/ John B. Scott*
John B. Scott (ID # 17901500)
405 W. 14th St.
Austin, TX 78701
512-340-7805

*/s/ Douglas Bryan Hughes*
Douglas Bryan Hughes (ID # 00793995)
Suite 207
110 N. College Avenue
Tyler, TX 75702

*Counsel for Plaintiffs*

# I IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUPM FOR PRESIDENT, INC., et al., | No. 4:20-CV-02078 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| KATHY BOOCKVAR, et al., | |
| Defendants. | |

## ORDER GRANTING
## MOTION FOR WITHDRAWAL OF APPEARANCE

Upon consideration of the Motion to Withdraw Appearance, it is hereby **ORDERED, ADJUDGED**, and **DECREED** on this _____ day of November, 2020, that the appearance of Linda A. Kerns, John Scott, and Douglas Bryan Hughes, is hereby withdrawn as counsel for Plaintiffs.

**SO ORDERED**.

BY THE COURT:

_____
Matthew W. Brann
United States District Judge