**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR | : | |
| PRESIDENT, INC., et al, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | No. 4:20-cv-02078 |
| | : | |
| v. | : | Judge Brann |
| | : | |
| KATHY BOOCKVAR, et al, | : | |
| | : | |
| Defendants | : | |

## <u>ORDER</u>

AND NOW, this ___ day of November, 2020, upon consideration of the Motion of Plaintiffs to continue the oral argument and hearing on the Motions to Dismiss and the Motion for Temporary Restraining Order, the Motion is hereby GRANTED.

Oral argument, scheduled for Tuesday, November 17, 2020 at 1:30 PM is hereby continued until further Order of Court.  In place of argument, and at the time previously scheduled for argument, the Court will hold a conference call with counsel to discuss disposition of pending motions.

The evidentiary hearing scheduled for Thursday, November 19, 2020 at 10:00 AM is hereby continued until further Order of Court.

BY THE COURT,

_____
MATTHEW W. BRANN
DISTRICT JUDGE