IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | No. 4:20-CV-02078 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 16th day of November 2020, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' motion for a continuance (Doc. 152, filed on November 16, 2020 at 7:40 PM) is **DENIED**.

2. Oral argument will take place as scheduled, tomorrow, November 17, 2020. Counsel for the parties are expected to be prepared for argument and questioning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge