# I IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | ) ) ) | No. 4:20-CV-02078 |
| | ) | (Judge Brann) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KATHY BOOCKVAR, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the Motion to Withdraw Appearance, **IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** on this 16th day of November 2020, that the appearance of John Scott and Douglas Bryan Hughes, is hereby withdrawn as counsel for Plaintiffs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge