IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | : : : | No: 4:20-CV-02078-MWB |
| Plaintiffs | : : | |
| v. | : : | |
| KATHY BOOCKVAR, et. al., | : : | |
| Defendants | : | |

IN THE MATTER OF APPLICATION FOR
PRO HAC VICE ADMISSION TO PRACTICE
IN THIS COURT

<u>PETITION OF RUDOLPH WILLIAM GIULIANI</u>

I, Rudolph William Giuliani, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:

445 Park Ave FL 18
New York, NY 10022-2606

Office Telephone: (212) 931-7301.

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

1

All courts of the State of New York (admitted  6/25/1969).

United States Supreme Court

District of Columbia Bar

United States Court of Appeals for the Second Circuit

United States District Court for the Southern District of New York

My attorney Identification number is:   1080498 (NY).

_____

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____ Date: _____

_____

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

ANSWER:  NONE.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

ANSWER: NONE.

I do not have any disciplinary action, contempt or other proceedings involving me pending before any court.

I am seeking:

___ General Admission under Local Rule LR 83.8.1

√ Special Admission (specify by a check which rule) under

LR 83.8.2.1 √ , LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

ANSWER: I am admitted to practice in the United States District Court for the Southern District of New York, and the Court of Appeals of New York. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice, and am not subject to pending disciplinary proceedings in any jurisdiction. I seek pro hac vice admission so that I may represent the Plaintiffs in the civil action pending in this Court at No. 4:20-cv-02078-MWB, *Donald J. Trump for President, Inc., et al v. Kathy Boockvar, et al*. My associate counsels

will be Marc A. Scaringi, Esq., and Brian C. Caffrey, Esquire, members of the bar of this Court.

    NAME THE PARTY YOU REPRESENT:

Donald J. Trump for President, Inc.; Lawrence Roberts; and David John Henry, Plaintiffs.

If special admission is requested for a particular case, please list case number and caption:

Case # 4:20-cv-02078-MWB.

Caption #  Same as above.

I understand that:

    1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

    2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and

upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

    If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Marc A. Scaringi
marc@scaringilaw.com
PA Supreme Court ID No. 88346
Brian C. Caffrey
brian@scaringilaw.com
PA Supreme Court ID No. 42667
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
717-657-7770 (o)
717-657-77797 (f)

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

<u>*/s/ Rudolph W. Giuliani*</u>

PETITIONER
NY ID No. 1080498
445 Park Avenue FL 18
New York, NY 10022-2606
(212) 931-7301

November 17, 2020

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

*/s/ Rudolph W. Giuliani*
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | : <br> : No: 4:20-CV-02078-MWB <br> : |
| Plaintiffs | : |
| v. | : |
| KATHY BOOCKVAR, et. al., | : |
| Defendants | : |

## **CERTIFICATE OF SERVICE**

I, Deborah A. Black, Paralegal for Scaringi Law, do hereby certify that I served a true and correct copy of the ***Petition of Rudolph William Giuliani - Application for Pro Hac Vice Admission to Practice,*** in the above-captioned action, upon all parties registered to receive same via electronic mail.

Date: November 17, 2020      /s/ *Deborah A. Black*_____
                             Deborah A. Black, Paralegal
                             For Marc A. Scaringi, Esquire and
                             Brian C. Caffrey, Esquire