IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | : : | No: 4:20-CV-02078-MWB |
| Plaintiffs | : : | |
| v. | : : | |
| KATHY BOOCKVAR, et. al., | : : | |
| Defendants | : : | |

### IN THE MATTER OF APPLICATION FOR PRO HAC VICE ADMISSION TO PRACTICE IN THIS COURT

<u>PETITION OF RUDOLPH WILLIAM GIULIANI</u>

I, Rudolph William Giuliani, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:

445 Park Ave FL 18
New York, NY 10022-2606

Office Telephone: (212) 931-7301.

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

1

All courts of the State of New York (admitted  6/25/1969).

United States Supreme Court

District of Columbia Bar

United States Court of Appeals for the Second Circuit

United States District Court for the Southern District of New York

My attorney Identification number is:   1080498 (NY).

_____

FOR COURT USE ONLY

_____  GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

__X__  SPECIAL ADMISSION:

GRANTED BY THE COURT __*s/ Matthew W. Brann*_____ Date: __11/17/2020___
                          United States District Judge

_____