# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | : <br> : CIVIL ACTION <br> : |
| Plaintiffs, | : No. 4:20-cv-02078 <br> : |
| v. | : Judge Brann <br> : |
| KATHY BOOCKVAR, et al, | : <br> : |
| Defendants | : |

## ORDER DENYING
## DEFENDANT'S MOTION TO QUASH

Upon consideration of the Motion to Quash, it is hereby **DENIED** on this

_____ day of November, 2020.

**SO ORDERED**.

BY THE COURT:

_____
Matthew W. Brann
United States District Judge