IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 4:20-cv-02078-MWB |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants, | Hon. Matthew W. Brann |
| NAACP-PENNSYLVANIA STATE CONFERENCE, *et al.*, | |
| Intervenor-Defendants, | |
| DNC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE, | |
| Intervenor-Defendant. | |

**MOTION TO DISMISS AMENDED COMPLAINT BY INTERVENOR-DEFENDANTS NAACP-PENNSYLVANIA STATE CONFERENCE, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, JOSEPH AYENI, LUCIA GAJDA, STEPHANIE HIGGINS, MERIL LARA, RICARDO MORALES, NATALIE PRICE, TIM STEVENS, AND TAYLOR STOVER**

In light of the Court's oral ruling at today's hearing that the previously filed motions to dismiss are moot due to Plaintiffs' filing of an Amended Complaint, Intervenor-Defendants National Association for the Advancement of Colored People-Pennsylvania State Conference, Black Political Empowerment Project, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Joseph Ayeni, Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Natalie Price, Tim Stevens, and Taylor Stover ("Voter Intervenors"), confirm that their previously filed briefing should be treated as a motion to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Voter Intervenors' Reply in Support of Motion to Dismiss filed on November 16, 2020, requested that the Court "treat this reply brief as a renewed motion to dismiss under Rule 12" if "the Court concludes that the amended complaint does moot the pending motions to dismiss." Dkt. 142 at 4 n.1. Accordingly, the Voter Intervenors respectfully request dismissal of Plaintiffs' Amended Complaint for the reasons set forth in their Memorandum in Support of Motion to Dismiss (Dkt. 95) and Reply in Support of Motion to Dismiss (Dkt. 142). As set forth in the memoranda, Plaintiffs' remaining claims should be dismissed based on the doctrine of laches and because the relief sought in the Amended Complaint cannot be granted as a matter of law.[1] Because these issues

---

[1] Section I of the Voter Intervenors' Reply is moot in light of today's ruling.

have been fully briefed, the Voter Intervenors do not intend to file a new memorandum in support of this motion but hereby incorporate the arguments in their previous memoranda. Pursuant to Local Rule 7.1, a proposed order is also attached.

WHEREFORE, the Voter Intervenors request that their Motion be granted and that Plaintiffs' Amended Complaint be dismissed.

Dated: November 17, 2020

Respectfully submitted,

Witold J. Walczak (PA No. 62976)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Telephone: (412) 681-7736
vwalczak@aclupa.org

Marian K. Schneider (PA No. 50337)*
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
mschneider@aclupa.org

Sophia Lin Lakin*
Adriel I. Cepeda Derieux*
Ihaab Syed*
Dale Ho*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
slakin@aclu.org

/s/ Rani Gupta
Rani Gupta*
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
RGupta@cov.com

Shankar Duraiswamy*
David M. Zionts*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
SDuraiswamy@cov.com
DZionts@cov.com

Mary M. McKenzie (PA No. 47434)**
Benjamin D. Geffen (PA No. 310134)
Claudia De Palma (PA No. 320136)
PUBLIC INTEREST LAW CENTER
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Telephone: (215) 627-7100

| | |
|---|---|
| acepedaderieux@aclu.org<br>isyed@aclu.org<br>dho@aclu.org | mmckenzie@pubintlaw.org<br>bgeffen@pubintlaw.org<br>cdepalma@pubintlaw.org |
| Sarah Brannon*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>915 15th Street, NW<br>Washington, DC 20005<br>Telephone: (202) 210-7287<br>sbrannon@aclu.org | Kristen Clarke**<br>Jon Greenbaum*<br>Ezra Rosenberg*<br>LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 662-8300<br>kclarke@lawyerscommittee.org |
| * Admitted pro hac vice<br>** Pro hac vice application forthcoming | jgreenbaum@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org |

*Counsel for Intervenor-Defendants NAACP-Pennsylvania State Conference, Black Political Empowerment Project, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Joseph Ayeni, Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Natalie Price, Tim Stevens, and Taylor Stover*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing motion to dismiss was filed electronically and served on Plaintiffs' counsel of record via the ECF system of the U.S. District Court for the Middle District of Pennsylvania; and via e-mail on counsel for defendants.

Dated: November 17, 2020

/s/ *Rani Gupta*
Rani Gupta