IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, *et al.*, <br><br> Defendants, <br><br> NAACP-PENNSYLVANIA STATE CONFERENCE, *et al.*, <br><br> Intervenor-Defendants, <br><br> DNC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE, <br><br> Intervenor-Defendant. | Civil Action <br> No. 4:20-cv-02078-MWB <br><br> Hon. Matthew W. Brann |

**[PROPOSED] ORDER ON MOTION TO DISMISS AMENDED COMPLAINT BY INTERVENOR-DEFENDANTS NAACP-PENNSYLVANIA STATE CONFERENCE, BLACK POLITICAL EMPOWERMENT PROJECT, COMMON CAUSE PENNSYLVANIA, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, JOSEPH AYENI, LUCIA GAJDA, STEPHANIE HIGGINS, MERIL LARA, RICARDO MORALES, NATALIE PRICE, TIM STEVENS, AND TAYLOR STOVER**

Upon consideration of the Motion to Dismiss the Amended Complaint filed by Intervenor-Defendants NAACP-Pennsylvania State Conference, Black Political Empowerment Project, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Joseph Ayeni, Lucia Gajda, Stephanie Higgins, Meril Lara, Ricardo Morales, Natalie Price, Tim Stevens, and Taylor Stover and Memorandum of Law in support thereof, it is hereby ORDERED that the Motion is GRANTED.

Dated: November ___, 2020.

_____
Hon. Matthew W. Brann
United States District Judge