# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | No. 4:20-CV-02078 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 18th day of November 2020, **IT IS HEREBY ORDERED** that:

1. The evidentiary hearing previously scheduled for Thursday, November 19, 2020 is **CANCELLED**.

2. Linda A. Kerns, Esquire's motion for an order to show cause (Doc. 131) is **DENIED**.

3. Plaintiffs will file any brief in opposition to Defendants' motions to dismiss by 5 P.M. on November 18, 2020. Defendants may file any reply briefs by 12 P.M. on November 19, 2020.

4. Plaintiffs may file a new motion for preliminary injunction by 5 P.M. on November 18, 2020. Defendants may file any opposition briefs by 5 P.M. on November 19, 2020. Plaintiffs may file any reply brief by 12 P.M. on November 20, 2020.

- 2 -

5. Plaintiffs may file a motion for leave to file a second amended complaint by 5 P.M. on November 18, 2020.

   a. Defendants are not required to file any response to that motion for the time being.

                                  BY THE COURT:

                                  *s/ Matthew W. Brann*
                                  Matthew W. Brann
                                  United States District Judge