

**ATTORNEYS**
MARC A. SCARINGI
MELANIE WALZ SCARINGI
FRANK C. SLUZIS
KEITH E. KENDALL
BRIAN C. CAFFREY
KELLY M. WALSH
ROBERT M. SAKOVICH
ANTHONY E. MILEY
FRANK D. MROCZKA
STEPHEN S. WERNER
T.R. WILLIAMS
JOSEPH R. D'ANNUNZIO
JUDITH T. WALZ (*OF COUNSEL*)

**ADMINISTRATIVE**
**FIRM ADMINISTRATOR**
DOMINIC M. FURE
**SENIOR LAW CLERK**
AMANDA N. HARTRANFT
**PARALEGALS**
AMY M. BRADY
DEBORAH A. BLACK
MARY T. RINEER
DEBORAH L. GORDON
KARA E. LEVERING
ANN M. AMENT
**WEBSITE**
WWW.SCARINGILAW.COM

REPLY TO:
**HARRISBURG OFFICE**
2000 Linglestown Road • Suite 106
Harrisburg, PA 17110
*717* **657-7770** • *717 657-7797 fax*

November 18, 2020

**SENT VIA CM/ECF FILING**

The Honorable Matthew W. Brann
US Middle District Court of Pennsylvania
240 West Third Street, Suite 401
Williamsport, PA  17701

> **RE:** **Donald J. Trump for President, Inc., et. al. v. Kathy Boockvar, et. al.**
> **No.  4:20-CV-02078-MWB**
> **Our File No.  20-472**

Dear Judge Brann:

Plaintiffs wish to alert the Court that they will be filing a Motion for Leave to Amend their Amended Complaint this afternoon, by the deadline imposed by the Court in the Court's Order of today's date.

Respectfully,

*/s/ Marc A. Scaringi*
Marc A. Scaringi
marc@scaringilaw.com
PA Supreme Court ID No. 88346
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
717-657-7770 (o) / 717-657-77797 (f)

cc:     All Counsel via CM/ECF

**NEWPORT OFFICE**
14 S. Second St.
Newport, PA 17074
717 **567-0380**
717 567-0379 fax

**CARLISLE OFFICE**
20 North Hanover Street
Carlisle, PA 17013
717 **657-7770**
717 960-0074 fax

**YORK OFFICE**
120 Pine Grove Commons
York, PA 17403
717 **900-4829**
717 900-4482 fax

**LANCASTER OFFICE**
1366 Harrisburg Pike
Lancaster, PA 17601
717 **947-7874**
717 947-7897 fax

**GETTYSBURG OFFICE**
122 Baltimore St. #3
Gettysburg, PA 17325
717 **900-4829**
717 900-4482 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | : <br> : No: 4:20-CV-02078-MWB <br> : |
| Plaintiffs | : |
| v. | : <br> : |
| KATHY BOOCKVAR, et. al., | : <br> : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Deborah A. Black, Paralegal for Scaringi Law, do hereby certify that I served a true and correct copy of the ***Letter to The Honorable Matthew W. Brann, re: Motion for Leave to File Amended Complaint,*** in the above-captioned action, upon all parties via CM/ECF.

Date: November 18, 2020          /s/ *Deborah A. Black*_____
                                 Deborah A. Black, Paralegal
                                 For Marc A. Scaringi, Esquire and
                                 Brian C. Caffrey, Esquire