# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | No. 4:20-cv-02078 |
| | : | |
| v. | : | Judge Brann |
| | : | |
| KATHY BOOCKVAR, et al, | : | |
| | : | |
| Defendants | : | |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY INJUNCTION

COME NOW Plaintiffs, by their undersigned counsel, and respectfully request an extension of time to file Plaintiffs' Motion for Preliminary Injunction and in support therefor aver the following:

1.     On November 18, 2020, this Honorable Court issued an Order setting forth a schedule for the filing of additional pleadings and briefs.

2.     In particular, this Court ordered that Plaintiffs may file a new Motion for Preliminary Injunction by 5:00 P.M. on November 18, 2020 and that Defendants may file any opposition briefs by 5:00 P.M. on November 19, 2020 and that Plaintiffs may file any Reply Brief by 12:00 P.M. on November 20, 2020.

1

3.      Plaintiffs are at the same time preparing a Brief in Opposition to Defendants' Motion to Dismiss which is also due by 5:00 P.M. on November 18, 2020.

4.      Plaintiffs are also at the same time preparing a Motion for Leave to File a Second Amended Complaint, which is due by 5:00 PM on November 18, 2020.

5.      Further, as explained by the undersigned counsel during oral argument on November 17, 2020, Plaintiffs intend to file a Motion for Expedited Discovery by 5:00 P.M. on November 18, 2020 as well.

6.      Due to the number of motions and briefs and the complexity of the issues involved, Plaintiffs request an extension of time to file the new Motion for Preliminary Injunction.

7.      Because of the severe time constraints, Plaintiffs' counsel has not had time to show this Motion to counsel for the Defendants in advance in order to seek their concurrence or non/concurrence.

WHEREFORE, Plaintiffs respectfully request the Court to extend the

deadline for Plaintiffs to file the new Motion for Preliminary Injunction from 5:00

P.M. Thursday, November 18, 2020 to 5:00 P.M. Friday, November 19, 2020.


Respectfully submitted,

*/s/ Marc A. Scaringi*
Marc A. Scaringi
marc@scaringilaw.com
PA Supreme Court ID No. 88346
Brian C. Caffrey
brian@scaringilaw.com
PA Supreme Court ID No. 42667
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
717-657-7770 (o)
717-657-77797 (f)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | : |
| | : CIVIL ACTION |
| | : |
| Plaintiffs | : No. 4:20-cv-02078 |
| | : |
| v. | : Judge Brann |
| | : |
| KATHY BOOCKVAR, et al, | : |
| | : |
| Defendants | : |

**CERTIFICATE OF SERVICE**

I, Deborah A. Black, Paralegal for Scaringi Law, do hereby certify that I

served a true and correct copy of ***Plaintiffs' Motion for Extension of Time to File***

***Motion for Preliminary Injunction,*** in the above-captioned action, upon all parties

via CM/ECF.


Date:  November 18, 2020          /s/ *Deborah A. Black*_____
                                  Deborah A. Black, Paralegal
                                  For Marc A. Scaringi, Esquire and
                                  Brian C. Caffrey, Esquire