IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | : <br> : CIVIL ACTION <br> : |
| Plaintiffs | : No. 4:20-cv-02078 <br> : |
| v. | : Judge Brann <br> : |
| KATHY BOOCKVAR, et al, | : <br> : |
| Defendants | : |

**ORDER**

And now, today, November 18, 2020, upon review of **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY INJUNCTION** it is hereby ordered as follows:

1. The deadline for Plaintiffs to file their Motion for Preliminary Injunction is extended from 5:00 P.M. on November 18, 2020 to 5:00 P.M. on November 19, 2020.

2. The deadline for Defendants to file any opposition briefs is extended from 5:00 P.M. on November 19, 2020 to _____, __.__ on November ___, 2020.

3. The deadline for Plaintiffs to file any reply brief is extended from 12:00 P.M. on November 20, 2020 to \_\_\_\_\_, \_\_.\_\_ on November \_\_\_, 2020.

                                        BY THE COURT:

                                        _____
                                        Matthew W. Brann
                                        United States District Judge