IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,** : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **KATHY BOOCKVAR, et al.,** : <br> : <br> Defendants. : | Case No. 4:20-cv-02078-MWB <br><br> (*filed electronically*) |

# ORDER

Now, this ____ day of _____, 2020, upon consideration of the motion of Speaker of the Pennsylvania House of Representatives Bryan Cutler and Majority Leader of the Pennsylvania House of Representatives Kerry Benninghoff, *Amici Curiae*, for leave to join the brief of *Amici Curiae* Pennsylvania State Republican Caucus in support of Plaintiffs' Motion for Preliminary Injunction. it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Judge Matthew W. Brann