# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : <br> : CIVIL ACTION <br> : |
| Plaintiffs | : No. 4:20-CV-02078 <br> : |
| v. | : Judge Brann <br> : |
| KATHY BOOCKVAR, *et al.*, | : <br> : |
| Defendants | : |

## ORDER

**AND NOW**, the 18th day of November 2020, upon review of Plaintiffs' Motion for Extension of Time to File Motion for Preliminary Injunction **IT IS HEREBY ORDERED** as follows:

1. The deadline for Plaintiffs to file their Motion for Preliminary Injunction is extended from 5:00 P.M. on November 18, 2020 to 5:00 P.M. on November 19, 2020.

2. The deadline for Defendants to file any opposition briefs is extended from 5:00 P.M. on November 19, 2020 to 5:00 P.M. on November 20, 2020.

3. The deadline for Plaintiffs to file any reply brief is extended from 12:00 P.M. on November 20, 2020 to 12:00 PM on November 21, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge