IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | : <br> : CIVIL ACTION <br> : |
| Plaintiffs | : No. 4:20-cv-02078 <br> : |
| v. | : Judge Brann <br> : |
| KATHY BOOCKVAR, et al, | : <br> : |
| Defendants | : |

## ORDER

AND NOW, this _____ day of November, 2020, upon review of

**PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY** it is hereby

ordered that said Motion is GRANTED and that the Defendants shall produce the

below documents by November _____, 2020:

  a. Copies (paper and electronic) of outside envelopes of all mail-in ballots that were canvassed and approved by the Defendant Counties;

  b. Access to inspect all outside and inside envelopes of all mail-in ballots that were canvassed and approved by the Defendant Counties;

  c. Documents evidencing the number of votes cast for each candidate in the General Election in each county at the voting machines, by absentee ballot, by mail-in ballot, and provisional ballot;

  d. Lists of all voters who were permitted to correct their mail-in ballots and copies of all notifications sent to voters that their mail-in ballots needed to be corrected;

  e. …(See Below);

f. Rule 30(b)(6) Depositions of each Defendant County regarding the conduct of the 2020 General Election (topics to be provided once outside and inside envelopes are produced)**;**

g. All communications between and among Defendant County officials, the Pennsylvania Department of State, including Defendant Boockvar and Jonathan M. Marks, Deputy Secretary for Elections & Commissions, and voters, candidate representatives and political party representatives concerning communication to and with voters, candidate representatives and political party representatives about voters whose absentee and mail-in ballots had been rejected at any time by the county board.

And, further that the Oral Deposition of Defendant Boockvar be conducted by

November _____, 2020.

BY THE COURT,

_____
Matthew W. Brann
United States District Judge