# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | : <br> : CIVIL ACTION <br> : |
| Plaintiffs | : No. 4:20-cv-02078 <br> : |
| v. | : Judge Brann <br> : |
| KATHY BOOCKVAR, et al, | : <br> : |
| Defendants | : |

## **CERTIFICATE OF SERVICE**

I, Amy M. Brady, Paralegal for Scaringi Law, do hereby certify that I served a true and correct copy of ***Plaintiffs' Motion for Expedited Discovery,*** in the above-captioned action, upon all parties via CM/ECF.


Date: November 18, 2020      /s/ Amy M. Brady_____
                             Amy M. Brady, Paralegal
                             For Marc A. Scaringi, Esquire and
                             Brian C. Caffrey, Esquire