# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, Plaintiffs, | : <br> : No. 4:20-CV-02078 <br> : <br> : (Judge Brann) |
| v. | : |
| KATHY BOOCKVAR, *et al.*, Defendants. | : <br> : <br> : |

## ORDER

**AND NOW**, this 19th day of November 2020, **IT IS HEREBY ORDERED** that:

1. The Plaintiffs' Motion for Leave to File Second Amended Complaint is **GRANTED.**

BY THE COURT:
*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge