# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | No. 4:20-CV-02078 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 19th day of November 2020, **IT IS HEREBY ORDERED** that the provisions of Middle District of Pennsylvania Local Rule 83.1.1 are suspended relating to the prohibition against the release of the audio recording of the oral argument conducted before the Court on November 17, 2020 and the audio recording shall be posted on the District Court website following the docketing of this Order. The Court believes that the public's interest in this particular case outweighs the Court's general concerns regarding the taping, recording or broadcasting of court proceedings as reflected and articulated in MD LR 83.1.1.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge