# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | No. 4:20-CV-02078 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 19th day of November 2020, **IT IS ORDERED** that the appearance of Linda Ann Kerns, Esquire is hereby withdrawn as counsel for the Plaintiffs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge