UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD J. TRUMP FOR PRESIDENT INC.**, et al. | ) | |
| Plaintiffs | ) | **CASE NO. 4:20-cv-02078** |
| **JEFFREY CUTLER** | ) | |
| Intervenor Plaintiff | ) | JURY TRIAL REQUESTED |
| **v.** | ) | |
| KATHY BOOKVAR, et al. | ) | |
| Defendants. | ) | |

FILED
WILLIAMSPORT
NOV 19 2020
PER ________
DEPUTY CLERK

**MOTION TO DECLARE DONALD J. TRUMP, INC. VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. § 1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT**

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files **THIS MOTION** and previous **PETITION TO COMBINE ADDITIONAL CASES BEFORE ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) FOR JUDICIAL EFFICIENCY** in the UNITED STATES COURT OF APPEALS for the third circuit on 12NOV2020 at 3:56 PM. The attached document was filed in person in PHILADELPHIA. It also shows BIAS and **MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of the United States Constitution **Ammend 5**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed an order from Joe Torres dated 12APR2018 that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed 20OCT2020, as part of funding from the FEDERAL GOVERNMENT!! The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision. Mr. Cutler had stated these ballots violated the states order, and a judge should decide their if they are illegal, just like the term that may presently describe the sick bird Philadelphia football team ILL EAGLE. On page 46&47 of USCA case 20-2936 filed 12NOV2020 (87&88 this document) is documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) involving ECF 33 filed 28OCT2020. Mr. Cutler previously had contested the states order that they could redistrict via a method that gave the court this power even though it

**VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 15 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the MURDER of employee of the Federal Government with the aid of the [[FBI]]. Mr. Cutler a former ELECTED TAX COLLECTOR in November 2013 and has been trying to clear his name based on perjured testimony 18 U.S.C. § 1001, bank robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC). Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015. Mr. Cutler has filed in many cases and has caught persons obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions. The last document sent to the court used priority mail tracking number #9510 8066 2091 0225 1534 23 . Even though the judge is named as part of the MAIL FRAUD complaint filed for case #1:20-cr-00165 case, someone else could be the real culprit. Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler. It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**. The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right

to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED** **Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims. Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help persons of the **FBI**. On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER COUNTY did the exact same thing. <ref> https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-

governor-tom-wolf/ </ref>  On or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon County MUST use 2.8 million of the CARES act funding for MASK ADVERTISING in direct support of Joe Biden's campaign focus <ref> https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler had the right to Defend the Establishment clause (case 14-5183) and 75 years since VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called **PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On 22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president responded to this by 21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open.  Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY. The USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results. The lawyers in sending Mr. Cutler the letters by **MAIL** makes them all a party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**. Mr. Cutler's brother FRED had recently got a job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states there will be no live viewing of games this season. Mr. Cutler's brother and approximately 69 MILLION other people (approximate attendence of 2019 baseball season) have been denied the **RIGHT of PURSUIT OF HAPPINESS** as is part of the **DECLARATION OF INDEPENDENCE**. Thomas Wolf and Jim Kenney have allowed almost unrestricted protest marches with POLICE escorts, but cancelled other parades and events. Mr. Cutler had proposed an option to have games played in every city. As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC EXZEMPTION IN THE CONSTITUTION**. The news media in concert with individuals in the DEMOCRATIC party have and some that pretend to be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE. **THIS IS A CRIMINAL MATTER. The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna). The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and Sean Suitter. The recent murder of Roy Den Hollander in New York for challenging the news media (case 1:16-cv-06624) is just another crime concealed from the public.That case is included by reference and joined to this one. The crime-fraud exception was first recognized in the United States over one hundred years ago, and the policy behind it is well-defined. (The crime-fraud exception was first recognized in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal community does not deem discussions concerning future wrongdoings, such as fraud, that occur during an attorney-client communication worthy of protection. Id. at 562–63. While the practice of law encourages full and frank communications between the attorney and client, only communications concerning past wrongdoings are protected. Mr. Cutler had previously been elected to Public Office as the TAX COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based on an Election in November 2013. and took the Oath of OFFICE prior to his first day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was granted the right to challenge OBAMACARE in Appeal as

