# ADDENDUM

Received 5/22/2020 9:05:44 PM Commonwealth Court of Pennsylvania

Filed 5/22/2020 9:05:00 PM Commonwealth Court of Pennsylvania
266 MD 2020

## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

MICHAEL CROSSEY, *et al.*,

              Petitioners,

        v.

KATHY BOOCKVAR, SECRETARY
OF THE COMMONWEALTH, *et al.*,

            Respondents.

No. 266 MD 2020

### SUPPLEMENTAL DECLARATION OF JONATHAN MARKS

I, Jonathan Marks, declare under the penalty of perjury pursuant to 18 Pa.C.S. § 4902 that:

I am the Deputy Secretary for Elections and Commissions for the Department of State (the "Department") of the Commonwealth of Pennsylvania. This Declaration supplements the Declaration I submitted to the Court on May 18, 2020.

1.    In my May 18, 2020 Declaration, I gave statistics on the Pennsylvania counties' progress in processing applications for mail in and absentee ballots and mailing out ballots.

2.    I stated that the Election Code requires counties to mail absentee and mail-in primary election ballots for all approved applications by Tuesday, May 19,

2020, and that I would update the Court after that date. *See* May 18 Declaration ¶¶ 14-43.

3.     Statewide, a large majority of counties are keeping up with mail-in and absentee voting applications, with ballots being mailed out as applications are processed.

4.     Some counties, however, are facing obstacles, especially those in areas where the prevalence of COVID-19 is highest.  If these obstacles persist into next week, there is a possibility that they could result in significant delays in voters' receipt of ballots.

5.     As of Thursday, May 21, 2020, the counties had reported receipt of approximately 1,701,141 applications for absentee and mail-in ballots.

6.     The counties had approved 1,528,212, or approximately 90%, of the applications.

7.     Preliminary data indicates that the counties have mailed 1,459,871 million ballots, or approximately 96% of the applications approved so far, to voters.

8.     The counties have received 441,012 voted ballots, which accounts for approximately 29% of applications approved so far.

9.     Counties have continued to take steps to deal with the high volume of applications by, for example, reassigning staff to assist with ballot processing and,

in some cases, adding extra shifts at their election offices.

10.   The vast majority of counties do not appear to be having difficulty managing the application process. As of May 21, 2020, more than half of the counties in the Commonwealth had mailed ballots in response to more than 90% of their approved applications.

11.   Certain counties, however, are experiencing delays or backlogs.

12.   For example, preliminary data shows that Montgomery County has mailed out 131,932 ballots out of the 138,363 applications it has approved. However, for reasons not within Montgomery County's control, many ballots that the county has mailed have been delayed in arriving at voters' homes. These delays may make it more difficult for voters who requested ballots well in advance of the application deadline to return those ballots on time.

13.   Philadelphia County recently began receiving a surge of paper ballot applications. Because these applications take longer to process than online applications, and because of COVID-19 related staffing shortages and social distancing rules, Philadelphia's staff will face difficulties in promptly processing all of the outstanding applications.

14.   A recent outage in Philadelphia's Verizon connection, which covered the network connection with the election database, further impeded Philadelphia's progress.

15.     Preliminary data shows that as of May 21, Philadelphia County had received 181,655 applications, rejected 2,114 of them, approved 159,772, and mailed out 142,836 ballots.

16.     Of the counties identified in my May 18 declaration, other than Philadelphia and Montgomery, preliminary data reported by the counties shows that:

- Allegheny County had received 242,349 applications, rejected 20,120 of them, approved 222,757, and mailed out 205,646 ballots;

- Delaware County had received 78,333 applications, rejected 4,290 of them, approved 53,851, and mailed out 42,904 ballots;

- Lawrence County had received 9,400 applications, rejected 623 of them, approved 8,813, and mailed out 8,654 ballots;

- Lehigh County had received 47,057 applications, rejected 3,991 of them, approved 43,220, and mailed out 43,011 ballots; and

- Mercer County had received 11,067 applications, rejected 807 of them, approved 9,746, and mailed out 9,569 ballots.

17.     The last day for applying for a mail in or absentee ballot is Tuesday, May 26.

18.     I understand that because of COVID-19 related staffing shortages or technical difficulties, a small number of other counties may face challenges in keeping up with their outstanding applications as the application deadline approaches.

19.     After May 26, unless the Court instructs otherwise, I will give the

-4-

Court further information about the counties' application numbers and the

existence of any backlogs.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2020.


Jonathan Marks

# EXHIBIT B

From: Marks, Jonathan <jmarks@pa.gov>
Sent: Thursday, May 28, 2020 7:44 PM
To: Marks, Jonathan <jmarks@pa.gov>
Subject: Important DOS Email re: Absentee/Mail-in Ballot Canvass
Importance: High

To all county election officials.

I hope you are all safe and well.

The department has received some questions from county officials in recent days regarding the proper disposition of absentee or mail-in ballots cast by voters who did not enclose their voted ballots in the official election ballot envelope ("secrecy" or "inner" envelope).

Though the Election Code requires county boards of elections to set aside absentee or mail-in ballots enclosed in official election ballot envelopes that contain "any text, mark or symbol which reveals the identity of the elector," there is **no statutory requirement, nor is there any statutory authority,** for setting aside an absentee or mail-in ballot solely because the voter forgot to properly insert it into the official election ballot envelope. See 25 P.S. § 3146.8(g)(4)(ii).

To preserve the secrecy of such ballots, the board of elections in its discretion may develop a process by which the members of the pre-canvass or canvass boards insert these ballots into empty official election ballot envelopes or privacy sleeves until such time as they are ready to be tabulated.

Please consult with your solicitor about your plans to deal with such instances should they occur during the pre-canvass or canvass.

Thank you for everything you are doing to administer the 2020 Primary while coping with the unique challenges presented by COVID-19.

Kind regards,

Jonathan M. Marks
Deputy Secretary for Elections & Commissions
Pennsylvania Department of State
302 North Office Building | Harrisburg, PA 17120
☎ 717.783.2035 ⊀ 717.787.1734
✉ jmarks@pa.gov

 PA Media

# Department Of State Tells Counties To Have New Voting Systems In Place By End Of 2019

04/12/2018

**Harrisburg, PA –** Acting Secretary of State Robert Torres today informed Pennsylvania's counties to have voter-verifiable paper record voting systems selected no later than December 31, 2019, and preferably in place by the November 2019 general election. He also announ the commonwealth will receive nearly $14 million in federal funding to assist counties with replacement.

"We have been planning for some time to bring Pennsylvania's voting machines up to 21st-century standards of security, auditability and resiliency," Torres said. "The federal assistance could not come at a more opportune moment."

Pennsylvania's allocation of $13.5 million comes from Congress' recent appropriation of $380 million for election security ⬈ under the Omnibus Appropriations Act of 2018. The funding is being distributed under provisions of the Help America Vote Act of 2002. Each state's allocation requires a 5-percent state match, bringing Pennsylvania's total funding package to $14.15 million.

The administration is committed to working with the legislature to help fund these voting system upgrades, including but not limited to the consideration of future year cost-sharing arrangements which could use local, state, and federal dollars.

Last week the department released an Invitation For Bid (IFB) for new voting systems, directing that new systems meet enhanced security a auditability standards. The IFB updated an existing state-negotiated agreement with vendors and can be used by counties to purchase votir systems that meet the department's certification requirements.

"We want to bring about the system upgrades so Pennsylvania voters are voting on the most secure and auditable equipment as promptly a feasibly as possible, while also being supportive of the counties' need to plan and budget for the new systems," Torres said.

The department is also exploring every option to help fund or finance the upgrades, including lease agreements, grant opportunities, state, local, and additional federal appropriations, partnerships, bonds, and more.

To kick off public education about new voting systems on the market, the department plans to hold a vendor demonstration April 26 at the Fa Show complex. The event will provide an opportunity for county and state officials, legislators, the media, and the public to explore the featur and options offered by the new machines. Details on the event will be forthcoming.

Counties will be able to choose from among any of the voting systems examined and certified after January 1, 2018, by both the federal Election Assistance Commission and the Secretary of the Commonwealth. To date, one system has been certified, and several others will follow in the summer and fall of 2018. Information regarding the examination and certification process (PDF) can be found on the departme website. The department will provide extensive support and guidance to the county Boards of Election and voters to ensure a smooth transi to the new systems.

In the meantime, Pennsylvania is employing extensive measures and partnering with federal and state law enforcement agencies to stay on step ahead of any threats to our security and infrastructure, including comprehensive monitoring and assessment of risk, fortification of phys and cyber security, training and resources to counties and partners, and increasing communications at all levels.

**MEDIA CONTACT:** Wanda Murren, 717-783-1621

In The

# United States Court of Appeals

# for the Third Circuit

### 20-2936

COUNTY OF BUTLER, et al.
Plaintiff-Appellees

JEFFREY CUTLER
Intervenor Plaintiff-Appellee

v.

THOMAS W. WOLF, et al.
Defendants-Appellant

*Appeal from the Order/Judgment entered September 14, 2020 in the United States District Court for the Western District of Pennsylvania at No. 2:20-cv-00677*

# PETITION TO COMBINE ADDITIONAL CASES BEFORE

# ENBANC REVIEW BECAUSE OF ADDITIONAL CRIMES (18

# U.S. Code § 1519 - Destruction, alteration, or falsification of records)

# FOR JUDICIAL EFFICIENCY

# ORAL ARGUMENTS REQUESTED

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United

States Constitution Ammend 1, for Redress of Grievances and preservation of the

Establishment Clause. Even though an ENBANC REVIEW WAS CLEARLY

REQUESTED ON PAGE 31 OF ECF 29 AND PAGE 29 OF ECF 28.  MR.

CUTLER NOW REQUESTS THAT 2 ADDITIONAL CASES (Middle District of

Pennsylvania Case # **4:20-cv-02078** and USCA case **18-3693**) BE COMBINED

ADDITIONALLY WITH THIS CASE BECAUSE OF **18 U.S. Code § 1519 -**

**Destruction, alteration, or falsification of records**, **OBSTRUCTION OF**

**JUSTICE**, AND **VOTER FRAUD**.  On 06NOV2020 Jeffrey Cutler called the

U.S. ATTORNEY VOTER FRAUD HOTLINE (**888-636-6596**) number published

in the PHILADELPHIA INQUIRER about the VOTER FRAUD DETAILED in

PHILADELPHIA concerning case 20-2936 ECF 33  AND ABOUT 18 U.S. Code §

1519 - Destruction, alteration, or falsification of records.  ECF 33 was filed

28OCT2020 at 1:31 PM and put online on 30OCT2020 and modified by the case

manager 06NOV2020 about 11:40 AM,  but the docket still reads 30OCT2020.

Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information

and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref>

https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle

Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions

Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort

to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Tom Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". In ECF 33 of this case Mr.

