# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : |
| | : No. 4:20-CV-02078 |
| Plaintiffs, | : |
| | : (Judge Brann) |
| v. | : |
| KATHY BOOCKVAR, *et al.*, | : |
| Defendants. | : |

## AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Pursuant to F.R.Civ. P. 65(a) (1), Plaintiffs hereby move, for the reasons and on the grounds set forth in their supporting Brief, for a temporary restraining order, or, in the alternative, a preliminary injunction barring Defendants from certifying the results of the November 3, 2020General election until further order of Court.

Secretary Boockvar has indicated that she does not concur in the Motion. The Board of Elections of Centre County does not concur in the Motion. Plaintiffs have not received answers from the remaining Defendants early enough to be able to include them in the instant Motion, though Plaintiffs presume that those Defendants do not concur.

Respectfully submitted,

*/s/ Rudolph William Giuliani*
Rudolph William Giuliani
NY Supreme Court ID No. 1080498

1

<pre>
                                          /s/Marc A. Scaringi
                                          Marc A. Scaringi
                                          marc@scaringilaw.com
                                          PA Supreme Court ID No. 88346

                                          Brian C. Caffrey
                                          brian@scaringilaw.com
                                          PA Supreme Court ID No. 42667
                                          Scaringi Law
                                          2000 Linglestown Road, Suite 106
                                          Harrisburg, PA 17110
Date: November 19, 2020                   717-657-7770 (o)/ 717-657-7797 (f)
</pre>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | No. 4:20-cv-02078 |
| | : | |
| v. | : | Judge Brann |
| | : | |
| KATHY BOOCKVAR, et al, | : | |
| | : | |
| Defendants | : | |

## TABLE OF CONTENTS OF EXHIBITS

EXHIBIT 1         Email of Allen T. Carter

EXHIBIT 2         PA Provisional Voting Guidance

EXHIBIT 3         Guidance Concerning Civilian Absentee and Mail-In Ballot Procedures

EXHIBIT 4         Verified Complaint for Declaratory and Injunctive Relief

EXHIBIT 5         Meeting of Commissioners – Elections November 9, 2020

EXHIBIT 6         First Information Regarding Covid-19 Allegheny County Election Day Updates

EXHIBIT 7         Donald J. Trump for President, Inc. v. Bucks County Board of Electors

EXHIBIT 8         Donald J. Trump for President, Inc. v. Montgomery County Board of Elections

EXHIBIT 9         Letter from Law Offices of Linda A. Kerns, LLC to all counsel seeking Stipulation

EXHIBIT 10          Plaintiff's 1st Set of Interrogatories

EXHIBIT 11          Philadelphia City Commissioners Cancelled Ballot Notification Information

EXHIBIT 12          Declaration of Marilyn Murray

EXHIBIT 13          Declaration of David Henry

EXHIBIT 14          Declaration of Lawrence Roberts

EXHIBIT 15          Declaration of Thomas Hetak

EXHIBIT 16          Declaration of Douglas Chew

EXHIBIT 17          Declaration of Christian Leinbach

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | : <br> : CIVIL ACTION <br> : |
| Plaintiffs | : No. 4:20-cv-02078 <br> : |
| v. | : Judge Brann <br> : |
| KATHY BOOCKVAR, et al, | : <br> : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Deborah A. Black, Paralegal for Scaringi Law, do hereby certify that I served a true and correct copy of ***Plaintiffs' Amended Motion for Temporary Restraining Order or Preliminary Injunction,*** in the above-captioned action, upon all parties via CM/ECF.


Date: November 19, 2020        /s/ *Deborah A. Black*_____
                               Deborah A. Black, Paralegal
                               For Marc A. Scaringi, Esquire and
                               Brian C. Caffrey, Esquire