# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : |
|    Plaintiffs, | : No. 4:20-CV-02078 |
| | : |
| | : (Judge Brann) |
| v. | : |
| KATHY BOOCKVAR, *et al.*, | : |
|    Defendants. | : |

## PROPOSED ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Amended Motion for Temporary Restraining Order or Preliminary Injunction, and accompanying attachments, it is hereby:

**ORDERED** that Plaintiff's Amended Motion is **GRANTED**.

It is **FURTHER ORDERED** that Defendants (including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them) are prohibited from certifying the results of the November 3, 2020 general election pending further Order of this Court.

                              BY THE COURT:

                              _____
                              The Honorable Matthew W. Brann
                              United States District Judge