# Exhibit 1

## Carter, Allen T.

[redacted]

---------- Forwarded message ---------
From: **Melissa Hazell Davis** <MDavis@griesinglaw.com>
Date: Tue, Nov 3, 2020 at 9:10 AM
Subject: Fwd: [External] RE: Important DOS Email - Clarification regarding Ballots Set Aside During Pre-canvass
To: linda@lindakernslaw.com <linda@lindakernslaw.com>


Melissa Hazell Davis

Sent from my iPhone

---

**From:** Hangley, Michele D. <mdh@hangley.com>
**Sent:** Tuesday, November 3, 2020 9:09:46 AM
**To:** 'Melissa Hazell Davis' <MDavis@griesinglaw.com>
**Subject:** FW: [External] RE: Important DOS Email - Clarification regarding Ballots Set Aside During Pre-canvass

> WARNING: This email originated outside of the Firm. DO NOT CLICK links or attachments unless you recognize the sender and *are expecting* the email.

---

**From:** Marks, Jonathan <jmarks@pa.gov>
**Sent:** Monday, November 2, 2020 8:38 PM
**To:** Marks, Jonathan <jmarks@pa.gov>
**Subject:** Important DOS Email - Clarification regarding Ballots Set Aside During Pre-canvass
**Importance:** High


Dear County Election Directors,


The Department of State has been asked whether county boards of elections can provide information to authorized representatives and representatives of political parties during the pre-canvass about voters

1

whose absentee and mail-in ballots have been rejected.  The Department issued provisional ballot guidance on October 21, 2020, that explains that voters whose completed absentee or mail-in ballots are rejected by the county board for reasons unrelated to voter qualifications may be issued a provisional ballot.  To facilitate communication with these voters, the county boards of elections should provide information to party and candidate representatives during the pre-canvass that identifies the voters whose ballots have been rejected and should promptly update the SURE system.

Kind regards,

Jonathan M. Marks

Deputy Secretary for Elections & Commissions

Pennsylvania Department of State

302 North Office Building | Harrisburg, PA 17120
☎ 717.783.2035  📠 717.787.1734

✉ jmarks@pa.gov



--

# Linda A. Kerns

Law Offices of Linda A. Kerns, LLC   |   www.lindakernslaw.com  | 1420 Locust Street, Ste 200 | Philadelphia, PA 19102

**T: 215.731.1400  |  F: 215.701.4154   |**  *Securely send me larger files via this link* https://www.hightail.com/u/lindakernslaw