# Exhibit 5

Exhibit 5

Filed and Attested by the
Office of Judicial Records
10 NOV 2020 11:18 pm
S. WULKO

BOARD OF ELECTIONS

MEETING OF COMMISSIONERS

\- - -

HELD ON: November 9, 2020

COMMISSIONERS: LISA M. DEELEY
AL SCHMIDT
OMAR SABIR

REPORTED BY: Angela M. King, RPR
(Via Zoom telephone)

\- - -

STREHLOW & ASSOCIATES, INC.
FULL SERVICE COURT REPORTING AGENCY
54 FRIENDS LANE, SUITE 116
NEWTOWN, PENNSYLVANIA 18940
(215) 504-4622 FAX(215)504-7155
WWW.STREHLOWCOURTREPORTING.COM

Case ID: 201100878
Control No.: 20110899

(At this time, the proceedings commenced at approximately 9:00 a.m.)

\- - -

COMMISSIONER DEELEY: This is November 9, 2020.

First, I have an announcement, the Philadelphia City Commissioners met virtually in Executive Session on Friday, November 6, 2020 to meet with the Council in order to discuss ongoing litigation regarding the election.

We will now move to Public Comments. Commenters shall state where they live. Or if they are not a resident in Philadelphia, that they are a Philadelphia approximate. Public Comments is not an opportunity for dialogue or Q and A. It is Public Comments, a chance for you to tell us what you think.

Each speaker shall have two minutes. However, I may extend this time at my discretion. All Public Comments must be relevant or germane towards business.

Finally, it is my responsibility to

Case ID: 201100878
Control No.: 20110899

preserve order and decorum of the meeting. As such, profane, slanderous, discriminatory or personal attacks will not be tolerated.

Anyone wishing to offer Public Comments, please, step forward.

Step forward.

MS. KERNS: My name is Linda Kerns. I represent Donald Trump -- (audio fades out.)

THE STENOGRAPHER: I can't hear at all.

COMMISSIONER DEELEY: Wait, one second.

THE CLERK: I'm going to go over to the speaker so you can hear better.

THE STENOGRAPHER: Please.

Thank you.

COMMISSIONER DEELEY: Ms. Kerns, can you please repeat your comment.

MS. KERNS: Sure. My name is Linda Kerns. I represent Donald Trump. I just needed to know the name of the court reporter. I asked Mr. Bluestein. And he

Case ID: 201100878
Control No.: 20110899

told me to direct my questions to you.

COMMISSIONER DEELEY: Thank you.

We will give you that information after the meeting.

We will now hear a report from Supervisor of Elections, Mr. Garrett Dietz.

MR. DIETZ: Good morning, Commissioners.

COMMISSIONER DEELEY: Good morning, Garrett.

COMMISSIONER SCHMIDT: Good morning, Garrett.

MR. DIETZ: Before I get into the ballots that I performed a secondary review on, I just want to note that per the court order from Election Day, we have confirmed that Verna Phillips of Ward 36 Division 15, did not submit a valid ballot.

THE STENOGRAPHER: Can you, please, move closer to the speakers. I'm having a hard time hearing.

THE CLERK: Okay. I'll put it right up to the speaker.

MR. DIETZ: Now I will go through

the various categories per my second level review.

The first category is ballots with a blank Declaration Envelope where it does not appear that the voter attempted to complete any of the information including signature on the Declaration Envelope of the ballot. There are 472 ballots in this category.

COMMISSIONER DEELEY: I vote no count.

COMMISSIONER SCHMIDT: I vote not to count.

COMMISSIONER SABIR: I vote not to count.

MR. DIETZ: Okay.

Category number two are ballots where it appears that the voter did not sign the Declaration Envelope.

COMMISSIONER DEELEY: How many of those, Mr. Dietz?

MR. DIETZ: There are 225 ballots in this category.

COMMISSIONER DEELEY: Thank you.

Exhibit A

I vote not to count.

COMMISSIONER SCHMIDT: I vote not to count.

COMMISSIONER SABIR: I vote not to count.

MR. DIETZ: Okay.

Category number three. There are 1,211 ballots in this category. This is a category where the voter affixed their signature to the Declaration Envelope, but no other information was provided.

I should add that every ballot -- every ballot category I am going through today was timely received by close of polls on Election Day.

COMMISSIONER SCHMIDT: And how many ballots are in this universe?

MR. DIETZ: 1,211 ballots.

COMMISSIONER DEELEY: Garrett, the voters did sign -- there is a signature on the Dec?

MR. DIETZ: Correct. The voter did affix their signature.

