# Exhibit 6

Find information regarding COVID-19. 





**November 12 - 10:30 AM Dispatch**: The Elections warehouse operations began again this morning at 9 AM. The review of provisional ballots, with challenges by authorized representatives, continues.

Staff are also preparing provisional ballots for tabulation later today. These are the provisional ballots that were not challenged yesterday and will be partially counted based on the determination by Elections.

There are currently 18 representatives of candidates or parties observing or participating in the process  Of those, half are Democratic representatives and half are Republican representatives  Additionally, there is a staff person form the Committee on House Administration observing

**November 11 - 9 PM Dispatch**: The operations at the Elections warehouse are done for today. The group will reconvene tomorrow at 9 AM.

All provisional ballots that were unchallenged and could be counted in their entirety were opened, scanned and tabulated this evening. That number of 8,097 bringing the total votes cast in Allegheny County to 717,733. A total of 14,969 votes were added to the totals today.

Of the 8,097 votes counted in the last batch, 4,345 were cast for Biden and 3,579 were cast for Trump. The full results are available on the Election results website.

Tomorrow, the last batches of the provisional ballots will be reviewed. The provisional ballots without challenge that can be partially counted will be created and scanned. The remaining overseas/military ballots will be created and scanned. Any provisional ballots in the last batches will also be scanned.

**November 11 - 6:30 PM Dispatch**  After a brief 30  minute break for dinner, the review of provisional ballots and challenges has continued but will be wrapping up shortly for the evening  The vast majority of the provisional ballots have been reviewed at this point  Any remaining items will be transported to the warehouse tomorrow morning for review

The final ballots out of the incorrect ballots were finished and scanned. The results have been uploaded to the website. This batch includes an additional 2,422 ballots with 1,803 votes cast for Biden and 569 votes cast for Trump. The total votes case by county voters is now 709,636. Today, a total of 6,872 votes were added to the count thus far.

The staff has also begun to process the provisional ballots for which there was no challenge and would be fully counted  We expect to have one more upload of results before work ends for the evening

Tomorrow, the staff expects to finish the process to review provisional ballots and will begin processing and working through the provisional ballots for which there was no challenge and would be partially counted.

**November 11 - 4:30 PM Dispatch:** The review of provisional ballots continues. Those which have been designated as allowable votes that are not contested are being processed and are expected to be scanned/counted/tabulated later this evening.

Another batch of ballots from the 7,000 incorrect ballots that were returned by voters were scanned and added to the results page

The total count of votes added from that batch are 2,061 bringing the total ballots cast in the county to 707,214. Of those votes, 1,519 were cast for Biden and 460 were cast for Trump. This morning's first batch also included the 256 miscellaneous ballots that had been set aside for resolution and were determined to be valid to vote.

With both batches together, approximately 2,000 of the ballots from the 7,000 incorrect ballots remain to be scanned/counted/tabulated

**November 11 - 1:15 PM Dispatch:** The staff and authorized representatives have just re-convened after a short, 30-minute break for lunch.

The batch of 7,000 incorrect ballots that were returned are continuing to through the process to vote the candidates who would have appeared on the corrected ballot if that race also appeared on the incorrect ballot. Once that's complete, those ballots will be scanned, tabulated and reported. The first set of those ballots have been scanned and added to the results page.

The examination of provisional ballots has also begun this morning with representatives from both sides seated at the table for any challenges.

Warehouse staff are opening the ballot return bags to ensure there are no provisional ballots stored there and then will be resealing them. They are also extracting the poll books for scanning.

There were a total of 2,389 ballots that were uploaded into the system, bringing the total number of votes cast to 705,153  Of those ballots, 1,771 votes were cast for Biden and 578 votes were cast for Trump

**November 11 - 10 AM Dispatch**: The operations at the Elections warehouse began again at 9 AM this morning.

The batch of 7,000 incorrect ballots that were returned are currently going through the process to vote the candidates who would have appeared on the corrected ballot if that race also appeared on the incorrect ballot. Once that's complete, those ballots will be scanned, tabulated and reported.

