# Exhibit 9

# Law Offices of Linda A. Kerns, LLC

| | |
|---|---|
| 1420 Locust Street | (PA tel) 215.731.1400 |
| Suite 200 | (fax) 215.701.4154 |
| Philadelphia, PA 19102 | www.lindakernslaw.com |

Linda A. Kerns (*PA, NJ, LLM in Taxation*)

November 11, 2020

*Via Electronic Mail Only*

All Counsel: Distribution list attached

    Re:    **Donald J. Trump For President, Inc. et al v. Boockvar et al**
              **4:20-cv-02078-MWB**

Counsel:

    Recognizing that we have not had a Rule 26(f) conference, I seek, on behalf of plaintiffs, a stipulation under Fed. R. Civ. P. 26 (d) (1). I ask all defendants to agree to answer limited discovery requests by 5:00pm EST on Monday, November 16, 2020. For your information, and considering the exigencies of the case, I attach a copy of the Interrogatories that I would request that you answer.

    To the extent we cannot reach an agreement on this issue, I will seek an order from the Court timely compelling responses. I look forward to your response to this request for a stipulation by 5:00 pm on Thursday, November 12, 2020. Thank you for your courtesies.

                                        Very truly yours,

                                        */s/ Linda A. Kerns*

                                        LINDA A. KERNS

LAK/la

Attachment

cc:    Donald J. Trump for President, Inc.
        Lawrence Roberts
        David John Henry

Counsel Distribution List

Andrew F. Szefi
andrew.szefi@alleghenycounty.us

Brian J. Taylor
btaylor@kingspry.com

Christina C Matthias
ccm@hangley.com

Clifford B. Levine
clevine@cohenlaw.com

Daniel T Donovan
daniel.donovan@kirkland.com

Daniel T. Brier
dbrier@mbklaw.com

Donna A. Walsh
dwalsh@mbklaw.com

Edward D. Rogers
rogerse@ballardspahr.com

Elizabeth Wingfield
wingfielde@ballardspahr.com

Elizabeth A. Dupuis
bdupuis@babstcalland.com

John B. Dempsey
jdempsey@mbklaw.com

Karen Mascio Romano
kromano@attorneygeneral.gov

Keli M. Neary
kneary@attorneygeneral.gov

Mark A. Aronchick
maronchick@hangley.com

Michele D. Hangley
mhangley@hangley.com

Molly E Meacham
mmeacham@babstcalland.com

Nicole J. Boland
nboland@attorneygeneral.gov

Robert A Wiygul
raw@hangley.com

Stephen Moniak
smoniak@attorneygeneral.gov

Terence M Grugan
grugant@ballardspahr.com

Timothy D. Katsiff
KatsiffT@ballardspahr.com

Virginia Scott
virginia.scott@alleghenycounty.us

Witold J. Walczak
vwalczak@aclupa.org