# Exhibit 11

**VOTE BY MAIL**  **NEW VOTING SYSTEM**  **REGISTER ONLINE**  **CAMPAIGN FINANCE**

Office of the PHILADELPHIA CITY COMMISSIONERS

Home | About Us | Voters | Candidates & Campaigns | Election Board Officials | Resources & Data | Contact Us

**Presidential General Election**
11/3/2020
Polls open 7am-8pm.

**1** DAYS
**20** HRS  **45** MINS

# Cancelled Ballot Notification Information

**Exhibit 11**

Share on Facebook | Print

Voters who have received a notification that their ballot was cancelled may fall into one of the following three categories:

- CANC – NO SIGNATURE - Voter's ballot was returned without a signature on the declaration envelope
- CANC – VOTE CANCELLED - Voter's ballot was determined to lack a secrecy envelope without opening the declaration envelope
- CANC - UNDELIVERABLE - Voter's ballot was returned by the USPS to the County Board of Elections

Voters whose ballots have been cancelled can vote by provisional ballot on Election Day; alternatively they may request a replacement ballot at a satellite election office through 8:00 PM on Election Day.

Información sobre el Aviso de Boleta Cancelada

Los votantes que hayan recibido un aviso de que su boleta fue cancelada pueden integrar una de las tres categorías siguientes:

- CANCELACIÓN-FALTA DE FIRMA: la boleta del votante se envió sin una firma en el sobre de declaración.
- CANCELACIÓN-VOTO CANCELADO: se determinó, sin abrir el sobre de declaración, que la boleta del votante nocontenía el sobre secreto.
- CANCELACIÓN-IMPOSIBILIDAD DE ENTREGA: USPS devolvió la boleta del votante a la Junta Electoral del Condado.

Los votantes cuyas boletas hayan sido canceladas pueden votar mediante una boleta provisional el Día de la Elección; alternativamente, pueden solicitar una boleta electoral de reemplazo en una oficina electoral satélite hasta las 8:00 p. m. del Día de la Elección.

**Election Calendar**

11/3/2020
Last day for County Boards of Elections to receive voted mail-in and civilian absentee ballots

11/3/2020
GENERAL ELECTION

11/3/2020
24-Hour Reporting - Daily Reporting Ends

11/4/2020
First day to REGISTER after November election

11/10/2020
Last day for County Boards of Elections to receive voted military and overseas absentee ballots