# Exhibit 12

## DECLARATION

1. My name is Marjilyn Murray. I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.

2. I am a resident of Philadelphia County, Pennsylvania.

3. I voted using a mail-in ballot for the 2020 General Election.

4. After submitting my ballot, I received a text message on November 2, 2020 at about 12:57 p.m. from Elizabeth Fiedler's campaign for a state representative office. See Exhibit 1.

5. My understanding is that Elizabeth Fiedler is a democratic candidate

6. The text message stated that my ballot was unable to be processed and informed me that I had to go to a satellite office to get a new ballot printed for me to fill out and vote.

7. I asked if I could just vote provisionally, and they said that if I did that, there would be a chance my vote would not count. Exhibit 2.

8. I am friends with Al Schmidt. Via a Facebook Messenger chat that was deleted, he informed me that my ballot was rejected because it did not have an inner secrecy envelope.

9. I declare under penalty of perjury that the forgoing is true and correct. (28 U.S.C. § 1746).

Executed on November 12, 2020

_____
Marjilyn Murray



2:26

+12672821194
12:57 PM, Nov 2

**(No subject)**

Hi, this is Karla from state rep Elizabeth Fiedler's campaign. I wanted to let you know that we got a notice that, while you returned your mail-in ballot, it was not able to be processed. You'll need to go to a satellite election office, there they can print a new ballot for you and you can fill it out and vote all in one visit. The closest office to south Philly is the high school for the creative and performing arts at 901 s broad st (that's at broad & Catharine). They're open today, and Election Day. We can help arrange a ride for you if you need. If you have questions or issues, please call us at 267-777-8683

Copy text    Share

