# Exhibit 13

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA

{PLAINTIFF},

    Plaintiff,

v.

{DEFENDANT},

    Defendant.

Case No. {}

### DECLARATION OF DAVID HENRY

I David Henry, declare as follows:

1. I am a resident of West Hempfield Township, Lancaster County, Pennsylvania. I was born on 01/28/1946 and am of sound mind. I have personal knowledge of the contents of this Declaration and if called as a witness I could and would testify competently as to their truth.

2. On or about May 8, 2020, I requested a ballot to vote by mail in the United States 2020 presidential election. I am a registered Republican. I submitted my vote by mail for President Trump on or about October 6, 2020. I was notified that my ballot was canceled three days after the election concluded on November 6, 2020. The ballot was canceled due to it not being enclosed in the second "secrecy" envelope.

3. I have been informed subsequently that public Secretary of State records show that my ballot was never received and was listed as "canceled."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED ON: **November 8, 2020**          By:   */s/David Henry/* David Henry
                                                  Name: David Henry