# Exhibit 14

### DECLARATION OF LAWRENCE ROBERTS

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | ) |
|  | ) SS |
| **COUNTY OF    FAYETTE** | ) |

Lawrence Roberts who has been first duly sworn, deposes and states as follows:

1. I am an adult individual over the age of eighteen (18).

2. I am a resident of Uniontown, Fayette County, Pennsylvania.

3. I have personal knowledge of the facts described in this Declaration.

4. My name is Lawrence Roberts

5. I have been a registered voter in Uniontown for approximately 15 years.

6. I have also been an elected official; I was a representative for 51st District for 15 years. I was elected as a Democrat, but I switched to Republican after I retired.

7. I have filed absentee ballots for approximately the last 15 years, with no problems.

8. Approximately two weeks before the election, I hand carried my absentee ballot to the election bureau in Uniontown, and handed it to an election official.

9. I just learned today that the voter services website indicates that my vote was cancelled. No one has called or notified me of that fact.

10. I am very upset that my vote has not been counted.

### DECLARANT SAYETH NOTHING FURTHER

Pursuant to 28 U.S. Code § 1746, I declare under the laws of the United States of America and under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2020

*/s/Lawrence Roberts* Lawrence Roberts

Name:  Lawrence Roberts