# Exhibit 15

<span style="color:red">**Exhibit 15**</span>

**DECLARATION OF THOMAS HETAK**

**COMMONWEALTH OF PENNSYLVANIA**     )
                                     ) SS
**COUNTY OF NORTHAMPTON**             )

<u>DECLARATION OF THOMAS HETAK</u>

I THOMAS HETAK declare as follows:

1. I am a resident of Northampton County, Pennsylvania. I am over 18 years of age and my date of birth is: March 25, 1965. I have personal knowledge of the contents of this Declaration and if called as a witness I could and would testify competently as to their truth.

2. I'm a registered Voter and qualified to vote in the Commonwealth of Pennsylvania.

3. I requested a mail in ballot for the 2020 US Presidential Election, and I submitted it by mail 2 weeks before November 3, 2020.

4. On October 26th, 2020 I received an email from <u>RA-voterregstatcert@state.pa.us</u> stating: "Your ballot status has been updated to 'cancelled' because of voting at a polling place…" This email will be attached to this Declaration.

5. I never voted at a polling place, and my ballot should have been cancelled for this reason.

6. On November 2, 2020 I received an email from a GOP account further reminding me, "Records show you requested a mail in ballot but have not returned it. If you plan to vote in person…." This email will also be attached to this Declaration.

7. I was not able to vote in person because travel took me out of Pennsylvania in the weeks leading up to and during the election.

8. My votes were for Donald Trump for President and down ballot Republican candidates.

9. The current status of my mail in ballot according to the Secretary of State is "cancelled".

10. I was told my ballot was cancelled because of a record that I voted in person. I did not vote in person. My cancelled, mail in ballot should be reinstated, as it was in fact the only vote I submitted in this election.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED ON: **November 10, 2020**          By: */s/THOMAS HETAK*
                                            Name: THOMAS HETAK

R    RA-voterregstatcert  Oct 26
     to HECIOT

Dear THOMAS HETAK,

Your ballot has been received by
NORTHAMPTON County on 10/26/2020.

Your ballot status has been updated to
cancelled because it cannot be counted due
to voting at the polling place.

If you have questions about your ballot,
please contact NORTHAMPTON County at
(610) 829-6260.

Thank you

****Please do not reply to this email.****

Reply        Forward

Text Message
Mon, Nov 2, 4:25 PM

Our records show you have requested a mail-in ballot but have not returned it! If you plan to vote in person please bring BOTH envelopes with you to vote. You can find your polling place: http://securely.vote/6eok

You can check the status of your mail-in ballot here:http://securevote.gop/kx4g

(Reply STOP to opt out)

Text Message