# Exhibit 16

**Exhibit 16**

# DECLARATION OF DOUGLAS CHEW

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) SS |
| COUNTY OF WESTMORELAND | ) |

### DECLARATION OF DOUGLAS W. CHEW

I, Douglas W. Chew, declare as follows:

1. I am a resident of Westmoreland County, Pennsylvania.

2. I am over 18 years of age.

3. I have personal knowledge of the contents of this Declaration.

4. I'm a registered voter and qualified to vote in the Commonwealth of Pennsylvania.

5. I am the Vice-Chairman of the Westmoreland County Board of Elections, and because of my position, I am familiar with Westmoreland County's pre-canvassing procedures.

6. Westmoreland County did not contact voters whose mail-in or absentee ballots had been cancelled for lack of a secrecy envelope, date, signature, printed name, or address, and did not provide such voters with an opportunity to cure any such deficiencies in their returned mail-in or absentee ballots.

7. I believe that it is imperative that the laws enacted by the Pennsylvania General Assembly are followed by voters and officials alike to ensure free, open, fair, and honest elections.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED ON: **November 12, 2020**    By: _____ 11/12/2020

Name: Douglas W. Chew