UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :

**PETITION**

I, Mary M. McKenzie, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: The Public Interest Law Center

2 Penn Center 1500 JFK Boulevard, Suite 802

Philadelphia, PA 19102

Office Telephone: 267.546.1319

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

PA (12/1/1986 ); E.D.Pa. (12/10/1986); Third Circuit (10/16/1987)

My attorney Identification number is: PA# 47434

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   s/ Matthew W. Brann    Date: 11/20/2020
                        United States District Judge