# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, Jonathan Wallace, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:

Box 728

Amagansett NY 11930

Office Telephone:   (917) 359-6234

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York State, Eastern and Southern Federal Districts in New York,

My attorney Identification number is: 1733757

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   _s/ Matthew W. Brann_   Date: 11/20/2020
United States District Judge