# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br><br>          Defendants. | Civil Action No. 4:20-cv-02078-MWB<br><br>Judge Matthew W. Brann |

## **ORDER**

Having considered Plaintiffs' Renewed Motion for Temporary Restraining Order and Preliminary Injunction and having reviewed the papers in support of Plaintiffs' Motion, together with all opposition thereto;

**IT IS ON THIS** _____ day of _____, 2020 hereby

**ORDERED** that Plaintiffs' Renewed Motion for Temporary Restraining Order and Preliminary Injunction is DENIED.

 

_____
Matthew W. Brann, U.S.D.J.

DMEAST #42895835 v1