# Exhibit A

# 2020 General Election
# November 3, 2020

## DELAWARE County, Pennsylvania

## CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

We the undersigned, Clerks appointed to compute the votes cast at the General Election aforesaid, do hereby certify that the within statement is a correct computation of the votes returned as cast for federal and state offices in the several Election Districts of the County at the General Election held on the 3rd day of November 2020.

### ATTESTED: (to be signed by all the Clerks)

*Laureen T. Hagan, Chief Clerk, to Board of Election*

*Nov. 18, 2020*

SIGNED this _____ 18th _____ day of November, 2020

_____

_____          **County Board of Elections of**

_____          **DELAWARE County, Pennsylvania**

## FINAL CERTIFICATION

And now, five days after the completion of the within computation of votes, no petition for a rec8ount or recanvass having been filed in accordance with the provisions of the Elections code, or in case of petition, the revision directed by the Court of Common Pleas having been made, we certify the within return of votes cast as being true and correct.

SIGNED this _____ day of November, 2020

_____

_____          **County Board of Elections of**

_____          **DELAWARE County, Pennsylvania**

## 2020 General Election
## November 3, 2020

## DELAWARE County, Pennsylvania

### CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

We the undersigned, Clerks appointed to compute the votes cast at the General Election aforesaid, do hereby certify that the within statement is a correct computation of the votes returned as cast for federal and state offices in the several Election Districts of the County at the General Election held on the 3rd day of November 2020.

ATTESTED: (to be signed by all the Clerks)

_Laureen T. Hagan, Chief Clerk, to Board of Election_

_Nov. 18, 2020_

SIGNED this_____18th_____day of November, 2020

**County Board of Elections of**

**DELAWARE County, Pennsylvania**

### FINAL CERTIFICATION

And now, five days after the completion of the within computation of votes, no petition for a rec8ount or recanvass having been filed in accordance with the provisions of the Elections code, or in case of petition, the revision directed by the Court of Common Pleas having been made, we certify the within return of votes cast as being true and correct.

SIGNED this_____day of November, 2020

**County Board of Elections of**

**DELAWARE County, Pennsylvania**

# 2020 General Election
## November 3, 2020

## DELAWARE County, Pennsylvania

### CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

We the undersigned, Clerks appointed to compute the votes cast at the General Election aforesaid, do hereby certify that the within statement is a correct computation of the votes returned as cast for federal and state offices in the several Election Districts of the County at the General Election held on the 3rd day of November 2020.

### ATTESTED: (to be signed by all the Clerks)

Laureen T. Hagan, Chief Clerk to Board of Election

Nov. 18, 2020

SIGNED this _____18th_____ day of November, 2020

County Board of Elections of

DELAWARE County, Pennsylvania

### FINAL CERTIFICATION

And now, five days after the completion of the within computation of votes, no petition for a rec8ount or recanvass having been filed in accordance with the provisions of the Elections code, or in case of petition, the revision directed by the Court of Common Pleas having been made, we certify the within return of votes cast as being true and correct.

SIGNED this_____day of November, 2020

County Board of Elections of

DELAWARE County, Pennsylvania

# CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

## Computation 1 Cover Sheet

The following is the computation of all election day ballots, provisional ballots, military and overseas ballots, and <u>only</u> those civilian absentee and mail-in ballots received by 8:00 pm on November 3, 2020.

## CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

## Computation 1

| | CANDIDATE | PARTY | CONTEST |
|---|---|---|---|
| 206423 | BIDEN, JOSEPH R | DEM | USP |
| 118532 | TRUMP, DONALD J | REP | USP |
| 2976 | JORGENSEN, JO | LIB | USP |
| 195879 | SHAPIRO, JOSH | DEM | ATT |
| 120110 | HEIDELBAUGH, HEATHER | REP | ATT |
| 4512 | WASSMER, DANIEL | LIB | ATT |
| 2659 | WEISS, RICHARD L | GRN | ATT |
| 183638 | AHMAD, NINA | DEM | AUD |
| 126085 | DEFOOR, TIMOTHY | REP | AUD |
| 8580 | MOORE, JENNIFER | LIB | AUD |
| 3241 | FAISON, OLIVIA | GRN | AUD |
| 189405 | TORSELLA, JOE | DEM | TRE |
| 124274 | GARRITY, STACY L | REP | TRE |
| 5187 | SOLOSKI, JOE | LIB | TRE |
| 2891 | RUNKLE, TIMOTHY | GRN | TRE |

# CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

## Computation 1

| | CANDIDATE | PARTY | CONTEST |
|---|---|---|---|
| 201146 | SCANLON, Mary Gay | DEM | Congress 5th Dist |
| 122176 | PRUETT, Dasha | REP | Congress 5th Dist |
| 50622 | KANE, John I. | DEM | Senate 9th Dist |
| 45149 | KILLION, Thomas H. | REP | Senate 9th Dist |
| 31458 | CAPPELLETTI, Amanda M. | DEM | Senate 17th Dist |
| 19401 | FISHER, Ellen | REP | Senate 17th Dist |
| 17536 | KIRKLAND, Brian | DEM | House 159th Dist |
| 6967 | MOTON, Ruth | REP | House 159th Dist |
| 12227 | ANDREW, Anton | DEM | House 160th Dist |
| 14960 | WILLIAMS, Craig | REP | House 160th Dist |
| 22737 | KRUEGER, Leanne | DEM | House 161st Dist |
| 17158 | SHICATANO, Ralph | REP | House 161st Dist |
| 18675 | DELLOSO, Dave | DEM | House 162nd Dist |
| 15721 | GAGLIO, Pete | REP | House 162nd Dist |
| 22242 | ZABEL, Mike | DEM | House 163rd Dist |
| 14672 | MCCOLLUM, Michael | REP | House 163rd Dist |
| 24357 | DAVIDSON, Margo L. | DEM | House 164th Dist |
| 21499 | O'MARA, Jennifer | DEM | House 165th Dist |
| 20191 | SMYTHE, Jr., Robert | REP | House 165th Dist |
| 23277 | VITALI, Greg | DEM | House 166th Dist |

## CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

| 10509 | BOYLE, Christine | REP | House 165th Dist |
|---|---|---|---|
| 21500 | CIAMACCA, Deb | DEM | House 168th Dist |
| 22376 | QUINN, Chris | REP | House 168th Dist |
| 5235 | YOUNG, Regina | DEM | House 185th Dist |
| 7388 | MCCLINTON, Joanna E. | DEM | House 191st Dist |

| Cumulative Results Report | | | | **DELAWARE COUNTY, PENNSYLVANIA** | | | Unofficial Results | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Registered Voters | |
| | | | | | | | 329749 of 425461 = 77.50% | |
| Computation 1 | | | | GENERAL ELECTION | | | Precincts Reporting | |
| | | | | | | | 428 of 428 = 100.00% | |
| Run Time | 3:19 PM | | | 11/3/2020 | | | | |
| Run Date | 11/18/2020 | | | Page 1 | | | | |

### PRESIDENTIAL ELECTORS (Vote for candidates of one party for President and Vice President)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Joseph R. BIDEN Kamala D. HARRIS | DEM | 94,246 | 49.01% | 107,643 | 83.57% | 4,534 | 66.62% | 206,423 | 62.95% |
| Donald J. TRUMP Michael R. PENCE | REP | 96,019 | 49.93% | 20,295 | 15.76% | 2,218 | 32.59% | 118,532 | 36.15% |
| Jo JORGENSEN Jeremy Spike COHEN | LIB | 2,048 | 1.06% | 874 | 0.68% | 54 | 0.79% | 2,976 | 0.91% |
| Cast Votes: | | 192,313 | 100.00% | 128,812 | 100.00% | 6,806 | 100.00% | 327,931 | 100.00% |
| Undervotes: | | 295 | | 318 | | 14 | | 627 | |
| Overvotes: | | 91 | | 18 | | 9 | | 118 | |
| Unresolved Write-in Votes: | | 569 | | 476 | | 28 | | 1,073 | |

