# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 4:20-cv-02078-MWB |
| v. | Judge Matthew W. Brann |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | Electronically Filed |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND, ACCORDINGLY, REQUEST FOR WITHDRAWAL OF APPEARANCE

Barry H. Berke of Kramer Levin will be making an appearance on behalf of Defendant Secretary of the Commonwealth Kathy Boockvar. Pursuant to Local Rule 83.15, Daniel T. Donovan, Susan M. Davies, and Michael A. Glick of Kirkland & Ellis LLP move to withdraw their appearance as counsel for Defendant Secretary of the Commonwealth Kathy Boockvar. The Secretary consents to this substitution and withdrawal. The Secretary will remain ably represented by counsel from Kramer Levin, as well as Myers Brier & Kelly LLP and the Pennsylvania Office of Attorney General. A proposed order is attached.

Dated: November 20, 2020

Respectfully submitted,

KIRKLAND & ELLIS LLP

By:   */s/ Daniel T. Donovan*
      Daniel T. Donovan
      Susan M. Davies
      Michael A. Glick
      1301 Pennsylvania Avenue, N.W.
      Washington, DC 20004
      (202) 389-5000 (telephone)
      (202) 389-5200 (facsimile)
      daniel.donovan@kirkland.com
      susan.davies@kirkland.com
      michael.glick@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Daniel T. Donovan
Daniel T. Donovan