IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-02078-MWB <br><br> Judge Matthew W. Brann <br><br> Electronically Filed |

## ORDER GRANTING MOTION TO WITHDRAW OF APPEARANCE

Upon consideration of the Motion to Withdraw Appearance, it is hereby ORDERED, ADJUDGED, and DECREED on this _____ day of November, 2020, that the appearance of Daniel T. Donovan, Susan M. Davies, and Michael A. Glick of Kirkland & Ellis LLP, is hereby withdrawn as counsel for Defendant Secretary of the Commonwealth Kathy Boockvar. The Court understands that Barry H. Berke of Kramer Levin LLP will be appearing shortly as co-counsel on behalf of the Secretary.

SO ORDERED.

_____
Matthew W. Brann, USDJ