## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2020, I caused the foregoing Response in Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction to be filed with the United States District Court for the Middle District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                                     /s/ Mark A. Aronchick
                                                     Mark A. Aronchick