# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 4:20-cv-02078-MWB |
| v. | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | Judge Matthew W. Brann |
| | Electronically Filed |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND MEMORANDUM IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

Barry H. Berke of Kramer Levin will be making an appearance on behalf of Defendant Secretary of the Commonwealth Kathy Boockvar. Daniel Donovan, Susan Davies, and Michael Glick move to withdraw pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1). The Secretary consents to this substitution and withdrawal. Secretary of the Commonwealth Kathy Boockvar has been represented by counsel from Kirkland & Ellis LLP, Myers Brier & Kelly LLP, and the Pennsylvania Office of Attorney General. The Secretary will continue to be ably represented by Kramer Levin, Myers Brier & Kelly LLP and the Pennsylvania Office of Attorney General until the conclusion of this proceeding. Counsel from

Kirkland & Ellis will abide by its obligations under Pennsylvania Rule of Professional Conduct 1.16(d) and take any steps necessary to avoid any prejudice to the Secretary in this matter or to delay the Court's consideration of this case. Accordingly, Movants ask that the motion be granted.

Dated:  November 20, 2020          Respectfully submitted,

KIRKLAND & ELLIS LLP

By:    */s/ Daniel T. Donovan*
      Daniel T. Donovan
      Susan M. Davies
      Michael A. Glick
      1301 Pennsylvania Avenue, N.W.
      Washington, DC 20004
      (202) 389-5000 (telephone)
      (202) 389-5200 (facsimile)
      daniel.donovan@kirkland.com
      susan.davies@kirkland.com
      michael.glick@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Daniel T. Donovan*
                                        Daniel T. Donovan