# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald J. Trump for President, Inc., Lawrence Roberts, and David John Henry,<br><br>   Plaintiffs,<br><br>    v.<br><br>Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, Allegheny County Board of Elections, Centre County Board of Elections, Chester County Board of Elections, Delaware County Board of Elections, Montgomery County Board of Elections, Northampton County Board of Elections, and Philadelphia County Board of Elections,<br><br>   Defendants,<br><br>    v.<br><br>DNC Services Corporation/Democratic National Committee,<br><br>   Proposed Intervenor-Defendant. | No. 4:20-cv-02078-MWB<br>(Judge Matthew W. Brann) |

## DECLARATION OF ARI HOLTZBLATT IN SUPPORT OF DEFENDANT-INTERVENOR'S OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Ari Holtzblatt, declare as follows:

1. I am counsel for Defendant-Intervenor DNC Services Corporation/Democratic National Committee.  I have personal knowledge of the facts set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of the Opinion

in *In re: Canvass of Absentee and Mail Ballots of Nov. 3, 2020 General Election*,

Nos. 201100874 (Pa. Ct. Com. Pl. Nov. 13, 2020).

      3.      Attached hereto as Exhibit B is a true and correct copy of the Opinion

in *In re: Canvass of Absentee and Mail Ballots of Nov. 3, 2020 General Election*,

Nos. 201100875 (Pa. Ct. Com. Pl. Nov. 13, 2020).

      4.      Attached hereto as Exhibit C is a true and correct copy of the Opinion

in *In re: Canvass of Absentee and Mail Ballots of Nov. 3, 2020 General Election*,

Nos. 201100877 (Pa. Ct. Com. Pl. Nov. 13, 2020).

      5.      Attached hereto as Exhibit D is a true and correct copy of the Opinion

in *In re: Canvass of Absentee and Mail Ballots of Nov. 3, 2020 General Election*,

Nos. 201100878 (Pa. Ct. Com. Pl. Nov. 13, 2020).

      6.      Attached hereto as Exhibit E is a true and correct copy of the decision

in *Donald J. Trump for President, Inc. v. Montgomery Cnty. Bd. of Elections*, No.

2020-18680 (Pa. Ct. Com. Pl. Nov. 13, 2020).

      7.      Attached hereto as Exhibit F is a true and correct copy of the decision

in *In re: 2,349 Ballots in the 2020 General Election*, No. 1162 C.D. 2020 (Pa.

Com. Ct. Nov. 19, 2020).

      8.      Attached hereto as Exhibit G is a true and correct copy of the

Pennsylvania Supreme Court's Order Granting Application in *In re: Canvass of*

*Absentee and Mail-in Ballots of Nov. 3, 2020 Gen. Election*, Nos. 89-93 EM 2020

(Pa. Nov. 18, 2020).

9.      Attached hereto as Exhibit H is a true and correct copy of the decision in *Costantino v. City of Detroit*, No. 20-014780-AW (Mich. Cir. Ct. Nov. 13, 2020).

10.     Attached hereto as Exhibit I is a true and correct copy of the Opinion & Order in *Donald J. Trump for President, Inc. v. Benson*, No. 20-000225-MZ (Mich. Ct. Cl. Nov. 6, 2020).

11.     Attached hereto as Exhibit J is a true and correct copy of the decision in *Donald J. Trump for President Inc. v. Phila. Cnty. Bd. of Elections*, No. 2:20-CV-05533-PD, ECF No. 5 (E.D. Pa. Nov. 5, 2020).

12.     Attached hereto as Exhibit K is a true and correct copy of the decision in *Kraus v. Cegavske*, Order at 9, No. 20-OC-00142 (Nev. Dist. Ct. Oct. 29, 2020), *motion for stay denied*, No. 82018 (Nev. Nov. 3, 2020).

13.     Attached hereto as Exhibit L is a true and correct copy of the docket in *Stokke v. Cegavske*, No. 2:20-CV-02046 (D. Nev.).

14.     Attached hereto as Exhibit M is a true and correct copy of the decision in *In re: Enforcement of Election Laws and Securing Ballots Cast or Received After 7:00 P.M. on Nov. 3, 2020*, No. SPCV2000982-J3 (Ga. Sup. Ct. Nov. 5, 2020).

15.     Attached hereto as Exhibit N is a true and correct copy of the Opinion

& Order in *Stoddard v. City Election Comm'n*, No. 20-014604-CZ (Mich. Cir. Ct.

Nov. 6, 2020).

16.     Attached hereto as Exhibit O is a true and correct copy of excerpts of

the November 13, 2020 Transcript of Proceedings in the Court of Common Pleas

for Philadelphia County, Pennsylvania, in *In re Canvass of Absentee and Mail-In*

*Ballots of Nov. 3, 2020 Gen. Election*, No. 2011-874-878 (Pa. Ct. Com. Pl. Nov.

13, 2020).

17.     Attached hereto as Exhibit P is a true and correct copy of excerpts of

the November 10, 2020 Transcript of Proceedings in the Court of Common Pleas

for Montgomery County, Pennsylvania, in *Donald J. Trump for President, Inc. v.*

*Montgomery Cty. Bd. of Elections*, No. 2020-18680 (Pa. Ct. Com. Pl. Nov. 10,

2020).

18.     Attached hereto as Exhibit Q is a true and correct copy of the

Stipulated Facts filed by the parties in *Donald J. Trump for President, Inc. v. Bucks*

*Cnty. Bd. of Elections*, No. 2020-5786 (Pa. Ct. Com. Pl. Nov. 16, 2020).

19.     Attached hereto as Exhibit R is a true and correct copy of Order in *In*

*re: 2,349 Ballots In The 2020 General Election*, No. 337 WAL 2020 (Pa. Sup. Ct.

Nov. 20, 2020).

20.     Attached hereto as Exhibit S is a true and correct copy of the docket in

*Wood v. Raffensperger*, No. 1:20-cv-04651 (N.D. Ga. Nov. 19, 2020).


I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2020.


/s/ Ari Holtzblatt
Ari Holtzblatt