# EXHIBIT D

_____
IN RE: CANVASS OF ABSENTEE AND MAIL-IN      COURT OF COMMON PLEAS
BALLOTS OF NOVEMBER 3, 2020 GENERAL         PHILADELPHIA COUNTY
ELECTION

                                          NOVEMBER TERM, 2020

                                          No. 201100878

_____

## ORDER

AND NOW, to-wit, this 13th day of November, 2020, upon consideration of Petitioner Donald J. Trump for President, Inc.'s Notice of Appeal via Petition for Review of the Decision of the Philadelphia County Board of Elections, the response of the Philadelphia County Board of Elections and the submissions on behalf of Intervenors, DNA Services Corp./Democratic National Committee and the arguments of counsel, it appearing that Petitioner has properly and timely sought review of the decision of the Board of Elections pursuant to 25 Pa. C.S.A. §3146(g)(6), it further appearing that Petitioner is not contending that there has been fraud, that there is evidence of fraud or that the ballots in question were not filled out by the elector in whose name the ballot was issued, and it further appearing that Petitioner does not allege fraud or irregularity in the canvass and counting of the ballots, and the Court finding that the Intervenor's Objection to the consideration of the appeal as an "eligibility challenge" pursuant to 25 Pa. C.S.A. §3146.8 is a mischaracterization of the above-referenced review (and therefore a meritless objection), the Court finds as follows:

1. Petitioner asserts a challenge to the decision of the Board of Elections to count the votes represented in the grouping designated Category 3, those being 4,466 ballots on which the outer envelope contains the Elector's signature and the date but which do not have the printed name or the elector's address filled out in the space provided.

2. The envelope provided to the elector from the Secretary of State of the Commonwealth contains a direction in the form of a checklist on the back of the envelope that directs the elector to sign the declaration, but makes no mention of filling out the date or other information.

3. The Election Code provides that a voter shall "fill out, date and sign the declaration" on the outer envelope.

4. The term "fill out" in the Code is not a defined term and is ambiguous.

5. The pre-printed ballot already contains the elector's name and address on the pre-printed exterior envelope.

6. Neither a date nor the elector's filling out of the printed name or of the address are requirements necessary to prevent fraud.

7. The Petitioner concedes that all ballots by a qualified elector in this category were timely received.

8. The Election Code directs the Court of Common Pleas in considering appeals from the County Board of Elections to make such decree as right and justice may require. 25 Pa. C.S.A. §3157.

WHEREFORE, the Court ORDERS and DECREES that the Petition is **DENIED**. The Court further ORDERS AND DECREES that the decision of the Philadelphia County Board of Elections in canvassing and counting 4,466 absentee and mail-in ballots containing the elector's signature and the date on the Declaration envelope but missing the other "fill out" information

(hand-printed name and address) is **AFFIRMED** as in accordance with the provisions of the

Election Code and the decisions of the Courts interpreting the Code.

BY THE COURT,

_____
                                               Crumlish, J.