# EXHIBIT G

**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: CANVASS OF ABSENTEE AND MAIL-IN BALLOTS OF NOVEMBER 3, 2020 GENERAL ELECTION | : : : : : : | Nos. 89-93 EM 2020 |
| PETITION OF: PHILADELPHIA COUNTY BOARD OF ELECTIONS | : : : : | |

**ORDER**

**PER CURIAM**

    **AND NOW,** this 18th day of November, 2020, the Application for the Court to Exercise Extraordinary Jurisdiction over the Commonwealth Court's Cases Docketed at 1140 CD 2020, 1139 CD 2020, 1138 CD 2020, 1137 CD 2020, and 1136 CD 2020, filed by the Philadelphia County Board of Elections, is hereby **GRANTED** with respect to the following issue:

> Does the Election Code require county boards of elections to disqualify mail-in or absentee ballots submitted by qualified electors who signed their ballot's outer envelopes but did not handwrite their name, their address, and/or a date, where no fraud or irregularity has been alleged?

    The Commonwealth Court shall immediately transfer the contents of its records for these cases to this Court, including the briefs requested and received from the parties.

    Chief Justice Saylor and Justice Mundy note their dissent.