# EXHIBIT J

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC. : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 20-5533 |
| : | |
| PHILADELPHIA COUNTY BOARD OF ELECTIONS, : | |
| Defendant. : | |

## O R D E R

As stated during today's Emergency Injunction Hearing, in light of the Parties' agreement, Plaintiff's Motion (Doc. No. 1) is **DENIED without prejudice.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.