# EXHIBIT L

United States District Court
District of Nevada (Las Vegas)
CIVIL DOCKET FOR CASE #: 2:20-cv-02046-APG-DJA

Stokke et al v. Cegavske et al
Assigned to: Judge Andrew P. Gordon
Referred to: Magistrate Judge Daniel J. Albregts
Cause: 28:1331 Fed. Question

Date Filed: 11/05/2020
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Jill Stokke**    represented by    **David C OMara**
The OMara Law Firm, P.C.
311 E. Liberty Street
Reno, NV 89501
775-323-1321
Fax: 775-323-4082
Email: david@omaralaw.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Prudhome**    represented by    **David C OMara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Merchant for Congress**    represented by    **David C OMara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodimer for Congress**    represented by    **David C OMara**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Barbara K. Cegavske**
*Secretary of State, in her official capacity*    represented by    **Craig A. Newby**
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
(775) 684-1206
Email: cnewby@ag.nv.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Louis Zunino**
Nevada State Attorney General's Office
100 N Carson Street
Carson City, NV 89701
775-684-1137

Fax: 775-684-1108
Email: GZunino@ag.nv.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Joseph P. Gloria**
*Clark County Registrar of Voters, in his official capacity*

represented by **Mary-Anne M. Miller**
Clark County District Attorney
Civil Division
500 S. Grand Central Parkway, 5th Floor
P.O. Box 552215
Las Vegas, NV 89155-2215
702-455-4761
Fax: 702-382-5178
Email: MARY-ANNE.MILLER@ClarkCountyDA.com
*ATTORNEY TO BE NOTICED*

### Intervenor Defendant

**Democratic National Committee**

represented by **Abha Khanna**
Perkins Coie
1201 Third Ave Ste 4900
Seattle, WA 98101-3099
206-359-8000
Fax: 206-359-9000
Email: akhanna@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bradley Scott Schrager**
Wolf, Rifkin, Shapiro, Schulman & Rabkin
3556 E. Russell Rd
Las Vegas, NV 89120
702-341-5200
Fax: 702-341-5300
Email: bschrager@wrslawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Bravo**
Wolf, Rifkin, Shapiro, Schulman, & Rabkin, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
702-341-5200
Fax: 702-341-5300
Email: dbravo@wrslawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Devaney**
Perkins Coie LLP
700 Thirteenth Street NW

Suite 600
Washington, DC 20005
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Perkins Coie LLP
700 13th Street, NW., Ste. 600
Washington, DC 20005
202-654-6200
Email: melias@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

| | | |
|---|---|---|
| **Nevada State Democratic Party** | represented by | **Abha Khanna**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Bradley Scott Schrager**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel Bravo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Devaney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Clark County Democratic Party**<br>601 S. 6th St<br>Las Vegas, NV 89101<br>702518-4529 | represented by | **Robert J. Kern**<br>Kern Law<br>601 S. 6th Street<br>Las Vegas, NV 89101<br>(702) 518-4529<br>Fax: (702) 825-5872<br>Email: Robert@Kernlawoffices.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2020 | [1](#) | COMPLAINT against Barbara K. Cegavske, Joseph P. Gloria (Filing fee $400 receipt number 0978-6245490) by Jill Stokke, Rodimer for Congress, Merchant for Congress, |

