# EXHIBIT M

e-Filed in Office
Tammie Mosley
Clerk of Superior Court
Chatham County
Date: 11/5/2020 12:17 PM
Reviewer: CM

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

IN RE: ENFORCEMENT OF ELECTION  :
LAWS AND SECURING BALLOTS       :
CAST OR RECEIVED AFTER 7:00 P.M. :       SPCV2000982-J3
ON NOVEMBER 3, 2020,            :
                               :

## ORDER ON PETITION TO COMMAND ENFORCEMENT

## OF ELECTION LAWS

Before the Court is a Petition to Command Enforcement of Election Laws which was filed by the Georgia Republican Party and Donald J. Trump for President, Inc.  The matter was heard via Webex on November 5, 2020.  Having read and considered said petition, all argument and evidence of record, including the evidence presented at the hearing, and the applicable law, the Court finds that there is no evidence that the ballots referenced in the petition were received after 7:00 p.m. on election day, thereby making those ballots invalid.   Additionally, there is no evidence that the Chatham County Board of Elections or the Chatham County Board of Registrars has failed to comply with the law.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above petition is **DISMISSED.**

**SO ORDERED, THIS THE 5 DAY OF NOVEMBER, 2020.**

James F. Bass, Jr., Judge
Superior Court, E.J.C. of Georgia

cc:   All parties