# EXHIBIT P

```
             IN THE COURT OF COMMON PLEAS IN AND FOR
              THE COUNTY OF MONTGOMERY, PENNSYLVANIA
                       CIVIL TRIAL DIVISION

                              - - -

DONALD J. TRUMP FOR PRESIDENT, INC.,   :  NO. 2020-18680
GARRITY FOR PA,                        :
HEIDELBAUGH FOR ATTORNEY GENERAL, INC.,:
REPUBLICAN NATIONAL COMMITTEE,         :
DANIEL J. WISSERT,                     :
              Plaintiffs,              :
                                       :
       vs.                             :
                                       :
MONTGOMERY COUNTY BOARD OF ELECTIONS,  :
              Defendant,               :
       and                             :
                                       :
DEMOCRATIC SERVICES CORPORATION/       :
DEMOCRATIC NATIONAL COMMITTEE,         :
              Intervenor,              :
       and                             :
DEMOCRATIC SERVICES CORPORATION/       :
DEMOCRATIC NATIONAL COMMITTEE,         :
              Pro Hac Vice Attorney,   :
       and                             :
UZOMAN N. NKWONTA,                     :
              Pro Hac Vice Attorney.   :

                              - - -
              Petition for Review of Decision by
              Montgomery County Board of Elections
                              - - -

                   Tuesday, November 10, 2020
                     Commencing at 9:00 a.m.

                              - - -
          Bernadette Black Berardinelli, RDR, CRR, CRC
                     Official Court Reporter
                Taken Remotely Via Videoconference
                   Montgomery County Courthouse
                      Norristown, Pennsylvania
                              - - -

BEFORE:   THE HONORABLE RICHARD P. HAAZ, JUDGE
```

```
 1            TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2                      THE COURT:  In your petition, which is
 3      right before me -- and I read it several times -- you
 4      don't claim that any electors or the Board of the
 5      County were guilty of fraud, correct?  That's correct?
 6                      MR. GOLDSTEIN:  Your Honor, accusing
 7      people of fraud is a pretty big step.  And it is rare
 8      that I call somebody a liar, and I am not calling the
 9      Board of the DNC or anybody else involved in this a
10      liar.  Everybody is coming to this with good faith.
11      The DNC is coming with good faith.  We're all just
12      trying to get an election done.  We think these were a
13      mistake, but we think they are a fatal mistake, and
14      these ballots ought not be counted.
15                      THE COURT:  I understand.  I am asking
16      you a specific question, and I am looking for a
17      specific answer.  Are you claiming that there is any
18      fraud in connection with these 592 disputed ballots?
19                      MR. GOLDSTEIN:  To my knowledge at
20      present, no.
21                      THE COURT:  Are you claiming that there
22      is any undue or improper influence upon the elector
23      with respect to these 592 ballots?
24                      MR. GOLDSTEIN:  To my knowledge at
25      present, no.
```

```
 1          TRUMP v. MONTGOMERY COUNTY BOARD OF ELECTIONS
 2                    THE COURT:  Does it make a difference
 3     whether a claim of irregularity or technical
 4     noncompliance with the election code is made with or
 5     without an accompanying claim of fraud or improper
 6     influence?
 7                    MR. GOLDSTEIN:  It does not.  I mean, to
 8     claim the technical defects are immaterial, which is in
 9     some sense some of the thrust of what the DNC argued,
10     is really to misperceive what is going on in the
11     election code.  The election code is technical.
12                    These requirements are all technical.
13     And some of them sit in that code for reasons that are
14     a mystery for all of us.  I mean, I sort of recounted
15     for you my view of why the elector signing in his own
16     hand is material.  The DNC have their reasons for why
17     they think it is material or immaterial.  The fact of
18     the matter is, it is in the code.  The code is itself
19     technical.  Those technicalities are part and parcel of
20     the law and a violation of the results in a ballot that
21     can't be counted.
22                    THE COURT:  All right.  I don't have any
23     questions for you.
24                    I have a question for generally whoever
25     prepared the stipulation.  So I will ask it of you and
```

## 1

**1** [1] - 14:20
**10** [2] - 1:19, 65:14
**10:22** [1] - 64:9
**11th** [3] - 25:13, 38:24, 39:8
**12** [2] - 30:9, 30:14
**1973** [1] - 26:4

## 2

**2020** [7] - 1:19, 25:13, 30:8, 38:24, 60:6, 60:13, 65:14
**2020-18680** [1] - 1:5
**243** [1] - 16:6
**25** [12] - 5:22, 8:2, 8:16, 23:15, 30:9, 31:15, 32:22, 36:21, 42:12, 45:11, 49:21, 63:17
**266** [1] - 16:3

## 3

**3** [1] - 30:10
**3146.6** [1] - 45:18
**3146.6(a)** [1] - 45:7
**3146.8** [1] - 31:15
**3146.8(a** [1] - 8:2
**3146.8(g)(2** [1] - 30:9
**3146.8(g)(3** [1] - 23:16
**3146.8(g)(3)** [1] - 42:12
**3146.8(g)(4** [1] - 45:11
**3150.14(b** [1] - 23:11
**3150.14(b)** [1] - 19:3
**3150.16** [2] - 18:4, 45:17
**3150.16(a** [3] - 5:22, 8:16, 45:7
**3150.16(a)** [1] - 63:18
**3150.16(a)(1** [1] - 36:21
**3157** [2] - 49:22, 50:3
**3261** [1] - 32:22
**3262** [1] - 32:22
**3263** [1] - 32:22
**36** [3] - 28:3, 28:6, 28:17

## 4

**46** [2] - 21:18

## 5

**509** [2] - 15:25, 16:7
**592** [11] - 11:18, 11:23, 13:3, 13:25, 15:23, 16:25, 17:19, 19:14, 27:13, 28:6, 28:17
**5:00** [1] - 30:20

## 6

**6** [1] - 26:4
**67** [1] - 39:13
**6:15** [1] - 65:14

## 9

**9:00** [1] - 1:20

## A

**a)(1** [1] - 18:15
**a.m** [2] - 1:20, 64:9
**ability** [2] - 15:8, 42:18
**able** [2] - 10:19, 31:23
**absence** [2] - 13:11, 40:8
**absentee** [25] - 8:2, 8:4, 9:8, 23:17, 30:4, 30:11, 30:16, 30:25, 31:25, 32:4, 33:7, 33:8, 33:13, 33:16, 33:19, 35:7, 37:9, 39:15, 39:22, 39:24, 40:17, 42:17, 54:22, 57:21
**absurd** [2] - 7:16, 50:7
**accept** [1] - 38:7
**accepted** [3] - 39:6, 50:2, 63:11
**accepting** [1] - 63:16
**accompanying** [1] - 12:5
**accordance** [2] - 30:12, 40:18
**accordingly** [1] - 8:24
**accurately** [1] - 65:5
**accusing** [1] - 11:6
**Act** [2] - 46:21, 46:22
**act** [3] - 20:14, 30:9, 30:14
**acts** [2] - 8:18, 8:23
**add** [1] - 15:13
**addition** [1] - 16:12
**address** [84] - 6:12, 6:14, 9:9, 13:12, 13:19, 14:12, 14:22, 15:9, 15:25, 16:7, 16:8, 16:12, 16:16, 16:17, 17:3, 17:4, 17:9, 17:17, 18:11, 18:14, 18:16, 18:19, 18:20, 20:20, 23:4, 23:8, 23:13, 24:14, 25:6, 25:23, 28:4, 28:7, 28:14, 28:20, 29:8, 29:10, 36:9, 36:10, 36:17, 36:23, 37:3, 37:14, 37:18, 37:22, 38:18, 39:21, 40:8, 40:11, 40:24, 41:9, 41:11, 41:15, 41:18, 41:24, 43:17, 45:21, 45:22, 46:4, 50:14, 50:19, 51:2, 51:7, 51:9, 51:20, 52:12, 54:8, 55:18, 56:25, 57:19, 57:20, 57:24, 58:4, 58:7, 58:11, 58:19, 58:20, 59:3, 60:14, 61:21, 62:9, 63:7
**addresses** [5] - 13:15, 16:4, 28:24, 37:16, 45:5
**administerial** [1] - 27:10
**admits** [1] - 7:9
**adopting** [1] - 51:5
**advanced** [2] - 43:17, 44:11
**advise** [1] - 27:17
**affects** [1] - 20:20
**affiliation** [1] - 45:14
**affirmation** [4] - 22:22, 51:20, 52:20, 53:7
**affirming** [1] - 52:6
**affix** [1] - 34:14
**affixed** [1] - 40:22
**affixing** [2] - 22:21, 53:18
**afforded** [1] - 48:25
**aggrieved** [1] - 49:23
**ago** [1] - 10:25
**agree** [6] - 18:6, 33:5, 34:13, 34:17, 44:7, 51:17
**ahead** [3] - 14:22, 14:25, 44:8
**alert** [2] - 47:21, 48:5
**allow** [1] - 10:23
**allowed** [3] - 7:18, 10:21, 53:3
**allows** [4] - 36:19, 36:20, 45:25, 49:22
**alter** [1] - 38:12
**altered** [1] - 32:6
**ambiguity** [1] - 48:14
**ambiguous** [2] - 9:11, 9:13
**analog** [2] - 45:17, 45:18
**analogy** [5] - 57:18, 62:13, 62:19, 63:2, 63:3
**analysis** [2] - 14:5, 18:3
**AND** [1] - 1:2
**answer** [9] - 11:17, 13:24, 16:11, 27:2, 27:3, 33:24, 52:16, 58:3, 62:24
**answers** [1] - 54:5
**anti** [4] - 6:15, 51:5, 51:8, 61:10
**anti-fraud** [3] - 6:15, 51:8, 61:10
**anyway** [1] - 61:6
**appeal** [9] - 8:25, 16:25, 30:3, 31:20, 32:12, 32:15, 36:8, 49:21, 49:25
**APPEARED** [1] - 2:2
**applicable** [1] - 31:19
**application** [8] - 30:21, 56:16, 56:19, 56:24, 58:25, 59:2, 59:4, 60:14
**applications** [3] - 30:19, 31:16, 31:17
**applied** [4] - 10:24, 57:9, 57:10, 57:11
**applies** [1] - 59:17
**apply** [3] - 57:12, 57:14, 60:13
**appreciate** [1] - 57:3
**approached** [1] - 48:4
**appropriate** [3] - 8:7, 14:10, 62:18
**approved** [1] - 40:18
**arguable** [1] - 47:22
**argue** [1] - 3:14
**argued** [2] - 10:2, 12:9
**arguing** [3] - 4:12, 5:3, 62:16
**argument** [21] - 3:11, 5:7, 5:13, 5:21, 7:7, 7:9, 13:21, 16:20, 22:14, 25:5, 29:13, 36:3, 43:23, 44:5, 44:10, 49:20, 51:6, 56:8, 62:14, 64:7
**arguments** [5] - 3:20, 32:24, 47:12, 49:19, 52:12
**AS** [1] - 2:2
**ascertain** [1] - 62:4
**ascertaining** [1] - 58:12
**aside** [4] - 28:18, 39:16, 40:2, 49:10
**aspect** [3] - 5:2, 17:13, 17:16
**Assembly** [9] - 6:11, 6:13, 6:19, 6:21, 6:25, 50:6, 50:23, 62:4, 63:8
**Assembly's** [1] - 7:5
**assert** [1] - 32:25
**assigned** [1] - 21:17
**assist** [1] - 36:19
**assistant** [1] - 36:23
**assisters** [2] - 37:7, 37:23
**assume** [1] - 34:19
**assuming** [1] - 57:21
**attention** [1] - 59:19
**attest** [3] - 55:17, 60:13, 60:17
**attestation** [1] - 60:25
**attesting** [1] - 64:5
**ATTORNEY** [1] - 1:6
**Attorney** [2] - 1:14, 1:16
**attributed** [1] - 51:6
**author** [1] - 3:14
**authority** [4] - 38:8, 38:10, 38:12, 38:13
**automatically** [3] - 57:10, 57:13, 59:20
**available** [2] - 34:22, 35:5
**avenue** [1] - 35:2
**avoided** [1] - 31:3
**aware** [2] - 24:16, 35:17
**axiomatic** [1] - 6:21

## B

**baby** [1] - 48:19
**ballot** [44] - 5:21, 7:12, 7:19, 8:4, 12:20, 13:23, 20:2, 20:4, 22:2, 22:4, 23:25, 24:2, 25:21, 25:24, 30:5, 31:16, 32:8, 34:15, 34:16, 34:20, 35:8, 37:9, 37:10, 37:16, 38:19, 39:19, 40:2, 40:17, 44:18, 50:19, 51:13, 56:22, 57:8, 57:15,

59:2, 59:18, 60:3, 60:7, 60:15, 61:14, 62:5, 62:13, 63:12
 **balloting** [2] - 5:21, 50:6
 **ballots** [60] - 7:7, 7:15, 7:23, 7:25, 8:24, 9:8, 10:14, 11:14, 11:18, 11:23, 13:3, 13:18, 13:25, 14:6, 15:12, 15:23, 17:2, 17:5, 19:14, 23:7, 23:15, 23:17, 25:12, 27:13, 27:18, 27:22, 28:3, 28:6, 29:6, 30:16, 30:18, 30:21, 31:2, 31:13, 31:18, 32:2, 32:4, 32:15, 33:13, 34:8, 39:15, 39:16, 45:5, 45:6, 45:10, 45:12, 45:16, 46:9, 46:12, 46:17, 47:22, 49:25, 50:8, 50:12, 59:13, 60:4, 60:6, 63:16, 63:19
 **Ballots** [1] - 26:3
 **bar** [12] - 16:13, 21:3, 21:16, 21:21, 28:9, 28:11, 28:19, 37:12, 37:13, 45:24
 **based** [4] - 33:9, 37:11, 46:23, 47:3
 **basis** [5] - 13:20, 14:9, 14:12, 38:20, 59:13
 **bear** [1] - 17:19
 **beat** [1] - 61:11
 **becomes** [3] - 18:12, 23:14, 58:9
 **BEFORE** [1] - 1:25
 **begin** [7] - 3:8, 3:20, 5:7, 5:12, 15:21, 16:19, 16:20
 **beginning** [1] - 47:25
 **behalf** [6] - 3:25, 4:9, 4:13, 4:16, 4:19, 5:3
 **believes** [1] - 6:13
 **bell** [1] - 49:6
 **below** [3] - 17:3, 36:7, 52:22
 **BERARDINELLI** [1] - 65:12
 **Berardinelli** [1] - 1:21
 **BERNADETTE** [1] - 65:12
 **Bernadette** [1] - 1:21
 **best** [2] - 22:14, 51:6
 **better** [1] - 27:3
 **between** [3] - 33:12, 44:14, 44:20

 **beyond** [1] - 15:8
 **big** [3] - 11:7, 40:6, 48:24
 **biggest** [1] - 40:5
 **birthdate** [1] - 14:15
 **black** [1] - 51:13
 **BLACK** [1] - 65:12
 **Black** [1] - 1:21
 **blacked** [4] - 28:24, 29:2, 29:3, 29:10
 **blame** [1] - 48:13
 **blank** [8] - 25:15, 39:2, 39:5, 39:11, 40:2, 40:4, 40:9, 41:13
 **blanked** [2] - 28:24, 29:3
 **blanks** [2] - 6:9, 50:17
 **blue** [1] - 49:14
 **board** [3] - 9:13, 35:3, 49:24
 **BOARD** [1] - 1:9
 **Board** [48] - 1:18, 2:7, 3:12, 3:17, 4:6, 4:9, 4:13, 6:17, 7:17, 8:12, 8:24, 9:17, 9:18, 10:21, 11:4, 11:9, 17:12, 23:18, 23:20, 23:23, 24:22, 25:7, 26:7, 26:21, 27:11, 27:21, 31:10, 32:13, 34:20, 36:7, 39:3, 39:17, 40:16, 41:7, 41:25, 42:7, 42:15, 44:23, 45:10, 45:25, 47:19, 50:19, 51:9, 54:2, 61:13, 63:9, 63:11, 63:15
 **Board's** [4] - 32:15, 42:22, 50:21, 63:19
 **Board-printed** [1] - 50:19
 **boards** [4] - 43:24, 43:25, 48:21, 48:25
 **Boards** [4] - 8:3, 35:17, 35:18, 39:13
 **Boockvar** [2] - 8:15, 45:2
 **book** [8] - 51:23, 51:24, 52:3, 53:16, 54:3, 61:2, 61:5
 **books** [2] - 52:24, 53:8
 **boy** [1] - 21:12
 **branches** [1] - 63:2
 **brand** [1] - 48:19
 **brief** [2] - 9:24, 10:5
 **briefly** [1] - 55:12
 **bring** [2] - 28:13, 32:23

 **broad** [2] - 33:19, 49:22
 **Brown** [1] - 4:10
 **BROWN** [1] - 2:6

## C

 **Cambridge** [1] - 24:25
 **candidate** [1] - 59:10
 **candidate's** [1] - 45:15
 **cannot** [4] - 10:13, 25:21, 25:24, 39:5
 **canvassed** [3] - 30:22, 46:12, 56:22
 **canvassing** [9] - 23:16, 30:5, 30:17, 32:2, 34:2, 35:3, 40:18, 46:10, 46:11
 **care** [1] - 62:21
 **careful** [1] - 62:19
 **carriers** [1] - 29:9
 **case** [7] - 20:24, 26:2, 26:8, 32:20, 34:4, 47:20, 58:9
 **cases** [1] - 62:16
 **Cast** [1] - 26:3
 **cast** [8] - 7:8, 7:19, 7:25, 31:13, 35:8, 50:2, 50:8, 62:5
 **category** [1] - 33:23
 **caused** [1] - 30:25
 **certain** [3] - 10:20, 44:22, 45:10
 **certainly** [7] - 14:7, 53:18, 55:5, 56:17, 56:24, 61:20, 63:24
 **CERTIFY** [1] - 65:4
 **cetera** [2] - 33:21, 52:15
 **challenge** [21] - 10:4, 10:10, 10:12, 10:15, 10:19, 15:8, 30:4, 30:6, 30:21, 32:8, 32:14, 34:23, 35:2, 35:16, 36:5, 36:6, 50:3, 50:8, 56:15, 56:18
 **challenged** [8] - 7:15, 8:10, 8:11, 30:19, 31:17, 31:18, 40:18
 **challengers** [2] - 31:7, 31:9
 **challenges** [14] - 7:11, 7:21, 7:22, 30:10, 30:11, 30:16, 30:25, 31:3, 31:25, 32:4, 32:23, 49:9, 50:4, 50:12

 **challenging** [2] - 10:16, 15:2
 **change** [1] - 58:22
 **changes** [3] - 8:15, 48:7, 50:5
 **choose** [4] - 59:25, 60:2, 60:3, 60:4
 **Christopher** [1] - 21:6
 **circumstance** [2] - 7:16, 22:25
 **circumstances** [2] - 22:20, 48:20
 **cited** [1] - 26:3
 **citizen** [1] - 7:18
 **Civil** [1] - 46:21
 **CIVIL** [1] - 1:3
 **civilian's** [1] - 39:24
 **claim** [7] - 6:16, 11:4, 12:3, 12:5, 12:8, 46:24, 47:22
 **claiming** [2] - 11:17, 11:21
 **clarify** [1] - 38:13
 **clause** [2] - 33:20, 61:24
 **clear** [11] - 7:5, 30:24, 32:9, 34:24, 36:5, 37:25, 38:17, 39:3, 40:23, 41:12, 61:21
 **clearly** [1] - 37:21
 **Code** [1] - 40:19
 **code** [31] - 7:22, 10:2, 12:4, 12:11, 12:13, 12:18, 16:13, 16:14, 21:3, 21:4, 21:16, 21:21, 28:10, 28:11, 28:19, 31:24, 36:12, 37:12, 37:13, 43:7, 43:10, 45:24, 48:10, 48:12, 48:24, 51:18, 52:8, 58:16, 58:18
 **colleagues** [1] - 49:19
 **collectively** [1] - 4:23
 **coming** [2] - 11:10, 11:11
 **COMMAND** [1] - 2:13
 **Command** [1] - 4:21
 **commenced** [1] - 3:3
 **Commencing** [1] - 1:20
 **comment** [1] - 38:21
 **commented** [1] - 42:3
 **comments** [1] - 47:25
 **committed** [2] - 9:17, 63:15

 **COMMITTEE** [3] - 1:6, 1:12, 1:14
 **committee** [1] - 17:6
 **Committee** [3] - 2:9, 2:14, 3:19
 **common** [1] - 38:3
 **COMMON** [1] - 1:2
 **Commonwealth** [3] - 8:8, 19:4, 50:18
 **companion** [3] - 36:18, 36:21, 36:22
 **compare** [3] - 24:2, 39:19, 41:8
 **complaining** [1] - 29:8
 **complete** [1] - 17:4
 **completely** [3] - 7:6, 55:16, 62:3
 **compliance** [1] - 20:5
 **comport** [2] - 26:10
 **concept** [1] - 25:7
 **concerned** [1] - 30:24
 **concluded** [1] - 64:10
 **condition** [1] - 42:6
 **conduct** [1] - 32:19
 **conducted** [1] - 49:16
 **confront** [2] - 32:7, 54:25
 **confusing** [1] - 29:9
 **conjunction** [1] - 61:4
 **connection** [1] - 11:18
 **consent** [1] - 22:21
 **consideration** [2] - 43:8, 43:10
 **considering** [1] - 45:19
 **consistency** [1] - 39:13
 **consistent** [2] - 41:16, 50:5
 **constitutes** [1] - 8:14
 **Constitution** [1] - 33:17
 **Constitutional** [1] - 33:18
 **construction** [1] - 18:3
 **construed** [3] - 36:12, 36:13, 45:19
 **contain** [1] - 45:13
 **contained** [6] - 21:2, 21:22, 39:21, 42:16, 65:5
 **container** [1] - 10:14
 **containers** [2] - 8:6,

8:12
**contains** [1] - 34:21
**contemplated** [4] - 31:12, 31:25, 33:2, 42:23
**contemplates** [3] - 36:22, 36:24, 50:11
**contend** [2] - 6:13, 8:9
**content** [2] - 52:6, 64:5
**contented** [1] - 7:24
**contention** [1] - 6:16
**contest** [2] - 35:10, 35:15
**context** [5] - 54:21, 54:22, 55:12, 55:16, 63:2
**continue** [1] - 41:22
**control** [1] - 43:6
**convicted** [1] - 7:18
**copy** [2] - 54:2, 65:6
**corners** [1] - 13:17
**corollary** [1] - 55:11
**CORPORATION** [2] - 1:11, 1:13
**correct** [16] - 4:14, 11:5, 14:2, 16:17, 17:20, 22:22, 28:8, 28:12, 36:8, 48:9, 52:21, 57:8, 57:11, 63:13, 65:7
**correspond** [3] - 21:16, 21:20, 21:21
**COUNSEL** [1] - 2:2
**counsel** [4] - 17:8, 29:23, 31:22, 60:24
**Counsel** [1] - 3:4
**count** [5] - 26:3, 34:8, 34:21, 38:15, 49:4
**counted** [21] - 7:8, 8:25, 11:14, 12:21, 23:15, 23:19, 24:6, 25:13, 25:17, 25:21, 25:24, 27:16, 27:23, 30:22, 31:18, 34:7, 40:3, 40:5, 49:11, 56:23, 63:19
**counterparts** [1] - 49:20
**counties** [3] - 39:13, 49:14, 49:15
**counting** [3] - 5:21, 45:4, 45:6
**country** [2] - 33:21, 57:7
**COUNTY** [2] - 1:2, 1:9
**county** [11] - 20:23, 20:25, 21:19, 22:17, 26:17, 35:12, 43:24, 43:25, 48:21, 49:23, 54:17
**County** [50] - 1:18, 1:23, 2:6, 2:9, 3:12, 3:17, 4:7, 4:13, 8:3, 8:12, 9:5, 9:17, 9:18, 9:24, 9:25, 11:5, 13:8, 15:11, 16:8, 17:6, 21:19, 22:16, 22:20, 23:5, 23:18, 29:4, 29:9, 32:13, 32:15, 34:20, 35:17, 35:18, 36:6, 37:11, 37:15, 39:3, 39:13, 39:17, 40:16, 41:7, 41:25, 42:7, 42:15, 42:22, 45:9, 45:25, 47:19, 51:21, 52:17, 54:2
**County's** [1] - 7:11
**couple** [1] - 26:14
**course** [2] - 7:21, 29:17
**court** [1] - 56:10
**Court** [25] - 1:22, 3:4, 5:12, 5:25, 13:14, 14:7, 14:10, 16:24, 17:14, 26:5, 27:18, 32:10, 32:11, 36:4, 40:7, 44:25, 45:2, 46:6, 46:7, 46:25, 53:17, 63:13, 63:18, 65:13
**COURT** [92] - 1:2, 3:8, 4:3, 4:6, 4:11, 4:16, 4:22, 5:6, 5:9, 9:3, 9:15, 9:23, 11:2, 11:15, 11:21, 12:2, 12:22, 13:24, 14:4, 14:18, 14:25, 15:10, 15:18, 15:21, 16:18, 17:18, 17:23, 18:21, 19:17, 20:7, 20:10, 20:16, 20:19, 21:7, 21:11, 21:13, 22:9, 22:13, 23:9, 23:22, 24:7, 24:20, 26:14, 26:22, 27:12, 28:5, 28:11, 28:16, 28:23, 29:12, 29:16, 33:4, 33:14, 33:20, 34:3, 34:10, 34:13, 34:19, 35:4, 35:11, 35:25, 36:24, 38:20, 39:7, 41:21, 42:25, 43:11, 43:22, 44:8, 47:8, 47:16, 48:13, 48:20, 51:16, 52:4, 53:2, 53:11, 53:21, 54:4, 55:4, 55:21, 56:4, 56:9, 57:3, 57:16, 59:14, 59:22, 60:10, 61:6, 62:6, 62:10, 63:22
**Court's** [3] - 46:25, 51:5, 63:10
**Courthouse** [1] - 1:23
**Courtney** [1] - 4:21
**COURTNEY** [1] - 2:12
**Courts** [1] - 44:13
**CRC** [2] - 1:21, 65:13
**create** [1] - 19:4
**created** [1] - 26:21
**criteria** [5] - 23:22, 23:24, 23:25, 42:9, 42:11
**crossed** [1] - 22:4
**CRR** [2] - 1:21, 65:13
**curious** [1] - 24:7
**current** [2] - 48:24, 57:24

**D**

**DANIEL** [1] - 1:7
**dash** [1] - 21:17
**date** [21] - 5:23, 6:23, 8:17, 8:21, 9:7, 13:11, 13:19, 13:22, 14:14, 14:19, 17:13, 18:7, 25:16, 38:18, 46:6, 46:8, 46:16, 61:25, 63:5, 63:6, 63:17
**dated** [2] - 19:15, 62:7
**dating** [2] - 6:25, 7:3
**dead** [2] - 7:18, 50:8
**deadline** [1] - 9:18
**decide** [1] - 24:22
**decision** [4] - 43:6, 49:23, 63:19, 63:23
**Decision** [2] - 1:17, 3:12
**decisions** [2] - 35:18, 35:20
**declaration** [58] - 5:24, 6:16, 8:14, 8:18, 16:3, 17:4, 17:14, 17:16, 18:8, 18:18, 18:25, 19:5, 19:6, 19:13, 19:14, 19:15, 19:16, 19:24, 20:3, 23:12, 23:18, 23:21, 24:23, 25:8, 25:10, 25:15, 36:17, 38:9, 38:11, 38:13, 38:14, 38:25, 39:4, 39:5, 39:18, 39:25, 40:15, 40:16, 41:19, 42:2, 42:4, 42:8, 43:4, 43:16, 43:18, 43:20, 45:22, 50:20, 52:24, 53:7, 54:14, 55:16, 55:25, 57:24, 63:9, 63:17, 63:20
**declarations** [7] - 36:20, 41:13, 41:14, 41:15, 41:18, 46:8, 46:9
**defect** [2] - 34:15, 52:15
**defects** [3] - 12:8, 13:9, 13:10
**Defendant** [2] - 1:10, 2:6
**defer** [1] - 34:12
**deficiencies** [2] - 10:4, 43:19
**defies** [2] - 10:16, 10:17
**defined** [1] - 25:2
**delay** [1] - 30:24
**delegated** [1] - 43:15
**deliver** [1] - 29:2
**delve** [2] - 46:6, 46:7
**Democratic** [5] - 2:9, 2:14, 3:18, 44:25, 47:14
**DEMOCRATIC** [4] - 1:11, 1:12, 1:13, 1:14
**Democrats** [1] - 47:14
**demonstrate** [1] - 57:18
**denial** [2] - 46:22, 47:3
**denied** [1] - 47:7
**deny** [1] - 14:8
**described** [1] - 56:19
**despite** [1] - 30:3
**determination** [4] - 23:23, 25:8, 32:16, 42:3
**determine** [3] - 23:20, 44:19, 56:21
**developed** [1] - 18:24
**dictionary** [1] - 25:2
**died** [2] - 39:16, 59:7
**difference** [4] - 12:2, 20:20, 44:19, 52:10
**different** [5] - 14:5, 34:7, 54:6, 54:11, 57:6
**digits** [2] - 21:15, 21:20
**directive** [2] - 38:6, 45:19
**directly** [1] - 32:7
**directory** [1] - 44:14
**disabled** [1] - 33:21
**disagree** [1] - 25:25
**discard** [1] - 35:22
**discretion** [6] - 24:22, 35:19, 39:3, 42:22, 44:23, 48:25
**discretionarily** [1] - 49:10
**discuss** [1] - 15:16
**discussed** [4] - 17:24, 29:23, 37:13, 55:11
**discusses** [1] - 42:13
**Discussion** [1] - 3:6
**discussion** [1] - 36:10
**disenfranchise** [3] - 36:13, 44:4, 46:15
**disputed** [1] - 11:18
**disqualified** [1] - 39:12
**distinction** [1] - 33:12
**distinguish** [1] - 44:13
**distribute** [1] - 8:6
**district** [4] - 20:23, 20:25, 31:20, 54:17
**districts** [1] - 8:7
**DIVISION** [1] - 1:3
**DNC** [17] - 4:17, 4:19, 5:4, 5:18, 6:17, 7:9, 7:13, 7:24, 9:23, 9:24, 11:9, 11:11, 12:9, 12:16, 13:8, 29:18, 56:12
**doctor** [1] - 62:21
**doctor's** [2] - 6:7, 62:14
**Donald** [2] - 3:13, 3:25
**DONALD** [1] - 1:5
**done** [7] - 9:6, 11:12, 15:4, 26:17, 29:4, 45:24, 61:19
**down** [2] - 46:16, 50:9
**draw** [1] - 44:20
**during** [3] - 30:5, 30:16, 32:2

**E**

**e-mails** [1] - 15:5
**easy** [2] - 5:14, 40:9
**echoed** [1] - 42:22
**either** [3] - 7:3, 9:11, 10:3
**elected** [1] - 55:2
**Election** [4] - 8:4, 26:4, 40:19, 46:11
**election** [33] - 7:22,

7:23, 7:24, 8:7, 10:2, 10:13, 11:12, 12:4, 12:11, 19:10, 21:21, 24:13, 30:20, 31:13, 31:19, 31:24, 35:10, 35:15, 36:12, 47:17, 48:6, 48:10, 48:24, 49:16, 51:18, 51:21, 57:12, 58:16, 58:18, 59:9, 59:19, 60:15
**ELECTIONS** [1] - 1:9
**Elections** [2] - 2:7, 4:9
**elections** [8] - 1:18, 3:12, 3:18, 25:7, 26:21, 34:20, 39:14, 39:17
**elector** [39] - 5:23, 6:12, 6:14, 8:17, 11:22, 12:15, 16:7, 18:7, 18:17, 19:9, 19:15, 19:19, 20:4, 20:20, 21:2, 21:17, 25:21, 25:23, 28:8, 28:15, 28:17, 28:18, 28:19, 30:11, 30:12, 33:5, 34:14, 40:23, 50:23, 50:25, 51:18, 52:18, 54:8, 54:15, 55:17, 56:2, 57:8, 57:10, 59:7
**elector's** [4] - 19:7, 45:14, 45:22, 50:25
**electoral** [1] - 42:24
**electors** [4] - 11:4, 17:2, 17:20, 39:16
**Elgert** [1] - 4:21
**ELGERT** [1] - 2:12
**eligibility** [1] - 57:25
**eliminate** [1] - 48:7
**eliminated** [3] - 10:2, 10:3, 35:16
**elsewhere** [2] - 6:5, 46:4
**embargoed** [1] - 8:2
**emergency** [1] - 39:24
**emptiless** [1] - 30:7
**enable** [1] - 48:17
**enabled** [2] - 5:16, 50:6
**enacted** [1] - 48:18
**enclosed** [2] - 20:2, 20:4
**end** [6] - 7:15, 18:4, 18:5, 31:20, 39:24, 49:13
**end-around** [1] - 31:20
**English** [1] - 25:2
**entered** [1] - 46:3
**entire** [3] - 25:7, 35:11, 60:4
**entirely** [3] - 26:8, 26:9, 50:5
**entirety** [1] - 14:8
**entitled** [5] - 42:17, 51:3, 53:10, 53:19, 58:9
**entity** [2] - 37:17, 37:20
**envelope** [27] - 9:7, 16:2, 16:4, 16:9, 16:17, 18:9, 21:23, 22:8, 25:22, 26:16, 28:4, 34:21, 39:19, 39:20, 39:25, 40:2, 40:12, 40:15, 40:22, 41:8, 42:9, 43:4, 46:4, 49:5, 52:13, 54:9
**envelopes** [4] - 8:5, 37:17, 46:5, 49:10
**equanimical** [2] - 48:3, 49:3
**erred** [1] - 8:24
**erroneously** [1] - 7:18
**error** [6] - 9:17, 9:20, 34:24, 63:8, 63:13, 63:15
**especially** [2] - 31:12, 45:19
**ESQUIRE** [11] - 2:3, 2:5, 2:5, 2:6, 2:8, 2:11, 2:11, 2:12, 2:12, 2:13, 2:13
**essentially** [1] - 27:10
**establish** [1] - 52:9
**et** [2] - 33:21, 52:15
**everywhere** [1] - 10:18
**evidence** [4] - 32:21, 35:14, 53:5, 65:5
**evident** [2] - 6:6, 50:16
**exactly** [4] - 22:12, 27:18, 40:23
**examine** [2] - 10:15, 39:18
**examined** [1] - 8:11
**example** [7] - 7:17, 14:11, 14:15, 21:5, 49:2, 57:18, 63:11
**exceptionally** [1] - 48:3
**exhibit** [4] - 19:22, 21:7, 21:9, 25:19
**exist** [3] - 14:6, 22:23, 32:14
**existing** [1] - 32:5
**expanding** [1] - 51:5
**experience** [4] - 24:12, 47:17, 48:10, 52:7
**experienced** [1] - 33:11
**explain** [2] - 29:25, 38:23
**expressed** [4] - 30:5, 37:5, 37:6, 45:15
**expression** [2] - 33:6, 33:7
**expressly** [10] - 30:3, 30:10, 30:14, 31:21, 35:19, 36:22, 37:22, 45:9, 45:12
**extraneous** [1] - 6:22

**F**

**face** [1] - 7:9
**facial** [1] - 13:10
**facilitate** [1] - 28:25
**fact** [14] - 9:17, 12:17, 24:5, 27:19, 29:8, 30:3, 35:21, 37:8, 46:2, 51:7, 51:12, 52:10, 55:17, 58:8
**facts** [1] - 17:25
**factually** [1] - 52:21
**fail** [1] - 13:20
**failed** [1] - 34:14
**fails** [2] - 7:9, 49:21
**failure** [3] - 44:17, 44:22, 63:20
**fair** [3] - 48:21, 49:16, 57:4
**faith** [2] - 11:10, 11:11
**false** [1] - 8:10
**falsification** [1] - 53:19
**fatal** [4] - 11:13, 13:23, 34:15, 62:12
**fault** [1] - 48:16
**faulty** [3] - 9:11, 9:13, 44:3
**February** [2] - 60:5, 60:15
**February-ish** [1] - 60:15
**federal** [1] - 47:2
**felon** [1] - 7:19
**felons** [1] - 50:8
**fend** [1] - 57:4
**few** [1] - 29:22
**file** [6] - 10:5, 32:18, 35:14, 39:22, 39:24, 42:17
**filed** [3] - 3:12, 10:6, 30:2
**fill** [35] - 5:23, 6:2, 6:4, 6:8, 6:9, 6:10, 6:12, 6:23, 7:5, 7:6, 8:17, 8:20, 13:22, 18:7, 18:22, 50:14, 50:16, 50:17, 55:19, 58:19, 58:20, 58:25, 59:2, 60:5, 61:20, 61:21, 61:24, 62:2, 62:3, 63:4, 63:7, 63:16, 63:20
**filled** [8] - 8:14, 22:18, 25:24, 27:19, 27:20, 47:14, 55:16, 58:19
**filled-out** [1] - 8:14
**filling** [5] - 6:24, 18:10, 50:17, 62:14, 62:23
**finally** [2] - 8:13, 25:18
**fine** [1] - 61:6
**finish** [1] - 6:10
**finished** [1] - 29:13
**first** [9] - 13:4, 16:23, 21:15, 24:18, 33:6, 41:3, 41:5, 47:17
**five** [1] - 60:18
**folks** [1] - 5:18
**follow** [5] - 36:4, 39:14, 41:4, 41:11, 44:17
**following** [1] - 39:14
**follows** [4] - 31:3, 38:2, 39:12
**FOLLOWS** [1] - 2:2
**Footnote** [1] - 14:20
**FOR** [4] - 1:2, 1:5, 1:5, 1:6
**forbade** [1] - 31:21
**FORD** [1] - 2:8
**foreclose** [3] - 45:4, 45:5, 46:22
**forgotten** [1] - 63:3
**form** [11] - 6:7, 19:5, 19:6, 25:9, 26:20, 38:8, 38:11, 43:15, 50:18, 61:13, 62:22
**formal** [3] - 31:6, 31:8, 47:24
**forth** [10] - 15:4, 23:25, 32:21, 33:17, 33:19, 35:23, 38:25, 42:12, 42:20, 47:5
**frank** [1] - 54:13
**fraud** [12] - 6:15, 11:5, 11:7, 11:18, 12:5, 21:23, 21:24, 21:25, 22:6, 51:6, 51:8, 61:10
**fraudulent** [1] - 32:19
**Friday** [5] - 7:23, 8:10, 10:13, 30:20, 59:9
**front** [2] - 16:4, 53:16
**full** [2] - 24:22, 58:20
**fully** [1] - 65:5
**function** [1] - 6:15
**functions** [1] - 52:2

**G**

**GARRITY** [1] - 1:5
**Geise** [2] - 4:21, 4:24
**GEISE** [1] - 2:13
**General** [11] - 6:11, 6:13, 6:18, 6:21, 6:25, 7:5, 26:3, 50:5, 50:23, 62:4, 63:7
**GENERAL** [1] - 1:6
**general** [3] - 57:12, 60:8, 60:15
**generally** [1] - 12:24
**gentlemen** [1] - 48:5
**given** [5] - 9:13, 24:22, 26:7, 26:9, 31:12
**GOLDSTEIN** [36] - 2:3, 3:24, 4:4, 5:8, 5:10, 9:14, 9:16, 10:8, 11:6, 11:19, 11:24, 12:7, 13:6, 14:2, 14:7, 14:23, 15:2, 15:14, 27:8, 47:13, 47:23, 48:15, 48:23, 51:22, 53:9, 53:15, 53:25, 54:20, 55:10, 55:24, 57:14, 58:3, 61:3, 61:8, 62:9, 62:25
**Goldstein** [14] - 3:15, 3:22, 3:25, 5:6, 17:8, 22:14, 25:19, 25:25, 27:2, 31:22, 47:9, 57:4, 58:15, 60:22
**governing** [1] - 61:13
**Government** [1] - 9:22
**governs** [2] - 23:16, 43:3
**gracious** [1] - 48:21
**granted** [2] - 35:19, 38:7
**grateful** [5] - 5:11, 5:15, 15:15, 47:15, 64:2
**great** [1] - 55:6
**grounds** [1] - 38:19
**group** [1] - 17:5
**guess** [1] - 60:17
**guidance** [15] - 7:11, 7:12, 8:13, 8:15, 9:21, 25:11, 25:14,

26:11, 38:5, 41:7, 41:10, 41:12, 41:17, 43:2, 50:10
**guide** [1] - 46:25
**guideline** [1] - 39:9
**guidelines** [1] - 38:24
**guilty** [1] - 11:5

## H

**HAAZ** [1] - 1:25
**Hac** [2] - 1:14, 1:16
**hand** [6] - 6:8, 6:12, 6:14, 12:16, 51:9, 55:17
**handful** [1] - 61:8
**handle** [1] - 7:11
**hands** [1] - 6:7
**handwriting** [1] - 16:16
**HAVA** [1] - 48:18
**hear** [2] - 17:15, 31:10
**heard** [1] - 51:10
**hearing** [2] - 31:8
**HEIDELBAUGH** [1] - 1:6
**heightened** [2] - 54:23, 55:25
**held** [2] - 3:6, 8:11
**help** [4] - 28:25, 48:6, 50:22, 62:17
**helpful** [2] - 43:13, 62:16
**helps** [1] - 51:9
**HEREBY** [1] - 65:4
**highlight** [1] - 44:10
**HOC** [1] - 2:11
**Honor** [64] - 3:25, 4:5, 4:8, 4:10, 4:15, 4:18, 5:5, 5:8, 5:10, 9:2, 11:6, 14:3, 14:23, 15:14, 16:10, 16:13, 16:22, 16:24, 17:22, 17:25, 18:13, 18:24, 19:6, 19:20, 19:25, 20:25, 22:7, 22:12, 23:6, 23:10, 23:24, 24:15, 24:16, 24:24, 25:9, 25:18, 25:20, 26:13, 26:25, 27:4, 27:15, 27:24, 28:10, 28:21, 29:14, 29:21, 30:23, 33:25, 34:7, 34:18, 35:6, 41:3, 44:6, 47:6, 47:24, 48:9, 48:16, 52:23, 54:20, 56:7, 57:17, 58:14, 59:24, 63:21
**HONORABLE** [1] - 1:25
**horse** [1] - 61:11
**hour** [1] - 53:23
**hypothetical** [2] - 60:11

## I

**i.e** [2] - 39:20, 41:8
**ID** [1] - 24:17
**idea** [1] - 56:20
**identification** [2] - 16:15, 42:14
**identified** [5] - 15:24, 17:5, 36:15, 43:19
**identify** [3] - 3:21, 24:10, 56:10
**identifying** [1] - 28:7
**identity** [1] - 45:14
**ignore** [1] - 38:6
**illegal** [1] - 7:13
**illegible** [1] - 14:16
**imagine** [1] - 7:17
**immaterial** [7] - 12:8, 12:17, 46:18, 46:23, 47:4, 51:14, 52:14
**implicate** [1] - 46:20
**important** [11] - 15:16, 25:11, 43:8, 43:10, 53:22, 54:7, 54:12, 55:15, 58:9, 59:15, 64:2
**importing** [1] - 58:18
**imposed** [1] - 3:17
**improper** [5] - 11:22, 12:5, 30:2, 36:7, 41:18
**IN** [2] - 1:2
**in-person** [4] - 54:18, 56:5, 60:25, 64:3
**in/absentee** [1] - 32:8
**Inc** [1] - 3:13
**INC** [2] - 1:5, 1:6
**inclined** [1] - 27:24
**include** [5] - 16:16, 23:12, 36:16, 36:23, 37:3
**included** [5] - 22:8, 27:16, 31:19, 40:24, 40:25
**including** [2] - 22:7, 37:14
**inclusion** [1] - 37:6
**incomplete** [2] - 40:7, 44:3
**inconsistent** [2] - 44:11, 44:12
**incorrect** [1] - 38:18
**incredibly** [1] - 7:5
**indeed** [1] - 43:10
**independent** [5] - 8:18, 8:21, 19:24, 20:3, 61:24
**indicated** [3] - 10:20, 16:5, 50:2
**individual** [2] - 28:14, 42:17
**individual's** [1] - 42:18
**ineligible** [1] - 23:2
**influence** [2] - 11:22, 12:6
**inform** [1] - 41:4
**information** [22] - 17:3, 17:5, 21:2, 21:22, 22:7, 22:22, 27:17, 28:7, 28:14, 28:18, 37:11, 37:13, 37:14, 37:23, 39:20, 39:21, 41:8, 42:16, 45:7, 46:2, 53:24, 62:3
**initial** [1] - 13:14
**innocent** [1] - 26:5
**input** [1] - 27:9
**instance** [2] - 38:18, 45:11
**instances** [6] - 37:19, 42:14, 42:15, 43:14, 45:8
**instead** [1] - 30:17
**instruction** [4] - 26:15, 26:20, 37:5, 61:14
**instructions** [19] - 9:4, 9:10, 9:13, 9:21, 25:19, 26:7, 26:9, 26:16, 26:18, 26:24, 27:5, 27:6, 27:9, 43:23, 44:3, 61:12, 61:15, 61:17
**instructive** [3] - 43:13, 43:21, 43:23
**intended** [3] - 6:19, 31:11, 50:10
**intent** [2] - 45:3, 46:14
**interest** [1] - 15:3
**interested** [2] - 60:23, 60:24
**interesting** [4] - 24:23, 60:21, 61:18, 63:23
**interpret** [2] - 18:21, 44:13
**interpretation** [8] - 41:5, 43:6, 43:7, 43:9, 43:13, 44:2, 44:10, 47:2
**interrupt** [1] - 41:22
**Interveners** [1] -
56:13
**intervening** [1] - 60:18
**intervenor** [1] - 29:19
**Intervenor** [3] - 1:12, 3:18, 4:19
**INTERVENOR** [1] - 2:11
**Intervenors** [1] - 2:14
**invalidate** [4] - 9:12, 34:16, 62:13, 62:20
**invalidated** [1] - 13:25
**invalidates** [1] - 45:12
**invalidation** [4] - 43:18, 43:20, 44:18, 44:21
**involved** [5] - 11:9, 16:15, 16:25, 48:11, 48:16
**irregularities** [2] - 14:6, 14:21
**irregularity** [2] - 12:3, 14:19
**ish** [1] - 60:15
**issue** [18] - 8:15, 15:16, 16:23, 16:25, 17:7, 17:9, 17:10, 17:15, 17:16, 18:2, 22:6, 22:13, 26:12, 29:6, 40:6, 54:7, 57:6
**issued** [1] - 61:13
**issues** [2] - 31:4, 46:8
**itself** [4] - 12:18, 23:12, 42:16, 43:7

## J

**JOHN** [1] - 2:13
**John** [1] - 4:20
**joined** [1] - 8:22
**JONATHAN** [1] - 2:3
**Jonathan** [2] - 3:15, 3:25
**JOSHUA** [1] - 2:5
**Joshua** [2] - 4:10, 17:6
**judge** [1] - 24:13
**JUDGE** [1] - 1:25
**judgment** [1] - 7:4
**jump** [1] - 33:11
**jurisdiction** [1] - 17:15
**jurisdictions** [1] - 57:7

## K

**KAHLIL** [1] - 2:12
**Kahlil** [2] - 4:20, 56:12
**KAY** [1] - 2:6
**Kay** [1] - 4:10
**keep** [1] - 8:5
**key** [1] - 35:15
**knowledge** [2] - 11:19, 11:24
**known** [2] - 37:17, 50:8
**knows** [3] - 7:13, 7:14

## L

**lack** [2] - 17:4, 57:18
**lacks** [1] - 17:14
**laid** [2] - 9:19, 44:25
**language** [13] - 6:3, 6:6, 7:5, 10:17, 18:6, 18:22, 18:23, 26:24, 36:3, 36:5, 38:2, 45:3, 45:4
**large** [2] - 29:6, 31:12
**last** [5] - 8:10, 47:10, 58:8, 60:23, 61:7
**lastly** [1] - 44:9
**law** [14] - 6:23, 12:20, 26:2, 34:24, 46:19, 47:2, 47:18, 52:19, 58:22, 63:8, 63:13, 63:15
**lawyer** [1] - 48:19
**lawyers** [1] - 47:15
**lay** [1] - 32:20
**learn** [1] - 35:7
**least** [2] - 22:22, 47:21
**led** [1] - 26:16
**left** [4] - 19:2, 19:3, 62:8, 63:7
**legal** [1] - 54:16
**legislative** [2] - 45:3, 49:17
**Legislature** [19] - 18:13, 18:18, 18:25, 19:2, 25:3, 30:3, 30:9, 30:14, 30:24, 31:11, 31:21, 32:9, 33:3, 35:16, 35:17, 35:24, 38:7, 42:21
**Legislature's** [1] - 31:14
**legitimate** [2] - 46:14, 52:13
**less** [1] - 54:19

**liar** [2] - 11:8, 11:10
**liberally** [1] - 36:12
**light** [1] - 58:6
**limited** [3] - 13:14, 13:16, 13:17
**line** [1] - 44:20
**list** [1] - 39:23
**listed** [1] - 57:20
**live** [10] - 23:3, 51:25, 54:15, 56:18, 56:22, 57:22, 57:23, 58:5, 60:17
**lives** [4] - 51:11, 55:18, 56:21, 57:22
**living** [1] - 42:5
**local** [8] - 8:7, 9:12, 24:9, 26:23, 43:24, 43:25, 47:19, 48:21
**locally** [5] - 9:6, 24:13, 26:17, 26:21, 54:25
**location** [7] - 20:11, 20:13, 24:19, 53:9, 53:20, 58:2, 58:10
**locked** [3] - 8:6, 8:12, 10:14
**lodged** [1] - 50:4
**Look** [1] - 15:5
**look** [17] - 6:4, 6:5, 14:9, 19:22, 21:3, 21:5, 23:25, 24:2, 24:25, 31:2, 31:5, 31:15, 32:6, 45:2, 45:25, 49:21
**looking** [9] - 9:3, 11:16, 13:3, 14:19, 21:5, 39:8, 42:7, 42:25, 52:8
**loud** [1] - 50:11

### M

**mail** [45] - 5:21, 7:23, 7:25, 22:18, 23:17, 29:9, 30:4, 30:11, 30:16, 30:25, 31:12, 31:16, 31:25, 32:4, 32:8, 33:6, 33:8, 33:12, 33:22, 34:15, 34:20, 35:8, 37:10, 37:16, 39:15, 39:22, 40:17, 42:17, 45:10, 49:25, 50:6, 50:12, 54:21, 54:22, 55:12, 55:23, 55:25, 56:5, 56:16, 57:8, 57:15, 57:21, 59:18
**mail-in** [34] - 5:21, 7:23, 7:25, 23:17, 30:4, 30:11, 30:16, 30:25, 31:25, 33:6, 33:8, 33:12, 33:22, 34:15, 34:20, 35:8, 39:15, 39:22, 40:17, 42:17, 49:25, 50:6, 50:12, 54:21, 55:12, 55:23, 55:25, 56:5, 56:16, 57:8, 57:15, 57:21, 59:18
**mail-in/absentee** [1] - 32:8
**mailed** [7] - 23:7, 29:7, 57:8, 57:10, 59:20, 60:6, 60:16
**mails** [1] - 15:5
**mandatory** [7] - 8:22, 19:11, 25:6, 44:14, 44:16, 46:19, 47:4
**manner** [5] - 5:19, 8:7, 10:24, 49:17, 49:24
**March** [2] - 30:8, 60:15
**mark** [1] - 45:13
**MARY** [1] - 2:6
**Mary** [1] - 4:10
**material** [5] - 12:16, 12:17, 52:14, 54:19, 54:21
**materials** [1] - 10:6
**matter** [3] - 12:18, 40:22, 50:20
**matters** [1] - 47:18
**maxim** [1] - 6:22
**McDonald** [2] - 2:11, 4:20
**McGarry** [51] - 2:5, 4:8, 4:9, 4:12, 4:14, 5:13, 13:2, 15:19, 15:20, 16:10, 16:21, 17:21, 17:24, 18:23, 19:20, 20:8, 20:12, 20:17, 20:24, 21:9, 21:12, 21:15, 22:11, 23:6, 23:10, 23:24, 24:15, 24:21, 26:19, 26:25, 27:15, 28:9, 28:13, 28:21, 29:5, 29:14, 33:24, 33:25, 34:6, 37:12, 42:2, 48:2, 50:21, 51:16, 52:17, 52:23, 53:4, 53:13, 58:6, 58:14, 61:4
**mean** [11] - 6:2, 12:7, 12:14, 14:24, 16:6, 20:21, 38:14, 50:14, 51:12, 59:15, 61:21
**meaning** [4] - 6:5, 8:21, 25:15, 54:24
**means** [11] - 6:4, 6:10, 7:6, 8:20, 36:13, 38:11, 50:16, 58:20, 61:20, 61:22, 62:3
**meant** [1] - 19:18
**medical** [2] - 62:18, 62:21
**meet** [1] - 44:22
**mentioned** [1] - 56:15
**messing** [1] - 51:14
**Michael** [1] - 4:20
**MICHAEL** [1] - 2:11
**might** [2] - 14:10, 27:3
**military** [1] - 39:23
**mind** [3] - 31:14, 41:23
**minor** [1] - 50:24
**misperceive** [1] - 12:10
**misperceived** [1] - 10:9
**misread** [1] - 7:21
**missing** [16] - 13:12, 13:18, 13:23, 14:13, 14:14, 14:16, 15:9, 36:10, 38:18, 41:14, 41:15, 41:18, 43:17, 45:5, 45:6, 45:7
**misstating** [1] - 9:18
**mistake** [3] - 11:13, 35:21
**moment** [5] - 17:19, 33:5, 39:8, 60:14, 62:7
**MONTGOMERY** [2] - 1:2, 1:9
**Montgomery** [11] - 1:18, 1:23, 2:6, 2:9, 3:12, 3:17, 17:6, 21:19, 22:20, 23:5, 37:15
**months** [2] - 27:5, 60:18
**morning** [7] - 3:10, 3:24, 4:3, 4:4, 4:11, 4:18, 4:22
**most** [3] - 32:7, 43:7, 43:10
**motion** [1] - 14:8
**mount** [1] - 49:9
**move** [1] - 61:12
**moved** [2] - 22:16, 59:7
**MR** [94] - 3:24, 4:4, 4:8, 4:14, 4:18, 5:5, 5:8, 5:10, 9:14, 9:16, 10:8, 11:6, 11:19, 11:24, 12:7, 13:6, 14:2, 14:7, 14:23, 15:2, 15:14, 15:20, 16:10, 16:21, 17:21, 17:24, 18:23, 19:20, 20:8, 20:12, 20:17, 20:24, 21:9, 21:12, 21:15, 22:11, 23:6, 23:10, 23:24, 24:15, 24:21, 26:19, 26:25, 27:8, 27:15, 28:9, 28:13, 28:21, 29:5, 29:14, 29:21, 33:9, 33:16, 33:25, 34:6, 34:12, 34:17, 34:25, 35:6, 35:13, 36:2, 37:2, 38:22, 41:2, 42:11, 43:9, 43:12, 44:6, 44:9, 47:13, 47:23, 48:15, 48:23, 51:22, 52:23, 53:4, 53:9, 53:15, 53:25, 54:20, 55:10, 55:24, 56:7, 56:11, 57:14, 57:17, 58:3, 58:14, 59:21, 59:24, 61:3, 61:8, 62:9, 62:25
**multiple** [1] - 45:23
**must** [7] - 31:6, 31:7, 31:10, 36:23, 40:2, 41:25, 57:14
**mystery** [1] - 12:14

### N

**name** [8] - 22:2, 24:3, 39:21, 40:11, 41:9, 52:5, 52:19, 59:3
**narrow** [2] - 5:25, 49:9
**NATIONAL** [3] - 1:6, 1:12, 1:14
**National** [2] - 2:14, 3:19
**necessarily** [3] - 33:9, 38:19, 46:24
**need** [6] - 6:3, 6:5, 33:23, 59:2, 59:3, 62:18
**needs** [1] - 42:15
**negotiated** [1] - 13:7
**neighbors** [2] - 55:3, 55:6
**never** [1] - 6:21
**new** [3] - 10:2, 48:19, 55:8
**next** [5] - 4:6, 21:17, 21:20, 25:9, 53:22
**nine** [1] - 21:15
**NKWONTA** [22] - 1:15, 2:11, 4:18, 5:5, 29:21, 33:9, 33:16, 34:12, 34:17, 34:25, 35:6, 35:13, 36:2, 37:2, 38:22, 41:2, 42:11, 43:9, 43:12, 44:6, 44:9, 57:17
**Nkwonta** [7] - 4:19, 29:18, 34:11, 49:11, 50:2, 56:15, 58:11
**NO** [1] - 1:5
**non** [1] - 7:18
**non-citizen** [1] - 7:18
**noncompliance** [1] - 12:4
**Norristown** [1] - 1:23
**notable** [2] - 31:22, 36:14
**notably** [1] - 36:18
**notes** [2] - 52:11, 65:5
**nothing** [3] - 7:20, 25:16, 25:22
**notice** [1] - 31:6
**noticed** [1] - 40:12
**noting** [1] - 7:10
**November** [4] - 1:19, 26:4, 59:19, 65:14
**nowhere** [1] - 28:4
**nullification** [1] - 26:6
**nullify** [3] - 38:15, 38:16, 38:19
**number** [7] - 16:11, 21:4, 21:17, 21:18, 29:6, 31:12, 32:17
**nurse** [1] - 62:17

### O

**objection** [4] - 17:9, 17:11, 17:12, 59:9
**objections** [3] - 13:10, 27:6, 59:12
**obligation** [1] - 19:4
**obligations** [1] - 44:2
**obviously** [3] - 39:11, 40:4, 40:8
**occurs** [1] - 46:11
**October** [1] - 60:16
**OF** [3] - 1:2, 1:2, 1:9
**offer** [2] - 29:19, 57:17
**office** [2] - 6:7, 62:14
**Official** [2] - 1:22, 65:13
**official** [2] - 8:4, 9:22
**officials** [2] - 51:21, 55:2
**omission** [3] - 37:5, 62:11, 62:22
**omissions** [5] - 45:10, 46:18, 46:23, 47:4
**once** [1] - 23:10
**one** [26] - 9:4, 13:6, 19:7, 19:14, 32:25,

35:6, 38:6, 40:9, 40:10, 41:19, 47:10, 48:23, 49:7, 50:4, 50:14, 52:12, 55:13, 57:5, 57:9, 57:14, 59:25, 61:18, 61:22, 61:25, 62:7
 **ones** [3] - 14:14, 15:11, 27:25
 **open** [3] - 5:16, 49:4
 **opened** [1] - 49:10
 **opening** [1] - 39:17
 **opportunity** [7] - 5:11, 5:17, 14:13, 15:15, 47:11, 47:15, 54:24
 **opposed** [2] - 47:20, 57:13
 **options** [1] - 60:2
 **oral** [2] - 3:11, 13:21
 **order** [3] - 49:23, 63:19, 64:7
 **otherwise** [2] - 7:15, 50:7
 **ought** [1] - 11:14
 **outer** [16] - 16:2, 16:17, 18:8, 21:23, 22:8, 26:16, 34:21, 39:18, 39:20, 40:12, 40:22, 41:8, 42:9, 49:5, 52:13, 54:8
 **outright** [1] - 44:21
 **outside** [3] - 22:17, 46:4
 **overly** [1] - 29:22
 **override** [2] - 61:15, 61:18
 **overruled** [1] - 17:11
 **overseas** [3] - 57:23, 58:5, 58:10
 **overstay** [1] - 61:9
 **overturn** [1] - 63:18
 **own** [8] - 6:12, 6:14, 12:15, 24:12, 43:25, 51:9, 52:7, 55:17

### P

 **p.m** [2] - 30:20, 65:14
 **P.S** [12] - 5:22, 8:2, 8:16, 23:15, 30:9, 31:15, 32:22, 36:21, 42:12, 45:11, 49:22, 63:18
 **PA** [1] - 1:5
 **page** [2] - 54:2, 61:5
 **paper** [1] - 13:8
 **paragraph** [3] - 41:3, 41:4, 41:5
 **paramount** [1] - 40:21
 **parcel** [1] - 12:19
 **part** [13] - 5:22, 6:15, 6:18, 6:24, 7:3, 8:3, 8:17, 12:19, 27:11, 42:12, 42:23, 47:24, 50:25
 **partial** [1] - 14:22
 **partially** [1] - 27:19
 **participating** [1] - 4:25
 **participation** [1] - 5:2
 **particular** [5] - 5:14, 20:23, 24:18, 25:3, 58:2
 **parties** [10] - 4:2, 10:4, 13:13, 26:23, 27:7, 36:19, 36:20, 47:21, 48:22, 59:10
 **Party** [1] - 44:25
 **party** [9] - 17:8, 34:23, 36:23, 37:3, 37:7, 37:18, 37:23, 57:5
 **passed** [1] - 30:9
 **passion** [1] - 58:15
 **past** [2] - 48:11, 52:7
 **PENNSYLVANIA** [1] - 1:2
 **Pennsylvania** [16] - 1:23, 6:22, 26:18, 32:10, 33:17, 40:19, 44:13, 44:24, 44:25, 46:19, 49:8, 57:9, 57:15, 57:16, 57:22, 58:7
 **Pennsylvania's** [1] - 48:12
 **people** [8] - 11:7, 16:3, 55:6, 55:7, 55:9, 56:24, 60:12
 **per** [1] - 57:5
 **perhaps** [5] - 6:15, 9:19, 9:20, 14:9, 53:25
 **permitted** [3] - 30:11, 31:24, 53:10
 **person** [24] - 10:24, 22:10, 22:15, 22:16, 24:5, 24:8, 42:5, 49:23, 51:18, 51:19, 52:18, 54:7, 54:18, 55:13, 55:22, 56:5, 56:17, 57:5, 59:25, 60:8, 60:25, 62:17, 64:3
 **person's** [1] - 62:21
 **perspective** [3] - 18:2, 21:23, 23:2
 **perspectives** [1] - 54:6
 **pertinent** [3] - 5:22, 8:3, 8:17
 **petition** [5] - 3:14, 11:2, 13:9, 13:17, 47:7
 **Petition** [3] - 1:17, 3:11, 35:13
 **petitioner** [3] - 3:13, 3:16, 3:23
 **petitioners** [2] - 31:23, 32:16
 **Petitioners** [2] - 30:2, 36:15
 **petitions** [2] - 32:18, 49:13
 **phone** [3] - 4:25, 5:18, 13:14
 **phrase** [1] - 55:19
 **pick** [1] - 49:12
 **picked** [1] - 22:18
 **pivot** [1] - 49:18
 **place** [10] - 10:11, 10:12, 49:8, 51:24, 52:2, 54:9, 54:11, 54:25, 58:13, 59:5
 **placed** [2] - 14:22, 50:17
 **plain** [2] - 6:3, 10:17
 **Plaintiffs** [2] - 1:7, 2:4
 **plausible** [1] - 62:2
 **pleading** [3] - 13:20, 15:7, 58:21
 **PLEAS** [1] - 1:2
 **point** [7] - 31:23, 36:15, 38:4, 50:13, 53:22, 56:13, 56:19
 **pointed** [3] - 13:8, 25:18, 58:24
 **points** [2] - 58:12, 61:8
 **political** [4] - 26:23, 34:23, 45:14, 47:21
 **polity** [1] - 49:15
 **poll** [5] - 24:13, 52:24, 53:7, 53:15, 53:16
 **polling** [5] - 24:18, 51:23, 54:25, 55:2, 55:8
 **polls** [1] - 39:17
 **portions** [1] - 48:12
 **position** [3] - 28:16, 28:22, 43:17
 **possession** [1] - 15:12
 **possibility** [1] - 21:24
 **Postal** [4] - 29:7, 29:11, 51:10, 51:14
 **posture** [1] - 29:25
 **potential** [1] - 60:19
 **potentially** [2] - 41:13, 46:20
 **powerless** [1] - 7:20
 **praised** [1] - 47:25
 **pre** [4] - 32:5, 46:10, 46:11, 46:12
 **pre-existing** [1] - 32:5
 **precedes** [1] - 40:10
 **precinct** [3] - 21:21, 22:2, 22:8
 **precisely** [1] - 64:4
 **preference** [1] - 45:15
 **premise** [1] - 36:11
 **prepared** [3] - 5:7, 12:25, 18:25
 **preparing** [1] - 26:23
 **preprinted** [4] - 15:25, 37:15, 46:5, 54:10
 **prescribe** [2] - 38:8, 43:15
 **prescribed** [1] - 8:8
 **present** [7] - 3:4, 3:14, 11:20, 11:25, 18:14, 56:8, 63:3
 **presentation** [1] - 17:7
 **presenting** [1] - 54:6
 **preserve** [1] - 15:8
 **PRESIDENT** [1] - 1:5
 **President** [1] - 3:13
 **presumably** [1] - 55:2
 **pretty** [1] - 11:7
 **prevails** [1] - 7:2
 **prevention** [1] - 23:7
 **primary** [5] - 57:9, 57:11, 59:17, 60:3, 60:7
 **print** [3] - 17:2, 18:8, 51:12
 **printed** [3] - 16:8, 16:12, 50:19
 **printer** [1] - 29:10
 **printing** [2] - 18:10, 18:16
 **PRO** [1] - 2:11
 **Pro** [2] - 1:14, 1:16
 **problem** [1] - 49:6
 **problems** [1] - 48:24
 **procedural** [1] - 29:24
 **procedurally** [1] - 36:8
 **procedure** [3] - 7:13, 31:2, 32:13
 **procedures** [8] - 10:10, 10:17, 31:3, 31:6, 32:23, 32:24, 35:9, 35:23
 **proceed** [3] - 5:9, 5:16, 5:19
 **proceeding** [2] - 29:25, 36:7
 **proceedings** [2] - 64:9, 65:4
 **Proceedings** [1] - 3:3
 **proceeds** [1] - 32:12
 **process** [15] - 26:15, 30:5, 30:17, 32:2, 32:8, 32:9, 32:14, 34:7, 34:8, 35:16, 42:24, 56:24, 58:25, 59:5, 59:8
 **processing** [2] - 39:15, 47:20
 **prohibit** [1] - 47:3
 **promote** [1] - 39:12
 **proof** [1] - 42:14
 **proper** [1] - 54:16
 **properly** [1] - 46:7
 **propose** [2] - 10:16, 48:7
 **proposes** [1] - 49:11
 **prospect** [1] - 56:14
 **provide** [5] - 32:20, 38:11, 51:19, 53:23, 54:2
 **provided** [5] - 17:3, 26:11, 30:10, 31:7, 50:11
 **provides** [4] - 37:13, 37:21, 37:22, 63:4
 **provision** [12] - 30:18, 31:24, 32:6, 33:18, 36:14, 36:19, 36:21, 36:22, 44:20, 44:21, 44:22, 45:16
 **provisional** [1] - 48:18
 **provisions** [8] - 30:12, 30:15, 32:7, 44:14, 45:9, 45:18, 45:20, 50:3
 **pulled** [1] - 49:5
 **punished** [1] - 26:6
 **purported** [1] - 46:18
 **purpose** [10] - 25:3, 45:20, 45:21, 46:14, 50:21, 51:8, 51:15, 52:12, 52:14, 54:12
 **purposes** [3] - 50:20, 56:14, 63:4
 **pursue** [1] - 35:9
 **put** [4] - 16:4, 16:8, 58:4, 58:7
 **putting** [1] - 9:8

## Q

**qualification** [3] - 19:8, 20:6, 42:6
**qualifications** [3] - 19:18, 20:7, 20:21
**qualified** [7] - 20:2, 20:4, 20:17, 20:21, 20:22, 22:19, 23:5
**quasi** [1] - 36:6
**questions** [5] - 12:23, 15:22, 16:19, 26:13, 26:15
**quickly** [1] - 41:23
**quite** [3] - 33:15, 54:13, 58:9
**quote** [3] - 39:24, 63:12, 63:16

## R

**raised** [5] - 17:8, 17:12, 49:19, 59:9, 59:11
**raises** [1] - 57:6
**raising** [1] - 14:18
**range** [1] - 13:11
**rare** [1] - 11:7
**rather** [1] - 17:13
**rationale** [1] - 37:25
**Raymond** [1] - 4:8
**RAYMOND** [1] - 2:5
**RDR** [2] - 1:21, 65:13
**re** [1] - 60:17
**Re** [1] - 26:3
**re-attest** [1] - 60:17
**read** [3] - 11:3, 41:4, 50:11
**reading** [1] - 30:7
**real** [1] - 6:17
**really** [7] - 12:10, 40:21, 48:23, 49:7, 50:20, 54:7
**reason** [6] - 27:16, 30:23, 31:21, 32:12, 35:22, 54:4
**reasonable** [2] - 26:8, 26:9
**reasons** [3] - 12:13, 12:16, 47:6
**rebut** [1] - 47:11
**receipt** [2] - 8:4, 46:17
**receive** [1] - 35:14
**received** [2] - 46:10, 46:13
**receives** [2] - 37:8, 37:9
**recognized** [2] - 32:10, 32:11

**recollection** [1] - 53:17
**reconfirming** [1] - 51:4
**record** [5] - 3:6, 3:9, 3:21, 24:11, 56:9
**Recount** [1] - 35:13
**recount** [4] - 32:17, 35:9, 35:11, 49:13
**recounted** [1] - 12:14
**recourse** [1] - 32:17
**red** [1] - 49:14
**reference** [3] - 36:16, 41:6, 41:11
**referenced** [1] - 40:10
**references** [2] - 30:15, 32:3
**referencing** [1] - 21:8
**reflected** [1] - 37:24
**regard** [1] - 17:12
**regarding** [2] - 28:7, 49:24
**register** [3] - 20:12, 20:13, 53:18
**registered** [9] - 19:21, 20:8, 20:10, 20:14, 20:18, 39:22, 42:5, 42:16, 51:21
**reject** [1] - 45:10
**rejected** [1] - 39:2
**rejection** [3] - 41:19, 44:18, 45:15
**related** [5] - 4:2, 17:15, 17:16, 31:4, 32:6
**relates** [1] - 16:25
**relevance** [1] - 57:19
**reliance** [1] - 26:7
**relied** [2] - 9:15, 44:4
**relief** [2] - 3:16, 35:9
**relying** [1] - 36:3
**remedy** [4] - 9:11, 9:16, 34:22, 35:5
**Remotely** [1] - 1:22
**removal** [1] - 30:6
**removed** [5] - 30:4, 30:15, 32:9, 33:2
**replicate** [1] - 29:23
**reply** [6] - 10:5, 10:7, 10:8, 47:11, 59:22, 59:23
**Reporter** [2] - 1:22, 65:13
**reporter** [1] - 56:10
**representatives** [1] - 4:7
**representing** [1] - 56:12
**Republican** [2] -

17:6, 17:8
**REPUBLICAN** [1] - 1:6
**request** [1] - 29:11
**require** [7] - 18:13, 18:16, 18:19, 19:5, 43:19, 45:9, 51:19
**required** [13] - 8:19, 8:23, 13:22, 18:19, 24:12, 37:4, 38:14, 38:15, 42:14, 52:18, 52:19, 55:21, 55:22
**requirement** [16] - 18:9, 20:14, 23:12, 24:16, 24:17, 36:11, 36:16, 36:18, 37:22, 44:15, 44:16, 47:18, 50:24, 54:18, 57:19, 58:18
**requirements** [4] - 12:12, 19:11, 33:19
**requires** [4] - 36:25, 37:2, 43:18, 44:20
**reserve** [2] - 15:7, 60:8
**reside** [2] - 24:14, 51:20
**resided** [1] - 58:8
**residence** [1] - 54:15
**residential** [1] - 23:4
**resides** [2] - 22:15, 51:2
**resolve** [1] - 51:11
**respect** [3] - 11:23, 14:19, 28:19
**responses** [1] - 41:2
**restricted** [1] - 10:3
**result** [1] - 44:17
**results** [3] - 10:20, 12:20, 50:7
**return** [6] - 9:7, 25:22, 39:11, 39:25, 40:2, 43:4
**returned** [3] - 39:15, 39:19, 40:15
**returns** [1] - 31:19
**reveal** [1] - 57:25
**revealing** [1] - 45:13
**Review** [2] - 1:17, 3:11
**reviewed** [1] - 63:11
**reviewing** [1] - 26:24
**rewrite** [2] - 9:20, 58:16
**rewriting** [1] - 48:11
**RICHARD** [1] - 1:25
**rights** [1] - 60:9
**Rights** [2] - 46:21, 46:22
**road** [1] - 50:9
**role** [3] - 26:22,

43:14, 43:15
**roll** [2] - 24:3, 61:2
**room** [1] - 62:23

## S

**safeguard** [1] - 22:9
**safely** [1] - 8:5
**sample** [1] - 53:16
**satisfied** [5] - 23:18, 23:20, 40:16, 42:2, 42:7
**satisfy** [1] - 42:15
**saw** [1] - 22:18
**scan** [1] - 28:13
**scanned** [1] - 22:3
**scanning** [1] - 24:4
**scans** [1] - 16:14
**scheme** [3] - 10:16, 10:23, 32:5
**scope** [2] - 14:21, 16:23
**screen** [1] - 47:13
**scrutiny** [2] - 55:13, 55:24
**sealed** [3] - 8:5, 8:11, 10:14
**second** [5] - 19:18, 19:24, 28:6, 50:13, 59:15
**secondly** [1] - 62:20
**secrecy** [1] - 49:5
**Secretary** [24] - 7:10, 7:12, 7:14, 8:8, 8:15, 9:6, 9:12, 19:3, 25:10, 25:12, 25:14, 26:11, 38:8, 38:10, 38:12, 38:17, 39:2, 39:9, 41:12, 42:22, 43:3, 43:16, 43:24, 50:10
**Secretary's** [8] - 8:13, 38:5, 41:7, 41:16, 43:2, 43:12, 43:14, 43:15
**section** [6] - 18:10, 18:15, 19:12, 42:13, 48:15, 49:22
**see** [4] - 19:21, 21:16, 55:13, 62:21
**seeing** [1] - 6:13
**seek** [2] - 32:23, 32:24
**segregated** [1] - 15:24
**self** [2] - 6:6, 50:15
**send** [2] - 61:14, 64:2
**sense** [5] - 12:9, 37:7, 38:3, 47:17, 49:15
**sent** [3] - 22:18,

37:10, 57:13
**sentence** [7] - 8:23, 19:25, 39:10, 40:9, 41:6, 52:21
**sentences** [1] - 41:11
**separate** [2] - 14:5, 62:8
**September** [3] - 25:13, 38:24, 39:8
**serve** [1] - 52:13
**serves** [1] - 6:14
**Service** [4] - 29:7, 29:11, 51:10, 51:14
**SERVICES** [2] - 1:11, 1:13
**set** [12] - 9:21, 22:24, 23:25, 32:21, 33:17, 35:23, 38:25, 40:2, 42:12, 42:20, 47:4, 49:10
**sets** [1] - 33:18
**setting** [2] - 28:18, 39:16
**several** [2] - 11:3, 16:19
**shall** [12] - 5:23, 6:23, 8:5, 8:17, 8:22, 18:7, 30:22, 31:18, 39:18, 41:7, 44:17, 61:24
**shed** [1] - 58:6
**sheet** [1] - 50:10
**shortly** [1] - 64:7
**show** [1] - 53:5
**shown** [2] - 24:17, 29:8
**sic** [1] - 44:14
**sic]** [2] - 7:24, 30:13
**side** [1] - 49:17
**sign** [22] - 5:23, 6:23, 8:18, 8:21, 9:7, 13:22, 18:8, 18:17, 24:10, 36:20, 51:23, 51:24, 52:2, 52:19, 53:3, 59:3, 61:2, 61:14, 61:25, 63:5, 63:6, 63:17
**signature** [18] - 13:11, 13:19, 14:16, 22:21, 24:3, 24:11, 25:16, 25:22, 34:14, 34:21, 35:8, 40:6, 40:21, 41:14, 42:8, 52:22, 53:18, 63:12
**signatures** [1] - 17:19
**signed** [4] - 19:15, 40:15, 43:5, 62:7
**significance** [7] - 26:2, 38:5, 40:7, 40:13, 40:24, 54:10,

54:14
**significant** [1] - 62:11
**signing** [9] - 6:24, 7:3, 12:15, 18:17, 51:24, 52:5, 52:25, 53:4, 64:4
**signs** [1] - 64:4
**similarly** [1] - 38:12
**simple** [1] - 56:13
**simply** [5] - 25:6, 31:16, 46:15, 47:20, 52:24
**single** [1] - 57:7
**singled** [2] - 41:13, 41:14
**singles** [1] - 41:17
**sit** [2] - 7:19, 12:13
**sliced** [3] - 49:4, 49:10
**smaller** [1] - 14:9
**smoothly** [1] - 5:17
**solely** [1] - 4:13
**someone** [5] - 33:14, 53:23, 53:25, 56:21, 59:17
**sometimes** [1] - 42:13
**somewhere** [1] - 22:16
**sorry** [6] - 7:20, 14:23, 34:10, 37:9, 41:22, 56:11
**sort** [4] - 12:14, 40:21, 47:24, 51:19
**sought** [1] - 3:16
**spaces** [1] - 17:3
**specific** [10] - 11:16, 11:17, 16:14, 20:11, 20:13, 20:25, 31:24, 45:2, 45:4, 54:9
**specifically** [7] - 14:20, 25:4, 25:14, 25:20, 33:2, 38:25, 41:6
**specified** [1] - 21:18
**speculation** [1] - 6:18
**speculations** [1] - 6:20
**spent** [1] - 9:24
**spoiler** [1] - 48:5
**standard** [3] - 42:19, 42:20, 42:21
**standing** [1] - 34:22
**start** [3] - 3:22, 15:22, 18:5
**starting** [2] - 23:11, 36:11
**starts** [2] - 18:4, 19:25

**State** [6] - 7:10, 25:10, 25:12, 25:14, 26:11, 35:23
**state** [4] - 10:18, 22:17, 27:21, 47:2
**statement** [11] - 19:7, 19:9, 19:23, 19:24, 20:3, 20:6, 23:13, 44:15, 53:12, 53:13
**statements** [1] - 53:11
**states** [5] - 25:14, 26:5, 30:18, 45:12, 57:23
**station** [1] - 24:9
**stations** [1] - 55:8
**statute** [35] - 5:22, 8:16, 9:19, 9:20, 10:10, 10:17, 18:7, 19:12, 20:5, 23:17, 24:2, 24:21, 25:5, 26:10, 30:7, 30:13, 36:4, 36:5, 37:21, 38:2, 41:16, 41:17, 43:2, 44:12, 44:15, 45:16, 47:5, 48:17, 55:20, 61:15, 61:18, 61:23, 61:24, 63:4, 63:10
**statutes** [1] - 45:8
**statutorily** [1] - 49:8
**statutory** [6] - 18:2, 18:3, 18:9, 44:10, 46:25, 48:7
**stay** [1] - 62:6
**STEIN** [1] - 2:5
**Stein** [6] - 4:10, 5:14, 17:7, 48:2, 49:2, 58:6
**step** [1] - 11:7
**Stephanie** [1] - 4:21
**STEPHANIE** [1] - 2:13
**steps** [1] - 39:14
**still** [12] - 10:10, 10:11, 10:14, 22:15, 22:19, 24:14, 28:20, 42:5, 51:20, 51:25, 54:15, 60:23
**stipulate** [1] - 15:5
**stipulated** [1] - 15:6
**stipulation** [8] - 12:25, 13:7, 13:13, 14:20, 15:4, 19:23, 21:10, 25:20
**stipulations** [1] - 31:5
**stop** [4] - 19:17, 33:4, 39:7, 59:14
**stricken** [1] - 28:3
**strike** [3] - 14:10, 14:13, 27:25
**striking** [1] - 14:12

**stuff** [1] - 61:10
**subcategories** [1] - 27:17
**subject** [3] - 8:25, 41:19, 50:2
**submit** [2] - 6:5, 55:15
**Subsection** [1] - 18:15
**subsequent** [1] - 36:7
**subset** [3] - 16:3, 28:23, 33:8
**subsets** [3] - 14:5, 14:9, 15:23
**substantial** [2] - 27:9, 48:12
**substantive** [5] - 5:13, 5:20, 49:19, 52:6, 64:5
**substitute** [1] - 7:4
**sufficiency** [1] - 39:4
**sufficient** [13] - 23:19, 23:21, 24:23, 24:24, 24:25, 25:4, 25:8, 40:17, 42:2, 42:4, 42:8, 63:9, 63:12
**sufficiently** [1] - 8:14
**suggest** [2] - 40:10, 40:20
**suggested** [1] - 9:25
**suppose** [3] - 9:3, 9:10, 43:5
**Supreme** [4] - 26:4, 32:10, 32:11, 44:24
**SURE** [3] - 16:14, 37:24, 46:2
**suspicion** [2] - 54:23, 56:17
**swath** [1] - 55:6
**swearing** [1] - 50:25
**symbol** [1] - 45:13
**system** [5] - 16:14, 22:3, 24:4, 37:24, 46:2

**T**

**talks** [2] - 41:25, 50:21
**task** [1] - 27:10
**technical** [6] - 12:3, 12:8, 12:11, 12:12, 12:19, 52:15
**technicalities** [1] - 12:19
**technicality** [2] - 44:16, 44:17
**terms** [10] - 5:20, 16:16, 23:4, 25:12,

33:25, 34:6, 34:8, 38:14, 44:2, 48:22
**terrible** [1] - 63:2
**testimony** [1] - 31:10
**text** [4] - 36:3, 36:4, 44:12, 45:13
**THE** [94] - 1:2, 1:2, 1:25, 3:8, 4:3, 4:6, 4:11, 4:16, 4:22, 5:6, 5:9, 9:3, 9:15, 9:23, 11:2, 11:15, 11:21, 12:2, 12:22, 13:24, 14:4, 14:18, 14:25, 15:10, 15:18, 15:21, 16:18, 17:18, 17:23, 18:21, 19:17, 20:7, 20:10, 20:16, 20:19, 21:7, 21:11, 21:13, 22:9, 22:13, 23:9, 23:22, 24:7, 24:20, 26:14, 26:22, 27:12, 28:5, 28:11, 28:16, 28:23, 29:12, 29:16, 33:4, 33:14, 33:20, 34:3, 34:10, 34:13, 34:19, 35:4, 35:11, 35:25, 36:24, 38:20, 39:7, 41:21, 42:25, 43:11, 43:22, 44:8, 47:8, 47:16, 48:13, 48:20, 51:16, 52:4, 53:2, 53:11, 53:21, 54:4, 55:4, 55:21, 56:4, 56:9, 57:3, 57:16, 59:14, 59:22, 60:10, 61:6, 62:6, 62:10, 63:22
**themselves** [1] - 3:21
**therefrom** [1] - 49:25
**they've** [1] - 5:15
**thin** [1] - 62:25
**thinking** [1] - 54:13
**third** [9] - 10:3, 36:19, 36:20, 36:23, 37:2, 37:7, 37:18, 37:23
**third-party** [3] - 36:23, 37:7, 37:23
**thoughts** [2] - 29:20, 41:23
**thousands** [1] - 60:12
**three** [3] - 8:18, 8:23, 63:4
**throughout** [1] - 52:11
**thrust** [1] - 12:9
**Thursday** [1] - 63:25
**timeliness** [1] - 46:17
**timely** [3] - 46:10, 46:13, 49:9

**timing** [1] - 63:25
**TIMOTHY** [1] - 2:8
**today** [6] - 3:11, 3:14, 5:11, 15:16, 58:17, 63:24
**topic** [1] - 55:11
**totally** [1] - 27:21
**touched** [1] - 10:7
**tragedy** [1] - 9:19
**transcript** [1] - 65:7
**transparent** [2] - 27:21, 49:16
**treat** [2] - 46:20, 48:22
**treated** [5] - 13:4, 27:14, 34:2, 34:3, 34:4
**TRIAL** [1] - 1:3
**true** [7] - 52:8, 52:10, 53:11, 53:13, 53:14, 55:10, 56:23
**trump** [2] - 3:13, 3:25
**TRUMP** [1] - 1:5
**trust** [1] - 5:18
**truth** [1] - 6:17
**try** [2] - 29:22, 52:9
**trying** [3] - 11:12, 24:11, 58:17
**Tuesday** [2] - 1:19, 63:24
**turn** [1] - 59:19
**twice** [3] - 22:10, 22:11, 22:25
**two** [8] - 19:5, 19:9, 19:11, 41:2, 47:9, 52:21, 53:23, 60:2
**type** [1] - 60:24
**types** [1] - 14:5

**U**

**ultimately** [2] - 44:5, 54:5
**unable** [1] - 18:17
**unchallengeable** [1] - 7:8
**under** [9] - 6:22, 8:2, 10:22, 20:14, 22:20, 23:15, 24:21, 46:19, 48:24
**underneath** [1] - 52:21
**undue** [1] - 11:22
**unique** [1] - 21:16
**unknown** [1] - 37:19
**unless** [3] - 24:17, 26:13, 40:18
**unring** [1] - 49:6
**unsworn** [1] - 53:19
**up** [8] - 7:16, 22:18, 23:20, 28:13, 45:25,

49:12, 51:14, 62:2
**UPS** [1] - 28:25
**uses** [1] - 6:21
**utilize** [1] - 23:23
**Uzoma** [1] - 4:19
**UZOMA** [1] - 2:11
**UZOMAN** [1] - 1:15

# V

**valid** [2] - 28:20, 59:7
**validity** [1] - 47:22
**validly** [1] - 62:5
**verification** [1] - 21:25
**verified** [1] - 22:4
**verify** [3] - 24:4, 42:18, 45:22
**vestiges** [1] - 32:5
**veterans** [1] - 39:23
**Via** [1] - 1:22
**viable** [2] - 6:16, 10:11
**Vice** [2] - 1:14, 1:16
**VICE** [1] - 2:11
**Videoconference** [1] - 1:22
**view** [3] - 6:25, 7:2, 12:15
**violate** [1] - 45:16
**violation** [3] - 12:20, 63:10, 63:17
**violations** [1] - 46:21
**visual** [1] - 4:25
**vital** [6] - 6:15, 7:3, 10:11, 58:12, 62:4, 63:8
**vote** [39] - 9:12, 10:22, 19:21, 20:2, 20:4, 20:9, 20:10, 20:13, 20:15, 20:18, 20:21, 20:22, 24:5, 25:16, 26:6, 38:15, 38:16, 42:18, 46:23, 47:3, 51:3, 51:8, 51:25, 53:3, 53:10, 53:19, 54:16, 57:25, 58:8, 58:10, 58:13, 59:18, 60:2, 60:8
**voted** [7] - 19:10, 22:5, 22:10, 22:11, 22:25, 52:25, 53:3
**voter** [35] - 16:15, 20:6, 21:22, 21:25, 22:19, 23:2, 23:5, 26:5, 28:14, 37:8, 37:9, 37:10, 37:11, 37:14, 37:16, 37:17, 42:5, 42:17, 44:4, 51:2, 51:7, 51:8, 51:11, 51:23, 52:3,

54:18, 54:25, 56:16, 57:21, 58:10, 58:12, 60:25, 63:16, 64:3
**voter's** [15] - 15:25, 16:2, 22:4, 36:16, 37:18, 39:18, 39:20, 39:22, 39:23, 39:25, 40:11, 40:15, 41:9, 43:4, 45:25
**voters** [12] - 24:4, 31:7, 31:9, 36:13, 36:19, 36:20, 37:6, 37:25, 46:3, 46:15, 57:22, 57:23
**voters'** [1] - 39:24
**votes** [6] - 23:19, 24:8, 33:8, 51:18, 52:18
**Voting** [1] - 46:21
**voting** [11] - 20:23, 20:25, 24:18, 33:16, 48:18, 53:5, 53:9, 54:17, 55:18, 56:25, 58:5
**voting/polling** [1] - 24:9
**vs** [1] - 1:8

# W

**wait** [1] - 41:21
**waiting** [1] - 62:23
**walks** [1] - 55:3
**ways** [2] - 44:19, 45:23
**web** [1] - 28:13
**week** [1] - 63:24
**weeks** [1] - 10:24
**welcome** [2] - 29:16, 61:9
**whatsoever** [1] - 53:8
**whereby** [1] - 59:6
**wholeheartedly** [1] - 44:7
**WILLIAMS** [5] - 2:12, 56:7, 56:11, 59:21, 59:24
**Williams** [3] - 4:20, 56:12, 58:24
**wish** [1] - 15:13
**WISSERT** [1] - 1:7
**witness** [1] - 18:16
**witnesses** [1] - 31:9
**wonderful** [1] - 64:6
**wondering** [1] - 53:22
**word** [7] - 6:22, 8:22, 24:24, 25:3, 54:24, 60:23, 61:7
**words** [2] - 22:24,

43:3
**workers** [1] - 24:13
**works** [1] - 59:25
**worried** [1] - 21:24
**write** [7] - 6:14, 46:15, 50:23, 50:25, 51:7, 51:8, 54:8
**writing** [3] - 48:11, 48:17, 55:14
**written** [2] - 16:7, 52:11
**wrote** [1] - 14:15

# Y

**year** [2] - 50:7, 60:4
**yesterday** [1] - 10:6
**yields** [1] - 10:19
**yourself** [3] - 5:4, 24:10, 56:10

# Z

**zoom** [1] - 15:2