# EXHIBIT R

Case 4:20-cv-02078-MWB   Document 195-19   Filed 11/20/20   Page 1 of 2

**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: 2,349 BALLOTS IN THE 2020 GENERAL ELECTION | : No. 337 WAL 2020<br>:<br>: |
| PETITION OF: ALLEGHENY COUNTY BOARD OF ELECTIONS | : Petition for Allowance of Appeal from<br>: the Order of the Commonwealth<br>: Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2020, the Petition for Allowance of Emergency Appeal is hereby **GRANTED IN PART**, limited to the following issue:

> Does the Election Code require the Allegheny County Board of Elections to disqualify mail-in ballots submitted by qualified electors who signed their ballot's outer envelopes but did not handwrite a date, where no other fraud or irregularity has been alleged, and the ballot is timely received?

The order of the Commonwealth Court dated November 19, 2000 is hereby **STAYED** pending resolution of this appeal.

This appeal is hereby CONSOLIDATED with *In re: Canvass of Absentee and Mail-in Ballots of November 3, 2020 General Election, Appeal of Donald J. Trump for President, Inc.*, Nos. 31-35 EAP 2020, J-118A-E-2020.

For disposition of this matter, the Court will rely on the briefs filed in the Commonwealth Court at No. 1162 CD 2020.