# EXHIBIT S

4months,SDGLC2

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:20-cv-04651-SDG

| | |
|---|---|
| Wood v. Raffensperger et al | Date Filed: 11/13/2020 |
| Assigned to: Judge Steven D. Grimberg | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 441 Civil Rights: Voting |
| | Jurisdiction: Federal Question |

**Plaintiff**

**L. Lin Wood, Jr.**    represented by    **Ray Stallings Smith , III**
Smith & Liss, LLC
Suite 2600
Five Concourse Parkway
Atlanta, GA 30328
404-760-6006
Fax: 404-760-0225
Email: rsmith@smithliss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brad Raffensperger**    represented by    **Charlene S McGowan**
*in his official capacity as Secretary of State of the State of Georgia*
Georgia Attorney General's Office
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
404-656-3389
Email: cmcgowan@law.ga.gov
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
Attorney General's Office-Atl
Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
404-656-3300
Email: rwillard@law.ga.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca N. Sullivan**    represented by    **Charlene S McGowan**
*in her capacity as Vice Chair of the Georgia State Election Board*
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Russell D. Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**David J. Worley**<br>*in his official capacity as a Member of the Georgia State Election Board* | represented by **Charlene S McGowan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Russell D. Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Matthew Mashburn**<br>*in his official capacity as a Member of the Georgia State Election Board* | represented by **Charlene S McGowan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Russell D. Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Anh Le**<br>*in her official capacity as a Member of the Georgia Election Board* | represented by **Charlene S McGowan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Russell D. Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor Defendant**

| | |
|---|---|
| **Democratic Party of Georgia, Inc.**<br>*Democratic Party of Georgia* | represented by **Alexi Machek Velez**<br>Perkins Coie-DC<br>Suite 600<br>700 Thirteenth St., N.W.<br>Washington, DC 20005-2011<br>202-654-6200<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Amanda J. Beane**<br>Perkins Coie-WA<br>1201 Third Avenue<br>48th Floor<br>Seattle, WA 98101-3099<br>206-359-3965<br>Email: abeane@perkinscoie.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Amanda R. Callais**
Perkins Coie-DC
Suite 600
700 Thirteenth St., N.W.
Washington, DC 20005-2011
202-654-6396
Email: acallais@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Rachel Brailey**
Perkins Coie-DC
Suite 600
700 Thirteenth St., N.W.
Washington, DC 20005-2011
202-654-6200
Email: ebrailey@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gilliam Kuhlmann**
Perkins Coie, LLP-Los Angeles
Suite 1700
1888 Century Park East
Los Angeles, CA 90067-1721
310-788-3900
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
Perkins Coie LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
206-359-8741
Email: khamilton@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc E. Elias**
Perkins Coie LLP
700 13th St NW
Ste 800
Washington, DC 20005
202-654-6200
Email: melias@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Mertens**
Perkins Coie LLP - OR
1120 NW Couch Street
Suite 1000
Portland, OR 97209
503-727-2000
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Martin Sparks**
Krevolin & Horst, LLC
One Atlantic Center, Ste 3250
1201 West Peachtree St., NW
Atlanta, GA 30309
404-888-9700
Email: sparks@khlawfirm.com
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DSCC**
*DSCC*

represented by **Alexi Machek Velez**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda J. Beane**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda R. Callais**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Rachel Brailey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gilliam Kuhlmann**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

                                                    *ATTORNEY TO BE NOTICED*

**Marc E. Elias**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Mertens**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Martin Sparks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DCCC**                represented by  **Alexi Machek Velez**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda J. Beane**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda R. Callais**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Rachel Brailey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gilliam Kuhlmann**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Marc E. Elias**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew Mertens**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adam Martin Sparks**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Intervenor Defendant** |  |  |
| **Georgia State Conference of the NAACP** | represented by | **Ezra David Rosenberg**<br>Lawyers' Committee for Civil Rights Under Law<br>Suite 900<br>1500 K. Street NW<br>Washington, DC 20005<br>202-662-8345<br>Email: erosenberg@lawyerscommittee.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Powers**<br>Lawyers' Committee for Civil Rights Under Law<br>Suite 900<br>1500 K. Street NW<br>Washington, DC 20005<br>202-662-8389<br>Fax: .<br>Email: jpowers@lawyerscommittee.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jon M. Greenbaum**<br>Lawyers' Committee for Civil Rights Under Law<br>Suite 900<br>1500 K. Street NW<br>Washington, DC 20005<br>202-662-8315<br>Fax: .<br>Email: jgreenbaum@lawyerscommittee.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Julie Marie Houk** |

|   |   |
|---|---|
|   | Lawyers' Committee for Civil Rights Under Law<br>Suite 900<br>1500 K. Street NW<br>Washington, DC 20005<br>202-662-8391<br>Email: jhouk@lawyerscommittee.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Susan Baker Manning**<br>Morgan, Lewis & Brockius, LLP - DC<br>1111 Pennsylvania Avenue, SW<br>Washington, DC 20004<br>202-739-6000<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Bryan Ludington Sells**<br>The Law Office of Bryan L. Sells, LLC<br>P.O. Box 5493<br>1226 Springdale Road, NE<br>Atlanta, GA 31107-0493<br>404-480-4212<br>Email: bryan@bryansellslaw.com<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **Georgia Coalition for the Peoples' Agenda, Inc.** | represented by | **Ezra David Rosenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Michael Powers**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jon M. Greenbaum**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julie Marie Houk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Bryan Ludington Sells**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **Helen Butler** | represented by | **Ezra David Rosenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Michael Powers**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jon M. Greenbaum**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julie Marie Houk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Bryan Ludington Sells**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **James Woodall** | represented by | **Ezra David Rosenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Michael Powers**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jon M. Greenbaum**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Julie Marie Houk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Bryan Ludington Sells**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **Melvin Ivey** | represented by | **Ezra David Rosenberg**<br>(See above for address) |

            *LEAD ATTORNEY*
            *PRO HAC VICE*
            *ATTORNEY TO BE NOTICED*

            **John Michael Powers**
            (See above for address)
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

            **Jon M. Greenbaum**
            (See above for address)
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

            **Julie Marie Houk**
            (See above for address)
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

            **Bryan Ludington Sells**
            (See above for address)
            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2020 | 1 | COMPLAINT filed by L. Lin Wood, Jr.. (Filing fee $400.00, receipt number BGANDC-10373555) (Attachments: # 1 Exhibit -A -Litigation Settlement, # 2 Verification regarding Election, # 3 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 11/13/2020) |
| 11/13/2020 | 2 | EIGHTH AMENDMENT TO GENERAL ORDER 20-01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 9/28/20. (eop) (Entered: 11/13/2020) |
| 11/13/2020 | 3 | Certificate of Interested Persons by L. Lin Wood, Jr. (Smith, Ray) (Entered: 11/13/2020) |
| 11/16/2020 | 4 | STANDING ORDER Regarding Civil Litigation. Signed by Judge Steven D. Grimberg on November 16, 2020. (ash) (Entered: 11/16/2020) |
| 11/16/2020 | 5 | AMENDED COMPLAINT against All Defendants filed by L. Lin Wood, Jr. (Attachments: # 1 Exhibit Exhibit A to Amended Complaint: Litigation Settlement, # 2 Exhibit Exhibit B to Amended Complaint: Coleman Affidavit, # 3 Exhibit Exhibit C to Amended Complaint: Deidrich Affidavit, # 4 Affidavit Amended Complaint Verification) (Smith, Ray) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 11/16/2020) |
| 11/17/2020 | 6 | Emergency MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED with Brief In Support by L. Lin Wood, Jr. (Attachments: # 1 Exhibit A Litigation Settlement, # 2 Exhibit B Coleman Affidavit, # 3 Exhibit C Deitrich Affidavit, # 4 Exhibit D Volyes Affidavit, # 5 Exhibit E Zeher Affidavit, # 6 Exhibit F Romero Affidavit, # 7 Exhibit G Reyes Affidavit, # 8 Exhibit H Johnston Affidavit, # 9 Exhibit I |

| | | |
|---|---|---|
| | | Silva Affidavit, # 10 Exhibit J O'Neal Affidavit, # 11 Exhibit K Fisher Affidavit, # 12 Exhibit L Savage Affidavit, # 13 Exhibit M Peterford Affidavit, # 14 Exhibit N Redacted Declaration, # 15 Exhibit O Makridis Declaration, # 16 Exhibit P Failure Study, # 17 Exhibit R Moore Affidavit, # 18 Exhibit S S. Hall Affidavit, # 19 Exhibit T R Hall Affidavit, # 20 Exhibit U Hartman Affidavit)(Smith, Ray) (Entered: 11/17/2020) |
| 11/18/2020 | 7 | Supplemental MOTION for Temporary Restraining Order *to File Exhibit Q to Motion, Ramsland Affidavit* by L. Lin Wood, Jr. (Attachments: # 1 Exhibit Q Ramsland Affidavit)(Smith, Ray) (Entered: 11/18/2020) |
| 11/18/2020 | 8 | MOTION to Intervene *as Defendants* with Brief In Support by Democratic Party of Georgia, Inc., DSCC, DCCC. (Attachments: # 1 Exhibit A: Proposed Intervenors' Proposed Motion to Dismiss, # 2 Exhibit B: Proposed Intervenors' Brief in Support of Proposed Motion to Dismiss, # 3 Exhibit C: Proposed Intervenors' Proposed Answer to Amended Complaint)(Sparks, Adam) (Entered: 11/18/2020) |
| 11/18/2020 | 9 | APPLICATION for Admission of Marc Erik Elias Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388354).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 10 | APPLICATION for Admission of Amanda R. Callais Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388395).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 11 | APPLICATION for Admission of Kevin J. Hamilton Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388415).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 12 | APPLICATION for Admission of Amanda J. Beane Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388436).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 13 | APPLICATION for Admission of Alexi M. Velez Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388444).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 14 | APPLICATION for Admission of Matthew Mertens Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388463).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 15 | APPLICATION for Admission of Emily Brailey Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388481).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 16 | APPLICATION for Admission of Gillian Kuhlmann Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388493).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 17 | NOTICE of Appearance by Charlene S McGowan on behalf of Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (McGowan, |

| | | |
|---|---|---|
| | | Charlene) (Entered: 11/18/2020) |
| 11/18/2020 | 18 | NOTICE of Appearance by Russell D. Willard on behalf of Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (Willard, Russell) (Entered: 11/18/2020) |
| 11/18/2020 | 19 | Certificate of Interested Persons by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) (Entered: 11/18/2020) |
| 11/18/2020 | 20 | Amended MOTION to Supplement 7 Supplemental MOTION for Temporary Restraining Order *to File Exhibit Q to Motion, Ramsland Affidavit* by L. Lin Wood, Jr. (Attachments: # 1 Exhibit Q Ramsland Affidavit)(Smith, Ray) (Entered: 11/18/2020) |
| 11/18/2020 | 21 | NOTICE OF VIDEO PROCEEDING re: 6 Emergency MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED. Motion Hearing set for 11/19/2020 at 03:00 PM in No Courtroom before Judge Steven D. Grimberg. Connection Instructions: https://ganduscourts.zoomgov.com/j/1609807754; Meeting ID: 160 980 7754; Passcode: 841353. You must follow the instructions of the Court for remote proceedings available here. The procedure for filing documentary exhibits admitted during the proceeding is available here. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by video teleconferencing or telephone conferencing, is strictly and absolutely prohibited.* (ash) (Entered: 11/18/2020) |
| 11/18/2020 | 22 | MOTION to Intervene by Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, Inc., Helen Butler, James Woodall, Melvin Ivey. (Attachments: # 1 Exhibit 1 - Woodall declaration, # 2 Exhibit 2 - Ivey declaration, # 3 Exhibit 3 - Powers declaration)(Sells, Bryan) (Entered: 11/18/2020) |
| 11/18/2020 | 23 | APPLICATION for Admission of Jon Greenbaum Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10390836).by Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall. (Sells, Bryan) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 24 | APPLICATION for Admission of Julie Houk Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10391209).by Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall. (Sells, Bryan) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 25 | APPLICATION for Admission of John Powers Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10391214).by Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall. (Sells, Bryan) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/18/2020 | 26 | CERTIFICATE of Compliance *with Court's Standing Order* (Smith, Ray) (Entered: 11/18/2020) |
| 11/18/2020 | 27 | APPLICATION for Admission of Ezra Rosenberg Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10391419).by Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall. (Sells, Bryan) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/18/2020) |
| 11/19/2020 | 28 | MOTION to Supplement 22 MOTION to Intervene *with updated Butler declaration* by Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of |

| | | |
|---|---|---|
| | | the NAACP, Melvin Ivey, James Woodall. (Attachments: # 1 Exhibit 1 - Butler declaration)(Sells, Bryan) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 9 APPLICATION for Admission of Marc Erik Elias Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388354).. Attorney Marc E. Elias added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 11/19/2020) |
| 11/19/2020 | 29 | CERTIFICATE of Compliance *with the Court's Standing Order Regarding Civil Litigation* (Sells, Bryan) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 10 APPLICATION for Admission of Amanda R. Callais Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388395).. Attorney Amanda R. Callais added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 11 APPLICATION for Admission of Kevin J. Hamilton Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388415).. Attorney Kevin J. Hamilton added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 12 APPLICATION for Admission of Amanda J. Beane Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388436).. Attorney Amanda J. Beane added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 11/19/2020) |
| 11/19/2020 | | RETURN of 27 APPLICATION for Admission of Ezra Rosenberg Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10391419). to attorney for correction re: case number. (cdg) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 15 APPLICATION for Admission of Emily Brailey Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388481). Attorney Emily Rachel Brailey added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (cdg) (Entered: 11/19/2020) |
| 11/19/2020 | 30 | NOTICE Of Filing Attorney Declaration by L. Lin Wood, Jr (Attachments: # 1 Exhibit Attorney Declarations)(Smith, Ray) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 25 APPLICATION for Admission of John Powers Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10391214). Attorney John Michael Powers added appearing on behalf of Georgia State Conference Of the NAACP, et al. (cdg) Modified on 11/19/2020 to correct party appearing on behalf of (cdg). (Entered: 11/19/2020) |
| 11/19/2020 | 31 | RESPONSE in Opposition re 6 Emergency MOTION for Temporary Restraining Order *IMMEDIATE HEARING REQUESTED Proposed Intervenor-Defendant Political Party Committees' Response in Opposition to Plaintiff's Emergency Motion for Injunctive Relief* filed by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | 32 | APPLICATION for Admission of Ezra Rosenberg Pro Hac Vice.by Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall. (Sells, Bryan) *Documents for this entry are not available for viewing outside the courthouse.* (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Alexi M. Velez Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388444).. Attorney Alexi Machek Velez added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 11/19/2020) |

| | | |
|---|---|---|
| 11/19/2020 | 33 | AFFIDAVIT re 31 Response in Opposition to Motion, *Attorney Declaration of Amanda R. Callais* by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Attachments: # 1 Ex. 1 - SOS Notice 2020.11.09, # 2 Ex. 2 - The Hill 2020.11.11, # 3 Ex. 3 - SOS Press release 2020.11.13, # 4 Ex. 4 - OEB 2020.11.12, # 5 Ex. 5 - OEB 2020.05.01, # 6 Ex. 6 - SOS Press Release 2020.11.18, # 7 Ex. 7 - SEB Notice 2020.03.05, # 8 Ex. 8 - Official Election Results 2020.11.18, # 9 Ex. 9 - SOS Facebook Post 2020.11.15, # 10 Ex. 10 - Reuters 2020.11.11, # 11 Ex. 11 - Washington Post 2020.11.16, # 12 Ex. 12 - CBS News 2020.11.13, # 13 Ex. 13 - AJC 2020.10.19, # 14 Ex. 14 - AJC 2020.11.15, # 15 Ex. 15 - OEB 2020.11.13, # 16 Ex. 16 - Rodden Expert Report 2020.11.18)(Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 23 APPLICATION for Admission of Jon Greenbaum Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10390836). Attorney Jon M. Greenbaum added appearing on behalf of Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall (cdg) (Entered: 11/19/2020) |
| 11/19/2020 | 34 | RESPONSE in Opposition re 6 Emergency MOTION for Temporary Restraining Order **IMMEDIATE HEARING REQUESTED** filed by Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley. (Attachments: # 1 Affidavit of Chris Harvey)(McGowan, Charlene) (Entered: 11/19/2020) |
| 11/19/2020 | 35 | NOTICE Of Filing by L. Lin Wood, Jr re 6 Emergency MOTION for Temporary Restraining Order **IMMEDIATE HEARING REQUESTED** (Attachments: # 1 Exhibit to TRO Motion Thorne Affidavit)(Smith, Ray) (Entered: 11/19/2020) |
| 11/19/2020 | 36 | NOTICE Of Filing 2020.11.19 PPC Notice of Intent to Rely on Exhibits and Affidavits by DCCC, DSCC, Democratic Party of Georgia, Inc. re 21 Notice of Video/Telephone Proceeding,,, (Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 14 APPLICATION for Admission of Matthew Mertens Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388463).. Attorney Matthew Mertens added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 9 Application for Admission Pro Hac Vice of Marc Erik Elias. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 10 Application for Admission Pro Hac Vice of Amanda R. Callais. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 11 Application for Admission Pro Hac Vice of Kevin J. Hamilton. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | 37 | CERTIFICATE of Compliance *with Court's Standing Order* (Powers, John) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 12 Application for Admission Pro Hac Vice of Amanda J. Beane. |

| | | |
|---|---|---|
| | | Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 15 Application for Admission Pro Hac Vice of Emily Brailey. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 25 Application for Admission Pro Hac Vice of John Powers. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 13 Application for Admission Pro Hac Vice of Alexi M. Velez. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 23 Application for Admission Pro Hac Vice of Jon Greenbaum. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 14 Application for Admission Pro Hac Vice of Matthew Mertens. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | 38 | NOTICE Of Filing by Democratic Party of Georgia, Inc. re 31 Response in Opposition to Motion, *Affidavits In Support Of* 31 (Attachments: # 1 Affidavit 1: Shameika Vailes, # 2 Affidavit 2: Angela Thomas, # 3 Affidavit 3: Kimberly Brandon, # 4 Affidavit 4: Doris Sumner, # 5 Affidavit 5: Robin Lourie, # 6 Affidavit 6: Olivia Alston, # 7 Affidavit 7: Russell Cason, # 8 Affidavit 8: Steve Young, # 9 Affidavit 9: Beth Graham, # 10 Affidavit 10: Rebecca Short, # 11 Affidavit 11: Sara Ghazal, # 12 Affidavit 12: Sharon Zydney, # 13 Affidavit 13: Komal Patel)(Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 16 APPLICATION for Admission of Gillian Kuhlmann Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10388493). Attorney Gilliam Kuhlmann added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (cdg) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 24 APPLICATION for Admission of Julie Houk Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10391209). Attorney Julie Marie Houk added appearing on behalf of Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall (cdg) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 16 Application for Admission Pro Hac Vice of Gillian Kuhlmann. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access |

| | | |
|---|---|---|
| | | at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | | ORDER granting 24 Application for Admission Pro Hac Vice of Julie Houk. Approved by Judge Steven D. Grimberg on November 19, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(ash) (Entered: 11/19/2020) |
| 11/19/2020 | 39 | RESPONSE in Opposition re 6 Emergency MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED filed by Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall. (Powers, John) (Entered: 11/19/2020) |
| 11/19/2020 | 40 | CERTIFICATE of Compliance *with the Court's Standing Order on Civil Litigation* (Sells, Bryan) (Entered: 11/19/2020) |
| 11/19/2020 | | APPROVAL by Clerks Office re: 32 APPLICATION for Admission of Ezra Rosenberg Pro Hac Vice.. Attorney Ezra David Rosenberg added appearing on behalf of Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall (cdg) (Entered: 11/19/2020) |
| 11/19/2020 | 41 | CERTIFICATE of Compliance *Amanda J. Beane* (Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | 42 | CERTIFICATE of Compliance *Amanda R. Callais* (Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | 43 | CERTIFICATE of Compliance *Susan P. Coppedge* (Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | 44 | CERTIFICATE of Compliance (Greenbaum, Jon) (Entered: 11/19/2020) |
| 11/19/2020 | 45 | CERTIFICATE of Compliance *Kevin J. Hamilton* (Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | 46 | CERTIFICATE of Compliance *Halsey G. Knapp, Jr.* (Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | 47 | CERTIFICATE of Compliance *Joyce Gist Lewis* (Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | 48 | CERTIFICATE of Compliance *Adam M. Sparks* (Sparks, Adam) (Entered: 11/19/2020) |
| 11/19/2020 | 49 | CERTIFICATE of Compliance (McGowan, Charlene) (Entered: 11/19/2020) |
| 11/19/2020 | 50 | CERTIFICATE of Compliance *of Russell D. Willard* (McGowan, Charlene) (Entered: 11/19/2020) |
| 11/19/2020 | 51 | APPLICATION for Admission of Susan Baker Manning Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10394814).by Helen Butler, Georgia Coalition for the Peoples' Agenda, Inc., Georgia State Conference of the NAACP, Melvin Ivey, James Woodall. (Sells, Bryan) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/19/2020) |
| 11/19/2020 | 52 | Minute Entry for proceedings held before Judge Steven D. Grimberg: Hearing held on Plaintiff's 6 Emergency Motion for Temporary Restraining Order. The Court GRANTED Intervenor Defendants Democratic Party of Georgia, Inc., DSCC, and DCCC's 8 Motion to Intervene as Defendants. The Court DENIED Plaintiff's 6 Motion for Temporary Restraining Order. A written order will follow. (Court Reporter Alicia Bagley)(jed) (Entered: 11/20/2020) |
| 11/20/2020 | | RETURN of 51 APPLICATION for Admission of Susan Baker Manning Pro Hac Vice (Application fee $ 150, receipt number AGANDC-10394814). to attorney for correction. (cdg) (Entered: 11/20/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/20/2020 15:59:21 | | | |
| **PACER Login:** | wcphd0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-04651-SDG |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |