UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-cv-02078-MWB <br><br> Judge Matthew W. Brann |

# **ORDER**

Having considered Plaintiffs' Renewed Motion for Temporary Restraining Order and Preliminary Injunction and having reviewed the papers in support of Plaintiffs' Motion, together with all opposition thereto;

IT IS ON THIS _____ day of _____, 2020 hereby ORDERED that Plaintiffs' Renewed Motion for Temporary Restraining Order and Preliminary Injunction is DENIED.

                                                                             _____
                                                                             Matthew W. Brann, U.S.D.J.