### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : : : | CASE NO. 4:20-CV-02078-MWB |
| Plaintiffs, | : : | The Hon. Matthew W. Brann |
| vs. | : : | |
| KATHY BOOCKVAR, et al., | : : | |
| Defendants. | : | |

### **[PROPOSED] ORDER OF COURT**

AND NOW this ___ day of November 2020, upon consideration of Intervenors' Motion to Intervene pursuant to Rule 24(a) of the Fed. Rules of Civil Procedure, the Court hereby GRANTS Intervenors' Motion.

BY THE COURT,

_____
Judge