IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br>     Plaintiffs <br> <br>     v. <br> KATHY BOOCKVAR, *et al.*, <br>     Defendants | : <br> : No. 4:20-CV-02078 <br> : <br> : (Judge Brann) <br> : <br> : <br> : <br> : |

## NOTICE OF APPEAL

Notice is hereby given that Donald J. Trump for President, Inc., Lawrence Roberts, and David John Henry, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order issued by the Honorable Matthew W. Brann dated November 21, 2020 (Dkt. No. 203) entering final judgment in favor of Defendants and against the Plaintiffs.

Dated: November 22, 2020

                                        Respectfully submitted:

                                        */s/ Rudolph William Giuliani*
                                        Rudolph William Giuliani
                                        NY Supreme Court ID No. 1080498

                                        */s/Marc A. Scaringi*
                                        Marc A. Scaringi
                                        marc@scaringilaw.com
                                        PA Supreme Court ID No. 88346

                                        Brian C. Caffrey

brian@scaringilaw.com
PA Supreme Court ID No. 42667
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
717-657-7770 (o)/ 717-657-7797 (f)

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | : <br> : CIVIL ACTION <br> : |
| Plaintiffs | : No. 4:20-cv-02078 <br> : |
| v. | : Judge Brann <br> : |
| KATHY BOOCKVAR, et al, | : <br> : |
| Defendants | : |

## **CERTIFICATE OF SERVICE**

I, Deborah A. Black, Paralegal for Scaringi Law, do hereby certify that I served a true and correct copy of ***Plaintiffs' Notice of Appeal,*** in the above-captioned action, upon all parties via CM/ECF.

Date:  November 22, 2020         /s/ *Deborah A. Black*_____
                                 Deborah A. Black, Paralegal
                                 For Marc A. Scaringi, Esquire and
                                 Brian C. Caffrey, Esquire