IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD JU TRUMP FOR PRESIDENT, INC., et al., | : : : | CASE NO. 4:20-CV-02078-MWB |
| Plaintiffs, | : | The Hon. Matthew W. Brann |
| v. | : | |
| KATHY BOOCKVAR, et al., | : : | *Electronically Filed and Served via ECF* |
| Defendants. | : | |

## NOTICE OF APPEAL

AND NOW come Intervenors Mike Kelly, Kathy Barnette, Sean Parnell, Luke Negron, David Torres, Clay Breece, Dasha Pruett, Daryl Metcalfe, Cris Dush, Thomas Sankey, Kathy Rapp, Robert Kaufman, Stephanie Borowicz and PA Voters Alliances, by and through their attorneys Thomas W. King, III, and Thomas E. Breth, through Dillon McCandless King Coulter & Graham, LLP, to give notice that they appeal the Order issued by the Honorable Matthew W. Brann dated November 21, 2020 (ECF 203) (attached) denying Intervenors' Motion to Intervene (ECF 200) (attached) and Brief in Support (ECF 201) (attached) as moot. A copy of the Motion and Brief are attached.

                                                                Respectfully submitted,

Dated: November 23, 2020               /s/ Thomas W. King, III
                                                      Thomas W. King, III (PA I.D. No. 21580)
                                                        Email: tking@dmkcg.com
                                                        Thomas E. Breth (PA I.D. No. 66350)
                                                         Email: tbreth@dmkcg.com
                                                        *Special Counsel for the Amistad Project*
                                                        *of the Thomas More Society*
                                                        Dillon, McCandless, King, Coulter
                                                        & Graham, L.L.P.
                                                        128 West Cunningham Street
                                                        Butler, PA 16001
                                                        Telephone: (724) 283-2200
                                                        Facsimile: (724) 283-2298
                                                        *Counsel for Intervenors*

/s/ Timothy P. Griffin
Timothy P. Griffin (VA. I.D. No. 83195)*
Email: tgriffin@thomasmoresociety.org
*Special Counsel for the Amistad Project
of the Thomas More Society*
Thomas More Society
Amistad Project
115 Sandiges Road
Amherst, VA 24521
Telephone: (434) 660-6198

*Pro Hac Vice Pending*