OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

HARRISBURG PA 171

23 NOV 2020PM 2 L



Sean M. Shultz
Hanft & Knight, P.C.
19 Brookwood Avenue
Suite 106
Carlisle, PA 17013

NIXIE        171    FE  1         0012/05/20
                RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
                 UNABLE TO FORWARD
BC: 17701646099        *2923-06355-23-44

17015-914299