

HARRISBURG PA 171
23 NOV 2020PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

UTF

6:10:10 PM

Sean M. Shultz
Hanft & Knight, P.C.
19 Brookwood Avenue
Suite 106
Carlisle PA 17013



NIXIE    171    FE 1         0012/05/20
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 17701646099        *2923-06374-23-44