OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

HARRISBURG PA 171

23 NOV 2020 PM 2 L



$0.50
US POSTAGE
FIRST-CLASS
062S0008346865
17701

Sean M. Shultz
Hanft & Knight, P.C.
19 Brookwood Avenue
Suite 106
Carlisle, PA 17013

NIXIE     171   FE 1        0012/05/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 17701646099        *2923-06628-23-44