OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

$2.40
US POSTAGE
FIRST-CLASS
062S0008346865
177

Case Number: 4:20-cv-02078-MWB Document Num
6:42:22 PM

Sean M. Shultz
Hanft & Knight, P.C.
19 Brookwood Avenue
Suite 106
Carlisle, PA 17013

NSN

NIXIE        152   DE 1        0012/23/20
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 17701646099    2099N358161-01093