OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

$0.50 US POSTAGE FIRST-CLASS
062S0008346865
17701

$0.65 US POSTAGE FIRST-CLASS
062S0008346865
17701




Case Number: 4:20-cv-02078-MWB Document Num[
9:19:48 PM

Sean M. Shultz
Hanft & Knight, P.C.
19 Brookwood Avenue
Suite 106
Carlisle, PA 17013

UTF

NIXIE      152   FE 1           0012/23/20
          RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 17701646099      2099N358153-01130




HARRISBURG P&DC THU 19 NOV 2020