## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-3384

Donald J. Trump for President, et al v. Secretary Commonwealth of PA, et al

(U.S. District Court No.: 4-20-cv-02078)

**ORDER**

Pursuant to Fed. R. App. P. 3(a)(2) and 3rd Cir. LAR Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellants failed to file the required case opening forms. It is

FURTHER ORDERED that a certified copy of this order be issued forthwith as the in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 07, 2021
PDB/SLC/cc: Mark A. Aronchick, Esq.
Timothy P. Brennan, Esq.
 Thomas E. Breth, Esq.
 Daniel T. Brier, Esq.

Brian C. Caffrey, Esq.
John Coit, Esq.
Elizabeth A. Dupuis, Esq.
Rudolph W. Giuliani, Esq.
Timothy P. Griffin, Esq.
Mr. Terence M. Grugan, Esq.
Michele D. Hangley, Esq.
John B. Hill, Esq.
Timothy D. Katsiff, Esq.
Keith E. Kendall, Esq.
Thomas W. King III, Esq.
Christina Matthias, Esq.
Molly E. Meacham, Esq.
Edward D. Rogers, Esq.
Karen M. Romano, Esq.
Marc A. Scaringi, Esq.
Virginia S. Scott, Esq.
Andrew F. Szefi, Esq.
Brian Jeffrey Taylor,
Donna A. Walsh, Esq.
Elizabeth V. Wingfield, Esq.
Robert A. Wiygul, Esq.



**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate