UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-3371
_____

DONALD J. TRUMP FOR PRESIDENT, INC.;
LAWRENCE ROBERTS; DAVID JOHN HENRY,

                                                            Appellants

v.

SECRETARY COMMONWEALTH OF PENNSYLVANIA;
ALLEGHENY COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD
OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; DELAWARE
COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF
ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS;
PHILADELPHIA COUNTY BOARD OF ELECTIONS

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 4:20-cv-02078)
District Judge: Honorable Matthew W. Brann

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on November 25, 2020

Before: SMITH, *Chief Judge*, and CHAGARES and BIBAS, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted under L.A.R. 34.1(a) on November 25, 2020.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on November 21, 2020, is hereby **AFFIRMED**. Costs to be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: November 27, 2020

**Certified as a true copy and issued in lieu of a formal mandate on** 11/27/20

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

Pursuant to F.R.A.P. 39(d), taxed in favor of Appellees, Allegheny County Board of Elections, Chester County Board of Elections, Montgomery County Board of Elections and Philadelphia County Board of Elections, added hereto on February 23, 2021 as follows:

| | |
|---|---|
| Brief: | $ 90.97 |
| Appendix | 113.71 |
| TOTAL: | $204.45 |

**Certified as a true copy and issued in lieu of a formal mandate on** 02/23/21 (Amended Mandate_

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**