case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. Mr. Cutler was removed from Office after 27 months based on **PERJURED TETIMONY**, and a **CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**. In Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was harrased in a similar manner was equally harrased in court and the township spent about 160,000 of taxpayer money to make her leave office. <ref> https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm would represent him based on contacts with the FBI or law enforcemnt. The lancaster county treasurer was apponted to replace Mr. Cutler in the collection of taxes and never had a surety bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT** On 20MAY2020. Mr. Cutler won a motion for reconsuderation in this court based on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any compensation as requested and the clerks removed one defendant from the case an tampered with the document. Pennsylvania has previously had a number notorious crimes of public employees

<ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella & Michael Conahan) convicted of federal crimes that resulted in convictions. Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III. Since Governor Roy Cooper has made public statements that he does not intend to appeal, this is settled law. Mr. Cutler had filed a Petition to DENY the Motion For Summary JUDGEMENT and to consolidte related cases of religious discrimination by the government in case USCA 20-1805 on 14MAY2020 and the document and was not put online until 20MAY2020. The document filed by Brian L. Calistri on May 8, 2020 contains some perjured statements and since it was sent by mail constitues Mail Fraud and Perjury (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing the bombs. Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the **FBI**. The judge dismissed the case even though 5 parties defaulted and were properly served. Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas O'Neill, Mr. Brian L.Calistri's motion failed to notify the parties that have defaulted

in this case and therefore should have been **DENIED**. Mr. Cutler had made a complaint by mail to the DA office in Lancaster County, Pennsylvania and York, County Pennsylvania. Mr. Cutler had also filed a motion to intervene on 22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry Krasner** as a Defendant in the case. Mr. Cutler also filed a response to the motion filed in oppoition on 25SEP2019. Even though the document filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**. Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft of approximtely half million dollars. Mr.Cutler had filed objections to limit the power of the Tom Wolf to classify that religion as a **NOT a LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**. He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**. To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania, but it was DENIED 21JAN2020. Mr. Cutler filed an

Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth Circuit**. When that was illegally ignored. Mr. Cutler filed documents in Pennsylvania. Mr. Cuttler had requested that district court case number 4:20-cv-0064 in the United States District Court for the Northern District of Mississippi [**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and case number 1:20-cv-00323 in the United States District Court for the Western District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER et al**.] and case number 1:20-cv-01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the United States District Court for the District of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this consolidation. All charges in each case should be included by reference for all civil cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**. Judge Catherine C. Blake of Maryland had one of the documents returned, obstructed justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on 01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr. Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in documents related to this case in federal court. <ref> https://forward.com/fast-forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr. Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr. Cutler has never heard back about his request until 12MAY2020. Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties. Based on the case of the aids law project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional. The concept of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvnia. Based on the story about Mike Du Toit of South Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-Nelson-Mandela-jailed.html </ref> the **BOEREMAG** was just another name for **KLU KLUX KLAN**. Also Tom Wolf made statements that said that people cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on **07MAY2020** that use **WRIT OF EXECUTION** to **sieze property**. Recently in New York white police officers were beating a BLACK MAN for failing to practice social distncing (neither police officer was wearing a mask), and they should be prosecuted for violating the same law that they were alledgely enforcing. It is notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history). Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases. In the Appeals for the Fifth Circuit the Order from the United States Northern District of Texas dated January 16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF

MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion denying Plaintiff's motion of December 30, 2019. The current order from that court is in error since the USCA order of December 18, 2019, remanded the case back to District Court and for further disposition and was unopposed and is still unopposed. Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was illegally discarded. He then filed on 07MAR2019 in person (Document 00514863727) , and it was put online March 7, 2019. The office of the clerk decided it would be ignored. Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020, (Document 00515289904 International Holocaust Remembrance Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager** that she was violating Mr. Cutler's civil rights. It was put online January 29, 2020. A violation of EQUAL PROTECTION by employee of the federal government, which treated the two documents differently and potentially hid the document from the review of the judges considering an ENBANC review. Mr. Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH CASE 5:19-cv-00834, this document was put online as document number 00515298284 on 04FEB2020, the same date it was filed in court. In the case both **Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson** denied the petition. This violated the United States Constitution Ammend 1 and 5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the Constitution. Mr. Cutler then on 04MAR2020 filed a 380 page document in this case (2:19-cr-00367). Within 24 hours of the filing Mr. Cutler got a threat by phone from an unidentified individual about the filing. On 06MAR2020 Mr. Cutler filed a nine page correction to the document previously filed. When the document was downloaded from the federal pacer system it was devoid of any markings. On 12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING ORDER OF RECONSIDERATION – ON 04MAR2020 FOR IMPROPER SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER 2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT. At that time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets. In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document (ECF 99) **NOW** was properly marked. Based on this Mr. Cutler printed a second copy of the document. Based on Elouise Pepion Corbel et al. v. Gale v. Norton, et al. (03-5262, 03-5314). Mr. Cutler requested the district court cases be consolidated in Pennsylvania and deliberations allowed on an expedited basis since they both involve related issues and the Supreme Court previously has indicated they will not consider the case this term, even though oral arguments were already made. This court had allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the

house of representaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds, neck back and genitals, but the cause of death was drowning as per the Medical Examiners. The FBI tried to force two Medical Examiners to say the **MURDER** was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpectenly in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of **Jonathan Luna** have finally resurfaced and are currently trying to be sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in public documents that he believes Mr. Luna was murdered by the **KLU KLUX KLAN**. Mr. Cutler also now believes that **THOMAS C. WALES** was also **MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of

DLA Piper (Kamala Harris' husband works for this firm and was part of the case

against Mr. Cutler and also filed a motion on this same date against him because he
dared to continue to challenge the ACA . During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it". The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.  He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of appeal of Mr. Johnson. His lawyer previously made a false statement to the court in his request to withdraw, based on the documents filed by Mr. Johnson (ECF 100-103) a significant crime (18 USC § 1001). The current orders of Tom Wolf in Pennsylvania violate **GMP** procedures and allows the commonwealth to track every individual on the Pennsylvania Turnpike. (See history of IBP recalls of beef procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.) Mr. Cutler had worked for multiple pharmaceutical and food compnaies including, HEINZ, CAMPBELLS, MERCK, GSK, BAXTER and others. Mr. Cutler was previously in charge of coordinating the **Y2K** and putting together the contingency plan for MERCK Inc., West Point site. It is Mr. Cutler's belief COVID-19 is actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to Bribe, coerce or pay individuals to bear false witness against another individual and violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders have issued effectively allows the governments in the United States to discontinue religion in and in the State of Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization. Other members of the **KLU KLUX KLAN** in the United States and the World, are

all organized to take on the HOAX. This was previously called Agenda 21. As of

16MAR2020 Canada was still allowing flights from CHINA and those persons

could be carrying hazardous bio material simply enter the United States from

Canada. When Mr. Cutler was working for Merck as a contractor some individuals

were caught stealing trade secrects by security at the West Point site. It has

been known China has been effectively using live people for transplants for years.

Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS.

The closing of all CASINOS in the STATE is to get 100% of all gambling

revenue, to have a total monopoly on all sources of payment organized for a

complete **Klu Klux Klan** takeover. Jeffrey Smiles has told Jeffrey Cutler that the

Allentown Federal Courthouse contains NAZI insigna in the tile work in the building

(pending supreme court case # 19-8538 ), and there is a seven acre compound in

Southern Lancaster county that is owned by the **Klu Klux Klan**. This all may have a

connection of Joe Biden to China and the transfer of technology to them that has

violated the world's civil rights. Joe Biden an Bill Cosby are named in the same

federal lawsuit supposedly about stolen art (USCA 17-1770). Also Based on case #

**19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which should be

included by reference these claims are true and correct and the book Bloody Harvest

<ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Since Mr. Wolf's order is illegal, all the Insurance companies have conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of Tom Wolf, just like 2 different insurance companies failed to compensate Mr. Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA insurance department. Mr. Wolf's order also violates the Federal Voting law Voting Rights Act of 1965, which prohibits any jurisdiction from implementing a "voting qualification or prerequisite to voting, or standard, practice, or procedure ... in a manner which results in a denial or abridgement of the right ... to vote on account of race," color, or language minority status. Based on the recent unsealed pleadings of Judge Domenick Demuro (press release 20-472), voter fraud has been in Pennslvania a long time. The use of ABSENTEE ballots that are collected by individuals denies the minor protection of MAIL FRAUD, usually asociated with this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud. Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287. The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY**

**JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**. Mr. Cutler also notifies this court that the failure of the Dams in the state of Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's unlawful act from being persued in federal court case 1:20-cv-00323. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop COMPLICATIONS from the FLU & COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE COVID-19 that result in DEATH from pneumococcal disease <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo being diagnosed with COVID-19, there is **ZERO** evidence that the tigers ever failed to practice social distancing, because the person would be called **LUNCH**. HIV has NO VACCINE. This **EFFECTIVELY INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue

because they waited six months. Based on this the charges against William Henry

Cosby should be vacated.  George Soros and other persons similarly situated may be

trying to destroy the United States economy and the Dollar by bad sharing of

information, just like on 25MAY1979 American Airlines Flight 191 DC-10,

crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that

day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar

was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally

filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the

actual document, violating equal protection under the law and the United States

Constitution Ammend 5 and Ammend 1 by denyin the ability for redress. Also

based on conflicting death reports, declaring a MURDER a SUICIDE is one way

to conceal MURDERS by POLICE or ELECETED officials with the aid of News

Outlets. It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/  </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil case against Nancy Pelosi. China has been bribing CIA employees and others for years. There is no reason what Joe Biden did should be ignored. <ref> https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china </ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref> https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER SHOOTERS BEHIND HIM!!! The rifle James Hodgkinson was using required loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47 VARIANT. HE fired 200 rounds in 2 minutes while WALKING AND SHOOTING and it was COVERED UP!! NBC BROADCAST ON THE BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the Baltimore Police department. <ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/

<ref> For Years there has appers to have been a KLU KLUX KLAN serial rapist in East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref> https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324 page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin Clinesmith in Washington DC. The previous document was destroyed by the clerk or Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref> complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020 at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED STATES unrestricted PRAYER!

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey Cutler, formally notifies the court of possible ongoing criminal acts and conspiracy involved with this civil rights action and requests the court to notify the DOJ Office immediately, and any other criminal justice authorities the court deems necessary, to effect and insure the prompt investigation and prosecution of crimes involved with this case which includes mail Fraud (18 U.S. Code § 1341), the murder of a federal employee (18 U.S. Code § 1114), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466 Philadelphia Accademic Health System and Title 18, Section 871. The civil rights action is case # 5:19-cv-00834 and this case # 1:20-cv-01130 District Court Maryland. The courts have affirmed, it must "afford a liberal reading to a complaint filed by a pro se plaintiff," particularly when the plaintiff has no formal legal training or education. Klayman v. Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus, 551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted). The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series) </ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref>.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

the Motion For **INJUNCTIVE RELIEF** be granted as well as Summary Judgement.

In the Western District of PA, Judge Stickman wrote in this case "but even in an

emergency, the authority of government is not unfettered".  This court should also

declare the entire Affordable Care Act (Obamacare) law and the executive order

signed in 1942 as Executive Order 9066 by **FDR UNCONSTITUTIONAL**, during

an immediate **ENBANC** review of this case when combined with the writ from case

**15-632**, and the writ filed by the WHITE HOUSE as **19-840**, **19-1019** also have

The government **CANNOT SPECIFY HOW TO PRAY**

enforced by **Religious POLICE**, either LOCAL, FEDERAL OR STATE.  This

case number  case number  20-1805 AND 20-1449, 20-1422, case # 4:20-cv-02078,

USCA case 18-3693 and case 20-5143 in the USCA DC CIRCUIT SHOULD ALL

BE COMBINED FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per

John Lewis and stop 5171 years of persecution of Jewish Individuals.

Respectfully submitted,

DATE: 16NOV2020 /s/ Jeffrey Cutler

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

**CERTIFICATE OF SERVICE**

I hereby certify that on NOVEMBER 16, 2020, I filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Pennsylvania via United States Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .

/s/ Jeffrey Cutler
Jeffrey Cutler