Cutler challenged the USE DROP BOXES based on the lack of hard copy

verification as required by the order of Mr. Torres on 12APR2018 (PAGE 166

document physically filed 19OCT2020 at 2:48 PM).  EVERY PBS/NPR STATION

IS VIOLATING (18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT

REPORTING THE ABOVE STORY) JUST LIKE TOM WOLF IS GUILTY OF

THE SAME CRIME FOR REDIRECTING 2.8 MILLION DOLLARS FROM

THE CARES ACT FROM LEBANON COUNTY FOR MASK ADVERTISING!!

<ref.> https://www.witf.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>

Nancy Pelosi made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.) and stated "[N]o one would be hurt and the greater justice would be attained"

and violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was

made in case 4:18-cv-00167-0, a significant federal crime. On 26FEB2019 Jeffrey

Cutler filed a lawsuit in FEDERAL COURT 5:19-cv-00834 in [[Philadelphia]]

against [[Nancy Pelosi]] called (CUTLER v. PELOSI, et al.). This is 26 YEARS

AFTER THE FIRST WORLD TRADE CENTER BOMBING, Violating 18 U.S.C.

§ 3 Accessory After the Fact of MURDER of  Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna</ref>.  The same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER THE VOTES.<ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref>.  York county Pennsylvania previously accidently or

**TESTED** the **PROGRAMMING** of their systems and they had to make sure it

was **NOT DETECTABLE**, just like the **DRUG DOVATO** makes **HIV**

**UNDETECTABLE**.  **ECF 33** of this case **DOCUMENTS VOTER FRAUD IN**

**PENNSYLVANIA**, since the case manager was willing to risk 20 years in prison

to alter documents.  A hand count of all the ballots would confirm the fraud, like

they are doing in GEORGIA.  On 06NOV2017, Mr. Cutler won a case of

reconsideration that was un-opposed in the **MIDDLE DISTRICT OF**

**PENNSYLVANIA**, but instead of also granting some **COMPENSATION** the

case was moved properly to the **EASTERN DISTRICT of PENNSYLVANIA**.

Based on the order from case 14-5183 14AUG2015 "We review the district court's

dismissal of Cutler's complaint on both standing and merits grounds de novo. See

Brown v. Whole Foods Market Group, Inc., 789 F.3d 146, 150 (D.C.Cir.2015). In

so doing, we accept the factual allegations in the complaint as true, and grant Cutler

the benefit of all reasonable inferences that can be drawn in his favor. See id. And

because Cutler proceeded below without counsel, we hold his district court filings

to "less stringent standards than formal pleadings drafted by lawyers[.]" Erickson

v. Pardus, 551 U.S. 89, 94, 127 S.Ct. 2197, 167 L.Ed.2d 1081 (2007) (quoting

Estelle v. Gamble, 429 U.S. 97, 106, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976) )."

Based on 28 U.S.C. § 455 RECUSAL OF JUDGES This CASE SHOULD BE

MOVED TO THE FIFTH CIRCUIT, because of OBSTRUCTION OF JUSTICE

and PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD

CIRCUIT based the ruling in case 20-1449 and the abuse of power aimed at Mr.

Cutler and his mother in the form of bank robbery, identity theft and attempted

MURDER BY PERSONS UNKNOWN BY TAMPERING WITH THE GAS

HEATER IN MR. CUTLER'S MOTHER'S HOME.  Mr. Cutler is using the

SUMMARY AFFIRMATION to try and SECURE his legal right to MEDICARE

PART B , the denial is an attempt at Obstruction of Criminal Investigations of

Health Care Offenses (18 U.S.C. § 1518). On 12FEB2020 Mr. Cutler previously

filled in case 19-10011 of the Fifth Circuit court of appeals and the clerks simply

decided Mr. Cutler was not part of the case.  Mr. Cutler had filed  a 571 page

PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE

OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD,

AND OTHER CRIMES), AND SUMMARY AFFIRMATION on 30SEP2020 at

12:42 PM. Mr. Cutler the called the clerks office within 1 hour of the filing time to

let the clerk's office know of the document.  The document was stamped USCA

OCT 5, 2020 but not put online until 07OCT2020.  The header is "Case 20-2936

Document 26 Page xxx Date Filed 10/05/2020".  This was a willful and deliberate

action to conceal the document and allow the PA AG office to state their motion is un-opposed. It also documents a conspiracy to not serve notice to Mr. Cutler and therefore the stay order of 01OCT2020 by the appeals court should be STRICKEN for failure to serve. Previous documents in the court have been altered to HIDE information from the public and the judges like the pages from RAND PAUL'S book GOVERNMENT BULLIES was obstructed. On 15OCT2020 at 3:15 PM, Mr. Cutler filed a 204 page AMMENDED PETITION TO COMBINE CASES FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION which was still not online as of 18OCT2020. This ERATTA document should replace the entire document filed on 15OCT2020. Mr. Cutler found now visible to him he was denied the right to intervene by a ruling of judge Peter J. Phipps (ECF 27) which VIOLATES EQUAL PROTECTION under the law (**United States Constitution Ammend 5**), since both Anthony Holtzman and Lawrence Joesph were granted the right to intervene. Besides the document and OBSTRUCTION of JUSTICE someone went into the gas heater in my mother's home and turned of the GAS VALVE costing $ 150.00 to locate on 19OCT2020. On 13MAY1985 the Bombing on OSAGE avenue, at the home occupied by the group/RELIGION called MOVE

<ref>https://en.wikipedia.org/w/index.php?title=MOVE&action=history</ref> FRANK RIZZO had nothing to do with the BOMBING, but he commented that if he had been MAYOR

at the time he would be in LEVENWORTH. ED RENDELL was involved in

BOTH MOVE incidents, but his part was completely ignored by the NEWS

MEDIA. This is PROTECTED OUT IN THE OPEN. Jonathan Luna was found

MURDERED in LANCASTER COUNTY 04DEC1983, and the [[FBI]] demanded

the Medical Examiner (ME) declare the MURDER a SUICIDE <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref>. RIZZO died when he switched to the

REPUBLICAN party and RUNNING against ED RENDELL and the ME declared

it a HEART ATTACK. FRANK RIZZO may have been MURDERED by the

[[FBI]] for RENDELL and declared a HEART ATTACK!! The [[FBI]] furnished

the explosives for bombing at OSAGE Avenue.!! RENDELL became MAYOR of

PHILADELPHIA, and then GOVERNOR of PENNSYLVANIA. ALL

CENSORED AND LOCKED DOWN!!!  Based on the evidence, there is a high

probability that FRANK RIZZO was killed via some agent other than natural

causes by either the [[FBI]] or people they incited to perform the action.  Mr.

Cutler was related to Jack Klugman by marriage and Mr. Klugman had portrayed a

ME called **Q**uincy.  **Q**anon is being censored by the media and censoring the New

York Post.  In addition to the cases previously mentioned the court case in the

Eastern District of New York of 1:20-cv-04834 (AGUDATH ISRAEL v.

ANDREW CUOMO Govenor of The State of New York in His Official Capacity)

plus case, #2:20-cv-00966 (DONALD J. TRUMP FOR PRESIDENT, et al.  v.

KATHY BOOKVAR, in her capacity as Secretary of the Commonwealth of

Pennsylvania, et al.), plus case # 407-MD-2020 (PENNSYLVANIA

DEMOCRATIC PARTY, et al. v. KATHY BROOKVAR, et al), plus case #

2009020305 (DONALD J. TRUMP FOR PRESIDENT, INC. v. PHILADELPHIA

COUNTY BOARD OF ELECTIONS, et al.) in common pleas court of

PHILADELPHIA heard by judge Gary GLAZER. The priority mail tracking

number for the move to FEDERAL COURT (page 59 & 60) of document filed

15OCT2020 at 3:15 PM is 9505 5141 4909 0289 5648 84. The case for denying

voting rule callenges identifies that there is no evividence of fraud.  In

Pennsylvania in 1994, judge Newcomer invalidated a Pennsylvania State Senate

election of William G. Stinson he found to be overwhelmingly tainted by election

fraud, and declared Bruce Marks the winner, after finding that "substantial

evidence was presented establishing massive absentee ballot fraud, deception,

intimidation, harassment and forgery.  Jeffrey Cutler had filed a notice of voter

fraud in Philadelphia case #2:16-cv-06287 and was ordered removed from the

docket by the judge 13DEC2016, which was prior to Donald Trump taking office.

Mr. Cutler also contested the fraud of redistricting as USCA case 18-1816 <ref>

https://www.brennancenter.org/legal-work/corman-v-torres </ref>.  The current collection boxes

VIOLATES the order of Robert Torres made 12APR2018 and documents the

money for the order is from the FEDERAL GOVERNMENT.  In short the order

requires a **HARD COPY RECEIPT** be available from all voting methods.  A one

penny hard copy receipt is available by mail by purchasing a one cent stamp and

adding it to a mailed ballot.  These **NEW** remote boxes fail to have this provision available (a hard copy receipt). Consequently all ballots collected in remote locations violates **18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law (**Ammend 14**).  The Governor of New York, Andrew Cuomo violated equal treatment under the law by targeting religious organizations, while leaving secular organizations alone.  The AG of New York stated on television stated she is **OBLIGATED** to investigate crimes of CORRUPTION involving DONALD TRUMP but defended the office of the GOVERNOR in violating the right to **PRAY** and inciting a riot when he denied the basic right protected by the constitution that urges ten or more persons to engage in tumultuous and violent conduct of a kind likely to create public alarm, Section 240.08 just like the "Barney Miller" season 7 episode 19 that originally aired 30APR1981.  Barry Croft who was charged in a plot to attack Governor Gretchen Whitmer and the Governor of Virginia was pardonned by Governor of Delaware **James Carney** last year.  <ref> https://philadelphia.cbslocal.com/2020/10/09/barry-croft-delaware-man-charged-for-plotting-to-kidnap-michigan-governor-gretchen-whitmer-pardoned-by-gov-john-carney-last-year/ </ref>.  In the movie **LINE OF FIRE** the villian uses the **ALIAS JAMES CARNEY** to try an **ASSASSINATION OF THE PRESIDENT**.  Judge Amy Coney Barrett (ACB) has been confirmed as a justice for the Supreme Court.  She has stated that she has no opinion on the ACA and they heard arguments to end OBAMACARE.  Mr. Cutler is being denied his right to petition the government for redress of grievances and appeal because he HAS

FILED MOTIONS in court he believes the AFFORDABLE CARE ACT (ACA) is

unconstitutional starting 31DEC2013, as case 1:13-cv-2066 in Washington, DC.

**ACB** should be "**B**" plan to END the ACA, adjust voting rights in Peennsylvania,

and determine if third party KILLING of a child is legal and when it should be

considered MURDER.   She should be part of the A team to uphold treaties

regarding theft of property under color of law and brining stolen NAZI art into the

UNITED STATES as is alledged in USCA CASE #17-1770.

As a general rule, anyone who commands, counsels, aids, or abets the commission

of a federal crime by another is punishable as though he had committed the crime

himself. "In order to aid and abet another to commit a crime it is necessary that a

defendant in some sort associate himself with the venture, that he participate in it as

in something that he wishes to bring about, that he seek by his action to make it

succeed. As per Nye & Nissen v. United States, 336 U.S. 613, 619 (1949); see also,

United States v. Centeno, 793 F.3d 378, 387 (3d Cir. 2015); United States v. Sosa,

777 F.3d 1279, 1292 (11th Cir. 2015)("Thus, to convict under a theory of aiding

and abetting, the government must prove that (1) someone committed the

substantive offense; (2) the defendant contributed to and furthered the offense; and

(3) the defendant intended to aid in its commission"). The appeal in this case failed

to file a **MOTION TO RECONSIDER** prior to filing the appeal.  Although these

motions usually fail on the merits, Mr. Cutler was successful in getting judge Slvia

Rambo of reversing an **un-opposed**  decision she made on **27SEP2017**, case #

1:17-cv-1740 Midlle District of Pennsyvania, based on a **MOTION TO RECONSIDER** filed on **27OCT2017** of dismissing the case with **PREJUDICE**. The order **REVERSING** the decision was made **06NOV2017, based on equal protection under the law**.  Mr. Cutler now **FILES THIS MOTION TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND SUMMARY AFFIRMATION** because of blatant obstruction of justice and other crimes.  This petition motion to combine cases involves CRIMINAL ACTIVITY and abuse of power.   It also shows BIAS and **MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of the United States Constitution **Ammend 5** since in this case the honorable judge Stickman ruled in this case the Defendants willfully violated the constitution and had **NO BASIS** for their activity. Mr. Cutler a former ELECTED TAX COLLECTOR in November 2013 and has been trying to clear his name based on perjured testimony 18 U.S.C. § 1001, bank robbery, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the documents and

**OBSTRUCTED JUSTICE**. Many cases involve unopposed motions.  The last document sent to the court used priority mail tracking number #9510 8066 2091 0225 1534 23 . Even though the judge is named as part of the MAIL FRAUD complaint filed for case #1:20-cr-00165 case, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**.  A  complaint has been filed against Judge Schmehl for his opinion in this case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50).  Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**,

and concealed with help persons of the **FBI**.  Judge Schmehl also is presiding on

case of Jeffrey Lyons (5:19-cr-00611) which is related to this fraud.  On

17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot

get about 12.8 million directed to the county via the **CARES** act and **VIOLATED**

**18 U.S.C. § 653**, misuse of federal funds and Equal Treatment Under the law

(**Ammend 14**), since LANCASTER COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On or

about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon County

MUST use 2.8 million of the CARES act funding for MASK ADVERTISING in

direct support of Joe Biden's campaign focus <ref> https://papost.org/2020/08/14/reversing-

course-wolf-releases-cares-act-funding-to-lebanon-county/ </ref>, which is  five years since the

USCA in Washington ruled Mr. Cutler had the right to Defend the Establishment

clause (case 14-5183) and 75 years since VJ day of WWII.  On 22JUN2020 a

PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL was finally put

online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10

PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH

JOHNSON.  The office of the president responded to this by 21MAY2020.  The

president gave a short NEWS CONFERENCE on 22MAY2020 demanding all

places of worship be allowed to open.  Employees of the federal government and

others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and

damage the United States.  In case #20-5143 DC USCA Nancy Dunn obstructed

documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler

had sent a 330 page document on 17JUL2020 but that document vanished, just like

the white bunny HARVEY.  The USPS tacking number 9510 8141 4908 0199 0615

60 is not reporting results.  The lawyers in sending Mr. Cutler the letters by **MAIL**

makes them all a  party to the **CONSPIRACY** to **INTERFERE IN**

**INTERSTATE COMMERCE**.   Mr. Cutler's brother FRED had recently got a

job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but

because of the **CONSPIRACY** to close the states there will be no live viewing of

games this season.  Mr. Cutler's brother and approximately 69 MILLION other

people (approximate attendence of 2019 baseball season) have been denied the

**RIGHT of PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE**.  Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events.   Mr. Cutler had proposed an option to have games played in every city.  As

stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with

individuals in the DEMOCRATIC party have and some that pretend to be

REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed

a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE

OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS**

**IS A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING**

**AND ABETTING in concealing the MURDER of a BLACK FEDERAL**

**EMPLOYEE** just like Cecily Aguilar, 22 has been charged.  The Employee is

Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton

Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>  Justin

Zemser and Sean Suitter.  The recent murder of Roy Den Hollander in New York

for challenging the news media (case 1:16-cv-06624) is just another crime

concealed from the public.That case is included by reference and joined to this one.

The crime-fraud exception was first recognized in the United States over one

hundred years ago, and the policy behind it is well-defined. (The crime-fraud

exception was first recognized in the United States in Alexander v. U.S., 201 U.S.

117, 121 (1906).) The legal community does not deem discussions concerning

future wrongdoings, such as fraud, that occur during an attorney-client

communication worthy of protection. Id. at 562–63.  While the practice of law

encourages full and frank communications between the attorney and client, only

communications concerning past wrongdoings are protected.  Mr. Cutler had

previously been elected to Public Office as the TAX COLLECTOR of East

Lampeter Township, Lancaster County Pennsylvania, based on an Election in

November 2013. and took the Oath of OFFICE prior to his first day on the job, on

06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of

Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to

challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for

violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was removed from

Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-

districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-

8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties

involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he

found no law firm would represent him based on contacts with the FBI or law

enforcemnt.  The lancaster county treasurer was apponted to replace Mr. Cutler in

the collection of taxes and never had a surety bond until 18JUL2018 <ref>

https://lancasteronline.com/news/local/lancaster-county-treasurer-without-insurance-for-

millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No

Prosection of the treasurer was ever instituted, a clear violation of **EQUAL**

**TREATMENT** On 20MAY2020  Mr. Cutler filed for an **IMMEDIATE**

**INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States,

based on the ruling in case **# 4:20-cv-00081** in the United States District Court for

the Eastern Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III.

Since Governor Roy Cooper has made public statements that he does not intend to

appeal, this is settled law.  Mr. Cutler had filed a Petition to DENY the Motion For

Summary Affirmation and to consolidte related cases of religious discrimination by

the government in case USCA 20-1805 on 14MAY2020 and the document and was

not put online until 20MAY2020.  The document filed by Brian L. Calistri on May

8, 2020 contains some perjured statements and since it was sent by mail constitues

Mail Fraud and Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to

conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**)

, by persons in the governments (both federal and state) and also the murder of five

children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**,

by furnishing the bombs.  Mr. Cutler had stated that he believed that the **MURDER**

**of  JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and

concealed with help of the **FBI**.  The judge dismissed the case even though 5

parties defaulted and were properly served.  Based on ECF #5 in case # 2:17-cv-

00984 by the late Thomas O'Neill, Mr. Brian L.Calistri's  motion failed to notify

the parties that have defaulted in this case and therefore should have been

**DENIED**.  **Ahmaud Arbery** was **MURDERED** in Georgia by 2 individuals, and

no prosecution was being pursued **74** days.  At minimum 2 DA's recused

themselves and **DID NOTHING**.  Mr. Cutler had made a complaint by mail to the

DA office in Lancaster County, Pennsylvania and York, County Pennsylvania.  Mr.

Cutler had also filed a motion to intervene on 22SEP2019 in the case of Tami

Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry**

**Krasner** as a Defendant in the case.  Mr. Cutler also filed a response to the motion filed in oppoition on 25SEP2019.  Even though the document filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.

Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft of approximtely half million dollars.  Mr.Cutler had filed objections to  limit the power of the Tom Wolf to classify that religion as a **NOT a LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and case number  1:20-cv-00323 in the United States District Court for the Western District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the United States District Court for the District of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this consolidation.  All charges in each case should be included by reference for all civil cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Mr. Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in documents related to this case in federal court. <ref>

https://forward.com/fast-forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/

</ref>Despite Mr. Cutler filing a request with the state prior to the end of the **WAIVER** deadline that **ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr. Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the COVID-19 virus or other secrect police duties. Based on the case of the aids law project tracking people that have one type of virus is unconstitutional, and exposing their idenity is equally unconstitutional. The concept of EQUAL PROTECTION UNDER the LAW is a cornerstone of both the United States Constitution and the Commonwealth of Pennsylvania. Based  on

the story about Mike Du Toit of South Africa <ref>

https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-

kill-Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for

**KLU KLUX KLAN**.  Also Tom Wolf made statements that said that people

cannot be evicted until July yet in there are 6 pges of Legal Notices in the Inquirer

on **07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently

in New York white police officers were beating a BLACK MAN for failing to

practice social distncing (neither police officer was wearing a mask), and they

should be prosecuted for violating the same law that they were alledgely enforcing.

It is notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records

(effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet

has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth

Circuit the Order from the United States Northern District of Texas dated January

16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION

TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS

TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the

motion denying Plaintiff's motion of December 30, 2019.   The current order from

that court is in error since the USCA order of  December 18, 2019, remanded the

case back to District Court and for further disposition and was unopposed and is

still unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1,

2019 but it was illegally discarded.  He then filed on 07MAR2019 in person

(Document 00514863727) , and it was put online March 7, 2019.  The office of the

clerk decided it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on

27JAN2020, (Document 00515289904  International Holocaust Remembrance

Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk**

**Mary Francis Yeager** that she was violating Mr. Cutler's civil rights.  It was put

online January 29, 2020. A violation of EQUAL PROTECTION by employee of

the federal government, which treated the two documents differently and

potentially hid the document from the review of the judges considering an

ENBANC review.  Mr. Cutler subsequently filed a PETITION FOR ENBANC

HEARING AND TO TRANSFER RESIDUAL CASE TO PENNSYLVANIA

AND COMBINE WITH CASE 5:19-cv-00834, this document was put online as

document number 00515298284 on 04FEB2020, the same date it was filed in court.

In the case both **Deputy Clerk Mary Francis Yeager**  and **Deputy Clerk**

**Roeshawn Johnson** denied the petition.  This violated the United States

Constitution Ammend 1 and  5.  It also also violates Mr. Cutler's rights under the

Sixth Amendment of the Constitution.   Mr. Cutler then on 04MAR2020 filed a 380

page document in this case (2:19-cr-00367).  Within 24 hours of the filing Mr.

Cutler got a threat by phone from an unidentified individual about the filing.  On

06MAR2020 Mr. Cutler filed a nine page correction to the document previously

filed. When the document was downloaded from the federal pacer system it was

devoid of any markings.  On 12MAR2020 Mr. Cutler filed a MOTION TO

VACATE ORDER DENYING ORDER OF RECONSIDERATION – ON

04MAR2020 FOR  IMPROPER SERVICE – BRADY VIOLATION AND

COMBINE WITH CASE NUMBER  2:20-cv-00735 (GRANT v.

PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE NORTHERN DISTRICT

OF TEXAS AND DEFAULT JUDGEMENT.  At that time Mr. Cutler used the

terminal in the Federal Courthouse to view some dockets.  In case 2:19-cr-00367

Mr. Cutler noticed the copy of the document  (ECF 99) **NOW** was properly

marked.  Based on this Mr. Cutler printed a second copy of the document.  Based

on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262, 03-5314).  Mr.

Cutler requested the district court cases  be consolidated in Pennsylvania and

deliberations allowed on an expedited basis since they both involve related issues

and the Supreme Court has indicated they will consider the case this term.  This

court had allowed the House of Representatives to be an Intervenor. The

petitioner, Jeffrey Cutler, acting pro se, respectfully previously identified that the

speaker of the house of representaives, in her official capacity, as the speaker of the

House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal

employee) left his office at approximately 11 PM and was found dead the next

morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds,

neck back and genitals, but the cause of death was drowning as per the Medical

Examiners.  The FBI tried to force different Medical Examiners to say the **MURDER**

was **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that

was later classified a suicide during a special arrest, 1 day before he was to testify.

Other individuals have died unexpectedly, possibly of murder including **Beranton**

**Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin

Robert Needle,  may have contacted Mr. **Whisenant.**  The medical records

of  **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577
</ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a **FALSE** statement in court via her lawyer (Mr Donald B.
Verilli

Jr.)  stated "[N]o one would be hurt and the greater justice would be attained" and

violated (**18 USC § 1001**) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it". The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**. He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10. Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson. His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001). The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike. (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.) Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK, BAXTER and others. COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to bribe or pay individuals to bear false witness against another individual.  The order Thomas Wolf issued effectively allows the governments to discontinue religion in Pennsylvania, a member of the **KLU KLUX KLAN** or related organization.  Other members of the **KLU KLUX KLAN** in the United States and the World, are all organized to take on the HOAX.  This was previously called Agenda 21.  As of 16MAR2020 Canada was still allowing flights from CHINA and those persons could be carrying hazardous bio material simply enter the United States from Canada. When Mr. Cutler was  working for Merck as a contractor some individuals were caught stealing trade secrects by security at the West Point site.  It has been known China has been effectively using live people for transplants for years.  Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS.  The closing of all CASINOS in the STATE is to get 100% of all gambling revenue, to have a total monopoly on all sources of payment organized for a complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that the Allentown Federal Courthouse contains NAZI insigna in the tile work in the building (pending supreme  court case # 19-8538 ), and there is a seven acre compound in Southern Lancaster county that is owned by the **Klu Klux Klan**. This all may have a

connection of Joe Biden to China and the transfer of technology to them that has

violated the world's civil rights. Joe Biden an Bill Cosby are named in the same

federal lawsuit supposedly about stolen art (USCA 17-1770). Also Based on case #

**19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which should be

included by reference these claims are true and correct and the book Bloody Harvest

<ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal, all the Insurance companies have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department. Mr. Wolf's order also violates the Federal Voting law Voting

Rights Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) , voter fraud has been in

Pennslvania a long time. The use of ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never lived at that adress. Mr. Cutler had formally notified the court of voter fraud in Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr. Cutler also notifies  this court that the failure of the Dams in the state of Michigan and fires in the Western part of the United States may be the result of a deliberate act to prevent and obscure the lawsuit of governor Gretchen Witmer's and other governor's unlawful acts from being persued in federal court 1:20-cv-00323 and other leagal actions.  Persons of the **CDC** have **LIED** about an Approved Vaccine to Stop **COMPLICATIONS** from the **FLU and COVID-19**. They are called **PNEUMOVAX23** and **PREVNAR13** which are the **COMPLICATION  TO THE COVID-19 AND FLU** pneumococcal disease that results in death <ref> https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. The DEMONCRATS have done a great job of  convincing people  are better protected by the Joe Biden.  Based on Tigers in the Bronx zoo being diagnosed with COVID-19, there is **ZERO** evidence that the tigers ever failed to practice social distancing,

because the person would be called **LUNCH**. This **EFFECTIVELY**

**INVALIDATES ALL THE MODELS** being used to justify the restrictions being

imposed!!. Mr. Cutler based on experience and standard engineering

concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre

Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be

MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcemnt in the

United States may be members or share their views as well as some elected

Officials and persons in the military all branches. An eight year old boy was raped

in Bryant elementary school and his parents were denied the ability to sue because

they waited six months. Based on this the charges against William Henry Cosby

should be vacated.  George Soros and other persons similarly situated may be

trying to destroy the United States economy and the Dollar by bad sharing of

information, just like on 25MAY1979 American Airlines Flight 191 DC-10,

crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that

day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar

was a stated goal of persons. The proposal from the Joe Biden alledged team is a

concerted effort to collapse the UNITED STATES DOLLAR for CHINA. It is also

interesting that there is some interest in solving  the MURDER of Thomas C. Wales

while the MURDER of Jonathan Luna is ignored.   Based on the murder of Sean

Williams after he was tasered in Lancaster, Pennsylvania is evidence of the

conspiracy.  Based on <ref> https://www.nytimes.com/2018/06/29/us/police-taser-black-man.html

<ref></ref>https://www.nytimes.com/1998/02/06/us/woman-cleared-of-murder-is-back-in-prison.html

<ref></ref>https://www.nytimes.com/1997/12/27/us/judging-justice-special-report-federal-judge-overturns-murder-verdict-fueling.html <ref></ref>

https://www.nytimes.com/1998/01/27/us/appellate-ruling-may-return-woman-to-jail-in-a-murder-case.html

<ref></ref>https://www.nytimes.com/1998/12/30/us/officials-cleared-of-misconduct-in-murder-case.html

<ref></ref>https://nypost.com/2017/10/25/american-made-sheds-light-on-shady-arkansas-airfield-deals/

A one million dollar reward is offered for the individuals that MURDERED Wales,

but only one hundred thousand dollars for information leading to the perons

involved in execution of the Jonathan Luna murder on 04DEC2003.  Even in

case, 1:20-cv-01130  that the document legally filed is **RETURNED** for

failing to file a motion to intervene **PRIOR** to filing the actual document, violating

equal protection under the law and the United States Constitution Ammend 5. Also

based on conflicting death reports, declaring a MURDER a SUICIDE is one way

to conceal MURDERS by POLICE or ELECETED officials with the aid of News

Outlets. It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/  </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

**CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS**

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

**BIO-WARFARE**.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  Ken Matthews on 26OCT2020 HAD DOWNLOADED

THE PROOF OF CHINA BRIBES.  China has been bribing CIA employees and

others for years.  There is no reason what Joe Biden did should be ignored.

<ref> https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref> The Story

<ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/

</ref> James Hodgkinson may have had KKK support, because he was using SKS

rifle with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the Baltimore

Police department. <ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/

<ref> For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year, and even though she has not yet been burried senator Shummer

lied from the senate chambers and claimed she is turning over in her grave.

Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref> https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref> https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Thomas Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was president.  Dr. Fauci, KRISTEN WELKER and Persons of the CDC have LIED about an Approved Vaccine to Stop COMPLICATIONS from the FLU & COVID-19. <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>Jeffrey Cutler has discovered The Approved Vaccines to **Stop COMPLICATIONS from COVID-19**, are PEUMOVAX23 and Prevnar13 to TREAT the PRIME COMPLICATION TO THE COVID-19 pneumococcal disease. HIV has NO VACCINE. Based on Tigers in the

Bronx zoo being diagnosed with COVID-19, there is ZERO evidence that the tigers

ever failed to practice social distancing, because the person would be called LUNCH.

This EFFECTIVELY INVALIDATES ALL THE MODELS being used to justify the

restrictions being imposed!!  On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref> complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  When POLICE and PUBLIC officials abuse the

system to MURDER individuals, then the individuals are corrupt.  The murder of

Sean Williams after being tasered while sitting to protect those in power is just one

example of the corruption and conspiracy.  William Casey <ref>

https://www.nytimes.com/1987/05/07/obituaries/william-casey-ex-cia-head-is-dead-at-74.html </ref> died

unexpectedly from pneumococcal disease when his role in self funding the CIA via

importing NARCOTICS into Mena, Arkansas was exposed just like the film like the

film  with Tom Cruise <ref>https://en.wikipedia.org/wiki/American_Made_(film)</ref>

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of possible ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee  (18 U.S. Code § 1114), Obstruction of Justice, Bank

Ruptcy Fraud in case number 19-11466 Philadelphia Accademic Health System and

Title 18, Section 871.  The civil rights action is case # 5:19-cv-00834 and this case

# 1:20-cv-01130 District Court Maryland.  The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref>.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

this the Motion For Summary Affirmation should be found against all parties in this

case by Mr. Cutler  based on the USCA obstruction in the General Flynn Case and

case # 2:20-cv-00677 COUNTY OF BUTLER, et al. v. THOMAS W. WOLF, et al.

in the Western District of PA, Judge Stickman wrote in this case "but even in an

emergency, the authority of government is not  unfettered", but Mr. Cutler's motion

was striken from the record by an order that is not viewable.  In the follwing youtube

videos the comment were edited by youtube that Mr. Cutler wrote contrary to FEC.

<ref>https://www.youtube.com/watch?v=9rvQxhJdFaA</ref><ref>https://www.youtube.com/watch?v=zkAGcNtVyZU</ref><ref>https://www.youtube.com/watch?v=yIeTp8U5_Ng</ref><ref>https://www.youtube.com/watch?v=-pFdwGDqVHA</ref><ref>https://www.youtube.com/watch?v=nGXk6w_8F1g</ref><ref>https://www.youtube.com/watch?v=xF_7FauH7vk</ref><ref>https://www.youtube.com/watch?v=SNKQEhlu6uc </ref><ref>

The warrant for the home of BREONA TAYLOR may have been based on perjured

information by detective Joshua James.

<ref>https://www.usatoday.com/story/news/nation/2020/06/16/breonna-taylor-louisville-detective-joshua-jaynes-no-knock-warrant-reassigned/3200277001/</ref>This  court should also declare the entire

Affordable Care Act (Obamacare) law and the executive order signed in 1942 as

Executive Order 9066 by **FDR UNCONSTITUTIONAL**, during an **IMMEDIATE**

**ENBANC** review of this case when combined with the writ from case **15-632**, and

the writ filed by the WHITE HOUSE as **19-840**, **19-1019** also have Mr. Johnson's

incarceration be suspended pending the appeal process because of tampering of

documents as demonstrated by ECF 99 filed by Mr. Cutler in the other case, as well

as the **PETITION TO CONSOLIDATE RELATED CASES FOR JUDICIAL**

**EFFICIENCY** and let a jury decide the order filed with case 20-1805.  Mr. Cutler

made a petition 20MAY2020 at 4:10 PM USCA case 20-1449, a clear BRADY

violation.  Also other penalties the court deems appropriate including a minimum of

20% of the pensions to a compensation  fund for of those harmed.  The government

**CANNOT SPECIFY HOW TO PRAY** enforced by **Religious  POLICE**, either

LOCAL, FEDERAL OR STATE.  This case number  20-1805 AND 20-1449, 20-

1422, case # 4:20-cv-02078, USCA case 18-3693 and case 20-5143 in the USCA DC
CIRCUIT SHOULD ALL BE COMBINED FOR JUDICIAL EFFICIENCY and

"**GOOD TROUBLE**" as per John Lewis and 5171 years of persecution of Jewish

Individuals.  Based on Uzuegbunam v. Preczewski (19-968) in an upcoming Supreme

Court Session, Mr. Cutler wishes to Argue 4 SALIENT points of law in ORAL

ARUMENTS.

1.   Elected and NON-Elected officials cannot engage in CRIMINAL
     ACTIVITY under cover of law to target an individual, or a rival.
2.   EQUAL TREATMENT UNDER THE LAW APPLIES TO all laws and a single
     law that applies to some people must be uniformly applied because as a UNITED
     STATES we must sink or swim together as a nation based on Obergefell v.
     Hodges, 576 U.S. 644 (2015), which if applied to vehicle inspection in
     Pennsylvania, and non uniform targetting of individuals.
3.   Individuals should be allowed to intervene in CRIMINAL CASES as a
     PROSECUTION when government entities try to use POLICE powers to furter
     illegal activities including MAIL FRAUD, and EQUAL TREATMENT UNDER
     THE LAW, including concealing **MURDER** of  BLACK AND JEWISH
     INDIVIDUALS!!
4.   The NEWS MEDIA in concert with GOVERNMENTS outside of  the UNITED
     STATES cannot use payments to end the CONSTITUTION and violates the
     Logan Act.

Respectfully submitted,

DATE:_____12NOV2020_____          _____/s/ Jeffrey Cutler_____

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on NOVEMBER 12, 2020, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit via United States Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .


_____/s/ Jeffrey Cutler_____
Jeffrey Cutler

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and Circuit Rule 40-1 because this brief contains no more than # of pages allowed by ECF 17, excluding the parts of the brief exempted by Fed. R. AP. P. 32.

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY AFFIRMATION

AND NOW, this_____ day of _____, 2020 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.    SO ORDERED.

[1]   Order the date, header and deadlines be corrected to reflect ACTUAL TIME stamp for ECF 26 as 30SEP2020

[2]   Order the SUMMARY AFFIRMATION against all defendants be granted and made FINAL at one million dollars per

day or as a neotiated amount.

[3]   Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert

vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman,

David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Stepen T.

Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger

Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for

violations of equal protection. All prosecutions of Robert Mueller as special prosecutor vacated because his

appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[4]   Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all

judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA

East Lampeter Township and Haverford, PA.

[5]   Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[6]   Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this

document, or from their leadership positions.

[7]   Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, and Judge

Catherine Blake  pay twice their daily salary each day to the innosense project , until they resign.

[8]   Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce.

[9]   Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[10] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and

Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee

documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[11] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case,

especially any officials of the United States Government, and all payments by any George Soros organization.

[12] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[13] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[14] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery).

[15] Order Fulton Financial to return all money for accounts ending with 8603 and 8612 with penalties.

[16] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[17] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[18] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[19] Other remedies the court deems appropriate.

[20] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[21] Order Nancy Pelosi to resign from her position for the false statement (18 USC § 1001) made through her lawyer.

[22] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[23] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[24] Order CHINA to allow the residents of Hong Kong become a territory of the United States for attacking the United States

[25] Combine cases 20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT.

[26] Order Broadcasters to make available at NO COST there AUX CHANNELS for teaching grades K-12.

[27] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[28] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[29] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on

his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[30] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use.

[31] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[32] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[33] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[34] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact.

[35] Order CITIBANK pay three times the amount  they allowed to be stolen via fmail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud.

[36] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total prison population shall be added to the census for the country.  No additional seats shall be added to the house.

[37] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country.  No additional seats shall be added to the house.

[38] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[39] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[40]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[41] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL SHOULD BE DENIED because it should be an injunction pending Appeal.

[42] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[43] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[44] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[45] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[46] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) validity be determined by the court.

[47] Order Tami Levin and Charity Welch (case 5:20-cv-04842) be compensated at a minimum of  $250,000 dollars

[48] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[49] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars.

[50] Order Wikipedia to reveal the Name, Address, and Email of RAVENSFIRE, and PROLOG and Government sources used to SPY on Mr. Cutler and pay him an appropriate payment

[51] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP

[52] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[53] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  250,000 dollars

[54] Survivors of Sean D. Williams (18-2773) be awarded a minimum of  250,000 dollars

[55] Order Andrew Cuomo and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[56] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prodection.

[57] Order every employee at PBS/NPR to dedicate a portion of their pension or paycheck to a fund or face prosecution for  18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER  CRIMES.

[58] GOOGLE  is guilty of violating 47 U.S. Code § 230 via their Youtube division and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna.

[59] Kara N. Templeton, Christopher Leppler, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 3 Accessory After the Fact MURDER of Jonthan Luna.

[60] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production and provide new capacity to the Airline Industry Worldwide and Engineerin jobs and capacity.

[61] Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to *comply with established tenets or teachings of such sect or division of ANY religion* <u>in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional</u> , based on the 89 page writ of USCA case 17-

2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that no jurisdiction of the United States can dictate the proper way to pray.


Dated: _____, 2020_____          _____

                                                        BY THE COURT

## CONSTITUTIONAL VIOLATIONS

A. <u>Amendment 1</u> of the  United States Constitution is absolute when it says

"to petition the Government for redress of grievances".  Because the government has put such a high threshold and cost in allowing these grievances to be heard, criminal acts by a government entities in violation of the basic rights are being ignored despite the majority's attempt to limit its application to defendants for whom it has been found acceptable by a judge, there is no such limitation in the Amendment itself.  Even when significant illegal activities such as mail fraud (complaint #1773989 and OTHERS) exist and making false statements to the court  exist.  As in previous documents, it is obvious  the state government entities and news media have conspired to have a  **<u>Fraud</u>** on the court.

B. <u>Amendment 1</u> of the  United States Constitution is absolute when it says

"**<u>CONGRESS SHALL MAKE NO LAW respecting an establishment of religion, or prohibiting the free exercise thereof</u>**:  The government has a history of persecuting the Amish.  East Lampeter Township also has singled out the Amish and been involved in a previous federal lawsuit 97-cv-5034.  The religious exemption within Obamacare allows the government to send a swat team to enforce religious practices.  The supporting documentation of this is theWrit of Certiorari for case 15-632, prepared by the American Freedom Law Center and Robert Muise.  East Lampeter Township also has singled out the Amish and been involved in a previous federal lawsuit 97-cv-5034.  The religious exemption within Obamacare allows the government to send a swat team to enforce religious practices just like New York has done..

# ADDENDUM

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-008

No. <u>20-2936</u>

COUNTY OF BUTLER; COUNTY OF FAYETTE; COUNTY OF GREENE; COUNTY
OF WASHINGTON; NANCY GIFFORD; MIKE GIFFORD, husband and wife doing
business as Double Image Styling Salon; PRIMA CAPELLI INC, a Pennsylvania
Corporation; MIKE KELLY; MARCI MUSTELLO; DARYL METCALFE; TIM
BONNER; STEVEN SCHOEFFEL; PAUL F. CRAWFORD, trading and doing business
as Marigold Farm; CATHY HOSKINS, trading and doing business as Classy Cuts Hair
Salon; RW MCDONALD & SONS INC; STARLIGHT DRIVE IN LLC, a Pennsylvania
Corporation; SKYVIEW DRIVE IN LLC, a Pennsylvania Limited Liability Company

v.

GOVERNOR OF PENNSYLVANIA; SECRETARY PENNSYLVANIA
DEPARTMENT OF HEALTH,
Appellants

(W.D. Pa. No. 2-20-cv-00677)

Present: JORDAN, KRAUSE, and PHIPPS, <u>Circuit Judges</u>

1. Document from Proposed Intervenor Jeffrey Cutler Titled "Petition for En
   Banc Review of Petition to Combine Cases," treated as a Motion to Reconsider
   the Court's 10/9/20 Order Denying Intervention, with Request for Referral to
   the Court En Banc pursuant to 3d Cir. I.O.P. 10.3.3.

Respectfully,
Clerk/lmr

_____ORDER_____
The foregoing motion for reconsideration is hereby DENIED.

By the Court,

s/ Kent A. Jordan_____
Circuit Judge

Dated: November 6, 2020
Lmr/cc: All Counsel of Record
Jeffrey Cutler

If you view the [ Full Docket ] you will be charged for 4 Pages $0.40

**General Docket**
**Third Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 20-2936 | **Docketed:** 09/23/2020 |

**Nature of Suit:** 3440 Other Civil Rights
County of Butler, et al v. Governor of Pennsylvania, et al
**Appeal From:** United States District Court for the Western District of Pennsylvania
**Fee Status:** Paid

**Case Type Information:**
  1) civil
  2) private
  3) civil rights

**Originating Court Information:**
  **District:** 0315-2 : 2-20-cv-00677
  Trial Judge: William S. Stickman, IV, District Judge
  Date Filed: 05/07/2020

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: |
|---|---|---|
| 09/22/2020 | 09/22/2020 | 09/22/2020 |

| | | |
|---|---|---|
| 10/01/2020 | 25 | ECF FILER: ENTRY OF APPEARANCE from Lawrence J Joseph on behalf of Amicus Curiae Eagle Forum Education & Legal Defense Fund. [20-2936] (LJJ) [Entered: 10/01/2020 01:21 PM] |
| 10/05/2020 | 26 | MOTION filed by Proposed Intervenor Jeffrey Cutler construed as a motion to intervene. Response due on 10/16/2020. Certificate of Service dated 09/30/2020. Service made by US mail. (LMR) [Entered: 10/07/2020 11:16 AM] |
| 10/09/2020 | 27 | ORDER (PHIPPS, Circuit Judge) The foregoing Motion by Proposed Intervenor Jeffrey Cutler construed as a motion to intervene is denied. Panel No.: DCO-003. Phipps, Authoring Judge. (LMR) [Entered: 10/09/2020 11:06 AM] |
| 10/19/2020 | 28 | MOTION filed by Proposed Intervenor Jeffrey Cutler for Amended Petition to Combine Cases. Certificate of Service dated 10/15/2020. Service made by US mail. (LMR) [Entered: 10/26/2020 01:52 PM] |
| 10/20/2020 | 29 | Document filed by Proposed Intervenor Jeffrey Cutler titled "Errata to the amended petition". Certificate of Service dated 10/19/2020. Service made by US mail. (LMR) [Entered: 10/26/2020 02:00 PM] |
| 10/26/2020 | 30 | ORDER (Clerk) Jeffrey Cutler's "Petition to Combine Cases" was treated as a motion to intervene and denied by the Court on October 9, 2020. Because that petition was denied and Jeffrey Cutler was denied permission to intervene in this appeal, no action will be taken on Jeffrey Cutler's amended petition or errata received after the Court's order. (LMR) [Entered: 10/26/2020 02:02 PM] |
| 10/27/2020 | 31 | ECF FILER: UNOPPOSED Motion filed by Appellants Governor of Pennsylvania and Secretary Pennsylvania Department of Health for Extension of Time to file Appellants' brief and appendix until/for 14 days. Certificate of Service dated 10/27/2020. Service made by ECF. [20-2936] (JBD) [Entered: 10/27/2020 12:55 PM] |
| 10/29/2020 | 32 | TEXT ONLY ORDER (Clerk) granting motion for extension of time filed by Appellants Governor of Pennsylvania and Secretary Pennsylvania Department of Health. Appellants' brief and appendix must be filed and served on or before November 18, 2020. (MB) [Entered: 10/29/2020 02:30 PM] |
| 10/29/2020 | 33 | Document from Proposed Intervenor Jeffrey Cutler Titled "Petition for En Banc Review of Petition to Combine Cases," treated as a Motion to Reconsider the Court's 10/9/20 Order Denying Intervention, with Request for Referral to the Court En Banc pursuant to 3d Cir. I.O.P. 10.3.3. (LMR) [Entered: 10/30/2020 10:06 AM] |
| 11/06/2020 | 34 | ORDER (JORDAN, KRAUSE and PHIPPS, Circuit Judges) denying Document from Proposed Intervenor Jeffrey Cutler Titled "Petition for En Banc Review of Petition to Combine Cases," treated as a Motion to Reconsider the Court's 10/9/20 Order Denying Intervention, with Request for Referral to the Court En Banc pursuant to 3d Cir. I.O.P. 10.3.3.. Panel No.: DCO-008. Jordan, Authoring Judge. (LMR) [Entered: 11/06/2020 02:21 PM] |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| Third Circuit - 11/07/2020 06:31:36 | | |
| PACER Login: | jk6550 | Client Code: | |
| Description: | Case Summary | Search Criteria: | 20-2936 |
| Billable Pages: | 1 | Cost: | 0.10 |



**2 Documents are attached to this filing**

USCA CASE 20-2936

SCREEN PRINT ECF 33 07NOV2020 7:15 AM



| Document | | Description | Pages |
|----------|---|-------------|-------|
| 1 | ▤ | Document Filed | 75 |
| 2 | ▤ | Document Filed | 80 |

155 pages

Cannot combine all documents (exceeds max of 50 MB)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
July 26, 2019

No. <u>18-3693</u>

JEFFREY CUTLER,
Appellant

v.

ALAN SCHNITZER, Chairman the Traveler's Companies' Inc.;
EDWARD MCVEY, Pennsylvania Insurance Department;
RICHARD S. MILLS, McElroy, Deutsch, Mulvaney, & Carpenter, LLP;
KIANDRA BAIR, McNees, Wallace & Nurick; SAM JANESH, The LNP Media Group;
DENNIS STUCKEY, Lancaster County Chairman; BRIAN HURTER, Lancaster County
Controller; MARK DALTON, Lancaster County Court Administrator;
DAVID BUCKWALTER, East Lampeter Township Chairman;
DAVID ZUILKOSKI, Conestoga Valley School District; DENNISE COMMINS

(E.D. Pa. No. 5-17-cv-05025)

Present: RENDELL, <u>Circuit Judge</u>

    1.  Motion filed by Appellant Jeffrey Cutler titled Petition to Alter Panel
        construed as Motion to Recuse

                                  Respectfully,
                                  Clerk/JK

_____ORDER_____
The foregoing motion to recuse is denied.

                                  By the Court,

                                  <u>s/ Marjorie O. Rendell</u>
                                  Circuit Judge

Dated:  August 7, 2019
JK/cc: Jeffrey Cutler
        All Counsel of Record

**ECF**   **Case Search**   **Calendar**   **Opinions**   **Orders/Judgments**   **Briefs**   **XML**   **TXT**                    **Logout**   **Help**

If you view the  Full Docket   you will be charged for 4 Pages $0.40

**General Docket**
**Third Circuit Court of Appeals**

| | |
|---|---|
| Court of Appeals Docket #: 18-3693 | Docketed: 12/12/2018 |
| Nature of Suit: 3370 Other Fraud | |
| Jeffrey Cutler v. Alan Schnitzer, et al | |
| Appeal From: United States District Court for the Eastern District of Pennsylvania | |
| Fee Status: Paid | |

Case Type Information:
 1) civil
 2) private
 3) Federal question

Originating Court Information:
 District: 0313-2 : 5-17-cv-05025
 Trial Judge: Jeffrey L. Schmehl, U.S. District Judge
 Date Filed: 11/06/2017

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: |
|---|---|---|
| 11/14/2018 | 11/14/2018 | 12/07/2018 |

| | | |
|---|---|---|
| 04/25/2019 | | COMPLIANCE RECEIVED. Motion received from Pro Se Appellant Jeffrey Cutler. (MCW) [Entered: 04/30/2019 01:21 PM] |
| 05/07/2019 | | ORDER (Clerk) denying Appellant's Petition to file Amended Brief and Appendix as presented. The reply briefs filed on April 10, 2019 and April 11, 2019 are hereby stricken. Appellant may, within 14 days of the date of this order, file one reply brief addressing all 6 of the Appellees' briefs filed in this case. SEE ORDER FOR COMPLETE TEXT, filed. (JK) [Entered: 05/07/2019 01:27 PM] |
| 05/21/2019 | | MOTION filed by Appellant Jeffrey Cutler titled Petition to Expand Record to Include Evidence of Perjury. Response due on 06/03/2019. Certificate of Service dated 05/21/2019. Service made by ECF, US mail. SEND TO MERITS PANEL.--[Edited 06/07/2019 by JK] (JK) [Entered: 06/07/2019 10:56 AM] |
| 05/21/2019 | | PRO SE REPLY BRIEF (with Addendum) on behalf of Appellant Jeffrey Cutler, filed. Pages: 6. Certificate of Service dated 05/21/2019 by US mail. (SJB) [Entered: 05/28/2019 10:20 AM] |
| 06/03/2019 | | ECF FILER: Response filed by Appellee Alan Schnitzer to motion. Certificate of Service dated 06/03/2019. SEND TO MERITS PANEL. [18-3693]--[Edited 06/07/2019 by JK] (NPH) [Entered: 06/03/2019 05:54 PM] |
| 06/07/2019 | | ORDER (Clerk) referring the Appellant's Motion to Expand Record and Appellee's Response to the merits panel, filed. (JK) [Entered: 06/07/2019 11:39 AM] |
| 07/15/2019 | | CALENDARED for Thursday, 08/01/2019. (TLG) [Entered: 07/15/2019 03:33 PM] |
| 07/25/2019 | | MOTION filed by Appellant Jeffrey Cutler titled Petition to Alter Panel and Allow Oral Argument. Response due on 08/05/2019. Certificate of Service dated 07/25/2019. Service made by ECF. (JK) [Entered: 07/26/2019 02:07 PM] |
| 08/01/2019 | | SUBMITTED (Pro Se - 3rd Cir. LAR 34.1 (a)) on Thursday, August 1, 2019. Panel: McKEE, COWEN and RENDELL, Circuit Judges. (TLG) [Entered: 08/01/2019 08:09 AM] |
| 08/07/2019 | | ORDER (RENDELL, Circuit Judge) denying motion for recusal filed by Appellant Jeffrey Cutler, filed. RENDELL, Authoring Judge. (JK) [Entered: 08/07/2019 03:51 PM] |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| Third Circuit - 11/12/2020 06:14:13 | | |
| PACER Login: | jk6550 | Client Code: | |
| Description: | Case Summary | Search Criteria: | 18-3693 |
| Billable Pages: | 1 | Cost: | 0.10 |

In The

# United States Court of Appeals

# for the Third Circuit

## 18-3693

JEFFREY CUTLER
Appellant

v.

ALAN SCHNITZER; EDWARD MCVEY; RICHARD S. MILLS; KIANDRA
BAIR; SAM JANESH; DENNIS STUCKEY; BRIAN HURTER; MARK
DALTON; DAVID BUCKWALTER; MIKE SHIRK; JUDGE DENISE
CUMMINS; DAVID ZUILKOSKI
Appellees

*Appeal from the Order/Judgment entered Nov 14, 2018 in the United States District
Court for the Eastern District of Pennsylvania at No. 5-17-cv-05025*

# PETITION TO ALTER PANEL AND ALLOW ORAL
# ARGUMENTS

ORAL ARGUMENTS REQUESTED

The petitioner, Jeffrey Cutler, requests the court allow oral arguments by the

petitioner and alter the panel to recuse judge Rendell because of direct conflict

with part of this case by her former husband.  Since the Petitioner has never been

represented by a lawyer in any part of this case and sometimes makes errors

because of what he be believes was external forces, oral arguments should be

warranted, to make his case for equal protection just like the case of Brown v.

Board of Education and question computer errors for restricting access to pacer

and other systems.

The courts have  affirmed, it must "afford a liberal reading to a complaint filed by

a *pro se* plaintiff," particularly when the plaintiff has no formal legal training or

education. *Klayman v. Zuckerberg*, 753 F.3d 1354, 1357 (D.C.Cir. 2014); *see also*

*Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is to be

liberally construed, and a *pro se* complaint, however inartfully pleaded, must be

held to less stringent standards than formal pleadings drafted by lawyers.")

(internal quotations and citations omitted).

WHEREFORE, for all the foregoing reasons, and the documented murders

of 3 federal employees (Jonnathan Luna, Beranton Whisenant, and  Justin

Zemser)  5 children on May 13, 1985 and significant discrimination against

other Jewish individuals (11 murdered by Robert Bowers 2:18-cr-00292),

(discrimination by police in Philadelphia polce department against Jewish

Police officers 2:18-cv-05029), the books <ref> https://www.amazon.com/Love-Murder-Corruption-Lancaster-County/dp/1933822880 </ref>,

"BLACK KLANSMAN" , the petition should be granted.

Respectfully submitted,

DATE: _25 Jul 2019_

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other participants or their lawyers in this case are registered CM/ECF users, except Sam Janesh, JUDGE DENISE CUMMINS who are served via United States Mail postage prepaid.

Jeffrey Cutler                    25 Jul 2019

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and Circuit Rule 40-1 because this brief contains no more than 15 pages, excluding the parts of the brief exempted by Fed. R. AP. P. 32.

Respectfully submitted,

DATE: _25 Jul 2019_

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

# ADDENDUM

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

July 15, 2019

Jeffrey Cutler
Nathan P. Heller Esq.
Jeffrey D. Litts Esq.
Richard S. Mills Esq.
Susan P. Peipher Esq.
Claudia M. Tesoro Esq.
Paul C. Troy Esq.

RE: Jeffrey Cutler v. Alan Schnitzer, et al
Case Number: 18-3693
District Court Case Number: 5-17-cv-05025

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd
Cir. LAR 34.1(a), with NO oral argument on **Thursday, August 1, 2019.**

*This* means your presence will not be required.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Tiffany L. Grier
Calendar Clerk
267-299-4905

MMW/TLG

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the
following panel: **McKEE, COWEN and RENDELL, Circuit Judges**

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
## Notice of Change in Benefits

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date:  June 13, 2019
BNC#:  19MD588H68964-HA

316 114876 **AUTOMIXED AADC 296 R P1 T2 M1 PC2 190607

316   KENNETH M KRIEGER
7626 BROCKTON RD
PHILADELPHIA PA 19151

We can pay you beginning June 2019.

A computer error terminated your benefits. We apologize for the inconvenience
cause by the error.

## **What We Will Pay**

We pay Social Security benefits for a given month in the next month.  For
example, Social Security benefits for March are paid in April.

- You will soon receive a payment for $980.00, which is the money you
  are due through June 2019.

- After that you will receive $980.00 on or about the third of each
  month.

## **Do You Think We Are Wrong?**

If you do not agree with this decision, you have the right to appeal.  We will
review your case and look at any new facts you have.  A person who did not
make the first decision will decide your case.  We will review the parts of the
decision that you think are wrong and correct any mistakes.  We may also
review the parts of our decision that you think are right.  We will make a
decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter.  We assume you
  received this letter 5 days after the date on it unless you show us that
  you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for
  an appeal.
- You can file an appeal with any Social Security office.  You must ask
  for an appeal in writing.  Please use our "Request for Reconsideration"
  form, SSA-561-U2.  You may go to our website at
  www.socialsecurity.gov/online/ to find the form.  You can also call,
  write, or visit us to request the form.  If you need help to fill out the
  form, we can help you by phone or in person.

C                              See Next Page



Case 4:20-cv-02078-MWB   Document 181   Filed 11/19/20   Page 66 of 81



## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-445-9977. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
4240 MARKET STREET
PHILADELPHIA PA 19104

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JEFFREY CUTLER**                    :        **Civil No. 1:17-cv-1740**
                                      :
       **Plaintiff,**                 :
                                      :
   **v.**                             :
                                      :
**ALAN SCHNITZER, ET AL.**            :
                                      :
       **Defendants.**                :        **Judge Sylvia H. Rambo**

## O R D E R

The background of this order is as follows: On September 26, 2017, Plaintiff

Jeffrey Cutler, proceeding *pro se*, filed a 152 page document titled, "Complaint for

Fraud on the Court and Motion for Summary Judgment." (Doc. 1.) The court

dismissed Plaintiff's complaint with prejudice on September 27, 2017, stating that

it did not comply with Rule 8 in any manner and was not a proper pleading.

(Doc. 5.) Ultimately, the court dismissed the complaint because, even if the

complaint was proper, the Middle District of Pennsylvania was not the proper

venue. (*Id.*) On October 27, 2017, Plaintiff filed a motion for reconsideration

styled, "Fraud on the Court, Motion for Reconsideration Oral Arguments and

Summary Judgment." (Doc. 6.) It appears that Plaintiff is requesting that the court

transfer this matter to the Eastern District of Pennsylvania. (*Id.*)

Venue is proper if is within a judicial district "in which any defendant

resides" or "in which a substantial part of the events or omissions giving rise to the

claim occurred." 28 U.S.C. § 1391(b)(1) & (2). In this matter, the complaint indicates that the actions in this matter took place in Lancaster, Pennsylvania, which is within the Eastern District of Pennsylvania. Because the Middle District of Pennsylvania is the incorrect district for this matter, the court may dismiss, or if in the interest of justice, transfer the case to the correct district. 28 U.S.C. § 1406(a). The court originally dismissed this action in accordance with § 1406(a), but upon request of the Plaintiff, the court has reconsidered its decision and will transfer this matter to the Eastern District of Pennsylvania.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration (Doc. 6) is **GRANTED** in that this matter shall be transferred to the Eastern District of Pennsylvania.

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: November 6, 2017

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF
### PENNSYLVANIA

| | |
|---|---|
| **JEFFREY CUTLER,** EAST LAMPETER ELECTED TAX COLLECTOR | ) *No.:* 1:17-cv-1740 |
| **Plaintiff,** | ) |
| *v.* | ) |
| **ALAN SCHNITZER,** CHAIRMAN THE TRAVELER'S COMPANIES INC. | ) |
| **EDWARD MCVEY,** THE PENNSYLVANIA INSURANCE DEPARTMENT | ) |
| **Richard S. MILLS,** McElroy, Deutsch, Mulvaney, & Carpenter, LLP | ) |
| **KIANDRA BAIR,** McNEES WALLACE & NURICK | ) |
| **SAM JANESH,** THE LNP MEDIA GROUP | ) |
| **DENNIS STUCKEY,** LANCASTER COUNTY CHAIRMAN | ) |
| **BRIAN HURTER,** LANCASTER COUNTY CONTROLLER | ) |
| **MARK DALTON,** LANCASTER COUNTY COURT ADMINSTRATOR | ) **JURY TRIAL DEMANDED** |
| **DAVID BUCKWALTER,** EAST LAMPETER TOWNSHIP CHAIRMAN | ) |
| **MIKE SHIRK,** HIGH INC. CHAIRMAN | ) |
| **JUDGE DENISE CUMMINS** DISTRICT JUSTICE JUDGE | ) |
| **DAVID ZUILKOSKI,** CONESTOGA VALLEY SCHOOL DISTRICT | ) |
| **Defendants** | ) |

HARRISBURG, PA

OCT 2 7 2017

# FRAUD ON THE COURT, MOTION FOR RECONSIDERATION ORAL ARGUMENTS AND SUMMARY JUDGEMENT

NOW COME, Jeffrey Cutler, Plaintiff in this case and related state court cases

numbered CI-16-09640 and MJ-02302-LT-0000158-2016 which are characterized as landlord

tenant dispute, but in reality are attempts at OBSTRUCTION OF JUSTICE and

RELIGIOUS PERSECUTION. The plaintiff in the attached Order signed by the Judge on

27SEP2017 failed to allow any possibility to correct the case and violated Mr. Cutler's Fifth

amendment rights to equal treatment under the law since other cases in the Middle District

of Pennsylvania have been transferred to the Eastern District of Pennsylvania (2:17-cv-00579

Junita Way v. Aspira) instead of being Dismissed with prejudice when the venue was

deemed incorrect. The Chief judge in the Eastern District of Pennsylvania may also have a

conflict of interest with this case. Because of conspiracy among parties, perjury and fraud on

the court the case should be awarded summary judgement or oral arguments by all parties

that have responded to date.

                                        Respectfully submitted:

                                        *Jeffrey Cutler*

                        By:     _____

                                        P.O. Box 2806
                                        York, PA  17405-2806
                                        (215) 872-5715

Date: 27OCT2017

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF
### PENNSYLVANIA

| | |
|---|---|
| **JEFFREY CUTLER,** EAST LAMPETER ELECTED TAX COLLECTOR | ) *No.:* |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| *v.* | ) |
| **ALAN SCHNITZER,** CHAIRMAN THE TRAVELER'S COMPANIES INC. | ) ) |
| **EDWARD MCVEY,** THE PENNSYLVANIA INSURANCE DEPARTMENT | ) ) |
| **Richard S. MILLS,** McElroy, Deutsch, Mulvaney, & Carpenter, LLP | ) ) |
| **KIANDRA BAIR,** McNEES WALLACE & NURICK | ) ) |
| **SAM JANESH,** THE LNP MEDIA GROUP | ) ) |
| **DENNIS STUCKEY,** LANCASTER COUNTY CHAIRMAN | ) ) |
| **BRIAN HURTER,** LANCASTER COUNTY CONTROLLER | ) ) |
| **MARK DALTON,** LANCASTER COUNTY COURT ADMINSTRATOR | ) ) |
| **DAVID BUCKWALTER,** EAST LAMPETER TOWNSHIP CHAIRMAN | ) ) |
| **MIKE SHIRK,** HIGH INC. CHAIRMAN | ) ) |
| **JUDGE DENISE CUMMINS** DISTRICT JUSTICE JUDGE | ) ) |
| **DAVID ZUILKOSKI,** CONESTOGA VALLEY SCHOOL DISTRICT | ) ) |
| | ) |
| **Defendants** | ) |

## PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGMENT

AND NOW, this_____ day of _____, 2017 upon consideration Plaintif's Motion

for Summary Judgment and for good cause shown, it is hereby ORDERED the Motion is

GRANTED.    SO ORDERED.

a.  Stop the illegal eviction of Mr. Cutler from 67, Cambridge village as an effort to legally assassinate a Jew on Yom

Kippur, and obstruct justice.

b.   Order the summary judgement of all other cases filed by Mr. Cutler in every court also be granted.

c.   Order all vandalism perpetuated against Mr. Cutler to be compensated, and listed.

d.   Order East Lampeter Township/Lancaster County to pay for Health Care Insurance of Tax Collector in compliance with the Affordable Care Act, since the filing of all the legal challenges by East Lampeter Township makes the office of Tax Collector a full time job exceeding 40 hours per week..

e.   Order East Lampeter Township/Lancaster County to pay all current and past due postage of Tax Collector as required by law  and all future postage by postage meter or first class permit owned by East Lampeter Township.

f.   Order all discovery to not be limited to an arbitrary period but no longer than the discovery period of the emails in the server incident of Hillary Clinton.

g.   Order all parties to acknowledge to the court they had no prior knowledge of a recorded incident of illegal trespass and entry at the apartment  of Jeffrey Cutler at 67 Cambridge Village on 10JAN2016 at approximately 2:45 PM, and any other incident illegal trespass in to the apartment or vehicles of Jeffrey Cutler.

h.   Provide all surveillance documentation of Jeffrey Cutler made from 57 Cambridge Village by the East Lampeter Township Police Department or others, and all violations of the Mr. Cutler's Fourth Amendment rights.

i.   Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election in all future actions with the court by East Lampeter Township.  Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

j.   Order East Lampeter Township to pay the legal costs of Tax Collector or at minimum Order East Lampeter Township to pay the legal costs of Tax Collector.

k.   Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government.

l.   Order a one million dollar a day penalty per named individual, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each individual.

m.   Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Cours and unnamed others show cause why they should not be charged with violations of the RiCCO ACT.

n.   Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

o.   Order the United States Government  to stop collecting or accessing penalties **FOR FAILURE** to comply *with established tenets or teachings of such sect or division of ANY religion* in violation of the U.S. Constitution amendment 1

Dated: _____, 2017_____

_____
BY THE COURT

Case 4:20-cv-02078-MWB   Document 181   Filed 11/19/20   Page 73 of 81
Case 1:17-cv-01740-SHR   Document 6   Filed 10/27/17   Page 5 of 11

Case 1:17-cv-01740-SHR   Document 5   Filed 09/27/17   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY CUTLER** | : | **Civil No. 1:17-cv-1740** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ALAN SCHNITZER, ET AL.** | : | |
| | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

On September 26, 2017, Plaintiff Jeffrey Cutler, proceeding *pro se*, filed a
152 page document titled, "Complaint for Fraud on the Court and Motion for
Summary Judgment." (Doc. 1.) Federal Rule of Civil Procedure 8 requires a
pleading, such as a complaint, to contain a short and plain statement of the
plaintiff's claim, a demand for relief, and grounds for the court's jurisdiction. Fed.
R. Civ. P. 8(a). Plaintiff's filing does not comply with Rule 8 in any aspect and is
not a proper pleading. The filing does not set forth a cause of action, how each of
the eleven Defendants are involved, and provides no basis for jurisdiction. Further,
even if the filing was proper in all other respects, this court is not the proper venue.
It appears that the actions in this matter took place in Lancaster, Pennsylvania,
which is within the Eastern District of Pennsylvania, not the Middle District.

Case 4:20-cv-02078-MWB   Document 181   Filed 11/19/20   Page 74 of 81
Case 1:17-cv-01740-SHR   Document 6   Filed 10/27/17   Page 6 of 11

Case 1:17-cv-01740-SHR   Document 5   Filed 09/27/17   Page 2 of 2

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's complaint is **DIMISSED WITH PREJUDICE** as amending the complaint would not cure the issue of improper venue.

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: September 27, 2017

2

Case 2:17-cv-00984-TON   Document 46   Filed 08/04/17   Page 12 of 17
Case 2:17-cv-00984-TON   Document 44   Filed 07/17/17   Page 8 of 12
Case 2:17-cr-00137-PD   Document 131   Filed 06/29/17   Page 20 of 40
Case 2:17-cr-00137-PD   Document 106   Filed 06/21/17   Page 16 of 80
Case 2:17-cv-00984-TON   Document 35   Filed 06/01/17   Page 24 of 60
Case 2:17-cv-00984-TON   Document 32-2   Filed 05/11/17   Page 59 of 59

### VERIFICATION

I certify that the statements made above are true and correct to the best of my knowledge, information and belief and I understand that the statements are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Date: March 7, 2017



CI-15-05

11MAY2017

2:17-cv-00984-6/01  Page 13 of 60

2:17-cr-00137/JUNE 21  Page 16 of 80

2:17-cr-00137 JUNE 29  Page 19 of 41

17JULY2017-REV1  Page 8 of 10

4AUGUST017-REV1  Page 12 of 16

Page 18 of 24

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

COUNTY OF LANCASTER

            Plaintiff

         v.

JEFFREY CUTLER and TRAVELERS
CASUALTY AND SURETY COMPANY
OF AMERICA

       Defendants

17-01164

Docket No.:

PROTHONOTARY'S OFFICE
LANCASTER, PA
17 FEB 15 PM 3:28

ENTERED AND FILED

### CERTIFICATION OF LIABILITY AND PRINCIPLE FOR ENTRY OF JUDGMENT

The undersigned, Dennis P. Stuckey, Chairman of the Lancaster County Board of Commissioners, in accordance with the provisions of the Local Tax Collection Law, 72 P.S. § 5511.41, does hereby certify the amount due and owing to the County by Jeffrey Cutler, Tax Collector, and Travelers Casualty and Surety Company of America, for tax years 2014 and 2015, including interest at a rate of six percent (6%) per annum, to be the amount of Forty Thousand and Four Hundred and Eleven Dollars and Sixty-Four Cents ($40,411.64), plus interest at the legal rate from January 1, 2017 until date of payment. Said Certification is based upon the failure of Jeffrey Cutler, Tax Collector, to make timely submission of taxes in accordance with the attached calculations made by the Lancaster County Controller.

The County does hereby certify the same to the Prothonotary of Lancaster County to enter judgment on the dockets of her office.

LANCASTER COUNTY
BOARD OF COMMISSIONERS

Date: _February 15, 2017_

Dennis P. Stuckey, Chairman

AND NOW, this _15_ day of _Feb_ _____ 2017, judgment is entered as above-directed.

PROTHONOTARY.

BLAKINGER THOMAS, PC
By: Susan P. Peipher, Esquire
Attorney I.D. #87580
(717) 509-7239
E-mail: spp@blakingerthomas.com
28 Penn Square
Lancaster, PA 17603
Attorneys for Plaintiff

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

EAST LAMPETER TOWNSHIP                    :    17-00568
                    Plaintiff              :
                                           :    Docket No.:
                    v.                     :
                                           :
JEFFREY CUTLER and TRAVELERS              :
CASUALTY AND SURETY COMPANY               :
OF AMERICA                                 :
                    Defendants             :

**CERTIFICATION OF LIABILITY AND PRAECIPE FOR ENTRY OF JUDGMENT**

The undersigned, David Buckwalter, Chairman of the Board of Supervisors of East
Lampeter Township, in accordance with the provisions of the Local Tax Collection Law, 72 P.S.
§5511.41, does hereby certify the amount due and owing to East Lampeter Township by Jeffrey
Cutler, Tax Collector, and Travelers Casualty and Surety Company of America, for tax years
2014 and 2015, to be the amount of $15,897.19. Said Certification is based upon the failure of
Jeffrey Cutler, Tax Collector, to make timely submission of taxes in accordance with the
attached calculations made by the Lancaster County Controller.

The Township does hereby certify the same to the Prothonotary of Lancaster County to
enter judgment on the dockets of her office.

EAST LAMPETER TOWNSHIP
BOARD OF SUPERVISORS

Date: 1/21/17                    By: _____
                                     David Buckwalter, Chairman

AND NOW, this 26th day of January, 2017, Judgment is entered as above-
directed.

_____
PROTHONOTARY

<u>**VERIFICATION**</u>

I, Ralph M. Hutchison, verify that I am the Township Manager of EAST LAMPETER

TOWNSHIP, and as such, I am authorized to make this Verification on its behalf, and I verify

that the statements made in the foregoing Petition for Preliminary Injunction and Writ of

Mandamus are true and correct to the best of my knowledge, information and belief.  This

Verification is subject to the penalties of 18 Pa.C.S.A. § 4904, relating to unsworn falsification to

authorities.



EAST LAMPETER TOWNSHIP

Dated: __12/8/15__          By: _____

Ralph M. Hutchison, Township Manager

#0311191/41003575

Case 2:17-cv-00984-TON   Document 46   Filed 08/04/17   Page 11 of 11  17-17-01164
Case 2:17-cv-00984-TON   Document 44   Filed 07/17/17   Page 7 of 12
Case 2:17-cr-00137-PD   Document 131   Filed 06/29/17   Page 19 of 40
Case 2:17-cr-00137-PD   Document 106   Filed 06/21/17   Page 13 of 80

(717) 390-9821
(215) 872-5715
(717) 854-4718



**Tax Collector
East Lampeter Township**
2250 Old Philadelphia Pike
Lancaster, PA  17602

JUNE 20, 2017

JOSH SHAPIRO
Office of the Attorney General
Strawberry Square Harrisburg
Harrisburgh, PA  17120

Re: PRIVATE CRIMINAL COMPLAINT --PERJURY, OBSTRUCTION OF
JUSSTICE

Dear Josh;

Please consider the attached documents as a **PRIVATE CRIMINAL COMPLAINT**.
Brian Hurter, signed the attached verification on 07MAR2017, **ESSENTIALLY CLAIMING I
HAD FAILED TO TURN IN $ 90,000.00** and based on this **PERJURED TESTIMONY** I
was ILLEGALLY REMOVED FROM OFFICE. He testified under oath on 17MAR2017 that
neither **he nor anyone in his staff ever audited** the records of the Lancaster County
Treasurer. Also the COMMONWEALTH COURT OFFICE has yet to record the 48 page
**NOTICE OF APPEAL** I filed on 14JUN2017 and filed the first 3 pages in Federal Court on
15JUN2017.  Email eltaxcollector@gmail.com.

Sincerely,

Jeffrey Cutler
Tax Collector East Lampeter Township, Pennsylvania

2:17-cr-00137 JUNE 21  Page 13 of 80

2:17-cr-00111 JUNE 19  Page 18 of 41

17JULY2017-REV1  Page 7 of 10

4AUGUST2017-REV1  Page 11 of 16

Page ... of 40

Jeff. Cutler
PA Judicial Center
601 Commonwealth Blvd
Harrisburg, PA 17106

HARRISBURG PA   171
20 OCT 2020 PM 3  L



Energy Awareness Month

JEFFREY CUTLER
P.O Box 2806
YORK, PA 17405

17405-280606



## IN THE COMMONEALTH COURT OF PENNSYLVANIA
### CIVIL ACTION – LAW

**DEMOCRATIC PARTY OF PENNSTLVANIA**, et al.        :
     Plaintiff        :

                                    DOCKET NO. **407-MD-2020**

   v.

**DONALD TRUMP FOR PRESIDENT,** et al.        :
     Defendant        :

**JEFFREY CUTLER,**        :
     Intervenor Defendant        :
                       :
                       :

## DEFENDENT'S NOTICE OF APPEAL, ORDER TO REMAND CASE TO FEDERAL COURT

TO THE CLERK OF THE COMMONEALTH COURT OF  PENNSYLVANIA

Defendant Jeffrey Cutler acting Pro Se has filed **a MOVE** of the case to  the

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT. For criminal activity.

It is identified as Case **20-2936**

To the Clerk of the **COMMONEALTH COURT OF  PENNSYLVANIA**, the

aforementioned state court proceeding shall proceed no further unless this

case is duly remanded back.


                                       Respectfully Submitted,
                                       Jeffrey Cutler

Date:  _15OCT2020_ _                 _____ /s/ Jeffrey Cutler _____
                                         Jeffrey Cutler, *pro se*
                                         215-872-5715 (phone)
                                         eltaxcollector@gmail.com
                                         P.O. Box 2806
                                         York, PA 17405