COMMISSIONER DEELEY: I vote to

count.

COMMISSIONER SCHMIDT: I vote not to count.

COMMISSIONER SABIR: Garrett, can I have a question.

Did the signatures match the list? Did we check that?

MR. DIETZ: Per the directions from the Department of State, we cannot verify signatures against the system.

COMMISSIONER SABIR: I vote to count.

MR. DIETZ: Okay.

Category number four. This is where ballots were completed except for the date of signature. So, the Declaration had a signature. And they had the printed name of the elector and the street address of the elector.

COMMISSIONER DEELEY: And, Garrett, how many of these ballots?

MR. DIETZ: 1,259 ballots.

COMMISSIONER DEELEY: And these ballots were received timely?

Case ID: 201100878
Control No.: 20110899

MR. DIETZ: Correct.

COMMISSIONER DEELEY: I vote to count.

COMMISSIONER SCHMIDT: I vote not to count.

COMMISSIONER SABIR: I vote to count.

MR. DIETZ: Okay.

Category number five. Ballots in this category were complete with signature, date and street address and are missing the printed name of the voter.

COMMISSIONER DEELEY: And how many ballots were these, Garrett, in this category?

MR. DIETZ: 533 ballots in this category.

COMMISSIONER DEELEY: I vote to count.

COMMISSIONER SCHMIDT: I vote to count.

COMMISSIONER SABIR: I vote to count.

MR. DIETZ: Category number six.

Case ID: 201100878
Control No.: 20110899

Ballots in this category had the signature of the voter as well as the date of signature and the printed name of the elector. It's missing the street address of the voter.

COMMISSIONER DEELEY: And how many of these were in this category?

MR. DIETZ: I should clarify when I say missing street address, printed by the voter specifically.

COMMISSIONER SCHMIDT: But the street address is on the label?

MR. DIETZ: Correct. That's why I wanted to make that distinction.

COMMISSIONER DEELEY: And, Mr. Dietz, they are signed and dated?

MR. DIETZ: Correct.

COMMISSIONER DEELEY: And the number?

MR. DIETZ: 860.

COMMISSIONER DEELEY: I vote to count.

COMMISSIONER SCHMIDT: I vote to count.

COMMISSIONER SABIR: I vote to count.

MR. DIETZ: Category number seven.

This is where the voter affixed their signature to the Declaration Envelope and provided the date of signing. However, it is missing the printed name and the street address specifically written in, in hand, by the voter.

COMMISSIONER DEELEY: Garrett, these ballots were received timely?

MR. DIETZ: Correct.

COMMISSIONER DEELEY: And the number in this category?

MR. DIETZ: 4,466.

COMMISSIONER DEELEY: I vote to count.

COMMISSIONER SCHMIDT: I vote to count.

COMMISSIONER SABIR: So, these were signed by the voter?

MR. DIETZ: Correct.

COMMISSIONER SABIR: I vote to count.

MR. DIETZ: Category number eight.

Ballots where the individual that completed the Declaration appears different than the elector who was assigned the ballot. Using the label on the Declaration Envelope to decide that.

There are 112 ballots in this category.

COMMISSIONER DEELEY: Garrett, do they indicate on this Declaration Envelope a need for assistance?

MR. DIETZ: No.

COMMISSIONER DEELEY: Could you repeat the number, please?

MR. DIETZ: 112.

COMMISSIONER DEELEY: I vote to not count.

COMMISSIONER SCHMIDT: I vote not to count.

COMMISSIONER SABIR: I vote to not count.

MR. DIETZ: Category number nine.

Ballots that were not included in a Secrecy Envelope.

Case ID: 201100878
Control No.: 20110899

COMMISSIONER DEELEY: And, Garrett, what is the number of ballots that did not -- were not included in the Secrecy Envelope?

MR. DIETZ: 4,027.

COMMISSIONER DEELEY: And were those 4,027 received timely?

MR. DIETZ: Yes.

COMMISSIONER DEELEY: Were the Dec Envelopes filled out accurately? Properly?

MR. DIETZ: It varies.

COMMISSIONER DEELEY: Thank you.

The naked ballot is a difficult one for me. Since I have been a Commissioner, we have always counted naked ballots.

I am aware of the recent Supreme Court ruling concerning them and our legislators failure to correct the matter. I am pleased that the awareness campaign leading up to the election, including the work done by myself, Commissioners Sabir and Schmidt. What we were expecting to be tens of thousands of ballots became just over 4,000.

Exhibit A

Case ID: 201100878
Control No.: 20110899

But still, these are 4,000 Philadelphia voters, 4,000 people who did nothing wrong behind failing to put their ballots into a second envelope. I cannot with a good conscious count these.

I, therefore, vote no count.

COMMISSIONER SCHMIDT: I vote not to count.

COMMISSIONER DEELEY: To count. I'm sorry. I apologize. I read the wrong thing. Let me correct myself.

I vote to count the 4,027 ballots not enclosed in the Secrecy Envelope.

COMMISSIONER SCHMIDT: I vote not to count.

COMMISSIONER SABIR: I vote not to count.

MR. DIETZ: Okay.

That is all the categories I have today.

COMMISSIONER DEELEY: This business having con -- I'm sorry.

Does anybody have any New Business?

COMMISSIONER SCHMIDT: I have none.

Case ID: 201100878
Control No.: 20110899

COMMISSIONER SABIR: I'd just like to thank the Election Board Staff, the Commissioners, the Deputies for the timely hard work that leads to this election.

COMMISSIONER DEELEY: Thank you, Commissioner Sabir.

The business having concluded, we will stand in recess to the call of the Chair.

(At this time, the Meeting concluded at 9:12 a.m.)

Case ID: 201100878
Control No.: 20110899

C E R T I F I C A T I O N

I, hereby certify that the proceedings and evidence noted are contained fully and accurately in the stenographic notes taken by me in the foregoing matter, and that this is a correct transcript of the same.

--------------------------
ANGELA M. KING, RPR,
Court Reporter, Notary Public

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

Exhibit A

Case ID: 201100878
Control No.: 20110899

**A**
**a m** 2:2 14:11
**accurately** 12:10 15:5
**add** 6:12
**address** 7:18 8:11 9:4,9 9:12 10:8
**affix** 6:23
**affixed** 6:9 10:4
**AGENCY** 1:16
**AL** 1:7
**and/or** 15:18
**Angela** 1:12 15:11
**announcem...** 2:6
**anybody** 13:23
**apologize** 13:10
**appear** 5:5
**appears** 5:18 11:3
**apply** 15:15
**approximate** 2:16
**approxima...** 2:2
**asked** 3:24
**assigned** 11:4
**assistance** 11:11
**ASSOCIA...** 1:16
**attacks** 3:3
**attempted** 5:5
**audio** 3:9
**aware** 12:16
**awareness** 12:19

**B**
**ballot** 4:18 5:8 6:12,13 11:5 12:13
**ballots** 4:14 5:3,8,17,22 6:8,17,18 7:15,21,22 7:24 8:9,14 8:16 9:1 10:11 11:2 11:7,23 12:2,15,23 13:4,12
**better** 3:16
**blank** 5:4
**Bluestein** 3:24
**Board** 1:1 14:2
**business** 2:23 13:22,23 14:7

**C**
**C** 15:1,1
**call** 14:8
**campaign** 12:19
**categories** 5:1 13:19
**category** 5:3 5:9,17,23 6:7,8,9,13 7:14 8:9,10 8:15,17,24 9:1,7 10:3 10:14 11:1 11:8,22
**certification** 15:13
**certify** 15:3
**certifying** 15:19
**Chair** 14:9
**chance** 2:18
**check** 7:7
**City** 2:7
**clarify** 9:8
**CLERK** 3:15 4:22
**close** 6:14
**closer** 4:20
**commenced** 2:1
**comment** 3:20
**Commenters** 2:13
**Comments** 2:13,16,18 2:22 3:6
**Commissio...** 2:4 3:13,19 4:2,9,11 5:10,12,14 5:20,24 6:2 6:4,16,19 6:24 7:2,4 7:11,20,23 8:2,4,6,13 8:18,20,22 9:6,11,15 9:18,21,23 10:1,10,13 10:16,18,20 10:23 11:9 11:13,16,18 11:20 12:1 12:6,9,12 12:14 13:7 13:9,14,16 13:21,24 14:1,5,6
**Commissio...** 1:2,7 2:7 4:8 12:21 14:3
**complete** 5:6 8:10
**completed** 7:15 11:3
**con** 13:22
**concerning** 12:17
**concluded** 14:7,11
**confirmed** 4:16
**conscious** 13:5
**contained** 15:4
**control** 15:17
**correct** 6:22 8:1 9:13,17 10:12,22 12:18 13:11 15:7
**Council** 2:9
**count** 5:11,13 5:15 6:1,3,5 7:1,3,12 8:3 8:5,7,19,21 8:23 9:22 9:24 10:2 10:17,19,24 11:17,19,21 13:5,6,8,9 13:12,15,17
**counted** 12:15
**court** 1:16 3:23 4:15 12:17 15:11

**D**
**date** 7:16 8:11 9:2 10:6
**dated** 9:16
**Day** 4:16 6:15
**Dec** 6:21 12:9
**decide** 11:6
**Declaration** 5:4,7,19 6:10 7:16 10:5 11:3,5 11:10
**decorum** 3:1
**DEELEY** 1:7 2:4 3:13,19 4:2,9 5:10 5:20,24 6:19,24 7:20,23 8:2 8:13,18 9:6 9:15,18,21 10:10,13,16 11:9,13,16 12:1,6,9,12 13:9,21 14:5
**Department** 7:9
**Deputies** 14:3
**dialogue** 2:17
**Dietz** 4:6,7,13 4:24 5:16 5:21,22 6:6 6:18,22 7:8 7:13,22 8:1 8:8,16,24 9:8,13,16 9:17,20 10:3,12,15 10:22 11:1 11:12,15,22 12:5,8,11 13:18
**different** 11:3
**difficult** 12:13
**direct** 4:1 15:17
**directions** 7:8
**discretion** 2:22
**discriminat...** 3:3
**discuss** 2:10
**distinction** 9:14
**Division** 4:17
**Donald** 3:9 3:22

**E**
**E** 15:1
**eight** 11:1
**election** 2:11 4:16 6:15 12:20 14:2 14:4
**Elections** 1:1 4:6
**elector** 7:18 7:19 9:4 11:4
**enclosed** 13:13
**envelope** 5:4 5:7,19 6:10 10:5 11:6 11:10,24 12:4 13:4 13:13
**Envelopes** 12:10
**evidence** 15:4
**Executive** 2:8
**expecting** 12:22
**extend** 2:21

**F**
**F** 15:1
**fades** 3:9
**failing** 13:3
**failure** 12:18
**FAX(215)5...** 1:18
**filled** 12:10
**Finally** 2:24
**first** 2:6 5:3
**five** 8:9
**foregoing** 15:6,13
**forward** 3:6 3:7
**four** 7:14
**Friday** 2:8
**FRIENDS** 1:17
**FULL** 1:16
**fully** 15:4

**G**
**Garrett** 4:6 4:10,12 6:19 7:4,20 8:14 10:10 11:9 12:1
**germane** 2:23
**give** 4:3
**go** 3:15 4:24
**going** 3:15 6:13
**good** 4:7,9,11 13:5

**H**
**hand** 10:9
**hard** 4:21 14:4
**hear** 3:11,16 4:5
**hearing** 4:21
**HELD** 1:5

**I**
**included** 11:23 12:3
**including** 5:6 12:20
**indicate** 11:10
**individual** 11:2
**information** 4:3 5:6 6:11

**J**

**K**
**Kerns** 3:8,8 3:19,21,22
**King** 1:12 15:11
**five** 8:9
**know** 3:23

**L**
**label** 9:12 11:5
**LANE** 1:17
**leading** 12:20
**leads** 14:4
**legislators** 12:18
**level** 5:1
**Linda** 3:8,21
**LISA** 1:7
**list** 7:6
**litigation** 2:10
**live** 2:14

**M**
**M** 1:7,12 15:11
**match** 7:6
**matter** 12:18 15:6
**means** 15:16
**meet** 2:9
**meeting** 1:2 3:1 4:4 14:10
**met** 2:7
**minutes** 2:21
**missing** 8:11 9:4,9 10:7
**morning** 4:7 4:9,12
**move** 2:12 4:20

**N**
**N** 15:1
**naked** 12:13 12:15
**name** 3:8,21 3:23 7:17 8:12 9:3 10:7
**need** 11:11
**needed** 3:23
**New** 13:23
**NEWTOWN** 1:17
**nine** 11:22
**Notary** 15:11
**note** 4:15
**noted** 15:4
**notes** 15:5
**November** 1:5 2:5,9
**number** 5:17 6:7 7:14 8:9,24 9:19 10:3,14 11:1,14,22 12:2

**O**
**O** 15:1
**offer** 3:5
**Okay** 4:22 5:16 6:6 7:13 8:8 13:18
**OMAR** 1:8
**ongoing** 2:10
**opportunity** 2:17
**order** 2:10 3:1 4:16

**P**
**PENNSYL...** 1:17
**people** 13:2
**performed** 4:14
**personal** 3:3
**Philadelphia** 2:7,15,16 13:2
**Phillips** 4:17
**please** 3:6,17 3:20 4:19 11:14
**pleased** 12:19
**polls** 6:14
**preserve** 3:1
**printed** 7:17 8:12 9:3,9 10:7
**proceedings** 2:1 15:3
**profane** 3:2
**Properly** 12:10
**provided** 6:11 10:6

Exhibit A

Case ID: 201100878
Control No.: 20110899

**Public** 2:12 2:16,18,22 3:5 15:11
**put** 4:22 13:3

**Q**

**question** 7:5
**questions** 4:1

**R**

**R** 15:1
**read** 13:10
**received** 6:14 7:24 10:11 12:7
**recess** 14:8
**regarding** 2:11
**relevant** 2:23
**repeat** 3:20 11:14
**report** 4:5
**REPORTED** 1:12
**reporter** 3:24 15:11,19
**REPORTI...** 1:16
**represent** 3:9 3:22
**reproduction** 15:15
**resident** 2:14
**responsibili...** 2:24
**review** 4:14 5:2
**right** 4:23
**RPR** 1:12 15:11
**ruling** 12:17

**S**

**Sabir** 1:8 5:14 6:4 7:4,11 8:6 8:22 10:1 10:20,23 11:20 12:21 13:16 14:1 14:6
**Schmidt** 1:7 4:11 5:12 6:2,16 7:2 8:4,20 9:11 9:23 10:18 11:18 12:22 13:7,14,24
**second** 3:14 5:1 13:4
**secondary** 4:14
**Secrecy** 11:24 12:3 13:13
**SERVICE** 1:16
**Session** 2:8
**seven** 10:3
**sign** 5:19 6:20
**signature** 5:7 6:10,20,23 7:16,17 8:10 9:1,3 10:5
**signatures** 7:6,10
**signed** 9:16 10:21
**signing** 10:6
**six** 8:24
**slanderous** 3:2
**sorry** 13:10 13:22
**speaker** 2:20 3:16 4:23
**speakers** 4:20
**specifically** 9:10 10:8
**Staff** 14:2
**stand** 14:8
**state** 2:13 7:9
**STENOGR...** 3:11,17 4:19
**stenographic** 15:5
**step** 3:6,7
**street** 7:18 8:11 9:4,9 9:12 10:8
**STREHLO...** 1:16
**submit** 4:18
**SUITE** 1:17
**supervision** 15:18
**Supervisor** 4:6
**Supreme** 12:16
**Sure** 3:21
**system** 7:10

**T**

**T** 15:1,1
**taken** 15:5
**telephone** 1:13
**tell** 2:19
**tens** 12:23
**thank** 3:18 4:2 5:24 12:12 14:2 14:5
**thing** 13:11
**think** 2:19
**thousands** 12:23
**three** 6:7
**time** 2:1,21 4:21 14:10
**timely** 6:14 7:24 10:11 12:7 14:3
**today** 6:14 13:20
**told** 4:1
**tolerated** 3:4
**transcript** 15:7,14
**Trump** 3:9 3:22
**two** 2:20 5:17

**U**

**universe** 6:17

**V**

**valid** 4:18
**varies** 12:11
**various** 5:1
**verify** 7:9
**Verna** 4:17
**virtually** 2:8
**vote** 5:10,12 5:14 6:1,2,4 6:24 7:2,11 8:2,4,6,18 8:20,22 9:21,23 10:1,16,18 10:23 11:16 11:18,20 13:6,7,12 13:14,16
**voter** 5:5,18 6:9,22 8:12 9:2,5,10 10:4,9,21
**voters** 6:20 13:2

**W**

**Wait** 3:13
**want** 4:15
**wanted** 9:14
**Ward** 4:17
**wishing** 3:5
**work** 12:21 14:4
**written** 10:8
**wrong** 13:3 13:10
**WWW.ST...** 1:18

**X**

**Y**

**Z**

**Zoom** 1:13

**0**

**1**

**1,211** 6:8,18
**1,259** 7:22
**112** 11:7,15
**116** 1:17
**15** 4:17
**18940** 1:17

**2**

**2020** 1:5 2:5 2:9
**215** 1:18
**225** 5:22

**3**

**36** 4:17

**4**

**4,000** 12:24 13:1,2
**4,027** 12:5,7 13:12
**4,466** 10:15
**472** 5:8

**5**

**504-4622** 1:18
**533** 8:16
**54** 1:17

**6**

**6** 2:9

**7**

**8**

**860** 9:20

**9**

**9** 1:5 2:5
**9:00** 2:2
**9:12** 14:11

Case ID: 201100878
Control No.: 20110899