The examination of provisional ballots has also begun this morning with representatives from both sides seated at the table for any challenges.

Warehouse staff are also opening the ballot return bags to ensure there are no provisional ballots stored there and then will be resealing them. They are also extracting the poll books for scanning.

Currently, there are 21 authorized representatives for candidates or parties on site. Of those, 14 are representing Republican candidates and seven (7) are representing Democratic candidates. There is also a staff person here representing the Committee on House Administration.

**November 10 - 9:15 PM Dispatch**: Operations at the warehouse concluded at 9:15 PM for the evening. At a minimum, operations tomorrow will run from 9 AM to 9 PM, with a possibility that they could go longer into the evening.

The approximately 7,000 incorrect ballots are currently in process  As noted earlier, the staff did the sufficiency review, opened the declaration envelopes, and extracted the secrecy envelopes tonight  The rest of the process will be done tomorrow

Tomorrow morning, the Return Board will begin to examine the provisional ballots and open the ballot return bags to ensure there are no provisional ballots stored there.

**November 10 - 8 PM Dispatch**  The organization of and research into the provisional ballots for the Return Board process continues  The work is complete for approximately 560 precincts with the remaining in process

All of the surrendered ballots have been reviewed to pull and set aside any of the batch of corrected ballots (with an orange bar) that were surrendered. There were a total of 1,331 ballots in that category and, of those, 120 ballots had a matching white (incorrect) envelope that had been returned to Elections. Those ballots have now been set aside. Another eight (8) ballots show that a white one (incorrect ballot) was returned in the SURE system but the white ballot has not yet been identified. Those ballots have also been set aside. The 128 number will be subtracted from the estimated 7,100 ballots to leave approximately 7,000 to be canvassed. The team is doing the sufficiency review, opening the declaration envelopes, and extracting the secrecy envelopes tonight. The rest of the process will be done tomorrow.

At today's Board of Elections meeting, the Board voted by a 2-1 vote to count the 2,349 ballots returned with no date. There is a 48 hour period to appeal that vote and so those ballots will be put aside until that time period has expired with no appeal, or until appeals have been exhausted, whichever comes first. Additionally, the 947 ballots that were postmarked on or before Election Day and received on November 4-6 remain segregated and have not been counted.

Approximately 200-300 that had miscellaneous issues to be resolved have been addressed and will move forward for canvassing. As of 3 PM today, another 317 military and overseas ballots had been received which will also be brought over for canvassing. With the above ballots, that brings the total estimated mail-in and absentee ballots to a little over 10,000 that remain to be canvassed with the noted caveats.

Another approximately 2,000 ballots were naked    meaning they were returned without a secrecy envelope    and will not be counted pursuant to the PA Supreme Court ruling  An additional 370 had incomplete voter declarations and will not be counted

The plan for tomorrow is to begin examination of the provisional ballots and open the ballot return bags to ensure there are no provisional ballots stored there. Both will be done with the authorized representatives and watchers present.

**November 10 - 12:50 PM Dispatch**  The review of surrendered and spoiled ballots continues at this time

Staff and authorized representatives are currently taking a half hour break for lunch and will reconvene at 1 PM.

The cover sheets for the provisional ballots for which research has been completed will be provided to authorized representatives once work begins again at 1 PM

The Elections Division also noted that it has received 4 OmniBallots which allow those who are visually impaired to vote by mail-in or absentee ballot. There were 7 applications and these 4 were returned timely. The votes from those ballots will be added to the tallies later today.

**November 10 - 9 AM Dispatch**: The staff convened again this morning at 9 AM. The review of surrendered and spoiled ballots has continued with five (5) of seven (7) regions complete and work underway on the sixth.

The examination of provisionals could begin today and we will note when that process occurs.

As of now, there are 18 representatives of campaigns or candidates at the warehouse – 11 represent the Republican party or candidates and seven (7) represent the Democratic party of candidates. Additionally, there are two staff members representing the Committee on House Administration present.

**November 9 - 8 PM Dispatch**  Operations at the warehouse are concluding at 8 PM for the evening  The review of surrendered and spoiled ballots continues and will be the first activity tomorrow as well

The examination of provisional ballots could begin tomorrow, to the extent that a precinct is not impacted by the review of a surrendered or spoiled ballot.

At a minimum, operations tomorrow will run from 9 AM to 9 PM, with a possibility that they could go longer into the evening.

**November 9 - 4:30 PM Dispatch**  The Elections staff continues to go through the ballots that were surrendered or spoiled to find any ballots with an orange bar on them which would indicate that the county may have received an incorrect ballot as well  This process is necessary to ensure that no person votes more than once

Of the appx. 6,500 ballots that had various issues to be resolved, the staff sorted through all of those today with approximately 500 being researched further. The Board of Elections will meet virtually tomorrow at 3 PM to consider resolution of those ballots.

This afternoon, 449 in person votes were added to the totals from the scanners that were returned to the warehouse and still had medium in them that had not been uploaded  This brought the number of total votes cast to 702,764  An additional 124 votes were cast for Biden and 320 for Trump  The full summary results is available on the election results webpage

The division continues to work on the time-consuming process to research the approximately 17,000 provisional ballots. The sort of the surrendered and spoiled ballots must occur before examination of the provisionals begins. The staff has completed one of seven regions and is working on two others.

The mail in ballots that were postmarked on or before election day but received Wednesday through Friday remain segregated and have not been opened or counted

The team plans to continue working this evening with no set end time. Additionally, hours are 9 AM to 9 PM tomorrow and for the remainder of the week, at a minimum.

**November 9 - 10:30 AM Dispatch**: This morning, there are three main activities occurring at the Elections warehouses: The bins of ballots still needing resolution are being reviewed by the Division Manager and Deputy Division Manager on a table in front of the observers. They will be sorted into two piles – one for ballots for which resolution is not possible; and, one for ballots that will require further research. Once they are sorted, the ballots that will require further research will be reviewed using the SURE system to determine if resolution is possible.

Elections officials are currently going through the envelopes of ballots surrendered at the polling places to pull any of the ballots returned by a voter who received an incorrect and corrected ballot  Those surrendered ballots will then be matched against the incorrect ballots that will be reviewed during the Return Board process  That step will ensure that anyone who voted in person will not also have their incorrect ballot voted

Elections employees are also pulling the precinct-level scanners from a handful of precincts because the memory sticks remain in those scanners. In the vast majority of those cases, the votes are already contained in results as they were entered using the machine tapes.

There are currently 26 representatives of candidates and parties on premises  Of those, seven are Democratic, 17 are Republican and there are two representatives from Congress on hand to observe the activities

**November 7 - 2 PM Dispatch**: The processing and counting of ballots was suspended while the Elections Division does some additional administrative work and research related to the final batch of ballots from the group of the correct/incorrect ballots. The Return Board and canvassing is expected to begin again on Monday, November 9 to allow time for the Division staff to do that work. There will be no further ballots counted, or results reported until that date.

**November 7 - 11:35 AM Dispatch**: The Elections Division has announced that another 7,253 votes have been added to the Allegheny County vote total, bringing the number of votes cast to 702,315.  Of those, 5,184 votes were cast for Biden and 1,893 votes were cast for Trump. The full detail/summary report is available on the Elections results page at https://results.enr.clarityelections.com/PA/Allegheny/106267/web.264614/.

**November 7 - 9 AM Dispatch**: The Return Board resumed this morning at 9 AM. They are continuing to process the batch of ballots sent to voters that had to be reissued. Last night, the ballots from voters who returned both an incorrect and correct ballot were reviewed, processed, scanned and reported out. This morning, the ballots from voters who returned just the correct ballot are being reviewed and processed. They have begun the scanning process and a report on the results of those ballots are expected to be available sometime between 11 and Noon.

**November 6 - 10:40 PM Dispatch** The last update for today has been uploaded to the Election results webpage  There are 3,212 additional votes that have been added to bring the total vote count to 695,062  Of the most recent update, 2,436 votes went to Biden and 733 votes went to Trump  Additional detail is available on the results webpage

For members of the media, access to the warehouse is available beginning at 8:30 AM. If your outlet was on the list today, you will be on tomorrow's list as well.

**November 6 - 9:30 PM Dispatch:** The Elections Division has just added the remaining military and overseas ballots returned to the Division thus far, as well as the ballots for voters who submitted correct and incorrect ballots. That number is 9,288 and brings the number of overall votes cast to 691,850. In the presidential race, 7,300 additional votes went to Biden and 1,875 votes went to Trump. The remaining detail on races in the county are available on the Elections' results webpage.

**November 6 - 7:15 PM Dispatch** The Return Board is continuing its work with military and overseas ballots and expects to close that process shortly  At that time, they will move to canvassing of the ballots of voters who received incorrect and corrected ballots

The Division will first go through the ballots where a voter returned both a correct and incorrect ballot. If the correct ballot is sufficient, it will move forward for processing. If not, it and the incorrect ballot will be forwarded to the Return Board for processing. If only a correct ballot was returned, it will move forward for processing. If only an incorrect ballot was returned, it will be forwarded to the Return Board for processing.

Today's mail included 113 ballots of which 64 met the Court's criteria for counting  In the three days, 1,045 total ballots were received  Of those, 947 are able to be counted

Finally, the Division has released results for the ballots that would not scan previously, and for 2/3 of the overseas and military ballots done to date. A total of 5,345 votes were added. In the Presidential race, 4,134 of those went to Biden and 1,076 went to Trump. The full summary result and totals are being uploaded to the election results website now.

**November 6 - Noon Dispatch** The Return Board has made the decision to not break for lunch and will instead work through until 4 30 PM

The total votes cast in the county are 677,172 and reflects the six precincts that were not reported until yesterday. They are in-person votes.

Yesterday's mail included 370 total pieces. Of those, 358 meet the criteria set forth by the Court.

To date, the county has received 3,873 overseas and military ballots. Those will continue to come into the office as the deadline is one week from Election Day, or next Tuesday.

Additionally, while there is not an exact number at this time, the Elections Division estimates that there are 17,000 provisional ballots and expect that number will grow

**November 6 - 9 AM Dispatch:** Two members of the Board of Elections – County Executive Rich Fitzgerald and Council Member Sam DeMarco –  arrived at the Election warehouse this morning and made remarks, thanking the approximately 80 members of the Return Board who were being sworn in. County Executive Fitzgerald, who is the Chair of the Board of Elections, administered the oath of office.

The first item that the board is doing is addressing the 2,200 ballots that would not scan on Election night. These ballots are eligible to be counted and were reviewed, but would not go through the scanner. Authorized representatives of the parties and candidates on the ballot may have individuals here viewing the process and examining the ballots. Once that process is complete, the ballots can be scanned.

In yesterday's mail, 372 ballots were received. They are being reviewed now to see how many were postmarked on or before Election Day.

**November 5 - 1 PM Dispatch:**  Allegheny County has counted all of the votes that are able to be voted to this point. Its remaining mail-in and absentee ballots fall into one of three categories:

1 The first category includes ballots that would not scan appropriately  The remedy is to address those ballots during the Return Board process  Again, by state law, the Return Board cannot convene until three days after the election

2.Ballots returned that have been determined by the Elections Division to have sufficiency issues. These ballots will be reviewed as part of the Return Board process. This is an extra step to be as transparent as possible. By state law, the Return Board process cannot begin until three days after the election.

3.Ballots returned by voters impacted by the mailing error announced October 14 (see release) have a potential universe of 29,000. A process was outlined at that time. Subsequently, these ballots were brought up during the federal court case filed by Sean Parnell and Luke Negron related to watchers at additionally offices. As a result of that, the county's process was provided and became part of the order issued by the Court. It specifically stated that Elections could not begin the review, processing and counting of ballots until after the ballot return deadline, which is Friday at 5 PM.

The convening of the Return Board has already been properly advertised and announced  The board is Elections Division staff and will be sworn in at 9 AM on Friday, November 6 at the Elections Warehouse at 901 Pennsylvania Avenue, Pittsburgh 15233

**November 4 - 11 PM Dispatch:** The elections warehouse closed shortly before 11 PM this evening after final uploads of scanned mail-in and absentee ballots and additional in-person precinct results were added to the Election Results webpage.

The current number of ballots cast is 675,928. This includes 313,072 mail-in and absentee ballots.

On Tuesday at 8 PM, we had a total of 348,485 mail-in or absentee ballots returned. The difference between the two numbers – mail-in/absentee votes counted (313,072) and total ballots returned (348,485) is 35,413. That 35,413 includes the universe of voters who received incorrect ballots and were then issued corrected ballots (appx. 29,000), ballots that were unscannable and will need to be duplicated during the Return Board process (appx. 2,250) and miscellaneous ballots like ones missing the date, or an

illegible voter on declaration (appx 4,350) Again, those numbers are all estimates and explain the differences between the number that we have now and the number of ballots returned

The Return Board will convene on Friday morning, November 6, at 9 AM. Although originally planned for the County Office Building, the Return Board will now convene at the Elections Warehouse. Further information and detail will be issued publicly tomorrow.

There are six precincts of the 1,323 that will be reported tomorrow as their results were not transmitted from the regional reporting centers on Tuesday. Those are Braddock Hills 02, Homestead 01-01, Pittsburgh 20-13, Pittsburgh 25-01, Shaler 02-05, and Whitehall 09.

Last, but not least, there is not any canvassing work being done at the warehouse tomorrow and it will be closed to media and observers. The Elections Division staff will be using the day to do administrative work. They will not be available for any media inquiries or interviews tomorrow.

**November 4 - 8 PM Dispatch** A small precinct update (in person voting) was added to the total counts, as well as 20,404 absentee and mail in ballots bringing the total number of votes cast to 658,040

The staff has scanned 287,171 mail-in and absentee ballots thus far with 114,103 of those scanned today since 10:30 AM.

**November 4 - 6:45 PM Dispatch:** A total of 3,366 additional in-person votes have been added to the total number of ballots cast in the county. These additions reflect precincts that did not report yesterday and include Bethel Park 2, Moon 7, North Fayette 2, Pittsburgh 3-4, Pittsburgh 5-12, Pittsburgh 9-1, Pittsburgh 20-2, Pittsburgh 21-1, Pittsburgh 32-4, Ross 4-2, and Upper St. Clair 8-2. This brings the number of ballots cast in the county to 636,468.

The next update will reflect additional scanned mail-in and absentee ballots.

**November 4 - 6 PM Dispatch**  We have scanned an additional 29,008 ballots since the last update which brings today's total to 93,699 and the number of ballots cast in the county to 633,468

The staff has also reviewed the mail received today. There were 525 returned ballots that were postmarked on or before Election Day that were received today. This includes regular and overnight mail. An additional 25 ballots were received from FedEx and 12 ballots were postmarked after Election Day.

**November 4 - 5 PM Dispatch:** The staff is continuing to scan ballots at the warehouse.

As reported tin the 2:45 AM update this morning, we received 348,485 ballots back from voters. In that report, we advised that 173,068 ballots had been scanned and uploaded. As of now, we are at 237,759, an increase of 64,691.

We are currently pulling data from the scanners and expect to have another upload to the website in the next 30-45 minutes.

There are 110,726 ballots remaining. An approximate 29,000 ballots will be reviewed as part of the Return Board process which leaves approximately 81,726 ballots to be counted. Of those, not all will be scanned during this process as some have been set aside due to various issues that need to be resolved before they can be opened and processed. We do not have a count of those ballots, but will provide those when one is available.

**November 4 - 1 PM Dispatch:**  County staff, authorized representatives and media reported at 10 AM this morning to begin scanning again. Ballots that had been stored overnight in a locked cage under surveillance were brought out at approximately 10:15 AM and scanning began anew around 10:30 AM.  As of noon, 15,118 additional ballots have been scanned and those results uploaded to the county's results page. Scanning continues now.

The county announced in October that nearly 29,000 incorrect ballots were sent to voters and, as a result new, corrected ballots were issued to those voters. The effort to reconcile those ballots with the voters will be done as part of the Return Board process. Additionally, there are an unknown number (our priority has been to process, scan and

count the ballots with no issues) of ballots will need to be resolved with the Elections Division in consultation with the Law Department  The review of those ballots will begin later today and updates and numbers of those will be provided as they are available

We do not currently have a count of provisional ballots cast in Allegheny County and will likely not have those numbers for several days.

Today's mail has arrived at the Elections warehouse. We estimate that approximately 500 mail-in and absentee ballots were delivered. As announced previously, those ballots will be segregated along with any mail received through Friday.

**November 4 - 2:45 AM Dispatch**:  The county has made the decision to suspend scanning and will begin again after 10 AM. Staff are being asked to report at 10 AM and scanning will begin shortly after.

As noted earlier, we have 348,485 mail  in and absentee ballots that have been returned  Of those, 173,068 are scanned and uploaded and approximately 29,000 will be reviewed manually through the Return Board process  The remaining 146,537 will be scanned beginning late morning tomorrow and updates provided as that process begins until complete

All ballots have been secured in the warehouse with County Police patrolling the facility all evening. The facility is also under 24-hour video surveillance.

**November 4 - 1 AM Dispatch:** Late on Tuesday evening, our tech staff noticed that precinct information was not loading as quickly as it should have been. After doing some troubleshooting, and testing, with the tech staff, the decision was made to back out the votes coming in from the regional reporting systems and to transmit them again. For a short period of time, the total votes dropped by about 10,000 and has since continued to go back up with 515 precincts uploaded to the reporting software. The team is updating the system every 15 minutes.

A total of 151,022 mail and absentee ballots have been scanned as of now. The process is continuing with staff separating, extracting and flattening ballots. The expectation is that staff will complete that process within the next 60-90 minutes.

**November 3 - 10:30 PM Dispatch**  There have been 348,485 total mail  in and absentee ballots recorded as returned  Of those, 125,383 are scanned

Of the in person voting, 421 precincts are currently reporting with more coming in

**November 3 - 9:15 PM Dispatch**: There are currently 111,884 mail-in and absentee ballots scanned. The number of ballots marked returned is 347,711, and will continue to go up.

The results webpage is updating about every half hour and now includes both mail-in/absentee ballots and in-person results. You can find a link directly to the results page at https://alleghenyvotes.com.

Please note that we are aware that a number of national outlets are reporting incorrect vote totals and over reporting the number of votes for Donald Trump, apparently because of a typo. This is not an error on the county's side. We are trying to reach the source company to ask for them to correct the data.

**November 3 - 8 PM Dispatch**:  Polls are closed.

There are 95,998 ballots scanned currently. The first set of 65,000 has been tabulated and uploaded to the Elections Results page (visit for a direct link - https://alleghenyvotes.com). The remaining will be uploaded immediately afterward.

As of 8 PM today, there were 413,716 applications for mail-in and absentee ballots approved. This includes the emergency ballots that were applied for over the past week.

There have been 347,670 recorded as received as of 8 PM. That number will continue to increase as the other ballots received today will be added to that total.

**November 3 - 7 PM Dispatch**  As of 6 40 PM, we have scanned 82,716 ballots

There are approximately 20,000 ballots that did not contain bar codes and are being manually entered and checked in. We expect that in the next hour or two, the vast majority of the ballots will have had the secrecy envelopes separated from the declaration envelopes with only the final set of ballots needing to go through the

process  There will also be additional ballots that were returned by voters to the County Office Building that will be transported here after polls close and will also go through the process for opening

There are currently 160+ staff working on that process. A third shift of employees will come in relieve this set at 11 PM.

**November 3 - 5 PM Dispatch:** At polling places - The poll worker removed earlier from Pittsburgh 04-10 and 04-11 has been allowed to return by the Court.

We have received reports of a few polling places which did not have voters sign the poll book  Those voters do not need to come back  The numbered list of voters will be used to remedy this issue and note those voters as having cast a vote in this election

Two poll workers at Pittsburgh 15-1, 15-2, 15-3 location removed for fighting; unclear if verbal or physical. Both left before deputies arrived and the other left willingly.

A Court Order was issued for two poll watchers to be removed from Penn Hills 02-03 and 02-04 for alleged voter intimidation. The watchers voluntarily left, but vehemently denied any wrongdoing.

At the warehouse - At 5 PM, five full trays of returned ballots were delivered to the warehouse from the County Office Building. That accounts for approximately 2,000 ballots. Ballots may still be returned until 8 PM.

As of 4 45 PM, 59,799 ballots have been counted

**November 3 - 3 PM Dispatch:** In the 8 AM dispatch, we noted that Pittsburgh 05-05 was unable to open on time. The Judge of Elections' vehicle was stolen with the suitcase inside and has since been recovered. The suitcase does NOT contain ballots. It contains the poll book and keys needed to open the ballot marking device and scanner, as well as other paperwork/materials. The Sheriff's Office also recovered the suitcase and has it in their custody. Four of the five individuals believed to be in the vehicle are in custody, all are juveniles.

This afternoon, the Court ordered the removal of a poll worker from the polling place for Pittsburgh 4-10 and 4-11 on Ellsworth Avenue. Other poll workers reported that the individual was causing a disturbance, taking pictures and video of poling place

activities, and looking at voters' ballots prior to those being scanned

At the warehouse, we have 43,894 ballots scanned as of 3 PM today. The first shift is leaving and a second one of approximately 200 employees is coming in.

**November 3 - 1 PM Dispatch:** As of 1 PM, there are 25,583 ballots scanned. Staff are split approximately 50/50 now between removing the ballot from the privacy envelope and flattening the ballots for scanning. Another 30-40 people are continuing to process the mail that was received late yesterday and today so far.

There are no real updates for polling places  Some sites still have lines, but most appear to be moving smoothly at this time  There have been some complaints of individuals not wearing marks, requests to increase physical distancing and some arguments at polling places  Elections has issued reminders to poll workers and has rover checking to ensure proper physical distancing in place  There has been no need to take any actions relative to arguments

**'November 3 - 11 AM Dispatch:** As of 11 AM this morning, there have been over 9,000 ballots scanned. Yesterday and today's mail is being checked in and processed.

All ballots are in some step of the process with two exceptions:  (1) The ballots returned by voter that received incorrect ballots. Those ballots will be processed manually to reconcile them per the process outlined previously; and, (2) Ballots that have been identified today as needing resolution will be reviewed by a team of elections officials in consultation with the Law Department about further steps.

The Elections Division continues to respond to any issues at polling places.

**November 3 - 9:30 AM Dispatch:**  The first few thousand mail-in and absentee ballots will be scanned shortly. Approximately 80% ballots at the warehouse are at some stage of the pre-canvassing process.

Over 105,000 have had the declaration review and had that first envelope opened, and another 10,000 have now had the secrecy envelope opened and are extracting and flattening the ballots for scanning

The three polling places that were delayed in opening are all open and operating now Reports of machines that are not working correctly have all been addressed, with the majority of them being operator error Additional reports of needs for additional supplies or items for polling places have been addressed, or were provided but poll workers were not aware they already had them

**November 3 - 8:20 AM Dispatch**:  At this time, there are three election districts which have not opened. Elections has staff at each site and is creating a new suitcase with materials so that they can open. They are Monroeville 1-1, McKeesport 12-1 and Pittsburgh 5-5.

At the warehouse, approximately 25% of ballots are at some stage of processing. Over 13,500 have gone through the declaration review and have had the declaration envelope opened and the secrecy envelopes extracted.

**November 3 - 7 AM Dispatch**:  Polls are now open and the pre-canvassing process is beginning shortly of mail-in and absentee ballots.

We have had a few reports, as we do each year, of polling places that will be opening a few minutes late as poll workers set up equipment, or because someone was late