### ATTORNEY GENERAL (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Josh SHAPIRO | DEM | 90,226 | 47.59% | 101,407 | 79.87% | 4,246 | 64.29% | 195,879 | 60.61% |
| Heather HEIDELBAUGH | REP | 94,816 | 50.01% | 23,123 | 18.21% | 2,171 | 32.87% | 120,110 | 37.17% |
| Daniel WASSMER | LIB | 3,072 | 1.62% | 1,322 | 1.04% | 118 | 1.79% | 4,512 | 1.40% |
| Richard L. WEISS | GRN | 1,469 | 0.77% | 1,121 | 0.88% | 69 | 1.04% | 2,659 | 0.82% |
| Cast Votes: | | 189,583 | 100.00% | 126,973 | 100.00% | 6,604 | 100.00% | 323,160 | 100.00% |
| Undervotes: | | 3,360 | | 1,900 | | 235 | | 5,495 | |
| Overvotes: | | 149 | | 21 | | 11 | | 181 | |
| Unresolved Write-in Votes: | | 176 | | 55 | | 7 | | 238 | |

### AUDITOR GENERAL (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Nina AHMAD | DEM | 82,986 | 43.99% | 96,621 | 76.48% | 4,031 | 61.57% | 183,638 | 57.11% |
| Timothy DEFOOR | REP | 98,001 | 51.95% | 25,886 | 20.49% | 2,198 | 33.57% | 126,085 | 39.21% |
| Jennifer MOORE | LIB | 5,857 | 3.10% | 2,497 | 1.98% | 226 | 3.45% | 8,580 | 2.67% |
| Olivia FAISON | GRN | 1,818 | 0.96% | 1,331 | 1.05% | 92 | 1.41% | 3,241 | 1.01% |
| Cast Votes: | | 188,662 | 100.00% | 126,335 | 100.00% | 6,547 | 100.00% | 321,544 | 100.00% |
| Undervotes: | | 4,334 | | 2,543 | | 295 | | 7,172 | |
| Overvotes: | | 69 | | 12 | | 7 | | 88 | |
| Unresolved Write-in Votes: | | 203 | | 59 | | 8 | | 270 | |

**Cumulative Results Report**

**DELAWARE COUNTY, PENNSYLVANIA**

**Unofficial Results**

Computation 1

GENERAL ELECTION

Registered Voters
329749 of 425461 = 77.50%

Precincts Reporting
428 of 428 = 100.00%

Run Time        3:19 PM
Run Date       11/18/2020

11/3/2020
Page 2

### STATE TREASURER (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Joe TORSELLA | DEM | 86,759 | 45.93% | 98,544 | 78.02% | 4,102 | 62.61% | | 189,405 | 58.87% |
| Stacy L. GARRITY | REP | 97,269 | 51.49% | 24,766 | 19.61% | 2,239 | 34.17% | | 124,274 | 38.62% |
| Joe SOLOSKI | LIB | 3,428 | 1.81% | 1,625 | 1.29% | 134 | 2.05% | | 5,187 | 1.61% |
| Timothy RUNKLE | GRN | 1,447 | 0.77% | 1,367 | 1.08% | 77 | 1.18% | | 2,891 | 0.90% |
| | Cast Votes: | 188,903 | 100.00% | 126,302 | 100.00% | 6,552 | 100.00% | | 321,757 | 100.00% |
| | Undervotes: | 4,100 | | 2,570 | | 292 | | | 6,962 | |
| | Overvotes: | 77 | | 12 | | 7 | | | 96 | |
| | Unresolved Write-in Votes: | 188 | | 65 | | 6 | | | 259 | |

### REPRESENTATIVE IN CONGRESS 5TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mary Gay SCANLON | DEM | 92,159 | 48.71% | 104,629 | 82.04% | 4,358 | 66.30% | | 201,146 | 62.21% |
| Dasha PRUETT | REP | 97,052 | 51.29% | 22,909 | 17.96% | 2,215 | 33.70% | | 122,176 | 37.79% |
| | Cast Votes: | 189,211 | 100.00% | 127,538 | 100.00% | 6,573 | 100.00% | | 323,322 | 100.00% |
| | Undervotes: | 3,705 | | 1,962 | | 275 | | | 5,942 | |
| | Overvotes: | 58 | | 6 | | 1 | | | 65 | |
| | Unresolved Write-in Votes: | 294 | | 118 | | 8 | | | 420 | |

### SENATOR IN THE GENERAL ASSEMBLY 9TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| John I. KANE | DEM | 23,093 | 40.78% | 26,425 | 70.99% | 1,104 | 57.62% | | 50,622 | 52.86% |
| Thomas H. KILLION | REP | 33,538 | 59.22% | 10,799 | 29.01% | 812 | 42.38% | | 45,149 | 47.14% |
| | Cast Votes: | 56,631 | 100.00% | 37,224 | 100.00% | 1,916 | 100.00% | | 95,771 | 100.00% |
| | Undervotes: | 1,103 | | 643 | | 107 | | | 1,853 | |
| | Overvotes: | 26 | | 1 | | 10 | | | 37 | |
| | Unresolved Write-in Votes: | 76 | | 30 | | 2 | | | 108 | |

### SENATOR IN THE GENERAL ASSEMBLY 17TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Amanda M. CAPPELLETTI | DEM | 11,741 | 44.88% | 19,221 | 80.46% | 496 | 61.23% | | 31,458 | 61.85% |
| Ellen FISHER | REP | 14,420 | 55.12% | 4,667 | 19.54% | 314 | 38.77% | | 19,401 | 38.15% |
| | Cast Votes: | 26,161 | 100.00% | 23,888 | 100.00% | 810 | 100.00% | | 50,859 | 100.00% |
| | Undervotes: | 501 | | 422 | | 38 | | | 961 | |
| | Overvotes: | 3 | | 0 | | 2 | | | 5 | |
| | Unresolved Write-in Votes: | 41 | | 34 | | 2 | | | 77 | |

**Cumulative Results Report**

Computation 1

Run Time                3:19 PM
Run Date                11/18/2020

**DELAWARE COUNTY, PENNSYLVANIA**

GENERAL ELECTION

11/3/2020

Page 3

**Unofficial Results**

Registered Voters
329749 of 425461 = 77.50%

Precincts Reporting
428 of 428 = 100.00%

## REPRESENTATIVE IN THE  GENERAL ASSEMBLY 159TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Brian KIRKLAND | DEM | 10,816 | 65.69% | 6,106 | 84.15% | 614 | 78.62% | 17,536 | 71.57% |
| Ruth MOTON | REP | 5,650 | 34.31% | 1,150 | 15.85% | 167 | 21.38% | 6,967 | 28.43% |
| Cast Votes: | | 16,466 | 100.00% | 7,256 | 100.00% | 781 | 100.00% | 24,503 | 100.00% |
| Undervotes: | | 550 | | 154 | | 65 | | 769 | |
| Overvotes: | | 17 | | 3 | | 13 | | 33 | |
| Unresolved Write-in Votes: | | 72 | | 19 | | 0 | | 91 | |

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 160TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Anton ANDREW | DEM | 4,692 | 29.44% | 7,336 | 67.84% | 199 | 45.33% | 12,227 | 44.97% |
| Craig WILLIAMS | REP | 11,243 | 70.56% | 3,477 | 32.16% | 240 | 54.67% | 14,960 | 55.03% |
| Cast Votes: | | 15,935 | 100.00% | 10,813 | 100.00% | 439 | 100.00% | 27,187 | 100.00% |
| Undervotes: | | 183 | | 183 | | 32 | | 398 | |
| Overvotes: | | 5 | | 0 | | 0 | | 5 | |
| Unresolved Write-in Votes: | | 16 | | 11 | | 0 | | 27 | |

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 161ST DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Leanne KRUEGER | DEM | 9,595 | 40.94% | 12,759 | 80.81% | 383 | 56.91% | 22,737 | 56.99% |
| Ralph SHICATANO | REP | 13,839 | 59.06% | 3,029 | 19.19% | 290 | 43.09% | 17,158 | 43.01% |
| Cast Votes: | | 23,434 | 100.00% | 15,788 | 100.00% | 673 | 100.00% | 39,895 | 100.00% |
| Undervotes: | | 387 | | 234 | | 36 | | 657 | |
| Overvotes: | | 4 | | 0 | | 3 | | 7 | |
| Unresolved Write-in Votes: | | 25 | | 4 | | 1 | | 30 | |

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 162ND DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Dave DELLOSO | DEM | 10,289 | 43.62% | 7,891 | 78.73% | 495 | 62.98% | 18,675 | 54.29% |
| Pete GAGLIO | REP | 13,298 | 56.38% | 2,132 | 21.27% | 291 | 37.02% | 15,721 | 45.71% |
| Cast Votes: | | 23,587 | 100.00% | 10,023 | 100.00% | 786 | 100.00% | 34,396 | 100.00% |
| Undervotes: | | 357 | | 147 | | 46 | | 550 | |
| Overvotes: | | 12 | | 0 | | 9 | | 21 | |
| Unresolved Write-in Votes: | | 51 | | 9 | | 1 | | 61 | |

**DELAWARE COUNTY, PENNSYLVANIA**

GENERAL ELECTION

11/3/2020

Page 4

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 163RD DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Mike ZABEL | DEM | 10,586 | 46.64% | 11,176 | 82.90% | 480 | 65.22% | 22,242 | 60.25% |
| Michael MCCOLLUM | REP | 12,111 | 53.36% | 2,305 | 17.10% | 256 | 34.78% | 14,672 | 39.75% |
| Cast Votes: | | 22,697 | 100.00% | 13,481 | 100.00% | 736 | 100.00% | 36,914 | 100.00% |
| Undervotes: | | 326 | | 197 | | 40 | | 563 | |
| Overvotes: | | 7 | | 1 | | 10 | | 18 | |
| Unresolved Write-in Votes: | | 57 | | 21 | | 2 | | 80 | |

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 164TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Margo L. DAVIDSON | DEM | 13,045 | 100.00% | 10,614 | 100.00% | 698 | 100.00% | 24,357 | 100.00% |
| Cast Votes: | | 13,045 | 100.00% | 10,614 | 100.00% | 698 | 100.00% | 24,357 | 100.00% |
| Undervotes: | | 1,632 | | 782 | | 112 | | 2,526 | |
| Overvotes: | | 11 | | 3 | | 7 | | 21 | |
| Unresolved Write-in Votes: | | 1,145 | | 266 | | 28 | | 1,439 | |

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 165TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Jennifer O'MARA | DEM | 8,406 | 34.45% | 12,800 | 76.65% | 293 | 50.00% | 21,499 | 51.57% |
| Robert SMYTHE JR | REP | 15,998 | 65.55% | 3,900 | 23.35% | 293 | 50.00% | 20,191 | 48.43% |
| Cast Votes: | | 24,404 | 100.00% | 16,700 | 100.00% | 586 | 100.00% | 41,690 | 100.00% |
| Undervotes: | | 210 | | 202 | | 35 | | 447 | |
| Overvotes: | | 9 | | 1 | | 0 | | 10 | |
| Unresolved Write-in Votes: | | 32 | | 10 | | 1 | | 43 | |

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 166TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Greg VITALI | DEM | 9,152 | 53.06% | 13,755 | 86.00% | 370 | 68.27% | 23,277 | 68.90% |
| Christine BOYLE | REP | 8,098 | 46.94% | 2,239 | 14.00% | 172 | 31.73% | 10,509 | 31.10% |
| Cast Votes: | | 17,250 | 100.00% | 15,994 | 100.00% | 542 | 100.00% | 33,786 | 100.00% |
| Undervotes: | | 231 | | 192 | | 23 | | 446 | |
| Overvotes: | | 2 | | 0 | | 0 | | 2 | |
| Unresolved Write-in Votes: | | 33 | | 17 | | 2 | | 52 | |

**DELAWARE COUNTY, PENNSYLVANIA**

GENERAL ELECTION

11/3/2020

Page 5

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 168TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Deb CIAMACCA | DEM | 6,863 | 30.11% | 14,375 | 70.31% | 262 | 41.00% | 21,500 | 49.00% |
| Chris QUINN | REP | 15,929 | 69.89% | 6,070 | 29.69% | 377 | 59.00% | 22,376 | 51.00% |
| Cast Votes: | | 22,792 | 100.00% | 20,445 | 100.00% | 639 | 100.00% | 43,876 | 100.00% |
| Undervotes: | | 230 | | 274 | | 22 | | 526 | |
| Overvotes: | | 6 | | 0 | | 1 | | 7 | |
| Unresolved Write-in Votes: | | 32 | | 18 | | 1 | | 51 | |

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 185TH DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Regina YOUNG | DEM | 3,151 | 100.00% | 1,928 | 100.00% | 156 | 100.00% | 5,235 | 100.00% |
| Cast Votes: | | 3,151 | 100.00% | 1,928 | 100.00% | 156 | 100.00% | 5,235 | 100.00% |
| Undervotes: | | 287 | | 105 | | 20 | | 412 | |
| Overvotes: | | 2 | | 0 | | 5 | | 7 | |
| Unresolved Write-in Votes: | | 78 | | 12 | | 0 | | 90 | |

## REPRESENTATIVE IN THE GENERAL ASSEMBLY 191ST DISTRICT (Vote for One)

| Choice | Party | Election Day Voting | | By Mail Voting | | Provisional Voting | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Joanna E. MCCLINTON | DEM | 4,235 | 100.00% | 2,891 | 100.00% | 262 | 100.00% | 7,388 | 100.00% |
| Cast Votes: | | 4,235 | 100.00% | 2,891 | 100.00% | 262 | 100.00% | 7,388 | 100.00% |
| Undervotes: | | 165 | | 132 | | 35 | | 332 | |
| Overvotes: | | 4 | | 0 | | 7 | | 11 | |
| Unresolved Write-in Votes: | | 94 | | 19 | | 2 | | 115 | |

*** End of report ***

CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

## Computation 2 Cover Sheet

The following is the computation of ballots received by mail between November 4, 2020 and November 6, 2020 that were postmarked on or before November 3, 2020 <u>including those ballots that did not bear a postmark.</u>

## CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

# Computation 2

| | CANDIDATE | PARTY | CONTEST |
|---|---|---|---|
| 286 | BIDEN, JOSEPH R | DEM | USP |
| 107 | TRUMP, DONALD J | REP | USP |
| 5 | JORGENSEN, JO | LIB | USP |
| 249 | SHAPIRO, JOSH | DEM | ATT |
| 122 | HEIDELBAUGH, HEATHER | REP | ATT |
| 6 | WASSMER, DANIEL | LIB | ATT |
| 7 | WEISS, RICHARD L | GRN | ATT |
| 231 | AHMAD, NINA | DEM | AUD |
| 131 | DEFOOR, TIMOTHY | REP | AUD |
| 17 | MOORE, JENNIFER | LIB | AUD |
| 4 | FAISON, OLIVIA | GRN | AUD |
| 241 | TORSELLA, JOE | DEM | TRE |
| 127 | GARRITY, STACY L | REP | TRE |
| 10 | SOLOSKI, JOE | LIB | TRE |
| 5 | RUNKLE, TIMOTHY | GRN | TRE |

CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

## Computation 2

| | CANDIDATE | PARTY | CONTEST |
|---|---|---|---|
| 259 | SCANLON, Mary Gay | DEM | Congress 5th Dist |
| 125 | PRUETT, Dasha | REP | Congress 5th Dist |
| 67 | KANE, John I. | DEM | Senate 9th Dist |
| 36 | KILLION, Thomas H. | REP | Senate 9th Dist |
| 49 | CAPPELLETTI, Amanda M. | DEM | Senate 17th Dist |
| 43 | FISHER, Ellen | REP | Senate 17th Dist |
| 22 | KIRKLAND, Brian | DEM | House 159th Dist |
| 5 | MOTON, Ruth | REP | House 159th Dist |
| 21 | ANDREW, Anton | DEM | House 160th Dist |
| 16 | WILLIAMS, Craig | REP | House 160th Dist |
| 27 | KRUEGER, Leanne | DEM | House 161st Dist |
| 11 | SHICATANO, Ralph | REP | House 161st Dist |
| 18 | DELLOSO, Dave | DEM | House 162nd Dist |
| 10 | GAGLIO, Pete | REP | House 162nd Dist |
| 17 | ZABEL, Mike | DEM | House 163rd Dist |
| 8 | MCCOLLUM, Michael | REP | House 163rd Dist |
| 41 | DAVIDSON, Margo L. | DEM | House 164th Dist |
| 30 | O'MARA, Jennifer | DEM | House 165th Dist |
| 31 | SMYTHE, Jr., Robert | REP | House 165th Dist |
| 32 | VITALI, Greg | DEM | House 166th Dist |

## CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

| 23 | BOYLE, Christine | REP | House 165th Dist |
| 26 | CIAMACCA, Deb | DEM | House 168th Dist |
| 23 | QUINN, Chris | REP | House 168th Dist |
| 5 | YOUNG, Regina | DEM | House 185th Dist |
| 15 | MCCLINTON, Joanna E. | DEM | House 191st Dist |

CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

## Computation 3

The following is the computation of ballots received by mail between November 4, 2020 and November 6, 2020 that did not bear a postmark.

# CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

## Computation 3

**Included in Computation 2**

| | CANDIDATE | PARTY | CONTEST |
|---|---|---|---|
| | BIDEN, JOSEPH R | DEM | USP |
| | TRUMP, DONALD J | REP | USP |
| | JORGENSEN, JO | LIB | USP |
| | SHAPIRO, JOSH | DEM | ATT |
| | HEIDELBAUGH, HEATHER | REP | ATT |
| | WASSMER, DANIEL | LIB | ATT |
| | WEISS, RICHARD L | GRN | ATT |
| | AHMAD, NINA | DEM | AUD |
| | DEFOOR, TIMOTHY | REP | AUD |
| | MOORE, JENNIFER | LIB | AUD |
| | FAISON, OLIVIA | GRN | AUD |
| | TORSELLA, JOE | DEM | TRE |
| | GARRITY, STACY L | REP | TRE |
| | SOLOSKI, JOE | LIB | TRE |
| | RUNKLE, TIMOTHY | GRN | TRE |

CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

## Computation 4

The following is the computation of ballots received by mail between November 4, 2020 and November 6, 2020  where the postmark was illegible.

CERTIFICATION OF COMPUTATION OF ELECTION RESULTS

# Computation 4

**No such ballots were received**

| | CANDIDATE | PARTY | CONTEST |
|---|---|---|---|
| | BIDEN, JOSEPH R | DEM | USP |
| | TRUMP, DONALD J | REP | USP |
| | JORGENSEN, JO | LIB | USP |
| | SHAPIRO, JOSH | DEM | ATT |
| | HEIDELBAUGH, HEATHER | REP | ATT |
| | WASSMER, DANIEL | LIB | ATT |
| | WEISS, RICHARD L | GRN | ATT |
| | AHMAD, NINA | DEM | AUD |
| | DEFOOR, TIMOTHY | REP | AUD |
| | MOORE, JENNIFER | LIB | AUD |
| | FAISON, OLIVIA | GRN | AUD |
| | TORSELLA, JOE | DEM | TRE |
| | GARRITY, STACY L | REP | TRE |
| | SOLOSKI, JOE | LIB | TRE |
| | RUNKLE, TIMOTHY | GRN | TRE |