| | | |
|---|---|---|
| | | Chris Prudhome. Proof of service due by 2/3/2021. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons) (OMara, David) |
| | | NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1-1, a party must <u>immediately</u> file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 11/05/2020) |
| 11/05/2020 | | Case randomly assigned to Judge Gloria M. Navarro and Magistrate Judge Daniel J. Albregts. (AF) (Entered: 11/05/2020) |
| 11/05/2020 | 2 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Gloria M. Navarro on 11/5/2020. By Deputy Clerk: Aaron Blazevich. With good cause appearing, the Honorable Judge Gloria M. Navarro recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings. **(no image attached)** (Copies have been distributed pursuant to the NEF - ASB) (Entered: 11/05/2020) |
| 11/05/2020 | 3 | Emergency MOTION for Preliminary Injunction by Plaintiffs Merchant for Congress, Chris Prudhome, Rodimer for Congress, Jill Stokke. Responses due by 11/19/2020. (Attachments: # 1 Declaration, # 2 Declaration) (OMara, David) Modified on 11/5/2020 (AF). (Entered: 11/05/2020) |
| 11/05/2020 | 4 | MOTION to Expedite *Hearing and Briefing* re 3 Motion for Preliminary Injunction by Plaintiffs Merchant for Congress, Chris Prudhome, Rodimer for Congress, Jill Stokke. (OMara, David) (Entered: 11/05/2020) |
| 11/05/2020 | 5 | CLERK'S NOTICE that this case is randomly reassigned to Judge Andrew P. Gordon. All further documents must bear the correct case number 2:20-cv-02046-APG-DJA. **(no image attached)** (AF) (Entered: 11/05/2020) |
| 11/06/2020 | 6 | NOTICE of Appearance by attorney Gregory Louis Zunino on behalf of Defendant Barbara K. Cegavske. (Zunino, Gregory) (Entered: 11/06/2020) |
| 11/06/2020 | 7 | NOTICE of Appearance by attorney Craig A. Newby on behalf of Defendant Barbara K. Cegavske. (Newby, Craig) (Entered: 11/06/2020) |
| 11/06/2020 | 8 | STANDING ORDER. This case has been assigned to the Honorable Andrew P. Gordon. Judge Gordon's Chambers Practices, which are posted on the U.S. District Court, District of Nevada public website, may also be accessed directly via this hyperlink: www.nvd.uscourts.gov. (Copies have been distributed pursuant to the NEF - EDS) (Entered: 11/06/2020) |
| 11/06/2020 | 9 | Summons Issued as to All Defendants. (JM) (Entered: 11/06/2020) |
| 11/06/2020 | 10 | MOTION to Intervene as Defendants by DNC and Nevada State Democratic Party re 1 Complaint by Intervenor Defendants Democratic National Committee, Nevada State Democratic Party. Responses due by 11/20/2020. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Schrager, Bradley) (Entered: 11/06/2020) |
| 11/06/2020 | 11 | ORDER. IT IS ORDERED that 4 the plaintiffs' motion to expedite hearing and briefing is GRANTED. The plaintiffs' 3 motion for temporary restraining order and preliminary injunction is set for telephonic hearing today, 11/6/2020, at 2:00 p.m. PST. IT IS FURTHER ORDERED that the defendants may file a response to the motion for preliminary injunction by 12:00 p.m. PST today. Signed by Judge Andrew P. Gordon on 11/6/2020. (Copies have been distributed pursuant to the NEF - JQC) (Entered: 11/06/2020) |
| 11/06/2020 | 12 | CERTIFICATE of Interested Parties by Democratic National Committee, Nevada State Democratic Party. There are no known interested parties other than those participating in |

| | | |
|---|---|---|
| | | the case (Schrager, Bradley) (Entered: 11/06/2020) |
| 11/06/2020 | 13 | RESPONSE to 3 Motion for Preliminary Injunction, by Intervenor Defendants Democratic National Committee, Nevada State Democratic Party. Replies due by 11/13/2020. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Schrager, Bradley) (Entered: 11/06/2020) |
| 11/06/2020 | 14 | NOTICE of Appearance by attorney Mary-Anne M. Miller on behalf of Defendant Joseph P. Gloria. (Miller, Mary-Anne) (Entered: 11/06/2020) |
| 11/06/2020 | 15 | CERTIFICATE of Interested Parties by Merchant for Congress, Chris Prudhome, Rodimer for Congress, Jill Stokke. There are no known interested parties other than those participating in the case (OMara, David) (Entered: 11/06/2020) |
| 11/06/2020 | 16 | RESPONSE to 3 Motion for Preliminary Injunction, by Defendant Barbara K. Cegavske. Replies due by 11/13/2020. (Newby, Craig) (Entered: 11/06/2020) |
| 11/06/2020 | 17 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by John M. Devaney and DESIGNATION of Local Counsel Bradley S. Schrager (Filing fee $ 250 receipt number 0978-6246405) by Intervenor Defendants Democratic National Committee, Nevada State Democratic Party. (Schrager, Bradley) (Entered: 11/06/2020) |
| 11/06/2020 | 18 | CERTIFICATE OF SERVICE for 3 Motion for Preliminary Injunction, 1 Complaint,, 11 Order on Motion to Expedite,,, 4 Motion to Expedite by Plaintiffs Merchant for Congress, Chris Prudhome, Rodimer for Congress, Jill Stokke. (OMara, David) (Entered: 11/06/2020) |
| 11/06/2020 | 19 | DECLARATION re 16 Response by Defendant Barbara K. Cegavske. (Zunino, Gregory) (Entered: 11/06/2020) |
| 11/06/2020 | 20 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Andrew P. Gordon on 11/6/2020. Todays 2 p.m. hearing inStokke et al. v. Cegavske et al. (2:20-cv-2046)is TELEPHONIC ONLYIT WILL NOT BE HELD IN THE COURTROOM.Public and Media may attend the hearing by calling either:(877) 336-1831 and entering Access Code 6948860 or(888) 808-6929 and entering Access Code 2178469Be advised that recording, taping, streaming, or otherwise broadcasting district court hearings is expressly prohibited by this Courts General Order 2017-02 and Judicial Conference policy. So recording, taping, streaming, or otherwise broadcasting the audio or any photograph or video of this hearing for public dissemination is prohibited.**(no image attached)** (Copies have been distributed pursuant to the NEF - KSR) (Entered: 11/06/2020) |
| 11/06/2020 | 21 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 11-2. Counsel Marc E Elias and Abha Khanna to comply with completion and filing of the Verified Petition and Designation of Local Counsel. For your convenience, click on the following link to obtain the form from the Court's website - www.nvd.uscourts.gov.<br><br>Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of documents. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney. Verified Petition due by 11/20/2020. **(no image attached)** (EDS) (Entered: 11/06/2020) |
| 11/06/2020 | 22 | Motion for Leave to Appear as Amicus Curiae by Amicus Clark County Democratic Party. (Kern, Robert) Modified on 11/6/2020 (EDS). (Entered: 11/06/2020) |
| 11/06/2020 | 23 | CLERK'S NOTICE. Attorney Action Required to ECF No. 22 Motion for Leave to Appear as Amicus Curiae. Document was not filed pursuant to LR IC 2-2(b). For each type of relief requested or purpose, a separate document must be filed. Counsel is advised to refile the Motion for Leave to File Amicus Curiae Brief and the Brief of Amicus Curiae |

| | | |
|---|---|---|
| | | Opposing the Grant of a Preliminary Injunction contained in ECF No. 22 as separate entries.<br>**(no image attached)** (EDS) (Entered: 11/06/2020) |
| 11/06/2020 | 24 | MOTION for Leave to File *Amicus Brief* re 3 Motion for Preliminary Injunction, by Amicus Clark County Democratic Party. (Attachments: # 1 Supplement Amicus Brief) (Kern, Robert) (Entered: 11/06/2020) |
| 11/06/2020 | 25 | PROPOSED BRIEF re 3 Motion for Preliminary Injunction, 24 Motion for Leave to File Document by Amicus Clark County Democratic Party. (Kern, Robert) Modified on 11/6/2020 (EDS). (Entered: 11/06/2020) |
| 11/06/2020 | 26 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Abha Khanna and DESIGNATION of Local Counsel Bradley S. Schrager (Filing fee $ 250 receipt number 0978-6247297) by Intervenor Defendants Democratic National Committee, Nevada State Democratic Party. (Schrager, Bradley) (Entered: 11/06/2020) |
| 11/06/2020 | 27 | MINUTES OF PROCEEDINGS - Video Motion Hearing held on 11/6/2020 before Judge Andrew P. Gordon. Crtrm Administrator: *M. Johansen*; Pla Counsel: *David OMara*; Def Counsel: *John Devaney, Mary-Anne Miller, Aaron Ford, Bradley Schrager, Craig Newby, Daniel Bravo, Gregory Louis Zunino, Jessica Adair AGO, Kyle George, Wayne Thorley*; Court Reporter: *Heather Newman*; Time of Hearing: *2:08 p.m. - 4:12 p.m.*; Courtroom: *6C*; The court makes preliminary remarks and hears arguments of counsel regarding plaintiffs' emergency motion for temporary restraining order and motion for preliminary injunction ECF No. 3 . As stated on the record, the motion for temporary restraining order and motion for preliminary injunction ECF No. 3 are denied. The motion to intervene by defendants DNC and Nevada State Democratic Party ECF No. 10 is granted. The minutes of this proceeding and the transcript will serve as the Court's official ruling. No separate order to follow. **(no image attached)** (Copies have been distributed pursuant to the NEF - MAJ) (Entered: 11/06/2020) |
| 11/09/2020 | 28 | ORDER **approving** ECF No. 17 Verified Petition for Permission to Practice Pro Hac Vice as to attorney John M. Devaney and approving Designation of Local Counsel Bradley S. Schrager. Signed by Judge Andrew P. Gordon on 11/9/2020.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF - LW) (Entered: 11/09/2020) |
| 11/09/2020 | 29 | ORDER **approving** ECF No. 26 Verified Petition for Permission to Practice Pro Hac Vice as to attorney Abha Khanna and approving Designation of Local Counsel Bradley S. Schrager. Signed by Judge Andrew P. Gordon on 11/9/2020.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF - LW) (Entered: 11/09/2020) |
| 11/17/2020 | 30 | TRANSCRIPT of Proceedings, 27 Order on Motion for Preliminary Injunction,,,,, Order on Motion to Intervene,,,,, Motion Hearing,,,, held on 11/06/2020, before Judge Andrew P. Gordon. Court Reporter: Heather Newman, HN@nvd.uscourts.gov. Any Redaction Request is due by 12/8/2020. Redacted Transcript Deadline is set for 12/18/2020. Release of the Transcript Restriction is set for 2/15/2021. Before release date, the transcript may be viewed at the court public terminal or purchased through the Court Reporter. Transcript Order form is available on court website. After that date it may be obtained through the Court Reporter or PACER. (HKN) (Entered: 11/17/2020) |

### PACER Service Center

| Transaction Receipt |||
|---|---|---|
| 11/20/2020 12:25:12 |||
| **PACER Login:** | wcphd0009:2559904:0 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 2:20-cv-02046-APG-DJA |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |